| | |
|---|---|
| DATE  1/7/2021 | CASE NUMBER  4:20CR212-1 ALM/KPJ |
| LOCATION  Sherman | USA _____ Assigned |
| JUDGE  Christine A. Nowak | V  Tracey Batson  Appeared |
| DEPUTY CLERK  K. Lee | |
| COURT REPORTER Digital Recording | DEBRA LYNN MERCER-ERWIN |
| USPO:  L. Dudley | Defendant |
| Interpreter:  Not Required | John Coyle |
| BEGIN:  10:39 a.m. / 10:46 a.m. | Attorney |

**FILED**
JAN 0 7 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

☑ **ARRAIGNMENT**   ☐ DETENTION HEARING   **VIA VIDEOCONFERENCE**

☑ Arraignment held

☑ Dft appears with counsel

☑ Dft signs Consent to Proceed by Videoconference. ~~Defense counsel requests and authorizes court to affix signature.~~

☑ Dft   ☑ sworn   ☑ received copy of charges   ☑ discussed charges with counsel   ☐ charges read
         ☑ waived reading of charges

☐ Interpreter sworn

☑ Dft enters a plea of: ☑ not guilty
   to  Counts 1-7 of the Second Superseding Indictment

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on:
   ____ALM____ Pretrial Date: ____3/5/2021____

☑ Rule 5f order
☐ Government did not move for detention.
☐ Defendant waived detention hearing. Defense counsel requests and authorizes court to affix signature.

☐ Detention hearing held
   Government witnesses: _____
   Defense witnesses: _____

☐ Court orders defendant detained pending trial

☐ Detention hearing rescheduled to: _____

☐ Defendant remanded to custody of USM   ☑ Defendant to remain RELEASED on conditions of release ~~after out-processing by USM~~

☐ Recess _____