IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | CASE NUMBER 4:20-CR-00212 |
| v. | | |
| DEBRA LYNN MERCER-ERWIN (1) | | |

## WAIVER OF RIGHTS AND CONSENT TO PROCEED
## BY VIDEO CONFERENCE

I, <u>Debra Lynn Mercer-Erwin</u>, the above-named defendant, along with my undersigned attorney, hereby acknowledge the following and expressly consent to proceed by video conference, or by telephone conference in the absence of video.

(1) Defendant has received a copy of the charging instrument in this case.

(2) Defendant understands he/she has the right to appear personally with his/her attorney before a federal judge in open court; and, that while he/she has the right to appear in person, he/she can waive that right and consent to a hearing by video conference, or by telephone conference in the absence of video..

(3) Defendant affirmatively states he/she has no objection to proceeding by video conference, or by telephone conference in the absence of video.

(4) Defendant, having confirmed with his/her attorney, understands that by signing this form, he/she is knowingly and voluntarily waiving (giving up) any right to personal appearance and providing consent (agreeing) for this court proceeding to be conducted by video conference, or by teleconference in the absence of video; to wit (check one):

☐ Initial Appearance  ☑ Arraignment  ☐ Detention Hearing  ☐ Other _____

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO DEL ESTE DE TEXAS
DIVISIÓN DE SHERMAN

| | | |
|---|---|---|
| ESTADOS UNIDOS DE AMÉRICA | § § § § § § § | CAUSA PENAL NRO. 4:20-CR-00212 |
| v. | | |
| DEBRA LYNN MERCER-ERWIN | | |

## RENUNCIA DE DERECHOS Y CONSENTIMIENTO PARA PROCEDER POR VIDEOCONFERENCIA O POR VIA TELEFONICA

Yo, Debra Lynn Mercer-Erwin, el/la acusado(a) cuyo nombre aparece en la parte superior, y acompañado(a) de mi abogado(a) y con nuestras respectivas firmas al fondo de este documento, reconozco lo siguiente y doy mi pleno consentimiento de proceder con mi audiencia por videoconferencia, o telefónicamente por falta de video.

(1)  El/la acusado(a) ha recibio su copia del documento acusatorio en este caso.

(2)  El/la acusado(a) entiende que tiene el derecho de comparecer en persona y acompañado(a) de su abogado(a) ante un juez federal en un tribunal; y, aunque el/la acusado(a) goza de ese derecho de comparecer en persona, esta sin embargo dispuesto(a) a renunciar a ese derecho y en lugar de ello comparecer por videoconferencia, o telefonicamente por falta de video.

(3)  El/la acusado(a) afirmativamente declara que no tiene ninguna objeción de que se lleve a cabo su audiencia por videoconferencia o telefonicamente por falta de video.

(4)  El/la acusado(a), despues de haber consultado con su abogado(a), entiende que al firmar este documento, reconoce que está voluntariamente renunciando cualquier derecho de comparecer en persona y además da su consentimiento a que esta audiencia se lleve a cabo por videoconferencia, o por la vía telefónica por falta de video; o sea (escoja solo una de las siguientes):

☐ Vista Inicial   ☐ Lectura de Cargos   ☐ Audiencia de Detención   ☐ Otra:_____

Fecha: 01/06/2021
(Date)

_____
Acusado (Defendant)

_____
Abogado del Acusado (Attorney for Defendant)

_____
Juez de Instrucción de los Estados Unidos
(United States Magistrate Judge)