IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| GUILLERMO GARCIA MENDEZ (3) | § | |
| FEDERICO ANDRES MACHADO (4) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) | § | |
| AARON BELLO-MILLAN (7) | § | |
| MICHAEL ASSAD MARCOS (8) | § | |

## ORDER

On this date came on to be considered the Government's Motion for Complex Case Designation and Motion to Continue. After considering the Motion, the Court finds the Motion should, in all respects, be GRANTED. The Court hereby grants a continuance of the trial date until _____ for the ends of justice because of the complexity of the case, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii), and to serve the interests of justice and ensure the parties' effective preparation, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv). All periods of delay are excluded.