UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case Number 4:20CR212 |
| | § | |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| GUILLERMO GARCIA MENDEZ (3) | § | |
| FEDERICO ANDRES MACHADO (4) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) | § | |
| AARON BELLO-MILLAN (7) | § | |
| MICHAEL ASSAD MARCOS (8) | § | |

### ORDER GRANTING MOTION DESIGNATING CASE AS COMPLEX

On this date the Court considered the Government's Motion for an Order Designating Case Complex Under 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) (Dkt. #140). The Court finds that Defendants do not oppose the motion . The Court further finds that this is a complex case, as set forth in 18 U.S.C. §3161(h)(7)(B)(ii), and that due to the significant amount of time needed for discovery in the case, it would be unreasonable to expect adequate preparation for pretrial and trial proceedings within the normal time limits under the Speedy Trial Act. Pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), the failure to grant a continuance would deny counsel for the Government and counsel for the Defendants the reasonable time necessary for effective preparation, even with the exercise of due diligence. The Court further finds the ends of justice served by granting the request for continuance outweigh the best interests of the public and the Defendants in a speedy trial. The Court finds that the Motion has merit and should be GRANTED.

This case is RESET AS TO ALL DEFENDANTS BEFORE THE COURT for final pretrial hearing on March 4, 2022, at 10:00 a.m.  A new Pretrial Order will be entered.

IT IS SO ORDERED.

**SIGNED this 2nd day of February, 2021.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE