# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS.** | § | NO. 4:20CR00212 |
| **DEBRA MERCER-ERWIN** | § | |

## NOTICE OF APPEARANCE

**COMES NOW, RAFAEL DE LA GARZA**, Attorney for Defendant, **DEBRA MERCER-ERWIN** and respectfully serves notice to the Court that **RAFAEL DE LA GARZA**, an attorney licensed to practice in the State of Texas, hereby enters his appearance as co-counsel in this matter.

Respectfully Submitted,

/s/Rafael de la Garza
**RAFAEL DE LA GARZA**
**STATE BAR NO. 00789251**
**6521 PRESTON ROAD, SUITE 100**
**PLANO, TEXAS 75024**
rdelagarzalaw@yahoo.com
**TEL.:  214/740-1708**
**FAX:  866/405-5699**

**ATTORNEY FOR DEBRA MERCER-ERWIN**

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing instrument was served upon the Assistant United States Attorney assigned to the case on February 3, 2021 via email.

                                        /s/ Rafael de la Garza  
                                        **RAFAEL DE LA GARZA**