# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS.** | § | NO. 4:20CR00212 |
| **DEBRA MERCER-ERWIN** | § | |

### ORDER ON DEFENDANT DEBRA MERCER-ERWIN'S
### UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The Defendant Debra Mercer-Erwin's Motion to Modify Conditions of Pretrial Release is hereby:

_____   GRANTED; and the Defendant is no longer required to be monitored by a GPS Leg monitor or any other type of Leg monitor

_____   DENIED