IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 4:20-cr-00212-ALM-KPJ |
| | ) | |
| DEBRA LYNN MERCER-ERWIN, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE AS CO-COUNSEL

W. Brett Behenna, of the Coyle Law Firm, enter their appearance as co-counsel on behalf of Defendant, Debra Lynn Mercer-Erwin and respectfully serves notice to the Court that W. Brett Behenna, is admitted or otherwise authorized to practice in this court, and appear in this case as co-counsel for Debra Lynn Mercer-Erwin.

Respectfully submitted,

*/s/ Brett Behenna*

W. BRETT BEHENNA, OBA # 30485
COYLE LAW FIRM
125 Park Ave., First Floor
Oklahoma City, OK 73102
Telephone:   (405) 415-4551
Fax:         (405) 272-9859
Email:       bb@coylelaw.com
CO-COUNSEL FOR DEFENDANT
    DEBRA LYNN MERCER-ERWIN

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was electronically served on Robert Wells, Assistant United States Attorney by way of the Court's CM/ECF system on this 25th day of February, 2021.

_____
W. BRETT BEHENNA