IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 4:20-cr-00212-ALM-KPJ |
| | ) |
| DEBRA LYNN MERCER-ERWIN, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE AS CO-COUNSEL

John W. Coyle, III, of the Coyle Law Firm, enter their appearance as co-counsel on behalf of Defendant, Debra Lynn Mercer-Erwin and respectfully serves notice to the Court that John W. Coyle, III, is admitted or otherwise authorized to practice in this court, and appear in this case as co-counsel for Debra Lynn Mercer-Erwin.

Respectfully submitted,

_____
JOHN W. COYLE, III, OBA # 1981
COYLE LAW FIRM
125 Park Ave., First Floor
Oklahoma City, OK 73102
Telephone:    (405) 415-4551
Fax:          (405) 272-9859
Email:        jc@coylelaw.com
CO-COUNSEL FOR DEFENDANT
    DEBRA LYNN MERCER-ERWIN

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was electronically served on Robert Wells, Assistant United States Attorney by way of the Court's CM/ECF system on this 2nd day of March, 2021.

_____
JOHN W. COYLE, III