UNITED STATES DEPARTMENT OF COMMERCE
Bureau of Industry and Security
HOUSTON RESIDENT OFFICE
Office of Export Enforcement
15109 Heathrow Forest Pkwy, Suite 170
Houston, Texas 77032

31 January 2020

Camro Transportes S. A. DE C.V
Gomez Morin 900
San Pedro Garza
Garcia, Mexico
8442772330
N260RC@Hotmail.com

To whom it may concern:

The United States Department of Commerce is responsible for regulating the export of dual use goods and technology from the United States of America. The Office of Export Enforcement (OEE), Bureau of Industry and Security (BIS), U.S. Department of Commerce, is responsible for investigating allegations of, and violations of, the Export Administration Regulations (EAR), the Export Administration Act (EAA) and the International Emergency Economic Powers Act (IEEPA) and the Export Control Reform Act (ECRA).

This letter is to officially inform you that the shipment of one 1993 LEARJET INC 31A, Serial number 080, U.S. Registration Number N260RC and located at Browsville South Padre Island International Airport, 700 Amelia Earhart Dr, Brownsville, TX 78521 is being detained by OEE, Houston, Texas.

BIS has reason to believe that the shipment of these commodities to its final destination will result in a violation of the Export Administration Regulations (15 C.F.R., Parts 730-774). You received an email notification by Special Agent Paul Mack of our Houston Field Office on Jan 31, 2020.

This letter formally advises you that this aircraft is to remain in your custody until further notice. Under no circumstance is this package to be exported or released until you receive further instructions from this office.

Your cooperation in this matter is appreciated. Questions may be directed to Special Agent Paul Mack at (281) 372-7138.

Sincerely,

R.W. McClish III
Resident Agent in Charge
Houston Resident Office

**EXHIBIT B**



**EXHIBIT G**