

**UNITED STATES DEPARTMENT OF COMMERCE**
Bureau of Industry and Security
HOUSTON RESIDENT OFFICE
Office of Export Enforcement
15109 Heathrow Forest Pkwy, Suite 170
Houston, Texas 77032

17 July 2020

Camro Transportes S. A. DE C.V
Gomez Morin 900
San Pedro Garza
Garcia, Mexico
8442772330
N260RC@Hotmail.com

To whom it may concern:

The United States Department of Commerce is responsible for regulating the export of dual use goods and technology from the United States of America. The Office of Export Enforcement (OEE), Bureau of Industry and Security (BIS), U.S. Department of Commerce, is responsible for investigating allegations of, and violations of, the Export Administration Regulations (EAR), the Export Administration Act (EAA) and the International Emergency Economic Powers Act (IEEPA) and the Export Control Reform Act (ECRA).

In regards to detention letter dated 31 Jan 2020, this letter is to officially inform you that the shipment of one 1993 LEARJET INC 31A, Serial number 080, U.S. Registration Number N260RC and located at Brownsville South Padre Island International Airport, 700 Amelia Earhart Dr, Brownsville, TX 78521 is released on 17 July 2020 by OEE, Houston, Texas.

Your cooperation in this matter is appreciated. Questions may be directed to Special Agent Paul Mack at (281) 372-7138.

Respectfully,

Ron R. Kruger
Acting Resident Agent in Charge
Houston Resident Office



**EXHIBIT C**

**EXHIBIT H**

Scanned with CamScanner