

**EXHIBIT A**

**EXHIBIT K**