IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 4:20-CR-00212-ALM |
| | § | |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| GUILLERMO GARCIA MENDEZ (3) | § | |
| FEDERICO ANDRES MACHADO (4) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) | § | |
| AARON BELLO-MILLAN (7) | § | |
| MICHAEL ASSAD MARCOS (8) | § | |

**ORDER DISMISSING CRIMINAL FORFEITURE ACTION AS TO
LEARJET 31A BEARING SERIAL NUMBER 080 AND ASSIGNED AND
DISPLAYING REGISTRATION/TAIL NUMBER N260RC**

The Court, having considered ITRC, LLC and Learjet 31A Bearing Serial Number 080 and Assigned and Displaying Registration/Tail Number N260RC's Motion to Dismiss Criminal Forfeiture Action (Doc. #168), and arguments of counsel, and the pleadings in this case, and the applicable law, finds that said Motion should be **GRANTED.**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that ITRC, LLC and Learjet 31A Bearing Serial Number 080 and Assigned and Displaying Registration/Tail Number N260RC's Motion to Dismiss Criminal Forfeiture Action (Doc. #168) is hereby in all things **GRANTED**, and the criminal forfeiture action as to Learjet 31A Bearing Serial Number 080 and Assigned and Displaying Registration/Tail Number N260RC is hereby in all things **DISMISSED**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States of America shall release the Learjet 31A Bearing Serial Number 080 and Assigned and Displaying Registration/Tail Number N260RC to ITRC, LLC and/or ITRC, LLC's designated agents (including pilots) upon entry of this Order.