AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:20-CR-212 |
| Federico Andres Machado (4) | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dan C. Guthrie, Jr.

Date: March 30, 2021

/s/ S. Michael McColloch
*Attorney's signature*

S. Michael McColloch, Texas 13431950
*Printed name and bar number*

6060 Central Expressway
Suite 500
Dallas, TX 75206
*Address*

smm@mccolloch_law.com
*E-mail address*

(214) 643-6055
*Telephone number*

(972) 587-9722
*FAX number*