UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | |
| FEDERICO ANDRES MACHADO (4) | § | |

## ORDER VACATING ORDER RESTRAINING ASSETS

Came on to be considered the Motion to Vacate Order Restraining Assets filed by Movant Dan C. Guthrie, Jr., former counsel for Defendant Federico Andres Machado, and the Court finds the motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that the Order Restraining Assets entered March 24, 2021 (Dkt. 175), and the second Order Restraining Assets entered on March 24, 2021 (Dkt. 176), are hereby dissolved and vacated and shall have no force and effect.

IT IS FURTHER ORDERED that the United States' Emergency Motion to Restrain Dissipation of Assets filed March 18, 2021 (Dkt. 167), is hereby denied.

ENTERED this ___ day of _____, 2021.

_____
AMOS L. MEZZANT
UNITED STATES DISTRICT JUDGE