IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| GUILLERMO GARCIA MENDEZ (3) | § | |
| FEDERICO ANDRES MACHADO (4) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) | § | |
| AARON BELLO-MILLAN (7) | § | |
| MICHAEL ASSAD MARCOS (8) | § | |

### ORDER

Before the Court is the Motion to Dismiss filed by Intervenors ITRC, LLC and Learjet 31A Bearing Serial Number 080 and Assigned and Displaying Registration/Tail Number N260RC, Dkt. No. 168. The Court, having considered the motion and the government's response in opposition thereto, finds that the motion lacks merit and should, in all things, be denied.

IT IS THEREFORE ORDERED Intervenors' Motion to Dismiss is denied with prejudice. It is further

ORDERED that Intervenors are barred from filing anything in this case before the entry of an order of forfeiture without first obtaining leave of Court.