## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 4:20-CR-212** |
| | § | |
| **DEBRA LYNN MERCER-ERWIN (1)** | § | |
| **KAYLEIGH MOFFETT (2)** | § | |
| **Defendants.** | § | |

### <u>TURNOVER ORDER</u>

The Court, having considered the parties' Joint Motion for Turnover Order, finds the motion has merit and should, in all things be GRANTED.

It is therefore ORDERED that Bank of America deliver $495,000.00 in its possession in the Wright Brothers Aircraft Title, Inc. bank account ending in 9094 to the United States Marshals Service.

It is FURTHER ORDERED that, following the receipt of the turned-over funds, the United States Marshals Service shall direct the $495,000.00 to AML Global Payments, LLC.

It is FURTHER ORDERED that, upon its compliance with this Order, Bank of America shall thereafter be forever discharged from any and all liability arising from or otherwise associated with its distribution of funds in compliance with such order.