# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CASE NUMBER 4:20CR212 |
| § | |
| DEBRA LYNN MERCER-ERWIN (1) § | |
| KAYLEIGH MOFFETT (2) § | |
| GUILLERMO GARCIA MENDEZ (3) § | |
| FEDERICO ANDRES MACHADO (4) § | |
| CARLOS ROCHA VILLAURRUTIA (5) § | |
| ALBAN GERARDO § | |
|     AZOFEIFA-CHACON (6) § | |
| AARON BELLO-MILLAN (7) § | |
| MICHAEL ASSAD MARCOS (8) § | |

## ORDER SETTING HEARING ON MOTIONS

The Court sets the Motion to Dismiss Criminal Forfeiture Action (Dkt. #168) and the Motion to Vacate (Dkt. #184) for hearing before the undersigned as follows:

| EVENT | DEADLINES |
|---|---|
| Motion hearing | 11:15 a.m. on Monday, May 3, 2021 at the Paul Brown United States Courthouse, 101 East Pecan Street, Room 208, Sherman, Texas 75090 |

**IT IS SO ORDERED**.

SIGNED this 21st day of April, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE