IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CASE NO. 4:20-CR-00212-ALM |
| § | |
| DEBRA LYNN MERCER-ERWIN (1) § | |
| KAYLEIGH MOFFETT (2) § | |
| GUILLERMO GARCIA MENDEZ (3) § | |
| FEDERICO ANDRES MACHADO (4) § | |
| CARLOS ROCHA VILLAURRUTIA (5) § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) § | |
| AARON BELLO-MILLAN (7) § | |
| MICHAEL ASSAD MARCOS (8) § | |

**ITRC, LLC AND LEARJET 31A BEARING SERIAL NUMBER 080 AND ASSIGNED
AND DISPLAYING REGISTRATION/TAIL NUMBER N260RC'S NOTICE
OF WITHDRAWAL OF MOTION TO DISMISS CRIMINAL FORFEITURE ACTION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ITRC, LLC and Learjet 31A Bearing Serial Number 080 and Assigned and Displaying Registration/Tail Number N260RC, and file this Notice of Withdrawal of Motion to Dismiss, and would respectfully show the Court as follows:

On March 22, 2021, ITRC, LLC and Learjet 31A Bearing Serial Number 080 and Assigned and Displaying Registration/Tail Number N260RC filed a Motion to Dismiss Criminal Forfeiture Action (Doc. 168). On April 5, 2021, the United States of America filed its Response in Opposition to Intervenors' Motion to Dismiss (Doc. 190). On April 12, 2021, ITRC, LLC and Learjet 31A Bearing Serial Number 080 and Assigned and Displaying Registration/Tail Number N260RC filed their Reply in Support of Motion to Dismiss Criminal Forfeiture Action (Doc. 195).

By agreement of the parties, ITRC, LLC and Learjet 31A Bearing Serial Number 080 and Assigned and Displaying Registration/Tail Number N260RC hereby withdraw their Motion to Dismiss Criminal Forfeiture Action, and would notify the Court that there is no need for the

hearing on the Motion to Dismiss Criminal Forfeiture Action as scheduled at 11:15 a.m. on May 3, 2021.

Dated: April 30, 2021

Respectfully submitted,

**MARTIN & DROUGHT, P.C.**
Weston Centre
112 East Pecan Street, Suite 1616
San Antonio, TX 78205
Telephone: (210) 227-7591
Telecopier: (210) 227-7924

By:  /s/ *Mathis B. Bishop*
GERALD T. DROUGHT
State Bar No. 06134800
gdrought@mdtlaw.com
MATHIS B. BISHOP
State Bar No. 24045500
mbishop@mdtlaw.com

ATTORNEYS FOR ITRC, LLC AND LEARJET 31A BEARING SERIAL NUMBER 080 AND ASSIGNED AND DISPLAYING REGISTRATION/TAIL NUMBER N260RC

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Ernest Gonzalez
U S Attorney's Office − Plano
101 East Park Blvd., Ste. 500
Plano, TX 75074
Email: ernest.gonzalez@usdoj.gov

Colleen Elizabeth Bloss
US Attorney's Office − Plano
101 E Park Blvd., Ste. 500
Plano, TX 75074
Email: colleen.bloss@usdoj.gov

Robert Austin Wells
U S Attorney's Office − Tyler
110 N. College, Ste. 700
Tyler, TX 75702
Email: robert.wells3@usdoj.go

Rafael De La Garza, II
The De La Garza Law Firm
3941 Legacy Dr., Ste. 204−A192
Plano, TX 75023−8334
Email: rdelagarzalaw@yahoo.com

William Brett Behenna
Coyle Law Firm
125 Park Avenue, First Floor
Oklahoma City, OK 73102
Email: bb@coylelaw.com
ATTORNEYS FOR DEFENDANT DEBRA MERCER-ERWIN

Vicki Zemp Behenna
Behenna, Goerke, Krahl & Meyer
210 W. Park Avenue, Ste. 3030
Email: vzb@lawfirmokc.com
ATTORNEY FOR DEFENDANT KAYLEIGH MOFFETT

Dan Calvin Guthrie, Jr.
Law Offices of Dan C. Guthrie, Jr.
3131 McKinney Avenue, Ste. 600
Dallas, TX 75204
Email: dan@whitecollardefense.com
ATTORNEY FOR DEFENDANT FEDERICO ANDRES MACHADO

Carlos A Garcia
Attorney at Law
1305 E Griffin Pkwy.
Mission, TX 78572
Email: email@thegarciafirm.com
ATTORNEY FOR DEFENDANT CARLOS ROCHA VILLAURRUTIA

J. Craig Jett
Burleson Pate & Gibson − Dallas
900 Jackson Street
Suite 330
Dallas, TX 75202
Email: jcj@bp−g.com
ATTORNEY FOR DEFENDANT MICHAEL ASSAD MARCOS

          /s/ *Mathis B. Bishop*
         GERALD T. DROUGHT
         MATHIS B. BISHOP