**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | No. 4:20-CR-212 |
| | § § § § | |
| FEDERICO ANDRES MACHADO (4) | § | |

## ORDER DENYING AS MOOT

Pending before the Court is the Motion to Dismiss Criminal Forfeiture Action by ITRC, LLC, Learyjet 31A (Dkt. #168). Based upon the filing of the Notice of Withdrawal of Motion to Dismiss Criminal Forfeiture Action by ITRC, LLC, Learyjet 31A (Dkt. #218), it is

ORDERED that the Motion to Dismiss Criminal Forfeiture Action by ITRC, LLC, Learyjet 31A (Dkt. #168) is hereby DENIED AS MOOT.

IT IS SO ORDERED.

SIGNED this 3rd day of May, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE