Case 4:20-cr-00212-ALM-KPJ   Document 250-3   Filed 08/03/21   Page 1 of 5 PageID #:  2056

# EXHIBIT C

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Oklahoma__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Wright Brothers Aircraft Title, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 928 SW 107th Street | |
   | Number    Street | Number    Street |
   | | PO Box 891860 |
   | | P.O. Box |
   | Oklahoma City    OK    73170 | Oklahoma City    OK    73189 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Oklahoma | |
   | County | Number    Street |
   | | |
   | | City    State    ZIP Code |

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

| Debtor | Wright Brothers Aircraft Title, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 6. | **Debtor's website** (URL) | https://wbaircraft.com/ |
|---|---|---|

| 7. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |
|---|---|---|

| 8. | **Type of debtor's business** | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the types of business listed.<br>☐ Unknown type of business. |
|---|---|---|

| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM / DD / YYYY<br><br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM / DD / YYYY |
|---|---|---|

## Part 3: Report About the Case

| 10. | **Venue** | *Check one:*<br>☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
|---|---|---|

| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
|---|---|---|

| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☑ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |
|---|---|---|

Official Form 205          Involuntary Petition Against a Non-Individual          page 2

Debtor  Wright Brothers Aircraft Title, Inc.  
      Name

Case number (if known) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Metrocity Holdings, LLC | Breach of escrow agreements | $ 29,000,000.00 |
| | CCUR Aviation Finance, LLC | Breach of escrow agreements | $ 9,000,000.00 |
| | CCUR Holdings, Inc. | Breach of escrow agreements | $ 5,000,000.00 |
| | | Total of petitioners' claims | $ 43,000,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner  
Metrocity Holdings, LLC  
Name

19101 NE 36th Ct., Ste. 1001  
Number  Street

Aventura     FL     33180  
City     State     ZIP Code

Name and mailing address of petitioner's representative, if any  
Nathan Saks, Managing Member  
Name

205 Commodore Dr.  
Number  Street

Jupiter     FL     33477  
City     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/19/2021  
        MM / DD / YYYY

✘ /s/ Nathan Saks, Managing Member  
Signature of petitioner or representative, including representative's title

**Attorneys**

Steven W. Soulé / John T. Richer  
Printed name

Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.  
Firm name, if any

320 South Boston Avenue, Suite 200  
Number  Street

Tulsa     OK     74103  
City     State     ZIP Code

Contact phone 918-594-0400     Email ssoule/jricher@hallestill.com

Bar number (Oklahoma Bar Nos. 13781 / 19554)

State OK

✘ /s/ John T. Richer (Oklahoma Bar No. 19554)  
Signature of attorney

Date signed 04/19/2021  
          MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor  __Wright Brothers Aircraft Title, Inc.__
       Name

Case number (*if known*)_____

---

**Name and mailing address of petitioner**

Name: CCUR Holdings, Inc.

Number Street: 6470 East Johns Crossing, Suite 490

City: Duluth  State: GA  ZIP Code: 30097

**Name and mailing address of petitioner's representative, if any**

Name: Igor Volshteyn, President

Number Street: ____

City: ____  State: TX  ZIP Code: ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/19/2021
          MM / DD / YYYY

✘ /s/ Igor Volshteyn, President
Signature of petitioner or representative, including representative's title

---

Printed name: David Weitman

Firm name, if any: K&L Gates LLP

Number Street: 1717 Main Street, Suite 2800

City: Dallas  State: TX  ZIP Code: 75201

Contact phone: 214-939-5427  Email: david.weitman@klgates.com

Bar number: (Texas State Bar No. 21116200)

State: TX

✘ /s/ David Weitman (Texas State Bar No. 21116200)
Signature of attorney

Date signed: 04/19/2021
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: CCUR Aviation Finance, LLC

Number Street: 6470 East Johns Crossing, Suite 490

City: Duluth  State: GA  ZIP Code: 30097

**Name and mailing address of petitioner's representative, if any**

Name: Igor Volshteyn, President

Number Street: ____

City: ____  State: ____  ZIP Code: ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/19/2021
          MM / DD / YYYY

✘ /s/ Igor Volshteyn, President
Signature of petitioner or representative, including representative's title

---

Printed name: David Weitman

Firm name, if any: K&L Gates LLP

Number Street: 1717 Main Street, Suite 2800

City: Dallas  State: TX  ZIP Code: 75201

Contact phone: 214-939-5427  Email: david.weitman@klgates.com

Bar number: (Texas State Bar No. 21116200)

State: TX

✘ /s/ David Weitman (Texas State Bar No. 21116200)
Signature of attorney

Date signed: 04/19/2021
           MM / DD / YYYY

---