# EXHIBIT D

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: ) | |
| ) | |
| WRIGHT BROTHERS AIRCRAFT ) | Case No. 21-10994 |
| TITLE, INC., ) | |
| ) | (Involuntary Petition) |
| Putative Debtor. ) | |
| ) | Chapter 7 |
| ) | |

**NOTICE OF AUTOMATIC STAY BARRING (A) FURTHER PROSECUTION OF CLAIMS AGAINST THE PUTATIVE DEBTOR; (B) ACTIONS TO TAKE POSSESSION OF PROPERTY OF THE PUTATIVE DEBTOR'S ESTATE; AND <u>(C) ACTIONS IN VIOLATION OF THE AUTOMATIC STAY</u>**

**PLEASE TAKE NOTICE** that on April 19, 2021, an Involuntary Petition for Relief Under Chapter 7 of Title 11 was filed against Wright Brothers Aircraft Title, Inc. (the "<u>Putative Debtor</u>") in the United States Bankruptcy Court for Western District of Oklahoma (the "<u>Bankruptcy Court</u>") commencing the involuntary bankruptcy case under the Bankruptcy Code (the "<u>Case</u>"). Your attention is directed to Bankruptcy Code §362 (a), which provides for an automatic stay (the "<u>Automatic Stay</u>") against:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Putative Debtor that was or could have been commenced before the commencement of the Case under this title, or to recover a claim against the Putative Debtor that arose before the commencement of the Case under this title;

(2) the enforcement, against the Putative Debtor or against property of the Putative Debtor's Estate, of a judgment obtained before the commencement of the Case under this title;

(3) any act to obtain possession of property of the Putative Debtor's estate or of property from the Putative Debtor's estate, or to exercise control over property of the Putative Debtor's estate;

(4) any act to create, perfect, or enforce any lien against property of the Putative Debtor's Estate;

(5) any act to create, perfect, or enforce against property of the Putative Debtor any lien to the extent that such lien secures a claim that arose before the commencement of the Case under this title;

(6) any act to collect, assess, or recover a claim against the Putative Debtor that arose before the commencement of the Case under this title;

(7) the setoff of any debt owing to the Putative Debtor that arose before the commencement of the Case under this title against any claim against the Putative Debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the Putative Debtor's tax liability for a taxable period the Bankruptcy Court may determine.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code § 362(a), the continuation of any litigation against the Putative Debtor has been automatically stayed.

-3-

**PLEASE TAKE FURTHER NOTICE** that all claims or causes of action that belonged to the Putative Debtor when the involuntary chapter 7 petition became property of the Putative Debtor's Estate pursuant to Bankruptcy Code § 541(a) and, therefore, further prosecution of any claims that are derived from rights of the Putative Debtor would also violate Bankruptcy Code § 362(a).

**PLEASE TAKE FURTHER NOTICE** that because the Automatic Stay is self-effectuating from and after the moment the involuntary petition was filed, whether or not any other party or court had actual notice thereof, any actions taken in violation of the Automatic Stay may be void or voidable and the Bankruptcy Court may impose sanctions on any party or counsel that engages in such actions.