IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20-CR-212 |
| | | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| GUILLERMO GARCIA MENDEZ (3) | § | |
| FEDERICO ANDRES MACHADO (4) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) | § | |
| AARON BELLO-MILLAN (7) | § | |
| MICHAEL ASSAD MARCOS (8) | § | |

## MOTION TO DISMISS AGAINST CERTAIN FORFEITURE

The government respectfully requests that the Court dismiss the action against the following property, pursuant to Fed. R. Crim. P. 32.2(e), 21 U.S.C. § 853(i)(4), Fed. R. Civ. P. 41(a)(2), and this Court's equitable powers described as follows:

a. A Lear 31A, Serial No. 080, United States Registered Number N260RC

Respectfully submitted,

NICHOLS J. GANJEI
United States Attorney

/s/
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

**Motion to Dismiss Against Certain Forfeiture - Page  1**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on August 30, 2021.

/s/ _____
ERNEST GONZALEZ