IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20-CR-212 |
| | | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| GUILLERMO GARCIA MENDEZ (3) | § | |
| FEDERICO ANDRES MACHADO (4) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) | § | |
| AARON BELLO-MILLAN (7) | § | |
| MICHAEL ASSAD MARCOS (8) | § | |

# **ORDER**

Upon consideration of the government's Motion to Dismiss as to the following:

    a.    A Lear 31A, Serial No. 080, United States Registered Number N260RC

pursuant to Fed. R. Crim. P. 32.2(e), 21 U.S.C. § 853(i)(4), Fed. R. Civ. P. 41(a)(2), this

Court's equitable powers, and for good cause shown, it is hereby ORDERED that the

property listed for forfeiture is dismissed without prejudice from this case.

**Order of Dismissal as to Certain Forfeiture - Page 1**