IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 4:20-CR-212 |
| § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) § | |
| KAYLEIGH MOFFETT (2) § | |
| GUILLERMO GARCIA MENDEZ (3) § | |
| FEDERICO ANDRES MACHADO (4) § | |
| CARLOS ROCHA VILLAURRUTIA (5) § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) § | |
| AARON BELLO-MILLAN (7) § | |
| MICHAEL ASSAD MARCOS (8) § | |

**ORDER**

Upon consideration of the government's Motion to Dismiss as to the following:

a.  A Lear 31A, Serial No. 080, United States Registered Number N260RC pursuant to Fed. R. Crim. P. 32.2(e), 21 U.S.C. § 853(i)(4), Fed. R. Civ. P. 41(a)(2), this Court's equitable powers, and for good cause shown, it is hereby ORDERED that the property listed for forfeiture is dismissed without prejudice from this case.

**SIGNED this 31st day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

Order of Dismissal as to Certain Forfeiture - Page 1