## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| v. | § | No. 4:20-CR-212 |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2), | § | |
|     Defendants. | § | |

## ORDER GRANTING MOTION TO CONTINUE TRIAL
## AND RESET DEADLINES

This matter comes before the Court upon defendants Debra Mercer-Erwin and Kayleigh Moffett's Motion to Continue Trial (Doc.270).  The Court, upon good cause shown, FINDS:

The trial of this matter, which is currently scheduled for a Final Pretrial Conference on March 4, 2022, wherein a date and time for Jury Selection and Trial would be scheduled, is hereby continued to _____, 2022 for trial.

It is further ordered that all pretrial deadlines will be reset pursuant to a new Pretrial Order.