IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| GUILLERMO GARCIA MENDEZ (3) | § | |
| FEDERICO ANDRES MACHADO (4) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) | § | |
| AARON BELLO-MILLAN (7) | § | |

## ORDER TO RETAIN BULK EVIDENCE

The Court, having considered the Motion of the United States, hereby ORDERS that any controlled substances recovered and held under HSI case number Case Number - DA13CR19NO0017 and Seizure Number – 2022550100036201; Case Number - DA02VR20BV0001 and Seizure Number – 2022550100036301; Case Number - DA13CR21DA0007 and Seizure Number – 2022550100036001; and Case Numbers – BV07HR18BV0002 and DA07HR18BV0002 and Seizure number – 2020230100029601 be retained and not destroyed, until further order of this court.