**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **CASE NUMBER 4:20-CR-212 ALM/KPJ** |
| | § | |
| **DEBRA LYNN MERCER-ERWIN (1)** | § | |
| | § | |

**MOTION TO WITHDRAW**
**AS COUNSEL FOR DEFENDANT**
**DEBRA LYNN MERCER-ERWIN**

John W. Coyle, III hereby moves this Honorable Court to withdraw as co-counsel to

Debra Lynn Mercer-Erwin, and in support thereof states as follows:

1.  That counsel John W. Coyle, III has been advised that substitute counsel, Joe

    White will be entering his appearance as new counsel on behalf of Mrs. Mercer-

    Erwin.

2.  That counsel has conferred with Assistant United States Attorney Ernest

    Gonzales who has no objection.

3.  That my withdrawal as co-counsel to Mrs. Debra Mercer-Erwin will not impact

    the scheduled trial in this matter.

WHEREFORE, counsel John W. Coyle, III moves the court to withdraw as co-

counsel for Defendant Debra Mercer-Erwin.

Respectfully submitted,

_/s/ JOHN W. COYLE, III_
JOHN W. COYLE, III, OBA #1981
Coyle Law Firm
125 Park Avenue, First Floor
Oklahoma City, OK   73102
Phone:          405-415-4551
Facsimile:     405-415-4535
Email:          jc@coylelaw.com
ATTORNEY FOR DEFENDANT
Debra Lynn Mercer-Erwin

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Ernest Gonzales, Esq. Assistant United States Attorney.

_/s/ JOHN W. COYLE, III_
JOHN W. COYLE, III