IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CASE NUMBER 4:20-CR-212 ALM/KPJ |
| | § | |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DEBRA LYNN MERCER-ERWIN

On this __ day of May, 2022, this matter comes on the Motion to Withdraw of co-counsel by John W. Coyle, III, [DOC 280] came before this Court for review and consideration. Upon review of the Motion and for good cause shown, it is determined that the Motion should be GRANTED.

IT IS HEREBY ORDERED that John W. Coyle, III is allowed to withdraw as co-counsel of record for Defendant, Debra Mercer-Erwin.

IT IS SO ORDERED!