# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS.** | § | NO. 4:20CR00212 |
| **DEBRA MERCER-ERWIN** | § | |

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DEBRA LYNN MERCER-ERWIN

**RAFAEL DE LA GARZA** hereby moves this Honorable Court to withdraw as co-counsel to Debra Lynn Mercer-Erwin and in support thereof states as follows:

1. Counsel has been advised that attorney Joe White will be making an appearance as new counsel for Mrs. Mercer-Erwin.

2. Mrs. Mercer-Erwin still has two other attorneys representing her in this matter.

3. Counsel for the Government, Ernest Gonzalez, does not oppose this motion.

4. Counsel's withdrawal as co-counsel will not impact the scheduled trial in this matter.

WHEREFORE, Counsel, Rafael de la Garza, moves the court to withdraw as co-counsel for Defendant Debra Mercer-Erwin.

Respectfully Submitted,

/s/Rafael de la Garza
**RAFAEL DE LA GARZA**
**STATE BAR NO. 00789251**
**6521 PRESTON ROAD, SUITE 100**
**PLANO, TEXAS 75024**
rdelagarzalaw@yahoo.com
**TEL.:  214/740-1708**
**FAX:  866/405-5699**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the Assistant United States Attorney assigned to the case on May 12, 2022 via email.

5/12/22

  /s/ Rafael de la Garza
**RAFAEL DE LA GARZA**

## **CERTIFICATE OF CONFERENCE**

On May 11. 2022, I conferred with Counsel for the Government, Ernest Gonzalez, whom did not oppose this motion to withdraw as co-counsel.

5/12/22

  /s/ Rafael de la Garza
**RAFAEL DE LA GARZA**