# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS.** | § | NO. 4:20CR00212 |
| **DEBRA MERCER-ERWIN** | § | |

### ORDER ON MOTION TO WITHDRAW AS CO-COUNSEL

On this _____day of _____, 2022, came on to be heard COUNSEL'S MOTION TO WITHDRAW AS CO-COUNSEL and the Court after having CONSIDERED same, the Court is of the opinion that same is hereby _____ (GRANTED