UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO.:  4:20-CR-212 ALM/KPJ |
| DEBRA MERCER-ERWIN (01) | § § | |

## ORDER

Having considered Defendants' Motions to Withdraw as Counsel (Dkt. 280 and 281), the motions are hereby **GRANTED**.

It is therefore **ORDERED** that John W. Coyle, III, and Rafael de la Garza are withdrawn as counsel of record.

**So ORDERED and SIGNED this 13th day of May, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE