AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
для
Eastern District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  4:20-CR-212 ALM/KPJ |
| DEBRA MERCER-ERWIN, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Debra Mercer-Erwin.

Date:   05/19/2022

s/ Joe E. White, Jr.
*Attorney's signature*

Joe E. White, Jr., OBA #12930
*Printed name and bar number*
White & Weddle, P.C.
630 N.E. 63rd Street
Oklahoma City, OK  73105

*Address*

joe@whiteandweddle.com
*E-mail address*

(405) 858-8899
*Telephone number*

(405) 858-8844
*FAX number*