AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:20-CR-212 ALM/KPJ |
| DEBRA MERCER-ERWIN, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Debra Mercer-Erwin                                                                 .

Date:    05/19/2022

s/ Charles C. Weddle III
*Attorney's signature*

Charles C. Weddle III  OBA #18869
*Printed name and bar number*
White & Weddle, P.C.
630 N.E. 63rd Street
Oklahoma City, OK  73105

*Address*

charles@whiteandweddle.com
*E-mail address*

(405) 858-8899
*Telephone number*

(405) 858-8844
*FAX number*