IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:20-CR-00212 |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1) ) | |
| KAYLEIGH MOFFETT (2) ) | |
| ) | |
| Defendants. | |

## ORDER

Upon the filing of Defendants Debra Lynn Mercer-Erwin and Kayleigh Moffett's Motion for Bill of Particulars [Doc. 286], the Court hereby orders that Defendants' Motion for Bill of Particulars be granted.

IT IS THEREFORE ORDERED that the Government file a Bill of Particulars in accordance with Rule 7(f) of the Federal Rules of Criminal Procedure in order to better inform the above Defendants of the charges against them.