**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:20-CR-00212 |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1) ) | |
| KAYLEIGH MOFFETT (2) ) | |
| CARLOS ROCHA VILLAURRUTIA (5) ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon the filing of Defendants Debra Lynn Mercer-Erwin and Kayleigh Moffett's Motion to Sever [Doc. _____], the Court hereby orders that Defendants' Motion to Sever be granted.

IT IS THEREFORE ORDERED that the trial of this matter is severed and that the Defendants, Debra Lynn Mercer-Erwin and Kayleigh Moffett, are allowed to proceed to trial separate and apart from Defendant Carlos Rocha Villaurrutia.

IT IS SO ORDERED.