## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| **Plaintiff,**   ) | |
| vs.   ) | Case No. 4:20-CR-00212 |
| ) | |
| **DEBRA LYNN MERCER-ERWIN (1)**   ) | |
| **KAYLEIGH MOFFETT (2)**   ) | |
| ) | |
| **Defendants.**   ) | |

## ORDER

Upon the filing of Defendants Debra Lynn Mercer-Erwin and Kayleigh Moffett's Motion to Dismiss [Doc. _____], the Court hereby orders that Defendants' Motion to Dismiss be granted.

IT IS THEREFORE ORDERED that the Defendants' Motion to Dismiss Counts 2 and 3 is granted.

IT IS FURTHER ORDERED that Count 2 and Count 3 of the Fifth Superseding Indictment [Doc. 224] are dismissed.

IT IS SO ORDERED.