# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 20-CR-212-ALM-KPJ |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1), ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

W. Brett Behenna hereby moves this Honorable Court to withdraw as co-counsel to Debra Lynn Mercer-Erwin and in support thereof states as follows:

1. Mrs. Mercer-Erwin has retained new counsel to include Joe White, Charles Weddle, Kate White, and Matthew Cyran. Each have filed their entry of appearance with the Court and will operate as lead counsel in Mrs. Mercer-Erwin's defense. The undersigned counsel's withdrawal will not cause any delay or prejudice to the parties or to these proceedings.

2. Pursuant to Local Rule CR-47, undersigned counsel has conferred with opposing counsel and the motion is not opposed.

WHEREFORE, W. Brett Behenna respectfully requests this Court permit him to withdraw as attorney of record in this case.

Respectfully submitted,

/s/ W. Brett Behenna
W. Brett Behenna, OBA #30485
BEHENNA, GOERKE, KRAHL & MEYER
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102
Telephone: 405-232-3800
Facsimile:   405-232-8999
Email:  bb@lawfirmokc.com

*Attorney for Defendant*
*Debra Mercer-Erwin*

## CERTIFICATE OF SERVICE

I hereby certify that on 1st day of July, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ *W. Brett Behenna*
W. Brett Behenna