### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 20-CR-212-ALM/KPJ |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1), ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Having considered Defendant's Motion to Withdraw (Dkt. ___), the motion is hereby **GRANTED.**

It is therefore **ORDERED** that W. Brett Behenna is withdrawn as counsel of record.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE