UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NO.:  4:20-CR-212 ALM/KPJ |
| § | |
| DEBRA LYNN MERCR-ERWIN (1) § | |

## ORDER

Having considered the Motion to Withdraw as Counsel (Dkt. 299) and the Amended Motion to Withdraw as Counsel (Dkt. 300), the Motion to Withdraw as Counsel (Dkt. 299) is **DENIED AS MOOT,** and the Amended Motion to Withdraw as Counsel (Dkt. 300) is hereby **GRANTED.**

It is therefore **ORDERED** that W. Brett Behenna be removed as counsel of record.

**So ORDERED and SIGNED this 5th day of July, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE