IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:20-CR-00212 |
| v. | § | |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| GUILLERMO GARCIA MENDEZ (3) | § | |
| FEDERICO ANDRES MACHADO (4) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |
| ALBAN GERARDO AZOFEIFA-CHACON (6) | § | |
| AARON BELLO-MILLAN (7) | § | |

**GOVERNMENT'S UNOPPOSED MOTION FOR SPECIAL SETTING**

The United States, by and through the undersigned Assistant United States Attorney, files this Motion for Special Setting and in support thereof would respectfully show as follows:

**I.**

A Fifth Superseding Indictment was filed in this case on May 5, 2021, A pre-trial conference is presently scheduled for July 18, 2022. Trial is scheduled for July 18, 2022.

**II.**

The government would respectfully request a special setting for a two-week trial from February 2nd through 16th, 2023. The government has conferred with counsel for Defendants and they are unopposed to this motion.

## III.

This motion is not made for delay but so that justice may be done.

The government hereby respectfully requests that this Court enter an Order specially setting this case for trial for a date.

                                                        Respectfully submitted,

                                                        BRIT FEATHERSTON
                                                      UNITED STATES ATTORNEY

                                                      /s/ _____
                                                      COLLEEN BLOSS
                                                      Assistant United States Attorney
                                                      Texas Bar No. 24082160
                                                      101 East Park Boulevard, Suite 500
                                                      Plano, Texas 75074
                                                      (972) 509-1201
                                                      Colleen.Bloss@usdoj.gov

## **CERTIFICATE OF CONFERENCE**

    I certify that the government conferred with current counsel of record on July 7, 2022. Below are their respective responses:

    Joe White – unopposed
    Vicki Behenna – unopposed
    Sidney Michael McColloch– unopposed
    Carlos Garcia – opposed

                                                        */s/ Colleen Bloss* _____
                                                      COLLEEN BLOSS

## **CERTIFICATE OF SERVICE**

This motion was electronically filed and counsel of record will receive notification *via* the District Clerk's CM/ECF system.

>*/s/ Colleen Bloss*
>COLLEEN BLOSS