# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | |
| § | CASE NUMBER 4:20CR212 |
| DEBRA LYNN MERCER-ERWIN (1) § | |
| KAYLEIGH MOFFETT (2) § | |
| GUILLERMO GARCIA MENDEZ (3) § | |
| FEDERICO ANDRES MACHADO (4) § | |
| CARLOS ROCHA § | |
|     VILLAURRUTIA (5) § | |
| ALBAN GERARDO § | |
|     AZOFEIFA-CHACON (6) § | |
| AARON BELLO-MILLAN (7) § | |

**ORDER DENYING MOTION TO CONTINUE TRIAL**

Before the Court is Defendant's Motion to Continue Trial (Dkt. #310) and the Government's Opposition to the Reset of Jury Trial (Dkt. #311). Having considered the Motion the Court is of the opinion that said motion should be **DENIED**.

On July 12, 2022, the Government filed an "Unopposed" Motion for Special Setting and requested that this case be set for a two week trial beginning on February 6. The Court has set aside February 6 - February 23, 2023 for the trial of this matter. This Court has a very busy docket and does not have two weeks available in December and the Parties could not agree to a setting in January, 2023.

It is therefore **ORDERED** that Defendant's Motion to Continue Trial (Dkt. #310) is **DENIED**. All deadlines will remain pursuant to the current Pretrial Order (Dkt. #307).

**IT IS SO ORDERED**.
**SIGNED this 17th day of October, 2022.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE