**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 4:20-CR-00212** |
| | ) | |
| **DEBRA LYNN MERCER-ERWIN (1)** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

Upon the filing of Defendant Debra Lynn Mercer-Erwin's Motion for a Pre-Trial Hearing to Determine the Admissibility of Co-Conspirator Statements (the "Motion") [Doc. _____], the Court hereby orders that Defendant's Motion be granted.

IT IS THEREFORE ORDERED that the Defendant's Motion is granted and an evidentiary hearing is scheduled for _____ at _____ o'clock a.m./p.m.

IT IS SO ORDERED.