## IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | Case No. 4:20-CR-00212 |
| | ) | |
| DEBRA LYNN MERCER-ERWIN (1) | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Upon the filing of Defendant Debra Lynn Mercer-Erwin's Motion to Suppress Certain Statements of Defendant (the "Motion") [Doc. \_\_\_\_\_], the Court hereby orders that Defendant's Motion be set for an evidentiary hearing scheduled for _____, 2023, at _____ o'clock a.m./p.m.

IT IS SO ORDERED.