# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case Number 4:20CR212 |
| | § | |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

## REFERRAL ORDER

Pursuant to the provisions of Title 28 U.S.C. § 636, it is **ORDERED** that the Defendant's Motion to Suppress (Dkt. #321) is **REFERRED** to United States Magistrate Judge Kimberly Priest Johnson for consideration and a recommended disposition.

**SIGNED this 6th day of March, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE