**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      ) | |
|                                                                    ) | |
| **Plaintiff,**      ) | |
| vs.                                                            ) | Case No. 4:20-CR-00212 |
|                                                                    ) | |
| **DEBRA LYNN MERCER-ERWIN (1)**      ) | |
|                                                                    ) | |
| **Defendants.**      ) | |

## ORDER

Upon the filing of Defendant Debra Lynn Mercer-Erwin's Motion To Join and Adopt Defendant Kayleigh Moffett's Motion to Suppress and Request for a Franks Hearing (the "Motion") [Doc. #324], the Court hereby orders that the Defendant Debra Lynn Mercer-Erwin is permitted to adopt and join the law and argument set for the in the Motion.

IT IS SO ORDERED.