IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Crim. No. 4:20-cr-212-ALM-KPJ |
| | § | |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| and KAYLEIGH MOFFETT (2), | § | |
| | § | |
| Defendant. | § | |

### ORDER

Pending before the Court are the following: Defendant Debra Lynn Mercer-Erwin's ("Defendant Mercer-Erwin") Motion to Suppress Certain Statements of Defendant (the "Mercer-Erwin Motion to Suppress") (Dkt. 321); Defendant Kayleigh Moffett's ("Defendant Moffett") Unopposed Motion for Leave to File a Motion to Suppress that Exceeds 15 Pages (the "Motion for Leave") (Dkt. 323); and Defendant Moffett's Motion to Suppress and Request for a Franks Hearing (the "Moffett Motion to Suppress", and together with the Mercer-Erwin Motion to Suppress, the "Motions to Suppress") (Dkt. 324).[1]

On March 7, 2023, the Court held a telephonic conference with the parties and proposed briefing and objections period deadlines. *See* Dkt. 328. The Court advised the parties that, given the trial is set for April 10, 2023 (Dkt. 316), the Court finds it necessary to expedite briefing on the Motions to Suppress (Dkts. 321, 324) and the objections period to the Report and Recommendations as to the Motions to Suppress (Dkts. 321, 324). *See* Dkt. 328. The parties

---

[1] The Motions to Suppress (Dkts. 321, 324) were referred to the undersigned on March 6 and March 7, 2023. *See* Dkts. 322, 327.

represented to the Court that they agreed to the proposed deadlines for briefing and the objections period. *See id.*

**IT IS ORDERED** that the Motion for Leave (Dkt. 323) is **GRANTED** and the Moffett Motion to Suppress (Dkt. 324) is deemed filed.

**IT IS ORDERED** that the Government shall file responses to the Motions to Suppress (Dkts. 321, 324), if any, no later than **March 17, 2023**; Defendant Mercer-Erwin and Defendant Moffett shall file replies, if any, no later than **March 23, 2023**; and the parties shall file objections to the Court's Report and Recommendations, if any, no later than **April 6, 2023**.

**So ORDERED and SIGNED this 7th day of March, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE