**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| **Plaintiff,**  ) | |
| vs.  ) | Case No. 4:20-CR-00212 |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1)  ) | |
| ) | |
| **Defendants.**  ) | |

## ORDER

Upon the filing of Defendant Debra Lynn Mercer-Erwin's Amended Motion to Join and Adopt Defendant Kayleigh Moffett's Motion to Suppress and Request for a Franks Hearing (the "Motion") [Dkt. #324], the Court hereby orders that the Defendant Debra Lynn Mercer-Erwin is permitted to adopt and join the law and argument set for the in the Motion.

IT IS SO ORDERED.