**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:20-CR-00212 |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1) ) | |
| KAYLEIGH MOFFETT (2) ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon the filing of Defendants Debra Lynn Mercer-Erwin and Kayleigh Moffett's Joint Motion to Alter Conditions of Release [Doc. _____], the Court hereby orders that Defendants' Motion to Alter Conditions of Release be granted.

IT IS THEREFORE ORDERED that the Defendants are permitted to continue work while on pretrial release at Aircraft Guaranty Corporation ("AGC") and Wright Brothers Aircraft Title, Inc. ("WBAT").

IT IS SO ORDERED.