UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | |
| § | Case No. 4:20-CR-212 ALM/KPJ |
| DEBRA LYNN MERCER-ERWIN (1) § | |
| KAYLEIGH MOFFETT (2) § | |

## ORDER FOR EXPEDITED RESPONSE AND NOTICE OF HEARING

Before the Court is Defendants' Joint Motion to Alter Conditions of Pretrial Release (Dkt. 333) filed on March 14, 2023.  The Government shall file a response to said motion on or before March 23, 2023.  A hearing on the motion is set for Monday, March 27, 2023 at 1:00 p.m., in Plano, Texas, Courtroom 108, before the undersigned.

**So ORDERED and SIGNED this 15th day of March, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE

1