IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 4:20-CR-212 |
| § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) § | |
| KAYLEIGH MOFFETT (2) § | |
| CARLOS ROCHA VILLAURRUTIA (5) § | |

## **PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO THE HONORABLE JUDGE OF SAID COURT:

The Petitioner, United States of America, by and through the Assistant United States Attorney of the Eastern District of Texas, respectfully shows:

The witness, **Raul Francisco De Asis Quevedo Martinez (USMS # 40713509)**, has been subpoenaed (subpoena has been issued but not served) to testify before the United States District Court, Eastern District in Sherman, Texas, in the above entitled jury trial on April 10, 2023.

The witness is presently incarcerated at the Northern Neck Reginal Jail, Warsaw, VA.

Petitioner respectfully requests this Honorable Court to issue a Writ of Habeas Corpus Ad Testificandum commanding the Sheriff/Warden of the Northern Neck Reginal Jail, Warsaw, VA to produce the body of said **Raul Francisco De Asis Quevedo Martinez (USMS # 40713509)** before the United States District Court of the Eastern District, Sherman, Texas, on April 10, 2023,

**Writ for Testimony – Page 1**

for the stated purpose and further commanding said officers to return the witness to the custody of the Northern Neck Reginal Jail, Warsaw, VA, at the conclusion of all said proceedings or as duly ordered by this Court.

        Respectfully submitted,

        BRIT FEATHERSTON
        United States Attorney

        /s/
        ERNEST GONZALEZ
        Assistant United States Attorney
        101 East Park Blvd., Suite 500
        Plano, Texas 75074
        Telephone:  972/509-1201
        Facsimile: 972/509-1209
        State Bar No. 00789318

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on March 23, 2023.

        /s/
        Ernest Gonzalez