IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |

## **ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The Petition for Writ of Habeas Corpus Ad Testificandum of the Assistant United States Attorney, on behalf of the United States of America, on this date came on for consideration, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Testificandum as requested, it is now hereby,

ORDERED and DIRECTED that the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum to the Warden/Sheriff of the Northern Neck Reginal Jail, Warsaw, VA commanding said officers to bring and have **Raul Francisco De Asis Quevedo Martinez (USMS # 40713509)**, witness herein, before the United States District Court, Eastern District of Texas, Sherman, Texas, on April 10, 2023 to testify and to surrender to the custody of the Warden/Sheriff of the Northern Neck Reginal Jail, Warsaw, VA at the conclusion of all said proceedings, or as hereafter ordered by this Court.

IT IS SO ORDERED,