**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:20-CR-00212 |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1) ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon the filing of Defendant, Debra Lynn Mercer-Erwin's Motion for Production of Jencks and Brady/Giglio Materials [Doc. _____], the Court hereby orders that Defendant's Motion should be granted.

IT IS THEREFORE ORDERED that the government is ordered to immediately produce all Brady/Giglio materials not already produced or affirmatively state that it has none and to produce all Jencks material no later than ten (10) days before trial.

IT IS SO ORDERED.