**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | **Case No. 4:20-CR-00212** |
| ) | |
| **DEBRA LYNN MERCER-ERWIN (1)** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon the filing of Defendant Debra Lynn Mercer-Erwin's Motion in Limine Regarding Joaquin Guzman (the "Motion") [Doc. _____], the Court hereby orders that Defendant's Motion is granted. The government is instructed that it may not make any reference to Joaquin Guzman a/k/a El Chapo or his organization in front of the jury.

IT IS SO ORDERED.