**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:20-CR-00212 |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1) ) | |
| KAYLEIGH MOFFETT (2) ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon the filing of Defendant Debra Lynn Mercer-Erwin's Motion in Limine Regarding Hearsay and Federico Machado [Doc. _____], the Court hereby orders that Defendant's Motion in Limine Regarding Hearsay and Federico Machado is granted.

IT IS THEREFORE ORDERED that the government is prohibited from introducing before the jury any evidence regarding a statement made by Federico Machado, any of his work product, or any other form of hearsay.

IT IS SO ORDERED.