# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CASE NUMBER 4:20CR212 |
| § | |
| DEBRA LYNN MERCER-ERWIN (1) § | |
| KAYLEIGH MOFFETT (2) § | |
| CARLOS ROCHA VILLAURRUTIA (5) § | |

## ORDER RESETTING PRETRIAL CONFERENCE

The Court resets this matter for Final Pretrial Conference, Jury Selection and Trial of this case before the undersigned as follows:

| EVENT | DEADLINES |
|---|---|
| Final Pretrial Conference | **8:00 a.m. on Monday, April 10, 2023** at the Paul Brown United States Courthouse, 101 East Pecan Street, Room 208, Sherman, Texas 75090 |
| Jury Selection/Trial | 10:00 a.m. |

**IT IS SO ORDERED**.

SIGNED this 3rd day of April, 2023.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE