**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:20-CR-00212 |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1) ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon the filing of Defendant, Debra Lynn Mercer-Erwin's Motion in Limine Regarding Expert Testimony [Doc. _____], the Court hereby orders that Defendant's Motion in Limine Regarding Expert Testimony is granted.

IT IS THEREFORE ORDERED that the government is prohibited from introducing before the jury any expert testimony evidence.

IT IS SO ORDERED.