**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                                              ) | |
|                           Plaintiff,        ) | |
| vs.                                                        ) | Case No. 4:20-CR-00212 |
|                                                              ) | |
| DEBRA LYNN MERCER-ERWIN (1)   ) | |
|                                                              ) | |
|                           Defendants.    ) | |

## **ORDER**

Upon the filing of Defendant, Debra Lynn Mercer-Erwin's Motion in Limine Regarding Operational Code Names, Hearsay, and Prior Criminal History [Doc. _____], the Court hereby orders that Defendant's Motion in Limine Regarding Operational Code Names, Hearsay, and Prior Criminal History is granted.

IT IS THEREFORE ORDERED that the government is prohibited from introducing before the jury any evidence regarding Operational Code Names, Hearsay, and Prior Criminal History of the Defendant.

IT IS SO ORDERED.