IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |

## WITNESS LIST

1. Special Agent Justin Marshall, Department of Homeland Security
2. Special Agent Jack Stevens, Department of Homeland Security
3. Special Agent Jesus Villarreal, Department of Homeland Security
4. Special Agent Ignacio Aguirre, Department of Homeland Security
5. Special Agent Brian Cunningham, Department of Homeland Security
6. Special Agent Paul Mack, Department of Commerce
7. Special Agent Sonia Hurtado, Internal Revenue Service
8. Assistant Regional Director Richard Clough, Drug Enforcement Administration
9. Group Supervisor Marcus West, Drug Enforcement Administration
10. Special Agent Ryan Petrasek, Drug Enforcement Administration
11. Special Agent Christopher Shary, Drug Enforcement Administration
12. Special Agent Michael Weigman, Department of Homeland Security
13. Special Agent Ryan Gorman, Department of Homeland Security
14. Forensic Accountant John Forakis, Contractor with the Department of Homeland Security
15. Forensic Accountant Grace Ellen Howe, Contractor with the Department of Homeland Security
16. Jesus Romero, retired from the Department of Defense
17. Steven Tochterman, retired from the FAA
18. Special Agent Loretta Moore, Drug Enforcement Administration
19. Robert Pincher Computer Forensic Analyst, Department of Homeland Security
20. Task Force Officer Beau Price, Department of Commerce
21. Special Agent Ernest Payton, retired, Department of Commerce
22. Lieutenant Colonel Alex Humberto Landino Tellez, Colombian Air Force
23. Raul Francisco De Asis Quevedo Martinez, USMS custody
24. Senior Forensic Chemist Scott Wischnewsky, Drug Enforcement Administration
25. Senior Forensic Chemist Paul Kusko, Drug Enforcement Administration
26. Forensic Chemist Kristin Ceniccola-Campos, Drug Enforcement Administration
27. Senior Forensic Chemist Angela Cassady, Drug Enforcement Administration

28. Senior Forensic Chemist, Xiu Liu, Drug Enforcement Administration
29. Julio Cesar Olivas-Felix, USMS custody
30. SA- 1166-BV
31. Sam Sewell
32. Bobby Watson
33. Richard Hodkinson
34. Detective Hernan Alexis Ochoa, Colombia

35. Custodian of Records, Bank of America
36. Custodian of Records, CrossFirst
37. Custodian of Records, Navy Federal Credit Union
38. Custodian of Records, Wells Fargo
39. Custodian of Records, TWA
40. Custodian of Records, Ford Electric
41. Custodian of Records, Texton Enterprises
42. Custodian of Records, AllVica
43. Custodian of Records Harvard Business Services
44. Custodian of Records, Aviation Escrow/Title
45. Custodian of Records, BMI Associates
46. Custodian of Records, Delta Title
47. Custodian of Records, Lincoln Investment
48. Custodian of Records, Global Business Jets, LLC
49. Custodian of Records, Global Television Network
50. Custodian of Records Innercharge, Inc.
51. Custodian of Records, Intercontinental Partners
52. Custodian of Records, Paradise Garden

53. Oscar HERRERA-Hernandez – SGAIA
54. Jaime Max GRANADOS-Alvarado – SGAIA
55. Jenner Adrian SUAREZ-Chan – SGAIA
56. Rony Alexander PENA-Gonzalez - SGAIA
57. William Estuardo NAJARRO-Flores - SGAIA

58. Kelvin Misael HERRERA-Lorenzana – TCIU
59. Norman Alexis GARCIA-Flores – TCIU
60. Nery Oswaldo RAMIREZ-Ramirez – TCIU
61. Manuel De Jesus RODAS-Lopez – TCIU
62. Fermin Alexander MOREJON-Guzman - TCIU
63. Juan Carlos ROSALES-Gonzalez – TCIU
64. Pedro Roberto Carrillo Gudiel-TCIU

65. Jose Maria FLORES-Hernandez – MP
66. Guillermo CARDOZA-Santiago – MP

67. Leslly Franzoli Franzoli Cortez Avila
68. Raul La Madrid – MP

69. Marcos Arturo ROSALES-Ventura – Military
70. Rony Ariel CHACON-Lopez – Military
71. Miguel Angel OROZCO-Orozco – Military

Respectfully submitted,

BRIT FEATHERSON
United States Attorney

\_\_\_/s/_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on April 3, 2023.

\_\_\_/s/_____
ERNEST GONZALEZ