

**U.S. Department of Justice**
**Drug Enforcement Administration**

South Central Laboratory
Dallas, TX

## Chemical Analysis Report

ICE - Brownsville Office
1800 Paredes Line Road
Brownsville, TX 78521

Case Number: 2020230100030101
LIMS Number: 2020-SFL6-02239

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | Cocaine Hydrochloride | 10023 g ± 1 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

Date Accepted by Laboratory: 03/20/2020    Gross Weight: 11.55 kg    Date Received by Examiner: 09/28/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 10 | Multilayered Packaging | Powder | 10019 g |

**Remarks:**
1.0 gram removed from each of 3 containers for special program.

### Exhibit Analysis:

**Sampling:**
Cocaine confirmed in 9 units tested of 10 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s). A composite was formed from 10 units for further testing. Salt form and determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Cobalt (II) Thiocyanate Color Test, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Scott Wischnewsky, Senior Forensic Chemist    Date: 10/01/2020
**Approved By:** /S/ Marie D. Prince, Senior Forensic Chemist    Date: 10/01/2020



**U.S. Department of Justice**
**Drug Enforcement Administration**

South Central Laboratory
Dallas, TX

# Chemical Analysis Report

ICE - Dallas Office
125 E. John Carpenter Freeway, Suite 800
IRVING, TX 75062

Case Number: 2021550100013801
LIMS Number: 2020-SFL6-07571

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | Cocaine Hydrochloride | 20708 g ± 1 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

Date Accepted by Laboratory:  10/15/2020        Gross Weight:  22.41 kg        Date Received by Examiner:  10/28/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 1 | Multilayered Packaging | Powder | 20707 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Cocaine confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:**  /S/  Scott Wischnewsky, Senior Forensic Chemist        **Date:**  11/13/2020
**Approved By:**  /S/  John W. McIlroy, Senior Forensic Chemist        **Date:**  11/18/2020

DEA Form 113 August 2019        Page 1 of 1