

**U.S. Department of Justice**
**Drug Enforcement Administration**

Special Testing and Research Laboratory
Dulles, VA

## Chemical Analysis Report

| | |
|---|---|
| Belize Country Office | Case Number: TJ-18-0007 |
| | LIMS Number: 2020-SFL1-03693 |

### Observations, Results, and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 4A | Cocaine Hydrochloride | 9957 g ± 2 g | 83 % ± 6 % | 8264 g ± 573 g |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 12/15/2020          **Gross Weight:**   12.38 kg               **Date Received by Examiner:** 01/19/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Weight |
|---|---|---|---|---|
| 4A | 10 | Multilayered Packaging | Powder | 9910 g |

**Remarks:**
Gross Weight includes the weight of all packaging materials and the evidence envelope.

Approximately 2.0 g removed from each of 10 containers for special program.

### Exhibit Analysis:

**Sampling:**

Cocaine confirmed in 10 units tested of 10 units received. A composite was formed from 10 units for further testing.
Cocaine hydrochloride also confirmed in the composite. Salt form determined from testing the composite.

| Exhibit: | Summary of Test(s): |
|---|---|
| 4A | Gas Chromatography/Flame Ionization Detector, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit: | Purity Test(s): |
|---|---|
| 4A | DEA440H/Nuclear Magnetic Resonance Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

| | | | |
|---|---|---|---|
| Analyzed By: | Kristin Ceniccola-Campos, Senior Forensic Chemist | Date: | February 11, 2021 |
| Approved By: | Jeffrey H. Comparin, Laboratory Director | Date: | MAR 0 8 2021 |

DEA Form-113 (September 2019)