

Angela M Cassady, MS
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Senior Forensic Chemist
South Central Laboratory
Dallas, TX

## AREA OF EXPERTISE

**Forensic Discipline**

Seized Drug Analysis
Forensic Toxicology (2001-2010)

**Expert Testimony**

Testified a total of approximately 68 times.  Past four years as follows:

| Date | Court | Location | Case |
|---|---|---|---|
| 02/15/2023 | US District Court | Oklahoma City, OK | US vs Batista (CR-23-374-PRW) |
| 11/15/2022 | State District Court | Rockport, Texas | Texas vs Adams |
| 11/03/2022 | US District Court | Tulsa, OK | US vs Johnson et al |
| 09/21/2022 | US District Court | Del Rio, Texas | US vs Sanchez |
| 02/08/2022 | US District Court | Oklahoma City, OK | US vs Garcia et al |
| 09/28/2021 | US District Court | Tulsa, OK | US vs Williams |
| 07/27/2021 | US District Court | Muskogee, OK | US vs George |
| 07/15/2021 | US District Court | Beaumont, TX | US vs Perez-Gomez et al |
| 06/15/2021 | US District Court | McAllen, TX (Zoom) | |
| 05/17/2021 | US District Court | McAllen, TX (Zoom) | |

## PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**
*Senior Forensic Chemist, South Central Laboratory,  (Dallas, TX), June 2010 - Present*

Analysis of unknown substances to determine the presence or absence of controlled substances by using
 accepted chemical tests and instrumental analysis.

Respond to federal law enforcement for clandestine laboratory sampling.

Testify in court as needed

*Training*

11-month in-house training.

4-week centralized training.

1-week clandestine lab training.  Clandestine lab certified.

**Kentucky State Police**
*Forensic Scientist Specialist II, Centralized Forensic Lab, (Frankfort, KY), September-June  2010*

Analyze blood and urine samples for alcohol and controlled substances.

*Training*

>       1-month in-house training

**Commonwealth of Kentucky Medical Examiner's Office Toxicology Laboratory**
*Forensic Scientist Specialist II, Centralized Forensic Lab, (Frankfort, KY), May 2001-Sept 2008*

>       Analyze postmortem samples for the presence of alcohol, drugs and toxins to aide in the determination of cause of death,

*Training*

>       6-month initial in-house training

>       4 week yearly continuing education.

.

# EDUCATION AND CERTIFICATIONS

**Degree Program(s)**

University of Florida (Gainesville, FL)

>       Master of Science, Forensic Drug Chemistry, 2006

University of Florida (Gainesville, FL)

>       Master of Science, Forensic Toxicology, 2005

Eastern Kentucky University (Richmond, KY)

>       Bachelor of Science, Forensic Chemistry, 2001

>       Minor in Political Science

.

# PROFESSIONAL AFFILIATIONS

Southwestern Association of Forensic Scientists (SWAFS), 2013-Present



**U.S. Department of Justice**
**Drug Enforcement Administration**

South Central Laboratory

Dallas, TX

## Chemical Analysis Report

ICE - Dallas Office
125 E. John Carpenter Freeway, Suite 800
IRVING, TX 75062

**Case Number:** 2021550100152701
**LIMS Number:** 2021-SFL6-03586

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|-------------------------|------------|------------------|-----------------------|
| 1 | Cocaine | 25.00 kg ± 0.06 kg | ---- | ---- |

**Remarks:**

The net weight is an extrapolated value based on the individual weights of 9 units. The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:**  04/28/2021          **Gross Weight:** 28.39 kg                    **Date Received by Examiner:**  05/12/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 1 | 25 | Multilayered Packaging | Powder | 25.00 kg |

**Remarks:**

1.1 gram removed from each of 3 containers for special program.

### Exhibit Analysis:

**Sampling:**

Cocaine confirmed in 16 units tested of 25 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s).

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 1 | Cobalt (II) Thiocyanate Color Test, Gas Chromatography/Mass Spectrometry |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:**  /S/  Angela M. Cassady, Senior Forensic Chemist                                                    **Date:**  05/21/2021
**Approved By:**  /S/  Michael J. Morley, Supervisory Chemist                                                         **Date:**  05/21/2021