**John Forakis**                                                                 **Forensic Accountant III**

**Work History**

**Deloitte Transactions and Business Analytics LLP, Solution Manager        06/2015 – Present**
*Investigations*
Mr. Forakis provides support to federal third party money laundering (3PML) investigations by tracing subpoenaed and seized financial data, analyzing Bank Secrecy Act (BSA) data and other government-provided information, and working directly with law enforcement agents to strategize and execute investigative priorities. This analysis is used to identify and directly target the money laundering networks used by criminal and drug trafficking organizations (DTOs). Mr. Forakis identifies trends and creates illustrative reports that detail information, such as transaction activity, connections to other suspects, and entities in high-risk areas for money laundering or tax-havens. He works closely with case agents and Assistant U.S. Attorneys to summarize financial information related to criminal cases.

*Management:* Mr. Forakis supervises and consults with forensic accountants in cities across the country in support of financial and money laundering investigations across multiple federal law enforcement agencies. As part of this supervision, he conducts recurring case reviews to provide guidance and feedback to team members' investigations and to implement quality control processes.

*Reporting:* Mr. Forakis consolidates, reviews, and edits quarterly reports detailing forensic accounting and investigative support provided for approximately 200 federal law enforcement financial investigations supported across the country.

*Training:* Mr. Forakis develops and delivers trainings to forensic accountants on tools, tips, and techniques for supporting law enforcement investigations. These trainings cover topics such as the investigative process, common money laundering typologies, and tracing methodologies. Mr. Forakis has also developed and delivered case studies on tracing trade transactions through the financial networks.

**Cornerstone Research, Analyst                                                         07/2013 – 06/2015**

As an Analyst, Mr. Forakis supported expert witnesses in corporate litigation matters across a variety of practice areas including antitrust, energy, securities, and valuation. As a part of this support, Mr. Forakis performed research for expert litigation support and prepared for depositions. Additionally, he gained forensic experience by investigating a fraud related to a trade-finance program provided by the Commodity Credit Corporation, which involved a rogue employee at a U.S. branch of a foreign bank. Mr. Forakis analyzed internal documents pertaining to alleged phantom transactions and due diligence performed on exporters and importers involved in the program. As a part of the investigation, he performed research on the anti-money laundering (AML) and know-your-customer (KYC) policies and practices of the bank to determine if banking regulations were violated.

**Education**

- University of Maryland, B.S., Accounting & Finance

**Professional Certifications and Qualifications**

- Certified Fraud Examiner (CFE) credential
- Member, Association of Certified Fraud Examiners (ACFE)