IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. 4:20-CR-212 |
| DEBRA LYNN MERCER-ERWIN (1) | § | Judge Mazzant |
| KAYLEIGH MOFFETT (2) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |

## **ORDER**

On this day came on for consideration the United States' Motion in Limine, and after considering same, this Court hereby grants said motion.