IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. 4:20-CR-212 |
| DEBRA LYNN MERCER-ERWIN (1) | § | Judge Mazzant |
| KAYLEIGH MOFFETT (2) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |

## ORDER

On this day came on for consideration the United States' Request for an Order Directing the Defendants to Provide Notice of Intent to Raise an Advice or Counsel Defense, and after considering same, this Court hereby grants said motion.