**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:20-CR-00212 |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1) ) | |
| KAYLEIGH MOFFETT (2) ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon the filing of Defendants Debra Lynn Mercer-Erwin's and Kayleigh Moffett's Objection to Government's Expert Witness Notice [Doc. _____], the Court hereby orders that the Government's expert testimony is excluded from the trial of this matter.

IT IS SO ORDERED.