# EXHIBIT 2

**Kate White**

| | |
|---|---|
| From: | Kaufman, Anissa (USATXE) [Contractor] <Anissa.Kaufman@usdoj.gov> |
| Sent: | Wednesday, October 26, 2022 8:05 AM |
| To: | Vicki Behenna; Matthew Cyran; Charles Weddle; Joe White; Kate White |
| Subject: | 4:20cr212 - U.S. v. Mercer-Erwin |

Please be advised that we are in receipt of additional discovery from HSI in this case.  If you wish to have a copy, please provide two separate 6TB hard drives.  If not, you may arrange a meeting to view the discovery in our office.  Thanks,

ANISSA A. KAUFMAN, PARALEGAL IV
FSA CONTRACTOR WITH THE U.S. ATTORNEY'S OFFICE
101 E. PARK BLVD., STE. 500
PLANO, TEXAS 75074
Anissa.Kaufman@usdoj.gov