# EXHIBIT 3

# Kate White

**From:** Matthew Cyran
**Sent:** Tuesday, November 15, 2022 10:31 AM
**To:** anissa.kaufman@usdoj.gov
**Cc:** Joe White; Kate White; Josh Welch
**Subject:** 4:20cr212 - U.S. v. Mercer-Erwin, et al.

Anissa:

We have the hard drives to send to you.  I'd like to FedEx them rather than use the mail.  Is there a specific address that I should send them to for FedEx pickup or do I use the 101 E. Park Blvd. address in Plano?

Thank you,

MATTHEW P. CYRAN
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, OK  73105
(405) 858-8899 (O)
(405) 858-8844 (F)
(918) 728-4929 (C)
www.whiteandweddle.com

1

**Kate White**

| | |
|---|---|
| From: | Kaufman, Anissa (USATXE) [Contractor] <Anissa.Kaufman@usdoj.gov> |
| Sent: | Tuesday, November 15, 2022 10:51 AM |
| To: | Matthew Cyran |
| Cc: | Joe White; Kate White; Josh Welch |
| Subject: | RE: 4:20cr212 - U.S. v. Mercer-Erwin, et al. |

My address at 101 E. Park Blvd., Ste. 500 is correct. Once completed, I will fed ex back to you. Thanks!

**ANISSA A. KAUFMAN, PARALEGAL IV**
**FSA CONTRACTOR WITH THE U.S. ATTORNEY'S OFFICE**
**101 E. PARK BLVD., STE. 500**
**PLANO, TEXAS 75074**
**Anissa.Kaufman@usdoj.gov**

From: Matthew Cyran <matt@whiteandweddle.com>
Sent: Tuesday, November 15, 2022 10:31 AM
To: Kaufman, Anissa (USATXE) [Contractor] <AKaufman@usa.doj.gov>
Cc: Joe White <joe@whiteandweddle.com>; Kate White <kate@whiteandweddle.com>; Josh Welch <josh@whiteandweddle.com>
Subject: [EXTERNAL] 4:20cr212 - U.S. v. Mercer-Erwin, et al.

Anissa:

We have the hard drives to send to you. I'd like to FedEx them rather than use the mail. Is there a specific address that I should send them to for FedEx pickup or do I use the 101 E. Park Blvd. address in Plano?

Thank you,

MATTHEW P. CYRAN
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, OK  73105
(405) 858-8899 (O)
(405) 858-8844 (F)
(918) 728-4929 (C)
www.whiteandweddle.com

1

## Kate White

| | |
|---|---|
| **From:** | Matthew Cyran |
| **Sent:** | Tuesday, November 15, 2022 11:08 AM |
| **To:** | Kaufman, Anissa (USATXE) [Contractor] |
| **Cc:** | Joe White; Kate White; Josh Welch |
| **Subject:** | RE: 4:20cr212 - U.S. v. Mercer-Erwin, et al. |

Thank you. I will get them sent to your attention.

Sincerely,

MATTHEW P. CYRAN
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, OK  73105
(405) 858-8899 (O)
(405) 858-8844 (F)
(918) 728-4929 (C)
www.whiteandweddle.com

**From:** Kaufman, Anissa (USATXE) [Contractor] <Anissa.Kaufman@usdoj.gov>
**Sent:** Tuesday, November 15, 2022 10:51 AM
**To:** Matthew Cyran <matt@whiteandweddle.com>
**Cc:** Joe White <joe@whiteandweddle.com>; Kate White <kate@whiteandweddle.com>; Josh Welch <josh@whiteandweddle.com>
**Subject:** RE: 4:20cr212 - U.S. v. Mercer-Erwin, et al.

My address at 101 E. Park Blvd., Ste. 500 is correct.  Once completed, I will fed ex back to you.  Thanks!

ANISSA A. KAUFMAN, PARALEGAL IV
FSA CONTRACTOR WITH THE U.S. ATTORNEY'S OFFICE
101 E. PARK BLVD., STE. 500
PLANO, TEXAS 75074
Anissa.Kaufman@usdoj.gov

**From:** Matthew Cyran <matt@whiteandweddle.com>
**Sent:** Tuesday, November 15, 2022 10:31 AM
**To:** Kaufman, Anissa (USATXE) [Contractor] <AKaufman@usa.doj.gov>
**Cc:** Joe White <joe@whiteandweddle.com>; Kate White <kate@whiteandweddle.com>; Josh Welch <josh@whiteandweddle.com>
**Subject:** [EXTERNAL] 4:20cr212 - U.S. v. Mercer-Erwin, et al.

Anissa:

1

We have the hard drives to send to you.  I'd like to FedEx them rather than use the mail.  Is there a specific address that I should send them to for FedEx pickup or do I use the 101 E. Park Blvd. address in Plano?

Thank you,

MATTHEW P. CYRAN
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, OK  73105
(405) 858-8899 (O)
(405) 858-8844 (F)
(918) 728-4929 (C)
www.whiteandweddle.com

## Kate White

| | |
|---|---|
| **From:** | Josh Welch |
| **Sent:** | Tuesday, November 15, 2022 1:01 PM |
| **To:** | Kaufman, Anissa (USATXE) [Contractor] |
| **Cc:** | Matthew Cyran; Joe White; Kate White |
| **Subject:** | Re: 4:20cr212 - U.S. v. Mercer-Erwin, et al. |

Anissa-

I sent two external hard drives via FedEx today and you should receive them no later than Thursday morning.  Should you have any questions let me know.  Thank you.

Josh Welch
Paralegal
White & Weddle, P.C.

> On Nov 15, 2022, at 10:51 AM, Kaufman, Anissa (USATXE) [Contractor] <Anissa.Kaufman@usdoj.gov> wrote:
>
> **My address at 101 E. Park Blvd., Ste. 500 is correct.  Once completed, I will fed ex back to you.  Thanks!**
>
> **Anissa A. Kaufman, Paralegal IV**
> **FSA CONTRACTOR WITH THE U.S. ATTORNEY'S OFFICE**
> **101 E. Park Blvd., Ste. 500**
> **Plano, Texas 75074**
> **Anissa.Kaufman@usdoj.gov**
>
> **From:** Matthew Cyran <matt@whiteandweddle.com>
> **Sent:** Tuesday, November 15, 2022 10:31 AM
> **To:** Kaufman, Anissa (USATXE) [Contractor] <AKaufman@usa.doj.gov>
> **Cc:** Joe White <joe@whiteandweddle.com>; Kate White <kate@whiteandweddle.com>; Josh Welch <josh@whiteandweddle.com>
> **Subject:** [EXTERNAL] 4:20cr212 - U.S. v. Mercer-Erwin, et al.
>
> Anissa:
>
> We have the hard drives to send to you.  I'd like to FedEx them rather than use the mail.  Is there a specific address that I should send them to for FedEx pickup or do I use the 101 E. Park Blvd. address in Plano?
>
> Thank you,

1

MATTHEW P. CYRAN
White & Weddle, P.C.
630 N.E. 63rd Street
Oklahoma City, OK  73105
(405) 858-8899 (O)
(405) 858-8844 (F)
(918) 728-4929 (C)
www.whiteandweddle.com

2