# EXHIBIT 4

# Kate White

| | |
|---|---|
| **From:** | Kate White |
| **Sent:** | Wednesday, February 1, 2023 10:36 AM |
| **To:** | 'Anissa.Kaufman@usdoj.gov' |
| **Cc:** | Joe White; Matthew Cyran; Josh Welch |
| **Subject:** | USA v. Mercer-Erwin |

Ms. Kaufman,

My name is Kate White and I am one of the attorneys that represents Debra Mercer-Erwin (U.S.A. v. Mercer-Erwin, et al, Case No. 4:20-cr-00212-ALM-KPJ ).  Our office has been going through the approx. 12 TB of discovery data that was sent to us about a month ago and we are running into accessibility issues.  Do you have time for a quick call today to discuss?  If so, what is the best time and best phone number to reach you.

Thank you,
Kate White

Kate C. White, Esq.
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, OK  73105
(405) 858-8899 OFFICE
(405) 229-5075 CELL
(405) 858-8844 FAX
kate@whiteandweddle.com
www.whiteandweddle.com