# EXHIBIT 6

**Kate White**

| | |
|---|---|
| From: | Kate White |
| Sent: | Monday, February 6, 2023 9:31 AM |
| To: | 'Gonzalez, Ernest (USATXE)' |
| Cc: | Joe White |
| Subject: | RE: Mercer-Erwin 4:20cr212 |

Mr. Gonzalez,

I am available at 2:30 p.m. today. Joe has a 3:30 p.m. deposition, so he will only be on the call from 2:30 p.m. to 3:00 p.m.

What is the best number to reach you and I will give you a call at 2:30 p.m.

Thanks,
Kate

Kate C. White, Esq.
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, OK  73105
(405) 858-8899
(405) 858-8844 FAX
kate@whiteandweddle.com
www.whiteandweddle.com

**From:** Gonzalez, Ernest (USATXE) <Ernest.Gonzalez@usdoj.gov>
**Sent:** Monday, February 6, 2023 8:26 AM
**To:** Kate White <kate@whiteandweddle.com>
**Cc:** Joe White <joe@whiteandweddle.com>
**Subject:** Re: Mercer-Erwin 4:20cr212

Ms. White,

I have to be in court today starting at 9:30. I should be back at the office by 2 this afternoon, can we please schedule the call for 2:30 today. If that does not work, I'm available tomorrow morning. Sorry for the late notice.

Get Outlook for iOS

**From:** Kate White <kate@whiteandweddle.com>
**Sent:** Friday, February 3, 2023 5:52:30 PM
**To:** Gonzalez, Ernest (USATXE) <EGonzalez@usa.doj.gov>
**Cc:** Joe White <joe@whiteandweddle.com>
**Subject:** [EXTERNAL] RE: Mercer-Erwin 4:20cr212

Mr. Gonzalez,

1

Thank you for your email. I am in the office all day on Monday. How about I call you at 10:00 a.m. to discuss the discovery issues? Joe can also be on that call.

Thank you,
Kate

Kate C. White, Esq.
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, OK  73115
(405) 858-8899 OFFICE
(405) 229-5075 CELL
(405) 858-8844 FAX
kate@whiteandweddle.com
www.whiteandweddle.com

**From:** Gonzalez, Ernest (USATXE) <Ernest.Gonzalez@usdoj.gov>
**Sent:** Friday, February 3, 2023 5:36 PM
**To:** Kate White <kate@whiteandweddle.com>
**Cc:** Joe White <joe@whiteandweddle.com>
**Subject:** Re: Mercer-Erwin 4:20cr212

Ms. White,

Please give me call with respect to your questions about the discovery issues you emailed to Ms. Adams at my office. I would also like to schedule a call with Mr. White to discuss the status of the case. Thank you and have a good weekend

Ernest Gonzalez
AUSA
EDTX 903-819-7744