# EXHIBIT 7

# Kate White

| | |
|---|---|
| **From:** | Marshall, Justin <Justin.Marshall@ice.dhs.gov> |
| **Sent:** | Monday, February 6, 2023 3:41 PM |
| **To:** | Kate White |
| **Cc:** | Ernest.Gonzalez@usdoj.gov |
| **Subject:** | Computer Forensic Tools |
| **Attachments:** | SEAGATE EXPANSION DRIVE recd 12.07.22.docx; EASYSTORE DRIVE, recd 11.22.22.docx |

Kate,

Per our conversation today, there are numerous free and paid versions of forensic programs used to view and/or process data.
Here are a few common ones.

Access Data FTK
Encase
Magnet Axiom
Arsenal Image Mounter (AIM)
Nuix
Forensic Explorer
Cellebrite

For Example, I pulled the below information from the emailed attachments. 1- 3 are related documents and a forensic processing tool is needed to view/process the raw data.

1) "D:\420CR212 US v. Debra Mercer-Erwin\AGC_DISCOVERY_1\LI0004_SANDISK USB\IMAGE\SANDISK USB.E01" – This is the raw data file that needs to be processed.

2) "D:\420CR212 US v. Debra Mercer-Erwin\AGC_DISCOVERY_1\LI0004_SANDISK USB\IMAGE\SANDISK USB.E01.csv" – A CSV file that was created during the imaging process. This CSV file captures the information into a spreadsheet format

3) "D:\420CR212 US v. Debra Mercer-Erwin\AGC_DISCOVERY_1\LI0004_SANDISK USB\IMAGE\SANDISK USB.E01.txt" – A TXT file that was created during the imaging process. This TXT is a text version created at the same time of the image and hash validation.

"D:\420CR212.1 US v. Mercer-Erwin\001_Production_ALL DEFENDANTS\VILLAURRUTIA, Carlos Rocha\Aircraft Events - Individual Files\04- N939RR aka XB-PVI\Cocaine Samples retrieved 10MAR2020" – EMPTY FOLDER – This folder was empty when discovery was turned over. In preparation for trial, we have since placed documents, in this folder. These are not new documents. These documents are from turned over discover, which we are organizing in preparation for trial.

"D:\420CR212.1 US v. Mercer-Erwin\001_Production_ALL DEFENDANTS\VILLAURRUTIA, Carlos Rocha\Aircraft Events - Individual Files\N316JP\N316JP subscriber information on plane records ATT_M9-20-58226_A46404868_46407257.txt" – Lisa advised you were able to open this file. Confirming you were able open this file?

The below files were empty when they were copied from the devices themselves. They are empty on our side as well.
"D:\420CR212 US v. Debra Mercer-Erwin\AGC_DISCOVERY_1\MOFFETT_FILE COPY\724JK\724JK\WIRES IN & WIRES OUT - N724JK" – EMPTY FOLDER - Confirmed this file is empty on our side as well.

"D:\420CR212 US v. Debra Mercer-Erwin\AGC_DISCOVERY_1\MOFFETT_FILE COPY\$MfeDeepRem\USER_DATA" – EMPTY FOLDER - Confirmed this file is empty on our side as well. This is a hidden file that is created during the use of the thumb drive

D:\420CR212 US v. Debra Mercer-Erwin\MACHADO, Federico\Machado's Apple Computer.zip\Desktop\Guatemala\Cementos\Geologico – EMPTY FOLDER - Confirmed this file is empty on our side as well

D:\420CR212 US v. Debra Mercer-Erwin\MACHADO, Federico\Machado's Apple Computer.zip\Desktop\Guatemala\Cementos\Legal – EMPTY FOLDER - Confirmed this file is empty on our side as well

D:\420CR212 US v. Debra Mercer-Erwin\MACHADO, Federico\Machado's Apple Computer.zip\Desktop\Guatemala\Gaseoducto – EMPTY FOLDER - Confirmed this file is empty on our side as well

D:\420CR212 US v. Debra Mercer-Erwin\MACHADO, Federico\Redacted – EMPTY FOLDER – I was unable to find this folder on our side, can you please provide the complete file path?

J. Marshall