# EXHIBIT 9

# Kate White

| | |
|---|---|
| **From:** | Matthew Cyran |
| **Sent:** | Tuesday, February 21, 2023 4:09 PM |
| **To:** | ernest.gonzalez@usdoj.gov |
| **Cc:** | Joe White; Kate White; Josh Welch; Kaufman, Anissa (USATXE) [Contractor] |
| **Subject:** | U.S. v. Mercer-Erwin, et al. |

Mr. Gonzalez:

As we work through the discovery provided by the government, we are still unable to locate the following information:

1. A copy of the Search Warrant(s);
2. A copy of the Affidavit(s) for Search Warrant;
3. Any ROIs or other law enforcement reports associated with the search of Ms. Mercer-Erwin's business;
4. Any agent notes or recordings from the Rule 11 proffers provided by Ms. Mercer-Erwin; and
5. Any ROIs or other law enforcement reports memorializing the meetings between Ms. Mercer-Erwin and federal authorities in Plano, TX.

Can you please confer with the prosecution team as to where these materials are located or if they've been provided? If so, I'd appreciate some direction as to where these items can be located. If they've not yet been produced, please have someone forward them directly.

Finally, the last time we spoke on the phone you indicated that you were going to confirm whether or not the government's discovery production has been completed in this case. Please let me know whether or not there is additional discovery yet to come.

Thank you.
MATTHEW P. CYRAN
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, OK  73105
(405) 858-8899 (O)
(405) 858-8844 (F)
(918) 728-4929 (C)
www.whiteandweddle.com