# EXHIBIT 11

# Kate White

| | |
|---|---|
| **From:** | Joe White |
| **Sent:** | Sunday, March 26, 2023 8:31 PM |
| **To:** | ernest.gonzalez_usdoj.gov |
| **Cc:** | Kate White; Matthew Cyran; Brett Behenna |
| **Subject:** | USA vs Mercer-Erwin |

Ernest,

This email is written regarding the NUMEROUS requests for recorded interviews and Rule 16 of the Federal Rules of Criminal Procedure. Thank you for the supplement to the 12 TB of data previously produced. Regarding that supplemental production, certain ROIs reference recordings or transcripts to support or explain statements by the reporting Agents. Please provide the referenced recordings and/or transcripts

Also, I am requesting again the recordings of my client on December 22, 2020, December 29, 2020, January 21, 2021 and January 22, 2021.

Finally, it is my understanding that the Government is not calling an expert witness in their case in chief. Please confirm. Hopefully, you will be present tomorrow. I look forward to seeing you again.
Joe

Joe E. White, Jr.
White & Weddle, P.C.
(405)858-8899
joe@whiteandweddle.com