# EXHIBIT 12

# Kate White

| | |
|---|---|
| **From:** | Marshall, Justin <Justin.Marshall@ice.dhs.gov> |
| **Sent:** | Tuesday, March 28, 2023 8:04 PM |
| **To:** | Kate White |
| **Cc:** | Ernest.Gonzalez@usdoj.gov; Kaufman, Anissa (USATXE) |
| **Subject:** | Discovery |

Good Evening Kate,

There will be another round of discover to include 500 GB from the DVR at AGC. Can you please send a one terabyte drive so we can include the other remaining items that we discussed after court?

Please address the drive to AUSA, attention of Anissa Kaufman, 101 E. Park Blvd Ste 500, Plano, TX 75074.

J. Marshall

1

# Kate White

| | |
|---|---|
| **From:** | Kate White |
| **Sent:** | Tuesday, March 28, 2023 8:34 PM |
| **To:** | Marshall, Justin |
| **Cc:** | ernest.gonzalez@usdoj.gov; Kaufman, Anissa (USATXE); Joe White; Brett Behenna; Matthew Cyran |
| **Subject:** | Re: Discovery |

Agent Marshall,

We can overnight a 1TB drive to you first thing; I can also send you a Dropbox link to expedite the process. The turnaround is tight with our April 3rd deadline. As we discussed yesterday, it is my understanding there is additional production from the Government related to one of the planes, translation of certain discovery and the recorded interview of Machado. Other than what we discussed can you tell me what other information will be produced at this late date?

Thank you,
Kate

Kate C. White
White & Weddle, P.C.
(405) 858-8899
kate@whiteandweddle.com

Sent from my iPhone

> On Mar 28, 2023, at 8:04 PM, Marshall, Justin <Justin.Marshall@ice.dhs.gov> wrote:
>
> Good Evening Kate,
>
> There will be another round of discover to include 500 GB from the DVR at AGC. Can you please send a one terabyte drive so we can include the other remaining items that we discussed after court?
>
> Please address the drive to AUSA, attention of Anissa Kaufman, 101 E. Park Blvd Ste 500, Plano, TX 75074.
>
> J. Marshall