# EXHIBIT 13

# Kate White

| | |
|---|---|
| **From:** | Kaufman, Anissa (USATXE) [Contractor] <Anissa.Kaufman@usdoj.gov> |
| **Sent:** | Saturday, April 1, 2023 11:15 AM |
| **To:** | Kate White; Marshall, Justin |
| **Cc:** | Gonzalez, Ernest (USATXE); Matthew Cyran; Joe White |
| **Subject:** | RE: Discovery |

It completed copying last night. I am dropping it off today at fed ex. The tracking number is 771730227500

Anissa Kaufman, Paralegal IV
FSA Contractor with the U.S. Attorney's Office
101 E. Park Blvd., Ste. 500
Plano, Texas 75074
Anissa.Kaufman@usdoj.gov

**From:** Kate White <kate@whiteandweddle.com>
**Sent:** Saturday, April 1, 2023 9:42 AM
**To:** Marshall, Justin <Justin.Marshall@ice.dhs.gov>
**Cc:** Gonzalez, Ernest (USATXE) <EGonzalez@usa.doj.gov>; Kaufman, Anissa (USATXE) [Contractor] <AKaufman@usa.doj.gov>; Matthew Cyran <matt@whiteandweddle.com>; Joe White <joe@whiteandweddle.com>
**Subject:** [EXTERNAL] Re: Discovery

Agent Marshall and Ms. Kaufman,

As of yesterday we had not received a copy of the below referenced discovery. My office overnighted a 1TB drive to you on March 29th. Can you send me the tracking number of the drive and when we might expect to receive it?

Thank you,
Kate White

Kate C. White, Esq.
White & Weddle, P.C.
630 Northeast 63rd
Oklahoma City, Ok
(405) 858-8899 OFFICE
(405) 229-5075 CELL
(405) 858-8844 FAX
www.whiteandweddle.com

On Mar 28, 2023, at 8:04 PM, Marshall, Justin <Justin.Marshall@ice.dhs.gov> wrote:

Good Evening Kate,

There will be another round of discover to include 500 GB from the DVR at AGC. Can you please send a one terabyte drive so we can include the other remaining items that we discussed after court?

Please address the drive to AUSA, attention of Anissa Kaufman, 101 E. Park Blvd Ste 500, Plano, TX 75074.

J. Marshall