# EXHIBIT 14

**Kate White**

| | |
|---|---|
| **From:** | Kaufman, Anissa (USATXE) [Contractor] <Anissa.Kaufman@usdoj.gov> |
| **Sent:** | Saturday, April 1, 2023 12:15 PM |
| **To:** | Carlos A Garcia; Vicki Behenna; bb@lawfirmokc.com; Matthew Cyran; Charles Weddle; Joe White; Kate White |
| **Cc:** | Amber Walker |
| **Subject:** | 4:20cr212 - U.S. v. Mercer-Erwin, et al. |

I am going to upload some additional photos to USAfx.  Mr. Garcia is already a member.  I will add the rest of you as well.  Please download at your earliest convenience.  Thanks,

Anissa Kaufman, Paralegal IV
FSA Contractor with the U.S. Attorney's Office
101 E. Park Blvd., Ste. 500
Plano, Texas 75074
Anissa.Kaufman@usdoj.gov

1

**Kate White**

| | |
|---|---|
| **From:** | Kaufman, Anissa (USATXE) [Contractor] <Anissa.Kaufman@usdoj.gov> |
| **Sent:** | Monday, April 3, 2023 8:24 AM |
| **To:** | Carlos A Garcia; bb@lawfirmokc.com; Vicki Behenna; Joe White; Kate White; Charles Weddle; Matthew Cyran |
| **Cc:** | Amber Walker |
| **Subject:** | 4:20cr212 - additional reports uploaded to USAfx this morning |

They will be noted with today's date for your reference. Please download. Thanks,

Anissa Kaufman, Paralegal IV
FSA Contractor with the U.S. Attorney's Office
101 E. Park Blvd., Ste. 500
Plano, Texas 75074
Anissa.Kaufman@usdoj.gov

# Kate White

| | |
|---|---|
| **From:** | Kaufman, Anissa (USATXE) [Contractor] <Anissa.Kaufman@usdoj.gov> |
| **Sent:** | Tuesday, April 4, 2023 4:05 PM |
| **To:** | Carlos A Garcia; bb@lawfirmokc.com; Vicki Behenna; Joe White; Kate White; Charles Weddle; Matthew Cyran |
| **Cc:** | Amber Walker; Christopher Andrade |
| **Subject:** | RE: 4:20cr212 - 4.4.23 folder uploaded to USAfx |

These will be additional trial exhibits.  Please download the 4.4.23 folder at your earliest convenience.  Thanks,

Anissa Kaufman, Paralegal IV
FSA Contractor with the U.S. Attorney's Office
101 E. Park Blvd., Ste. 500
Plano, Texas 75074
Anissa.Kaufman@usdoj.gov