# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:20-CR-00212 |
| DEBRA LYNN MERCER-ERWIN (1) KAYLEIGH MOFFETT (2) | ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon the filing of Defendants Debra Lynn Mercer-Erwin's and Kayleigh Moffett's Notice to Court Pursuant to Fed. R. Crim. P. 16.1(B) Regarding Pretrial Discovery [Doc. _____], the Court hereby orders that Government is prohibited from utilizing any materials produced to the Defendants on or after April 3, 2023.

IT IS SO ORDERED.