# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 4:20-CR-212 |
| § | |
| DEBRA LYNN MERCER-ERWIN (1) § | |
| KAYLEIGH MOFFETT (2) § | |

## ORDER

Pending before the Court are Defendant Kayleigh Moffett's Unopposed Motion to Join Defendant Debra Lynn Mercer-Erwin's Motion In Limine Regarding Joaquin Guzman (Dkt. #348) and Defendant Kayleigh Moffett's Unopposed Motion to Join Defendant Debra Lynn Mercer-Erwin's Motion In Limine Regarding Hearsay and Federico Machado (Dkt. #349).

Defendant Moffett asserts that the arguments raised in the motions in limine filed by Defendant Mercer-Erwin equally apply to her, therefore, she requests that the Court allow her to join in the motions. In addition, the Government does not oppose her joinder in these motions. Given the relevance to Defendant Moffett's case and the Government's lack of opposition, the Court agrees that joinder is appropriate.

It is therefore **ORDERED** that Defendant Kayleigh Moffett's Unopposed Motion to Join Defendant Debra Lynn Mercer-Erwin's Motion In Limine Regarding Joaquin Guzman (Dkt. #348) and Defendant Kayleigh Moffett's Unopposed Motion to Join Defendant Debra Lynn Mercer-Erwin's Motion In Limine Regarding Hearsay and Federico Machado (Dkt. #349) are hereby **GRANTED**.

IT IS SO ORDERED.
SIGNED this 6th day of April, 2023.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE