# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:20-CR-212 |
| | § | |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |

## ORDER

Pending before the Court is the United States' Request for an Order Directing the Defendants to Provide Notice of Intent to Raise an Advice of Counsel Defense (Dkt. #362).

The Government seeks an order from the Court requiring Defendants to provide notice of advice of counsel defense, if any, that Defendants plan to raise. The Court agrees that, if any Defendants plan to raise an advice of counsel defense, notice must be provided to the Government.

It is therefore **ORDERED** that United States' Request for an Order Directing the Defendants to Provide Notice of Intent to Raise an Advice of Counsel Defense (Dkt. #362) is hereby **GRANTED**.

It is further **ORDERED** that Defendants must provide said notice to the Government by noon on Friday, April 7, 2023.

**IT IS SO ORDERED.**

SIGNED this 6th day of April, 2023.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE