**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| vs.   ) | Case No. 4:20-CR-00212 |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1)  ) | |
| KAYLEIGH MOFFETT (2)   ) | |
| ) | |
| Defendants.  ) | |

## **ORDER**

Upon the filing of Defendants Debra Lynn Mercer-Erwin's and Kayleigh Moffett's Notice of Discovery Violations Pursuant to Rule 16 and Request for an Evidentiary Hearing [Doc. _____], the Court hereby orders that Defendants' Motion should be granted.

IT IS SO ORDERED.