### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
| **Plaintiff,**                  ) | |
| vs.                             ) | Case No. 4:20-CR-00212 |
|                                 ) | |
| DEBRA LYNN MERCER-ERWIN (1)     ) | |
|                                 ) | |
| **Defendants.**                 ) | |

## ORDER

Upon the filing of Defendant Debra Lynn Mercer-Erwin's Motion To Join and Adopt Defendant Moffett's Objection to the Report and Recommendation of the United States Magistrate Judge (the "Objection") [Dkt. #376], the Court hereby orders that Defendant Debra Lynn Mercer-Erwin is permitted to adopt and join the law and argument set forth in the Objection.

IT IS SO ORDERED.