IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:20-CR-00212 |
| | ) | |
| DEBRA LYNN MERCER-ERWIN (1) | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon the filing of Defendant Debra Lynn Mercer-Erwin's Motion To Join and Adopt Defendant Moffett's Objection to the Report and Recommendation of the United States Magistrate Judge (the "Objection") [Dkt. #376], the Court hereby orders that Defendant Debra Lynn Mercer-Erwin is permitted to adopt and join the law and argument set forth in the Objection.

IT IS SO ORDERED.

**SIGNED this the 7th day of April, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE