

**U.S. Department of Justice**  
**Drug Enforcement Administration**

South Central Laboratory  
Dallas, TX

## Chemical Analysis Report

ICE - Brownsville Office  
1800 Paredes Line Road  
Brownsville, TX 78521

Case Number: ▮▮▮▮▮▮▮▮▮▮  
LIMS Number: 2020-SFL6-02239

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | Cocaine Hydrochloride | 10023 g ± 1 g | ---- | ---- |

**Remarks:**  
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/20/2020    **Gross Weight:** 11.55 kg    **Date Received by Examiner:** 09/28/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 10 | Multilayered Packaging | Powder | 10019 g |

**Remarks:**  
1.0 gram removed from each of 3 containers for special program.

### Exhibit Analysis:

**Sampling:**  
Cocaine confirmed in 9 units tested of 10 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s). A composite was formed from 10 units for further testing. Salt form and determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Cobalt (II) Thiocyanate Color Test, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Scott Wischnewsky, Senior Forensic Chemist    **Date:** 10/01/2020  
**Approved By:** /S/ Marie D. Prince, Senior Forensic Chemist    **Date:** 10/01/2020



**U.S. Department of Justice**  
**Drug Enforcement Administration**

South Central Laboratory  
Dallas, TX

# Chemical Analysis Report

ICE - Dallas Office  
125 E. John Carpenter Freeway, Suite 800  
IRVING, TX 75062

**Case Number:** ▓▓▓▓▓▓▓▓▓▓  
**LIMS Number:** 2020-SFL6-07571

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | Cocaine Hydrochloride | 20708 g ± 1 g | ---- | ---- |

**Remarks:**  
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 10/15/2020    **Gross Weight:** 22.41 kg    **Date Received by Examiner:** 10/28/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 1 | Multilayered Packaging | Powder | 20707 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Cocaine confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Scott Wischnewsky, Senior Forensic Chemist    **Date:** 11/13/2020  
**Approved By:** /S/ John W. McIlroy, Senior Forensic Chemist    **Date:** 11/18/2020

DEA Form 113 August 2019                                                                                                   Page 1 of 1



| | |
|---|---|
| Scott Wischnewsky<br>Department of Justice<br>Drug Enforcement Administration<br>Office of Forensic Sciences | Senior Forensic Chemist<br>South Central Laboratory<br>Dallas, Texas |

---

## AREA OF EXPERTISE

**Forensic Discipline**

   Seized Drug Analysis

**Expert Testimony**

   01/18/2023; Brownsville, TX; USA v. BALTAZAR REYES-HERRERA, B-20-743
   12/14/2022; Plano, TX; USA v. MIGUEL ANGEL VARGAS VELEZ (3), 4:21CR254
   08/30/2022; San Antonio, TX; USA v. Jesus Rodriguez (4) Rosalinda Flores (8), 5:20-CR-00580-OLG
   07/14/2022; Detroit, MI; USA v. Ricardo Zamora Aka. Ricardo Zamora-Lopez, 20-CR-20318
   11/03/2021; McAllen, TX; USA v. Javier Lugo, et al, M-20-0946-S2
   02/19/2020; Ft. Worth, TX; USA v. Paul Garza, 4:19-CR-374-O
   Testified at least 60 times in federal court and 9 times in state court.

## PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**

Senior Forensic Chemist, South Central Laboratory, (Dallas, TX), 2009 – present; analyzed at least 2500 exhibits

Training

   Bowdoin College, Interpretation of Infrared and Raman Spectra, Brunswick, Maine
   McCrone Research Institute, Applied Polarized Light Microscopy, Chicago, IL
   Agilent Technologies, HPLC Column Innovation Provides Better Separation, Dallas, TX
   Agilent Technologies, Rapid Resolution (HPLC) Practical Considerations, Dallas, TX
   Agilent Technologies, Troubleshooting GC Systems, Dallas, TX
   Agilent Technologies, Optimizing GC temperature Programs, Dallas, TX
   Agilent Technologies, Introduction to GC, Dallas, TX
   Agilent Technologies, HPLC Trouble shooting and maintenance, Atlanta, GA
   DEA Training, Basic Forensic Chemist School, Quantico, VA
   DEA Training, In house Forensic Chemist Training, Dallas, TX

## EDUCATION AND CERTIFICATIONS

**Degree Program(s)**

*Texas A&M at Commerce, (Commerce, Texas)*

   Bachelor of Science in Biology, 1995



**U. S. Department of Justice**

Drug Enforcement Administration

South Central Laboratory
10150 Technology Blvd., E.
Dallas, Texas 75220

*www.dea.gov*                                                April 4, 2023

TO:        Heather Rattan
           Assistant United States Attorney

FROM:      Scott Wischnewsky
           Senior Forensic Chemist

SUBJECT:   RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN UNITED STATES v.
           Debra Mercer, ET. AL.

           Reference Laboratory Report(s) and Analyst Notes for DEA LIMS Case Number(s):
           2020-SFL6-02239, 2020-SFL6-07571


The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary:

1. My name is: Scott Wischnewsky

2. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA), in the capacity of forensic chemist, and was so employed when I conducted the examinations and analyses described in the attached laboratory report(s) and analyst notes. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described in the attached laboratory report(s), are based on my knowledge, skill, experience, training, and education. See my attached Curriculum Vitae for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

3. The opinions described in the attached laboratory report(s) and analyst notes are based on chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the attached laboratory report(s) and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at:

   https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request.

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN UNITED STATES v. Debra Mercer, ET. AL.

DEA LIMS Case Number(s): 2020-SFL6-02239, 2020-SFL6-07571

4. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number(s). My conclusions are included as part of the attached forensic laboratory report(s) and analysts notes.

5. The analytical methods used in the analyses are validated and verified according to our assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at:

   https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.

_Scott Wischnewsky_                   April 4, 2023
Scott Wischnewsky                        Date
Senior Forensic Chemist

APPROVED: _B. Jamie Vasquez_
B. Jamie Vasquez
Associate Laboratory Director

Attachments

# Case Details Report

**I.A. Case #:** REDACTED / **LIMS Case #:** 2020-SFL6-02239

**Investigating Agency:** ICE - Brownsville Office

**# of I.A. Exhibits:** 1              **# of Lab Exhibits:** 2

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 10 plastic wrapped bundles of a white powder | SSEE (1650085) |

**Gross Weight**  Analyst: SWISCHNEWSKY (2020.09.30)
**Equipment :** DEA 361258

| | |
|---|---|
| Gross Weight (Reported) | 11.45 kg |
| Gross Weight (Actual) | 11557.8 g |
| Gross Weight (delta) | 107.8 g |
| Gross Weight (delta %) | 0.93 % |
| Weight Discrepancy | Yes |
| Discrepancy Witness | VBRAVENEC |
| Remarks | No Remarks |

**Description of Evidence**  Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Seals | Intact |
| Date Opened | 2020-09-29 |
| Description | One SSEE containing 10 kilo sized bundles. |
| Consistent With Paperwork? | Yes |
| Remarks | No Remarks |

**Description of Exhibit and Sampling**  Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Number of Packages | 10 unit |
| Number of Units | 10 unit |
| Package Type | Multilayered Packaging |
| Logo/Impression | No |
| Gross Form | Powder |
| Dry/Moist | Dry |
| Exemplar | No |
| Required Number of Units to Test | 9 unit |
| Number of Units Tested | 9 unit |
| Sampling Procedure | The 9 samples were screened by GC-MS and cobalt thiocyanate. One 1g sample was taken from each unit and two 1g samples were taken from 5 units to form a composite. The composite was ground, sieved (20 mesh) and mixed thoroughly for further analysis. |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

**Net Weight**  Analyst: SWISCHNEWSKY (2020.09.30)
**Equipment :** DEA 361258

| | |
|---|---|
| Residue | No |
| Type of Weighing | Direct Weighing |
| Net Weight | 10023 g |
| Net Weight Uncertainty | 1 g |
| Remarks | new ZPB's |
| Use Legacy Calculator | No |

**I.A. Case #:   REDACTED / LIMS Case #:   2020-SFL6-02239**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 10 plastic wrapped bundles of a white powder | SSEE (1650085) |

### Cobalt (II) Thiocyanate Color Test : Run # 1 - Set # 1 blk
Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Result | Pass |
| Remarks | Results for units 1-9. Lot# COB-G4-053117 |

### Cobalt (II) Thiocyanate Color Test : Run # 1 - Set # 2 spl
Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Negative Control Run | No |
| Color | Blue |
| Remarks | Results for units 1-9. Lot# COB-G4-053117 |

### GC-MS Analysis : Run # 1 - Set # 1 blk
Equipment :  DEA 361431
Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | MeOH |
| Remarks | No Remarks |

### GC-MS Analysis : Run # 1 - Set # 2 spl 1
Equipment :  DEA 361431
Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### GC-MS Analysis : Run # 1 - Set # 3 spl 2
Equipment :  DEA 361431
Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

» **I.A. Case #:   REDACTED / LIMS Case #:   2020-SFL6-02239**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 10 plastic wrapped bundles of a white powder | SSEE (1650085) |

**GC-MS Analysis : Run # 1 - Set # 4 spl 3**  Analyst: SWISCHNEWSKY (2020.09.30)
**Equipment :  DEA 361431**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**GC-MS Analysis : Run # 1 - Set # 5 spl 4**  Analyst: SWISCHNEWSKY (2020.09.30)
**Equipment :  DEA 361431**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**GC-MS Analysis : Run # 1 - Set # 6 spl 5**  Analyst: SWISCHNEWSKY (2020.09.30)
**Equipment :  DEA 361431**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**GC-MS Analysis : Run # 1 - Set # 7 spl 6**  Analyst: SWISCHNEWSKY (2020.09.30)
**Equipment :  DEA 361431**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**I.A. Case #:   REDACTED / LIMS Case #:   2020-SFL6-02239**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 10 plastic wrapped bundles of a white powder | SSEE (1650085) |

### GC-MS Analysis : Run # 1 - Set # 8 spl 7
**Equipment :  DEA 361431**   Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

#### Spectral Result

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### GC-MS Analysis : Run # 1 - Set # 9 spl 8
**Equipment :  DEA 361431**   Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

#### Spectral Result

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### GC-MS Analysis : Run # 1 - Set # 10 spl 9
**Equipment :  DEA 361431**   Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

#### Spectral Result

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### Composite Weight
**Equipment :  DEA 361224**   Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Reserve Composite Weighed | Yes |
| Composite Weight | 15.19 g |
| Reserve Composite Weight | 14.97 g |
| Amount Composite Used | 0.22 g |
| Remarks | new ZPB |

**I.A. Case #:   REDACTED / LIMS Case #:  2020-SFL6-02239**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 10 plastic wrapped bundles of a white powder | SSEE (1650085) |

### FTIR Analysis : Run # 1 - Set # 1 blk
**Equipment :  DEA 361423, DEA 361453**                                                                Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Negative Control Run | Yes |
| Background | Pass |
| Negative Control Type | Instrumental |
| Negative Control Result | Pass |
| Remarks | No Remarks |

### FTIR Analysis : Run # 1 - Set # 2 comp
**Equipment :  DEA 361423, DEA 361453**                                                                Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Negative Control Run | No |
| Sample Prep | direct |
| Remarks | The absorbance around 3400 does not impact the identification. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine Hydrochloride | --- |

### Reserve Weight
**Equipment :  DEA 361258**                                                                Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Residue? | No |
| Type of Calculation | No Calculation |
| Reserve Weight | 10019.6 g |
| Remarks | new ZPB's |

### Description of Reserve Evidence
Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Description | The 10 samples were placed into 10 new ZPB's.  The composite was placed into a new ZPB.  The original wrappings were placed into 2 new ZPB's.  The 13 ZPB's were HS into the original SSEE. |
| Date Sealed | 2020-09-30 |
| Remarks | No Remarks |

### Gross Weight After Analysis
**Equipment :  DEA 361258**                                                                Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Gross Weight After Analysis | 11786.3 g |
| Remarks | No Remarks |

### Summary of Findings
Analyst: SWISCHNEWSKY (2020.09.30)

**Findings**

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 1 | 11.55 kg | 10023 g ± 1 g | 10023.4 g ± 1.04112 g | 10019 g | |
| | Constituent | Purity | APD (Reported) | APD | |
| | Cocaine Hydrochloride | | | | |

### Exemplar Weight Removed
Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Amount of Exemplar Removed | 3.13559 g |

**I.A. Case #:   REDACTED / LIMS Case #:   2020-SFL6-02239**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | CSP samples | SSEE (1747282) |

**CSP Sample Weight**  Analyst: SWISCHNEWSKY (2020.09.30)
**Equipment :  DEA 361241**

| | |
|---|---|
| Number of Samples | 3 |
| CSP Total Sample Weight | 3.13559 g |
| CSP Average Sample Weight | 1.0452 g |
| Remarks | No Remarks |

**Description of Reserve Evidence**  Analyst: SWISCHNEWSKY (2020.09.30)

| | |
|---|---|
| Description | The 3 samples were placed into 3 new vials,  The 3 vials were sealed into a new SSEE. |
| Date Sealed | 2020-09-30 |
| Remarks | No Remarks |

**Gross Weight - SP/LP**  Analyst: SWISCHNEWSKY (2020.09.30)
**Equipment :  DEA 361224**

| | |
|---|---|
| Gross Weight | 79.75 g |
| Remarks | No Remarks |

# Case Details Report

## I.A. Case #:  REDACTED / LIMS Case #:  2020-SFL6-07571

**Investigating Agency:** ICE - Dallas Office

**# of I.A. Exhibits:** 1                 **# of Lab Exhibits:** 1

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | The bundle contained plastic wrapped white powder. | Box (1756073) |

### Gross Weight
**Equipment : DEA 361257**    Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Gross Weight (Reported) | 21 kg |
| Gross Weight (Actual) | 22415.8 g |
| Gross Weight (delta) | 1415.8 g |
| Gross Weight (delta %) | 6.32 % |
| Weight Discrepancy | Yes |
| Discrepancy Witness | VBRAVENEC |
| Remarks | No Remarks |

### Description of Evidence
Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Seals | Intact |
| Date Opened | 2020-11-12 |
| Description | One box containing a large round bundle.  The bundle was wrapped in several layers of tape and thick plastic.  The bundle contained a white powder. |
| Consistent With Paperwork? | Yes |
| Remarks | No Remarks |

### Description of Exhibit and Sampling
Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Number of Packages | 1 unit |
| Number of Units | 1 unit |
| Package Type | Multilayered Packaging |
| Logo/Impression | No |
| Gross Form | Powder |
| Dry/Moist | Dry |
| Exemplar | Yes |
| Number of Exemplar Units Tested | 1 unit |
| Sampling Procedure | 15 one gram portions were combined to form a composite.  The composite was ground, sieved (20 mesh) and mixed thoroughly for further analysis. |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

### Net Weight
**Equipment : DEA 361257**    Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Residue | No |
| Type of Weighing | Direct Weighing |
| Net Weight | 20708 g |
| Net Weight Uncertainty | 1 g |
| Remarks | original pkging |
| Use Legacy Calculator | No |

**I.A. Case #:   REDACTED / LIMS Case #:   2020-SFL6-07571**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | The bundle contained plastic wrapped white powder. | Box (1756073) |

### Composite Weight
**Equipment : DEA 361270**  
Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Reserve Composite Weighed | Yes |
| Composite Weight | 15.05 g |
| Reserve Composite Weight | 14.91 g |
| Amount Composite Used | 0.14 g |
| Remarks | new ZPB |

### GC-MS Analysis : Run # 1 - Set # 1 blk
**Equipment : DEA 361446**  
Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | MeOH |
| Remarks | No Remarks |

### GC-MS Analysis : Run # 1 - Set # 2 comp
**Equipment : DEA 361446**  
Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### FTIR Analysis : Run # 1 - Set # 1 blk
**Equipment : DEA 361423**  
Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Negative Control Run | Yes |
| Background | Pass |
| Negative Control Type | Instrumental |
| Negative Control Result | Pass |
| Remarks | No Remarks |

### FTIR Analysis : Run # 1 - Set # 2 comp
**Equipment : DEA 361423**  
Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Negative Control Run | No |
| Sample Prep | direct |
| Remarks | The absorbance around 3400 does not impact the identification. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine Hydrochloride | --- |

» **I.A. Case #:   REDACTED / LIMS Case #:  2020-SFL6-07571**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | The bundle contained plastic wrapped white powder. | Box (1756073) |

### Reserve Weight
Equipment : DEA 361120  
Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Residue? | No |
| Type of Calculation | No Calculation |
| Reserve Package Plus Drug Weight | 20878 g |
| Reserve Package Weight | 170.8 g |
| Reserve Weight | 20707.2 g |
| Remarks | new ZPB's |

### Description of Reserve Evidence
Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Description | The remaining sample was placed into 5 new ZPB's and the composite was placed into another new ZPB.  The 6 ZPB's were sealed into a new HS PB.  The original wrappings were placed into a new ZPB and then were sealed into a new SSEE.  The HS PB and the SSEE were sealed into the original box. |
| Date Sealed | 2020-11-13 |
| Remarks | No Remarks |

### Gross Weight After Analysis
Equipment : DEA 361257  
Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Gross Weight After Analysis | 22765 g |
| Remarks | No Remarks |

### Summary of Findings
Analyst: SWISCHNEWSKY (2020.11.13)

**Findings**

| Exhibit | | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|---|
| 1 | | 22.41 kg | 20708 g ± 1 g | 20708.8 g ± 1.04112 g | 20707 g | |
| | Constituent | | Purity | APD (Reported) | | APD |
| | Cocaine Hydrochloride | | | | | |

### Deviations
Analyst: SWISCHNEWSKY (2020.11.13)

| | |
|---|---|
| Description of Deviation | No CSP pulled as per GS Widra.  Since the exhibit is only 1 unit, the sampling criteria could not be met. |
| Deviation Approved By? | BRWIDRA |