

**U.S. Department of Justice**  
**Drug Enforcement Administration**

South Central Laboratory  
Dallas, TX

# Chemical Analysis Report

ICE - Dallas Office  
125 E. John Carpenter Freeway, Suite 800  
IRVING, TX 75062

Case Number:  
LIMS Number: 2021-SFL6-03586

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | Cocaine | 25.00 kg ± 0.06 kg | ---- | ---- |

**Remarks:**  
The net weight is an extrapolated value based on the individual weights of 9 units. The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

Date Accepted by Laboratory: 04/28/2021    Gross Weight: 28.39 kg    Date Received by Examiner: 05/12/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 25 | Multilayered Packaging | Powder | 25.00 kg |

**Remarks:**  
1.1 gram removed from each of 3 containers for special program.

## Exhibit Analysis:

**Sampling:**  
Cocaine confirmed in 16 units tested of 25 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s).

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Cobalt (II) Thiocyanate Color Test, Gas Chromatography/Mass Spectrometry |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Angela M. Cassady, Senior Forensic Chemist    **Date:** 05/21/2021  
**Approved By:** /S/ Michael J. Morley, Supervisory Chemist    **Date:** 05/21/2021



| | |
|---|---|
| Angela M Cassady, MS | Senior Forensic Chemist |
| Department of Justice | South Central Laboratory |
| Drug Enforcement Administration | Dallas, TX |
| Office of Forensic Sciences | |

## AREA OF EXPERTISE

**Forensic Discipline**

    Seized Drug Analysis

    Forensic Toxicology (2001-2010)

**Expert Testimony**

    Testified a total of approximately 67 times.  Past four years as follows:

| Date | Court | Location | Case |
|---|---|---|---|
| 11/15/2022 | State District Court | Rockport, Texas | Texas vs Adams |
| 11/03/2022 | US District Court | Tulsa, OK | US vs Johnson et al |
| 09/21/2022 | US District Court | Del Rio, Texas | US vs Sanchez |
| 02/08/2022 | US District Court | Oklahoma City, OK | US vs Garcia et al |
| 09/28/2021 | US District Court | Tulsa, OK | US vs Williams |
| 07/27/2021 | US District Court | Muskogee, OK | US vs George |
| 07/15/2021 | US District Court | Beaumont, TX | US vs Perez-Gomez et al |
| 06/15/2021 | US District Court | McAllen, TX (Zoom) | |
| 05/17/2021 | US District Court | McAllen, TX (Zoom) | |

## PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**
*Senior Forensic Chemist, South Central Laboratory, (Dallas, TX), June 2010 - Present*

Analysis of unknown substances to determine the presence or absence of controlled substances by using accepted chemical tests and instrumental analysis.

Respond to federal law enforcement for clandestine laboratory sampling.

Testify in court as needed

*Training*

    11-month in-house training.

    4-week centralized training.

    1-week clandestine lab training.  Clandestine lab certified.

**Kentucky State Police**
*Forensic Scientist Specialist II, Centralized Forensic Lab, (Frankfort, KY), September-June  2010*

    Analyze blood and urine samples for alcohol and controlled substances.

*Training*

    1-month in-house training

**Commonwealth of Kentucky Medical Examiner's Office Toxicology Laboratory**
*Forensic Scientist Specialist II, Centralized Forensic Lab, (Frankfort, KY), May 2001-Sept 2008*

Analyze postmortem samples for the presence of alcohol, drugs and toxins to aide in the determination of cause of death,

*Training*

6-month initial in-house training

4 week yearly continuing education.

.

# EDUCATION AND CERTIFICATIONS

**Degree Program(s)**

University of Florida (Gainesville, FL)

Master of Science, Forensic Drug Chemistry, 2006

University of Florida (Gainesville, FL)

Master of Science, Forensic Toxicology, 2005

Eastern Kentucky University (Richmond, KY)

Bachelor of Science, Forensic Chemistry, 2001

Minor in Political Science

.

# PROFESSIONAL AFFILIATIONS

Southwestern Association of Forensic Scientists (SWAFS), 2013-Present



**U. S. Department of Justice**

Drug Enforcement Administration

South Central Laboratory
10150 Technology Blvd., E.
Dallas, Texas 75220

---

*www.dea.gov*                                                              April 4, 2023

TO:        Heather Rattan
           Assistant United States Attorney

FROM:      Angela Cassady
           Senior Forensic Chemist

SUBJECT:   RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN UNITED STATES v.
           Debra Mercer- Erwin, ET. AL.

           Reference Laboratory Report(s) and Analyst Notes for DEA LIMS Case Number(s):
           2021-SFL6-03586


The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary:

1. My name is: Angela Cassady

2. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA), in the capacity of forensic chemist, and was so employed when I conducted the examinations and analyses described in the attached laboratory report(s) and analyst notes. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described in the attached laboratory report(s), are based on my knowledge, skill, experience, training, and education. See my attached Curriculum Vitae for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

3. The opinions described in the attached laboratory report(s) and analyst notes are based on chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the attached laboratory report(s) and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at:

   https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request.

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN UNITED STATES v. Debra Mercer- Erwin, ET. AL.

DEA LIMS Case Number(s): 2021-SFL6-03586

4. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number(s). My conclusions are included as part of the attached forensic laboratory report(s) and analysts notes.

5. The analytical methods used in the analyses are validated and verified according to our assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at:

https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.

Angela Cassady                                              April 4, 2023
Senior Forensic Chemist                                     Date

APPROVED: B. Jamie Vasquez
Associate Laboratory Director

Attachments

# Case Details Report

## » I.A. Case #:   REDACTED / LIMS Case #:   2021-SFL6-03586

**Investigating Agency:** ICE - Dallas Office

**# of I.A. Exhibits:** 1            **# of Lab Exhibits:** 4

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 25 multilayered bundles containing white powder. | Box (1869835) |

### Gross Weight
**Equipment : DEA 361259**  
Analyst: AMCASSADY (2021.05.18)

| | |
|---|---|
| Gross Weight (Reported) | 28.4 kg |
| Gross Weight (Actual) | 28396.9 g |
| Gross Weight (delta) | 3.1 g |
| Gross Weight (delta %) | 0.01 % |
| Weight Discrepancy | No |
| Remarks | No Remarks |

### Description of Evidence
Analyst: AMCASSADY (2021.05.18)

| | |
|---|---|
| Seals | Intact |
| Date Opened | 2021-05-13 |
| Description | 2 SSEEs containing a total of 25 multi-layered bundles containing white powder.  Bundles are layers of clear tape or brown tape, cabon paper, black rubber and heat-seal bags.  2 of the bundles are open and co-mingled. |
| Consistent With Paperwork? | Yes |
| Remarks | No Remarks |

### Description of Exhibit and Sampling
Analyst: AMCASSADY (2021.05.18)

| | |
|---|---|
| Number of Packages | 25 unit |
| Number of Units | 25 unit |
| Package Type | Multilayered Packaging |
| Logo/Impression | Yes |
| Gross Form | Powder |
| Dry/Moist | Dry |
| Exemplar | No |
| Required Number of Units to Test | 16 unit |
| Number of Units Tested | 16 unit |
| Sampling Procedure | 16 Randomly selected (lottery method A) bundles analyzed using GCMS and Cobalt II Thiocycanate color test. |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

### Net Weight
**Equipment : DEA 361269**  
Analyst: AMCASSADY (2021.05.18)

| | |
|---|---|
| Residue | No |
| Type of Weighing | Contents Extrapolation |
| Net Weight | 25 kg |
| Net Weight Uncertainty | 0.06 kg |
| Number of Units | 25 |
| Remarks | E-F  9 New ZPBs |
| Use Legacy Calculator | No |

» **I.A. Case #:   REDACTED / LIMS Case #:   2021-SFL6-03536**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 25 multilayered bundles containing white powder. | Box (1869835) |

### Cobalt (II) Thiocyanate Color Test : Run # 1 - Set # 1
Analyst: AMCASSADY (2021.05.18)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Result | Pass |
| Reagent ID | COB-G2-022521 |
| Remarks | No Remarks |

### Cobalt (II) Thiocyanate Color Test : Run # 1 - Set # 2 Samples
Analyst: AMCASSADY (2021.05.18)

| | |
|---|---|
| Negative Control Run | No |
| Reagent ID | COB-G2-022521 |
| Applicable Units | 1-16 |
| Color | Blue |
| Color with HCl addition | N/A |
| Remarks | No Remarks |

### GC-MS Analysis : Run # 1 - Set # 1
**Equipment :  DEA 361394**
Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | MeOH |
| Remarks | No Remarks |

### GC-MS Analysis : Run # 1 - Set # 2 Bundle 1
**Equipment :  DEA 361394**
Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### GC-MS Analysis : Run # 1 - Set # 3 Bundle 2
**Equipment :  DEA 361394**
Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**I.A. Case #:   REDACTED / LIMS Case #:  2021-SFL6-03586**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 25 multilayered bundles containing white powder. | Box (1869835) |

### GC-MS Analysis : Run # 1 - Set # 4 Bundle 3
**Equipment :  DEA 361394**
Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### GC-MS Analysis : Run # 1 - Set # 5 Bundle 4
**Equipment :  DEA 361394**
Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### GC-MS Analysis : Run # 1 - Set # 6 Bundle 5
**Equipment :  DEA 361394**
Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

» **I.A. Case #:** REDACTED / **LIMS Case #:** 2021-SFL6-03536

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 25 multilayered bundles containing white powder. | Box (1869835) |

### GC-MS Analysis : Run # 1 - Set # 7 Bundle 6
**Equipment :** DEA 361394

Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### GC-MS Analysis : Run # 1 - Set # 8 Bundle 7
**Equipment :** DEA 361394

Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### GC-MS Analysis : Run # 1 - Set # 9 Bundle 8
**Equipment :** DEA 361394

Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

» **I.A. Case #:   REDACTED / LIMS Case #:  2021-SFL6-03536**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 25 multilayered bundles containing white powder. | Box (1869835) |

### GC-MS Analysis : Run # 1 - Set # 10 Bundle 9
**Equipment :  DEA 361394**                                                                                         Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### GC-MS Analysis : Run # 1 - Set # 11 Bundle 10
**Equipment :  DEA 361394**                                                                                         Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### GC-MS Analysis : Run # 1 - Set # 12 Bundle 11
**Equipment :  DEA 361394**                                                                                         Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**I.A. Case #:** REDACTED / **LIMS Case #:** 2021-SFL6-03586

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 25 multilayered bundles containing white powder. | Box (1869835) |

### GC-MS Analysis : Run # 1 - Set # 13 Bundle 12
**Equipment :** DEA 361394  
Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### GC-MS Analysis : Run # 1 - Set # 14 Bundle 13
**Equipment :** DEA 361394  
Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

### GC-MS Analysis : Run # 1 - Set # 15 Bundle 14
**Equipment :** DEA 361394  
Analyst: AMCASSADY (2021.05.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**I.A. Case #:   REDACTED / LIMS Case #:  2021-SFL6-03536**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 25 multilayered bundles containing white powder. | Box (1869835) |

**GC-MS Analysis : Run # 1 - Set # 16 Bundle 15**  Analyst: AMCASSADY (2021.05.21)
**Equipment :  DEA 361394**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous ions do not interfere with identification. |
| | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**GC-MS Analysis : Run # 1 - Set # 17 Bundle 16**  Analyst: AMCASSADY (2021.05.21)
**Equipment :  DEA 361394**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | Extraneous peaks are due to cocaine breakdown, |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**Exemplar Weight Removed**  Analyst: AMCASSADY (2021.05.18)

| | |
|---|---|
| Amount of Exemplar Removed | 3.4827 g |
| Remarks | No Remarks |

**Reserve Weight**  Analyst: AMCASSADY (2021.05.18)

| | |
|---|---|
| Residue? | No |
| Type of Calculation | No Calculation |
| Reserve Weight | 25.001 kg |
| Remarks | No Remarks |

**Description of Reserve Evidence**  Analyst: AMCASSADY (2021.05.18)
**Equipment :  DEA 361249**

| | |
|---|---|
| Description | Box 1 - 9 opened bundles into new ZPBs (9).  ZPBs into new SSEE.  SSEE and original SSEE into new box |
| | Box 2 - 2 opened bundles (comingled) into new ZPB.  ZPB and 6 unopened bundles into new SSEE. One SSEE of original bundle wrappings, other SSEE  and original SSEE into new box. |
| | Box 3 - 8 unopened bundles into new SSEE.  One SSEE of original bundle wrappings and other SSEE into new box. |
| Date Sealed | 2021-05-18 |
| Remarks | No Remarks |

» **I.A. Case #:   REDACTED / LIMS Case #:  2021-SFL6-03536**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 25 multilayered bundles containing white powder. | Box (1869835) |

**Gross Weight After Analysis**  Analyst: AMCASSADY (2021.05.18)
**Equipment : DEA 361249**

| Gross Weight After Analysis | 31399.4 g |
|---|---|
| Remarks | No Remarks |

**Summary of Findings**  Analyst: AMCASSADY (2021.05.18)

**Findings**

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 1 | 28.39 kg | 25.00 kg ± 0.06 kg | 25005.3 g ± 62.3275 g | 25.00 kg | |
| | Constituent | Purity | APD (Reported) | APD | |
| | Cocaine | | | | |

**Fountainhead**  Analyst: AMCASSADY (2021.05.18)

| Description of Impression/Marking/Logo | "007" (7), "Fendi"(5), scorpion(3), Disney Logo (10) |
|---|---|
| Color and/or Type of Package | Bundles are layers of clear tape or brown tape, cabon paper, black rubber and heat-seal bags. |
| Number of Packages | 25 |
| Remarks | N/A |

» **I.A. Case #:** REDACTED / **LIMS Case #:** 2021-SFL6-03536

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | Additional Unit | Box (1869837) |

**Additional Evidence Unit**  Analyst: AMCASSADY (2021.05.13)

| Remarks | All tests listed in Unit 1 |
|---|---|

» **I.A. Case #:   REDACTED / LIMS Case #:   2021-SFL6-03586**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | CSP Samples | SSEE (1877169) |

**CSP Sample Weight**  
**Equipment :  DEA 361123**  
Analyst: AMCASSADY (2021.05.13)

| | |
|---|---|
| Number of Samples | 3 |
| CSP Total Sample Weight | 3.4827 g |
| CSP Average Sample Weight | 1.1609 g |
| Remarks | No Remarks |

**Description of Reserve Evidence**  
Analyst: AMCASSADY (2021.05.13)

| | |
|---|---|
| Description | CSP Samples into 3 new vials.  Vials into new SSEE. |
| Date Sealed | 2021-05-13 |
| Remarks | No Remarks |

**Gross Weight - SP/LP**  
**Equipment :  DEA 361249**  
Analyst: AMCASSADY (2021.05.13)

| | |
|---|---|
| Gross Weight | 81.2 g |
| Remarks | No Remarks |

**» I.A. Case #:   REDACTED / LIMS Case #:  2021-SFL6-03536**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | Additional Unit | Box (1877637) |

**Additional Evidence Unit**                                                                                           Analyst: AMCASSADY (2021.05.13)

Remarks                                             All tests listed in Unit 1