

**U.S. Department of Justice**
**Drug Enforcement Administration**

South Central Laboratory
Dallas, TX

## Chemical Analysis Report

ICE - Brownsville Office
1800 Paredes Line Road
Brownsville, TX 78521

Case Number: ▮▮▮▮▮▮▮▮▮▮
LIMS Number: 2019-SFL6-05255

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | Cocaine Hydrochloride | 10044.4 g ± 0.6 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

Date Accepted by Laboratory: 07/23/2019    Gross Weight: 11.74 kg    Date Received by Examiner: 10/15/2019

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 10 | Multilayered Packaging | Powder | 10039.1 g |

**Remarks:**
Original packaging separated and returned to ICE for latent print examination.

1.0 gram removed from each of 3 containers for special program.

### Exhibit Analysis:

**Sampling:**
Cocaine confirmed in 9 units tested of 10 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s).  A composite was formed from 10 units for further testing.  Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Scott's Color Test |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Xiu Liu, Senior Forensic Chemist          **Date:** 10/16/2019
**Approved By:** /S/ Charity M. Foreman, Senior Forensic Chemist          **Date:** 10/16/2019



Xiu Liu, PhD.
Department of Justice
Drug Enforcement Administration
Office of Forensic Science

Senior Forensic Chemist
South Central Laboratory
Dallas, Texas

# AREA OF EXPERTISE

**Forensic Discipline**

Seized Drug Analysis

**Expert Testimony**

Testified approximately 30 times.  Past four years as follows:

| Date | Court | Location | Case |
|---|---|---|---|
| 06/14/2022 | Southern District of Texas | Brownsville, Texas | US v Felix Lerma |
| 02/15/2022 | Circuit Court of the County of Jefferson Davis | Prentiss, Mississippi | Mississippi vs Jones |
| 07/27/2021 | Eastern District of Arkansas | Little Rock, Arkansas | US v Camrron Bryant |

# PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**

*Senior Forensic Chemist, South Central Laboratory (Dallas, TX), 2016-Present*
*Forensic Chemist, South Central Laboratory (Dallas, TX), 2006-2016*

- Analyze evidence for the absence or presence of controlled substances utilizing a combination of wet chemistry and instrumental techniques.
- Provide expert testimony in federal and state courts based on conclusions obtained from my analysis.
- Assist local law enforcement officers on trace evidence collections and clandestine laboratory investigations.
- Troubleshoot and maintain scientific equipment.
- Analyzed more than 4000 exhibits.

*Training*

On the job training, South Central Laboratory (Dallas, Texas), 06/2006-12/2006

Basic Forensic Sciences School, Clandestine Laboratory Certified, Quantico, VA, 06/2007

# EDUCATION AND CERTIFICATIONS

Texas A&M University (College Station, TX)
- PhD, Chemistry, 1993

Fudan University (Shanghai, China)
- B.S., Radiochemistry, 1982

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN UNITED STATES v. Debra Mercer, ET. AL.

DEA LIMS Case Number(s): 2019-SFL6-05255

4. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number(s). My conclusions are included as part of the attached forensic laboratory report(s) and analysts notes.

5. The analytical methods used in the analyses are validated and verified according to our assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at:

   https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.

_____    April 4, 2023
Xiu Liu                              Date
Senior Forensic Chemist

APPROVED: _____
B. Jamie Vasquez
Associate Laboratory Director

Attachments



**U. S. Department of Justice**

Drug Enforcement Administration

South Central Laboratory
10150 Technology Blvd., E.
Dallas, Texas 75220

---

*www.dea.gov*  April 4, 2023

TO: Heather Rattan
Assistant United States Attorney

FROM: Xiu Liu
Senior Forensic Chemist

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN UNITED STATES v. Debra Mercer, ET. AL.

Reference Laboratory Report(s) and Analyst Notes for DEA LIMS Case Number(s): 2019-SFL6-05255

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary:

1. My name is: Xiu Liu

2. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA), in the capacity of forensic chemist, and was so employed when I conducted the examinations and analyses described in the attached laboratory report(s) and analyst notes. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described in the attached laboratory report(s), are based on my knowledge, skill, experience, training, and education. See my attached Curriculum Vitae for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

3. The opinions described in the attached laboratory report(s) and analyst notes are based on chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the attached laboratory report(s) and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at:

https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request.

# Case Details Report

**I.A. Case #:   REDACTED / LIMS Case #:  2019-SFL6-05255**

**Investigating Agency:   ICE - Brownsville Office**

**# of I.A. Exhibits: 1**                               **# of Lab Exhibits: 4**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 10 bundle(s) containing white powder | SSEE (1507331) |

**Gross Weight**  Analyst: XNLIU (2019.10.16)
**Equipment : DEA 361249**

| | |
|---|---|
| Gross Weight (Reported) | 11.65 kg |
| Gross Weight (Actual) | 11741 g |
| Gross Weight (delta) | 91 g |
| Gross Weight (delta %) | 0.78 % |
| Weight Discrepancy | Yes |
| Discrepancy Witness | PORLANDO |
| Remarks | No Remarks |

**Description of Evidence**  Analyst: XNLIU (2019.10.16)

| | |
|---|---|
| Seals | Intact |
| Date Opened | 2019-10-15 |
| Description | One SSEE containing 10 bundle(s) containing white powder wrapped with food saver bags, aluminum foil, black rubber, clear plastics, carbon paper, clear and brown duct tapes. |
| Consistent With Paperwork? | Yes |
| Remarks | Photos taken |

**Description of Exhibit and Sampling**  Analyst: XNLIU (2019.10.16)

| | |
|---|---|
| Number of Packages | 10 unit |
| Number of Units | 10 unit |
| Package Type | Multilayered Packaging |
| Logo/Impression | Yes |
| Gross Form | Powder |
| Dry/Moist | Dry |
| Exemplar | No |
| Required Number of Units to Test | 9 unit |
| Number of Units Tested | 9 unit |
| Sampling Procedure | 9 samples (Lottery Method B) screened with GC/MS, color test; a composite was formed from the 10 units with 1 g increment, > 15 g; ground, sieved through 20-mesh, mixed well for further analysis; IR, GC/MS |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

**I.A. Case #:** REDACTED / **LIMS Case #:** 2019-SFL6-05255

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 10 bundle(s) containing white powder | SSEE (1507331) |

**Net Weight**  
**Equipment : DEA 361267**  
Analyst: XNLIU (2019.10.16)

| | |
|---|---|
| Residue | No |
| Type of Weighing | Direct Weighing |
| Net Weight | 10044.4 g |
| Net Weight Uncertainty | 0.6 g |
| Remarks | 10 new zpbs |
| Use Legacy Calculator | No |

**GC-MS Analysis : Run # 1 - Set # 1 0 0**  
**Equipment : DEA 361346**  
Analyst: XNLIU (2019.10.16)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | MeOH |
| Remarks | No Remarks |

**GC-MS Analysis : Run # 1 - Set # 2 0 1**  
**Equipment : DEA 361346**  
Analyst: XNLIU (2019.10.16)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**GC-MS Analysis : Run # 1 - Set # 3 0 2**  
**Equipment : DEA 361346**  
Analyst: XNLIU (2019.10.16)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**I.A. Case #:   REDACTED / LIMS Case #:   2019-SFL6-05235**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 10 bundle(s) containing white powder | SSEE (1507331) |

**GC-MS Analysis : Run # 1 - Set # 4 0 3**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361346**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**GC-MS Analysis : Run # 1 - Set # 5 0 4**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361346**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**GC-MS Analysis : Run # 1 - Set # 6 0 5**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361346**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**GC-MS Analysis : Run # 1 - Set # 7 0 6**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361346**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**I.A. Case #:   REDACTED / LIMS Case #:  2019-SFL6-05255**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 10 bundle(s) containing white powder | SSEE (1507331) |

**GC-MS Analysis : Run # 1 - Set # 8 0 7**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361346**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**GC-MS Analysis : Run # 1 - Set # 9 0 8**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361346**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**GC-MS Analysis : Run # 1 - Set # 10 0 9**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361346**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**GC-MS Analysis : Run # 2 - Set # 1 0**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361346**

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | MeOH |
| Remarks | No Remarks |

| » I.A. Case #: | REDACTED / LIMS Case #: 2019-SFL6-05255 | |
|---|---|---|

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 10 bundle(s) containing white powder | SSEE (1507331) |

**GC-MS Analysis : Run # 2 - Set # 2 1**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361346**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | MeOH |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine, Salt Undetermined | --- |

**Scotts Color Test : Run # 1 - Set # 1 0**  Analyst: XNLIU (2019.10.16)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Result | Pass |
| Remarks | Lot#: SCOTT-G2- 092917 |

**Scotts Color Test : Run # 1 - Set # 2 units 1-9**  Analyst: XNLIU (2019.10.16)

| | |
|---|---|
| Negative Control Run | No |
| Color in Solution A | Blue |
| Color after HCl addition | Blue |
| Color in Reagent/Chloroform | Pink Top Layer/Blue Bottom Layer |
| Remarks | Lot#: SCOTT-G2- 092917; results apply to all 9 units. |

**Composite Weight**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361267**

| | |
|---|---|
| Reserve Composite Weighed | Yes |
| Composite Weight | 15.59 g |
| Reserve Composite Weight | 15.25 g |
| Amount Composite Used | 0.34 g |
| Remarks | Composite weight task was finalized with some delay. |

**FTIR Analysis : Run # 1 - Set # 1 0**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361377**

| | |
|---|---|
| Negative Control Run | Yes |
| Background | Pass |
| Negative Control Type | Instrumental |
| Negative Control Result | Pass |
| Remarks | No Remarks |

» **I.A. Case #:   REDACTED / LIMS Case #:   2019-SFL6-05255**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 10 bundle(s) containing white powder | SSEE (1507331) |

**FTIR Analysis : Run # 1 - Set # 2 1**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361377**

| | |
|---|---|
| Negative Control Run | No |
| Sample Prep | direct |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| Cocaine Hydrochloride | --- |

**Reserve Weight**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361267**

| | |
|---|---|
| Residue? | No |
| Type of Calculation | No Calculation |
| Reserve Weight | 10039.18 g |
| Remarks | 11 new zpbs |

**Description of Reserve Evidence**  Analyst: XNLIU (2019.10.16)

| | |
|---|---|
| Description | Reserve evidence sealed in 10 new zpb(s); reserve composite sealed in 1 new zpb. All the above sealed in the original SSEE.<br><br>Wrappings sealed in 4 new zpbs; sealed in two new SSEE's (2/each) <FP>.<br><br>Special program sample(s) sealed in 3 glass vial(s); sealed in 1 new zpb; sealed in One New SSEE (CSP). |
| Date Sealed | 2019-10-16 |
| Remarks | No Remarks |

**Gross Weight After Analysis**  Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361249**

| | |
|---|---|
| Gross Weight After Analysis | 10324.2 g |
| Remarks | No Remarks |

**Summary of Findings**  Analyst: XNLIU (2019.10.16)

**Findings**

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 1 | 11.74 kg | 10044.4 g ± 0.6 g | 10044.5 g ± 0.60152 g | 10039.1 g | |
| | Constituent | Purity | APD (Reported) | APD | |
| | Cocaine Hydrochloride | | | | |

**Fountainhead**  Analyst: XNLIU (2019.10.16)

| | |
|---|---|
| Description of Impression/Marking/Logo | Hand writen "Manzana" on the wripping: and "N", "B", an apple picture embossed on the brick |
| Color and/or Type of Package | clear food saver bag outlayer of multi-layered packagings. |
| Number of Packages | 10 |
| Remarks | no |

» **I.A. Case #:   REDACTED / LIMS Case #:   2019-SFL6-05255**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | 10 bundle(s) containing white powder | SSEE (1507331) |

**Exemplar Weight Removed**     Analyst: XNLIU (2019.10.16)

Amount of Exemplar Removed      3.15 g

**» I.A. Case #:   REDACTED / LIMS Case #:  2019-SFL6-05255**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | Fingerprint evidence. | SSEE (1557747) |

**Description of Reserve Evidence** — Analyst: XNLIU (2019.10.15)

| | |
|---|---|
| Description | Fingerprint evidence. |
| Date Sealed | 2019-10-15 |
| Remarks | No Remarks |

**Gross Weight - SP/LP** — Analyst: XNLIU (2019.10.15)
**Equipment :  DEA 361267**

| | |
|---|---|
| Gross Weight | 944.59 g |
| Remarks | No Remarks |

» **I.A. Case #:   REDACTED / LIMS Case #:  2019-SFL6-05255**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | Fingerprint evidence. | SSEE (1557749) |

**Description of Reserve Evidence** — Analyst: XNLIU (2019.10.15)

| | |
|---|---|
| Description | Fingerprint evidence. |
| Date Sealed | 2019-10-15 |
| Remarks | No Remarks |

**Gross Weight - SP/LP** — Analyst: XNLIU (2019.10.15)
**Equipment :  DEA 361267**

| | |
|---|---|
| Gross Weight | 828.73 g |
| Remarks | No Remarks |

» **I.A. Case #:   REDACTED / LIMS Case #:   2019-SFL6-05255**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1 | 1 | CSP | SSEE (1557755) |

**CSP Sample Weight** — Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361267**

| | |
|---|---|
| Number of Samples | 3 |
| CSP Total Sample Weight | 3.15 g |
| CSP Average Sample Weight | 1.05 g |
| Remarks | No Remarks |

**Description of Reserve Evidence** — Analyst: XNLIU (2019.10.16)

| | |
|---|---|
| Description | CSP |
| Date Sealed | 2019-10-15 |
| Remarks | No Remarks |

**Gross Weight - SP/LP** — Analyst: XNLIU (2019.10.16)
**Equipment :  DEA 361267**

| | |
|---|---|
| Gross Weight | 108.14 g |
| Remarks | No Remarks |