**U.S. Department of Justice**
**Drug Enforcement Administration**

Special Testing and Research Laboratory
Dulles, VA

# Chemical Analysis Report

Belize Country Office

Case Number: TJ-18-0007
LIMS Number: 2020-SFL1-03693

## Observations, Results, and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 4a-R | Cocaine Hydrochloride | 9823 g ± 2 g | ---- | ---- |

**Remarks:**
The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Supplemental report to reflect re-analysis. Refer to original laboratory report dated 03/08/2021.

## Exhibit Details:

Date Accepted by Laboratory: 12/15/2020   Gross Weight: 13.41 kg   Date Received by Examiner: 04/05/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Weight |
|---|---|---|---|---|
| 4a-R | 10 | Plastic Bag | Powder | 9820 g |

**Remarks:**
Gross Weight includes the weight of all packaging materials and the evidence envelope.

## Exhibit Analysis:

**Sampling:**

Cocaine Hydrochloride confirmed in 9 units tested of 10 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance. Salt form determined from testing 9 units.

| Exhibit: | Summary of Test(s): |
|---|---|
| 4a-R | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit: | Purity Test(s): |
|---|---|
| | Not applicable |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

Analyzed By: Alexander Walker, Senior Forensic Chemist    Date: April 07, 2023

Approved By: Walter R. Rodriguez, Supervisory Chemist    Date: April 07, 2023

Page 1 of 1



Alexander Walker  
Department of Justice  
Drug Enforcement Administration  
Office of Forensic Science

Senior Forensic Chemist  
Special Testing and Research Lab  
Dulles, VA.

## AREA OF EXPERTISE

**Forensic Discipline**
　　Forensic Chemistry

**Expert Testimony**
　　Provided testimony approximately 20 times in Superior Court in Washington, DC for the analysis of illicit drugs
　　Provided testimony once in Federal Court in Washington DC. for the analysis of marijuana

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Senior Forensic Chemist, Special Testing and Research Laboratory, Dulles, Va., 2009 – Present*

- Analyzed drug evidence, approximately 2500 exhibits analyzed
- Assisted at a clandestine drug manufacturing laboratory
- Helped conducted research for new methods of drug analysis
- Developed intelligence data
- Provided training to federal, state and local law enforcement official
- Provided scientific and technical support to DEA Special Agents, Intelligence Analyst, Diversion Investigators and other law enforcement officers

*Training*

- DEA, DEA Drug Seminar, (Quantico, VA), 2010
- DEA, DEA Annual Clandestine Lab, (Sterling, VA) 2010-present
- DEA, Effective Writing, (Quantico, VA), 2011
- DEA, Laboratory Hazard Waste Training, (Sterling, VA), 2011
- ACS, Effective Technical Writing, (Denver, CO), Aug, 2011
- ACS, Structure Determination of Small Molecule Organic Compounds, (Denver, CO), 2011
- ACS, Using one and two-dimensional Nuclear Magnetic Resonance Spectroscopy, (Denver, CO), 2011
- DEA, Heroin Signature Program Continuing Education, (Sterling, VA), 2012
- DEA, Heroin Signature Program Continuing Education, (Sterling, VA), 2013
- DEA Instructor Development Course 2016

- Los Angeles FD, High Hazard Laboratory Level A Training, (Santa Clara, CA), 2018
- DEA, Monthly Educational Series- Poppy Tea, (Sterling, VA), 2018
- DEA, Monthly Educational Series- Selection and Operation of Raman Units, (Sterling, VA), 2018
- DEA, NMR Technical Chemist training, (Sterling, VA), 2018
- DEA, New Analytical Scheme for the Analysis of Cannabis, (Sterling, VA), 2019
- KADIMA Leadership Training Seminar (Sterling, VA), 2019
- DEA, Conversion process for camouflaging cocaine, (Cartagena, Colombia), 2020
- DEA Leadership Ladder completed (Sterling, VA), 2020
- DEA, Lean Six Sigma Yellow Belt courses (Sterling, VA), 2020
- DEA, DEA Annual Clandestine Laboratory Level A recertification, (Sterling, VA) 2020 - Present
- Old Dominion University class "Ethics in Public Administration" (Norfolk, VA) 2021
- Old Dominion University class "Leadership" (Norfolk, VA) 2022
- Old Dominion University class "Cultural Competency" (Norfolk, VA) 2022

**SAVANNAH-CHATHAM METROPOLITAN POLICE DEPARTMENT**

*Corporal Police Officer, Southside, Savannah, GA., 1997- 2009*

- Conducted preliminary investigation of events, related to felonious acts and misdemeanors
- Prepared reports, citations and summons necessary to enforce ordinances, statutes, and laws including petty, misdemeanor, and felonious offenses
- Appeared in state, municipal, and district courts to offer credible testimony relative to the investigation of criminal and non-criminal offenses
- Trained Police Recruits utilizing the PTO (Police Training Officer) Program
- Coordinated with other law enforcement jurisdictions and agencies to continue investigations of cases, suspects, and/or to gather criminal intelligence data
- Processed crime scenes, including: collecting evidence, interviewing witnesses, obtaining statements, locating persons of interest, coordinating with other officers and assigning duties, communicating with vested agencies and supervisors and preventing contamination of the scene

## EDUCATION AND CERTIFICATIONS

**Old Dominion University, Norfolk, VA.**

- Master of Public Administration, 2022

**Armstrong Atlantic State University, Savannah, GA.**

- Bachelor of Science Degree in Chemistry, 2008

*Certification(s)*

- *DEA, DEA Forensic Training Program, (Sterling, VA), 2009*
- DEA, DEA Annual Clandestine Lab, (Quantico, VA), 2010
- DEA, DEA Basic Forensic Science Seminar, (Quantico, VA), 2010
- Agilent, Ultra-High Performance Liquid Chromatography Training, (Sterling, VA), 2012
- Waters, Empower 3 PDA Theory and Spectral Libraries, (Sterling, VA), 2014
- Waters, Empower 3 PDA Advanced Topics: Custom Fields and Reports, (Sterling, VA), 2014
- Waters, Basic ACQUITY UPLC Maintenance, (Sterling, VA), 2014
- DEA, Instructor Development Course, (Quantico, VA), 2016
- Agilent, HPLC w/ OpenLAB 2.2 Essential and Advanced Operations, (Lexington, MA), 2018
- Agilent, HPLC ChemStation C Operation, (Lexington, MA), 2018
- US Department of Justice, Just/NCIC/NLETS Certification Course, (Sterling, VA), 2018
- US Department of Justice, Just/NCIC/NLETS Certification Course, (Sterling, VA), 2021
- Master's Certificate in Public Procurement and Contract Management, (Norfolk) 2022

## PROFESSIONAL AFFILIATIONS

- Loudoun County Heritage Commission – Commissioner, 2020-present
- Salute Veterans National Honor Society- member, 2021- present

## PRESENTATIONS AND LECTURES

- Speaker, "Heroin Trends," DEA Intelligence Analyst, (Dulles, VA) 2012
- Speaker, "HSP familiarization," Office of Naval Intelligence, (Dulles, VA) 2013
- Speaker, "HSP familiarization," State and Local chemists, (Dulles, VA)   2013
- Speaker, "HSP familiarization" Special Operations Division and Crime and Narcotics Center, (Dulles, VA) 2013
- Speaker, "HSP familiarization," State and Local forensic chemists, (Dulles, VA) 2014
- Speaker, "HSP familiarization," Defense Intelligence Agency (Dulles, VA)  2015
- Speaker, "CSP familiarization," State and Local forensic chemist, (Dulles, VA) 2020
- Instructor, "DEA Laboratory Safety Course and Heroin Processing," Afghanistan National Interdiction Unit (Afghanistan) 2013
- Instructor "International Course of Tactical Analyst in the Fight Against Illicit Drug Trafficking" National Police (Argentina) 2017
- Instructor "High Hazard Laboratory Level A Training," (Castaic, CA) 2019

## DISTINCTIONS

- Performance Award, DEA, (Sterling, VA) 2016
- Performance Award, DEA, (Sterling, VA) 2018
- Performance Award, DEA, (Sterling, VA) 2021
- Class Counselor, DEA, (Quantico, VA) 2021



U.S. Department of Justice
Drug Enforcement Administration
Special Testing and Research Laboratory
22624 Dulles Summit Court
Sterling, VA 20166

*www.dea.gov*

TO:      Ernest Gonzalez
            Assistant U. S. Attorney

FROM:    Alexander Walker
            Senior Forensic Chemist
            DEA Special Testing and Research Laboratory

SUBJECT:  RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Mercer-Erwin, Debra, et al.
DEA LIMS Case Number(s): 2020-SFL1-03693

Date:  April 7, 2023

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary:

1. My name is:  Alexander Walker

2. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA), in the capacity of Senior Forensic Chemist, and was so employed when I conducted the examinations and analyses described below.  My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described below, are based on my knowledge, skill, experience, training, and education.  See my attached Curriculum Vitae for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

3. The opinions described below are based on the following chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the previously provided Laboratory Report and analyst notes.

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Mercer-Erwin, Debra, et al.
DEA LIMS CASE NUMBER(S): 2020-SFL1-03693

The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis.  These are generally available at:

https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request.

4. I analyzed the material contained in the exhibits which were submitted for analysis in the above referenced case number(s).  My conclusions are included as part of previously provided forensic laboratory reports and analyst notes.

5. The material referred to herein as exhibit #4a-R, as represented in the forensic laboratory reports and accompanying case file, has been identified as follows:

   a. Substance(s) identified:  Cocaine Hydrochloride*
   b. Net weight: 9823 g± 2 g **
   c. Purity of :  N/A
   d. A statistical sampling approach based on the probability theory of the hypergeometric distribution was used.

   The above opinion is based on the following physical, chemical, and instrumental analyses:

   i. Gas chromatography/Mass Spectrometry
   ii. Infrared Spectroscopy

The analytical methods used in the above analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community.  Summaries of instrumental methods are available at:

https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596

   *Cocaine Hydrochloride confirmed in 9 units tested of 10 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance. Salt form determined from testing 9 units.
   **The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

6. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer.  In addition, I may offer opinions in response to questions posed during trial.

SUBJECT: RULE 16(a)(1)(G) SUMMARY OF TESTIMONY IN
UNITED STATES v. Mercer-Erwin, Debra, et al.
DEA LIMS CASE NUMBER(S): 2020-SFL1-03693

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.

_____          Date: 4/7/2023
Alexander Walker, DEA Senior Forensic Chemist


APPROVED: _____

                  Lance Kvetko, Laboratory Director    Date: 4/7/2023

Attachment