# SONIA HURTADO

(956) 243-7421
Sonia.Hurtado@ci.irs.gov

**Skills**
- Bilingual in English & Spanish
- Proficient in Microsoft Office Access, Excel, Outlook, PowerPoint, & Word
- Current firearms qualifications
- Current defensive tactics qualifications
- Current Top-Secret clearance

**Education**

**St. Edward's University in Austin, TX**
August 1999 - May 2004
- BBA in Accounting

**Federal Law Enforcement Training Center in Glynco, GA**
June 2004 – December 2004
- Graduated from the **Criminal Investigator Training Program** which covered law and evidence for criminal investigations, interviewing and court testifying practical exercises, firearms & arrest techniques, Criminalistics, investigative tools, and Title III applications for electronic surveillance.
- Graduated from the **Special Agent Basic Training** which pertained specifically to IRS-CI and covered criminal methods of proof, tax law, report writing, money laundering, asset forfeiture, defensive tactics and firearms training.

**Experience**

**Special Agent with IRS-Criminal Investigation-Houston Field Office/Brownsville POD**
July 2006 – Current
- Investigated grand jury cases with Title 18 money laundering violations as part of an Organized Crime Drug Enforcement Task Force in conjunction with HSI, DEA, FBI, & other partner agencies.
- Investigated administrative tax cases with Title 26 tax violations.
- Investigated trade-based money laundering (TBML) investigations and Third-Party Money Laundering (3PML) investigations.
- Investigated Title 31 Bank Secrecy Act (BSA) violations and Title 18 bankruptcy fraud investigations.
- Investigated grand jury cases involving Title 26 & Title 18 violations related to public corruption in conjunction with FBI.
- Used investigative tools such as US Postal Service mail covers, Ex-Parte orders, pole cameras, surveillance, serving summonses and subpoenas.
- Planned and executed enforcement activities which included undercover shopping operations, search warrants, seizure warrants, and arrest warrants.
- Appeared before the Federal Grand Jury to obtain subpoenaed records and seek concurrence for complaints/indictments.
- Coordinated with representatives from other federal agencies in the South Texas Valley to review Suspicious Activity Reports to produce investigations.
- Coordinated and led financial analysis task forces resulting in successful seizures and arrests in money laundering and public corruption multi-agency investigations.
- Participated in trial related actions which included testifying, preparing witnesses for trial, preparing trial exhibit notebooks, meeting with defense attorneys, and appearing for court related activities.
- Effectively managed a group of agents while acting as the Acting Supervisory Special Agent on various  acting assignments.
- Coordinated and participated in various recruitment events and mentoring programs as the recruitment coordinator leading to the hiring of CI special agents.
- Participated in the identification and seizure of assets involved in the facilitation and/or traced to proceeds of the crime.
- Participated in various task forces to evaluate programs for effectiveness and efficiency and these changes were later implemented into policy by the Chief of CI.
- Attained performance appraisal ratings of exceeds fully successful.
- Obtained various performance cash awards and a Special Act Award from the Chief of CI for participation in a first response task force rendering aid and relief to hurricane affected areas.

**Special Agent with IRS-Criminal Investigation-Miami Field Office/Puerto Rico POD**
March 2005 – July 2006

SONIA HURTADO

- Investigated a grand jury case with Title 26 income tax evasion and Title 31 structuring violations involving a bar owner structuring bank deposits to conceal unreported business proceeds from the IRS and the Virgin Islands Bureau of Internal Revenue.
- Investigated a grand jury case with Title 18 money laundering and Title 31 structuring violations involving a scooter business owner structuring bank deposits where the source of the funds were drug proceeds.
- Investigated an administrative tax case with Title 26 false statement violations involving a return preparer filing false tax returns for his clients, the majority employed as law enforcement officials, which included false claims of the additional child tax credit.
- Seized assets that were purchased by defendants using structured funds originating from unreported business proceeds.
- Planned and executed enforcement activities which included search, seizure, and arrest warrants; including preparing affidavits for each.
- Coordinated with representatives from other federal agencies in the Virgin Islands to review Suspicious Activity Reports to produce investigations.
- Prepared final case reports summarizing the facts, violations, evidence, and tax loss calculations to be used by the US Attorney's Office in prosecuting a case.
- Prepared all pertinent documentation to elevate cases from administrative to grand jury status and successfully obtained approval from the Department of Justice.
- Attained performance appraisal ratings ranging from exceeds fully successful to outstanding.
- Obtained various performance cash awards.

**Special Agent with IRS-Criminal Investigation-San Antonio Field Office/Austin POD**
December 2004 –  March 2005
- Assisted senior special agents in their investigations.
- Developed information from originating sources and presented my findings to management who assigned the cases to special agents.
- Assisted IRS civil function in conducting wage verifications by interviewing employers and verifying information submitted on Forms W-2.
- Investigated an administrative tax case with Title 26 income tax evasion involving a used car dealership owner.
- Attained a performance appraisal rating of fully successful.