# Curriculum Vitae
## Robert A. Pircher Jr.
## Computer Forensics Analyst
## Homeland Security Investigations
## United States Department of Homeland Security

### Office Information

US Department of Homeland Security (DHS)
Immigration and Customs Enforcement (ICE)
Homeland Security Investigations (HSI)
Special Agent in Charge (SAC) Dallas
125 East John Carpenter Fwy.; Suite 800
Irving, TX 75062
Work Cell: (469) 418-0036
Email: Robert.A.Pircher@ice.dhs.gov

### Professional Certifications

| | |
|---|---|
| GIAC Foundational Cybersecurity Technologies (GFACT) | Currently Enrolled |
| CompTia CySA+ (Cyber Security Analyst) | Currently Enrolled |
| Cisco Certified Network Associate (CCNA) | Currently Enrolled |
| GIAC Advanced Smartphone Forensics (GASF) | September 2020 |
| OS Triage Intermediate User Certification | September 2020 |
| OS Triage Basic User Certification | July 2020 |
| Advanced Computer Evidence Recovery Training (ACERT) | April 2018 |
| Human Exploitation Rescue Operative Child Rescue Corps (HERO Corps) Internship | June 2017 |
| ICE Mobile Forensics, Cellebrite UFED4PC and Physical Analyzer Training | October 2016 |
| Basic Computer Evidence Recovery Training (BCERT) | October 2016 |
| Guidance Software HERO Corps Custom EnCase Training | August 2016 |
| CompTIA A+ Certification | August 2016 |

## Expert Testimony

State of Texas; Capital Murder - Jeycool Pena-Perez, F-21-34280-W                                                                July 2022

## Professional Training

FOR585: Advanced Mobile Forensic Analysis
36 CPE Hours
Vendor: SANS Institute

FOR500: Windows Forensic Analysis
36 CPE Hours
Vendor: SANS Institute

Forensics Fundamentals (AX100)
32 Hours
Vendor: Magnet Forensics

Cellebrite Mobile Forensics Fundamentals
24 Hours
Vendor: Cellebrite

Cellebrite Physical Analyzer Investigation Fundamentals
24 Hours
Vendor: Cellebrite

Cellebrite UFED4PC and Reader Fundamentals
16 Hours
Vendor: Cellebrite

Advanced Operating System Triage and Memory Preservation
24 Hours
Vendor: Federal Bureau of Investigations; FBI

Basic Operating System Triage and Memory Preservation
16 Hours
Vendor: Federal Bureau of Investigations; FBI

BitTorrent and Digital Contraband
8 Hours
Vendor: SANS Institute

Computer Hacking Forensics
10 CPE Hours
Vendor: Cybrary

End User Cyber Fundamentals (Micro Certification Earned)
3 CPE Hours
Vendor: Cybrary

Incident Response and Advanced Forensics (Micro Certification Earned)
11 CPE Hours
Vendor: Cybrary

Mobile Malware and Malware Threats Assessment
4 CPE Hours
Vendor: Cybrary

Cryptography Fundamentals
3 CPE Hours
Vendor: Cybrary

Kali Linux Fundamentals and Skills Assessment
3 CPE Hours
Vendor: Cybrary

USB Drop Attack 1
1 CPE Hour
Vendor: Cybrary

Ethical Hacking and Countermeasures (CEHv9)
12 CPE Hours
EC-Counsel (Certified Ethical Hacker Exam 312-50)

SANS On Demand Course Demo:
    FOR500 – Windows Forensics
    FOR508 – Advanced Digital Forensics and Incident Response
    FOR518 – Mac and iOS Forensic Analysis and Incident Response
    FOR526 – Advanced Memory Forensics; Windows and Mac
    FOR572 – Advanced Network Forensics and Analysis
    FOR578 – Cyber Threat Intelligence
    FOR585 – Advanced Mobile Forensics
21 CPE Hours
Vendor: SANS Institute

Identifying and Seizing Electronic Evidence (CI100)
2.5 Hours
Vendor: National White Collar Crime Center

Introduction to Cellphone Investigations (CI103)
1 Hour
Vendor: National White Collar Crime Center

Social Media Basics (CI131)
1 Hour
Vendor: National White Collar Crime Center

Encryption (CI141)
1 Hour
Vendor: National White Collar Crime Center

Basic Computer Skills for Law Enforcement (CI099)
3 hours
 Vendor: National White Collar Crime Center