IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |
| KAYLEIGH MOFFETT (2) | § | |
| CARLOS ROCHA VILLAURRUTIA (5) | § | |

## EXHIBIT LIST

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
| --- | --- | --- | --- | --- | --- |
| 1 | | CyrusOne Server Physical Exhibit | | | |
| 1A | | Ledger from CyrusOne Server | | | |
| 1B | | Search Warrant for CyrusOne Server | | | |
| 1C | | Scanned Docs from CyrusOne Server | | | |
| 1D | | Intentionally Left Blank | | | |
| 1E | | Sample Transactions by AGC from CyrusOne Server | | | |
| 1F | | Server Extraction of American Express Transactions from CyrusOne Server | | | |
| 1G | | Server Extraction of Escrow Agreements & EFaxes for AGC (Binder – physical exhibit) | | | |
| 2A | | Mercer Email Attachment 9H-DTY-S6146 Escrow Agreement (EA) | | | |
| 2B | | Mercer Email Attachment 9H-LZM-S6073 EA | | | |
| 2C | | Mercer Email Attachment N253MY-S23974 EA | | | |
| 2D | | Mercer Email Attachment N351AA-S24032 EA | | | |
| 2E | | Mercer Email Attachment P4-GIS-S139 EA | | | |
| 2F | | EFax | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 3A | | Mercer Email Attachment N784CK-S24783 EA | | | |
| 3B | | Mercer Email Attachment N784CK-S24783 First Amendment (FA) EA | | | |
| 3C | | Mercer Email Attachment N784CK-S24783 Executed (E) EA | | | |
| 3D | | Mercer Email Attachment N571UA-S27311 EA | | | |
| 3E | | Mercer Email Attachment N571UA-S27311 FAEA | | | |
| 3F | | Mercer Email Attachment N571UA-S2731 EEA | | | |
| 3G | | Mercer Email Attachment N572UA-S27312 EA | | | |
| 3H | | Mercer Email Attachment N572UA-S27312 FAEA | | | |
| 3I | | Mercer Email Attachment N572UA-S27312 EEA | | | |
| 3J | | Mercer Email Attachment P4-GIS-S139 | | | |
| 4A | | Mercer Email Attachment B-8211-S212 Letter of Intent (LOI) | | | |
| 4B | | ATT00001(3) – Mercer Email B-8211-S212 | | | |
| 4C | | Mercer Email Attachment B-16720-S41820 Purchase Agreement (PA) | | | |
| 4D | | 329950 Email and Attachments (Escrow & ATT0001) – Mercer Email B-16720-S41820 | | | |
| 4E | | Mercer Email Attachment B-16720-S41820 Third Amended (TA) EA | | | |
| 4F | | Mercer Email Attachment B-16720-S41820 EA | | | |
| 4G | | 329619 Email and Attachments (Escrow (1) & ATT00001(1) – Mercer Email B-16720-S41820 | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 4H | | 329607 Email and Attachments (Escrow & txt file) - Mercer Txt file B-16720-S41820 | | | |
| 5A | | 322236 - Moffett Email P4-GIS-S139 | | | |
| 5B | | Moffett Email B-8108-S5129 Refund Undertaking | | | |
| 5C | | Moffett Email B-8108-S5129 Letter | | | |
| 5D | | Mercer Email B-8108-S5129 LOI | | | |
| 5E | | 317931 – Moffett Email P4-GIS-S139 | | | |
| 6A | | Mercer Email VT-SUG-S4387 EA | | | |
| 6B | | Mercer Email VT-SUG-S4387 PA | | | |
| 6C | | 329727 - Mercer Email VT-SUG-S4387 | | | |
| 6D | | Mercer Email VT-ALF-S36305 PA | | | |
| 6E | | Mercer Email VT-ALG-S36306 EA | | | |
| 6F | | 5/1/20 - Machado / Mercer WhatsApp | | | |
| 6G | | 329629 – Email and Attachments (Escrow & ATT00001) Mercer Email VT-SUG-S4387 | | | |
| 6H | | EFax | | | |
| 7A | | 329919 – Email and Attachments (Escrow & ATT00001(1)) Mercer Email B-8197-S9473 | | | |
| 7B | | Escrow Agreement from Casey @ TBE | | | |
| 7C | | Mercer Email SU-GDN-S38288 / SU-GDP-S38290 EAs | | | |
| 7D | | Mercer Email 9M-FSL-S29062 EA | | | |
| 7E | | Mercer Email 9V-SWB-S33377 FA Promissory Note | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 7F | | 329719 – Email & Attachments (Escrow & ATT00001)– Mercer Email SU-GDN-S38288 / SU-GDP-S38290 | | | |
| 7G | | EFax | | | |
| 8A | | Mercer Email 9V-SWA-34568 Second Amendment to Promissory Note | | | |
| 8B | | Mercer Email 9V-SWB-S33377 Second Amendment to Promissory Note | | | |
| 8C | | Mercer Email ET-ALO–S33768 EA (CCUR) | | | |
| 8D | | Mercer Email ET-ALO-S33768 EA (JDS1) | | | |
| 8E | | Mercer Email ET-ALP-S33769 EA (CCUR) | | | |
| 8F | | Mercer Email ET-ALP-S33769 EA (JDS1) | | | |
| 8G | | 329606 – Email and Attachments (Escrow & ATT00001) – Mercer Email ET-ALO-S33768 | | | |
| 8H | | Mercer Email Trust Number 3020-3028-3252 | | | |
| 8I | | Mercer Email VH-LQD-S4371 EA | | | |
| 8J | | Mercer Email VH-LQF-S4375 EA | | | |
| 8K | | Mercer Email VH-LQG-S4376 EA | | | |
| 8L | | 358444 Email – Mercer Email VH-LQD-S4371 - VH-LQF-S4375 - VH-LQG-S4376 | | | |
| 8M | | Mercer Email VQ-BNU-S29908 PA | | | |
| 8N | | Mercer Email VQ-BNU-S29908 EA | | | |
| 8O | | Mercer Email 9M-FSL-S29062 PA | | | |
| 8P | | Mercer Email 9M-FSL-S2906 EA | | | |
| 8Q | | Mercer Email B-2064-S29157 PA | | | |
| 8R | | Mercer Email B-2064-S29157 EA | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 8S | | Mercer Email EI-UUW-S30214 PA | | | |
| 8T | | Mercer Email EI-UUW-S30214 EA | | | |
| 8U | | Mercer Email VT-JES-S35159 Second Amendment (SA) EA | | | |
| 8V | | Mercer Email VT-JEU-S35160 SAEA | | | |
| 8W | | EFax | | | |
| 9A | | Mercer Email HL-8254-S40198 EA | | | |
| 9B | | Mercer Email HL-8254-S40198 Amended Letter Agreement | | | |
| 9C | | EFax | | | |
| 10A | | Mercer Email HL-8284-S40199 EA | | | |
| 10B | | Mercer Email Pk-GIA-S40074 EA | | | |
| 10C | | Mercer Email PK-GIK-S40073 EA | | | |
| 10D | | 8/5/20 – Machado /Mercer SMS | | | |
| 10E | | 8/5/20 – 8/7/20 Mercer/Chemtov SMS | | | |
| 10F | | 8/5//20 - Machado/Chemtov WA | | | |
| 10G | | EFax | | | |
| 11A | | Moffett Email S4424 Letter | | | |
| 11B | | Moffett Email S4424 EA | | | |
| 11C | | EFax | | | |
| 12 | | Bank of America Records – 9094 American Guaranty Company - 2015 | | | |
| 13 | | Bank of America Records – 9094 American Guaranty Company - 2016 | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 14 | | Bank of America Records – 9094 American Guaranty Company - 2017 | | | |
| 15 | | Bank of America Records – 9094 American Guaranty Company – 2018 | | | |
| 16 | | Bank of America Records – 9094 American Guaranty Company - 2019 | | | |
| 17 | | Bank of America Records – 9094 American Guaranty Company - 2020 | | | |
| 18 | | DLE Escrow – Bank of America - 1222 | | | |
| 19 | | CrossFirst (Wright Brother's Bank Account – 6592) | | | |
| 20 | | Navy Federal Credit Union – Kayleigh Moffett | | | |
| 21 | | Bank of America – Gustava Ramirez - 2425 | | | |
| 22 | | Hard drive containing Phone images of Kayleigh Moffett and Debra Mercer | | | |
| 22A | | Cell Phone Image from Server of Kayleigh Moffett 405-314-5168 | | | |
| 22B | | Cell Phone Image from Server of Debra Mercer-Erwin – 405-501-0562 | | | |
| 22C | | Text files from 405-314-5168 dated 8/27/2015 | | | |
| 23A | | Cell Phone Dump of Apple iPhone 11 of Federico Machado – 754-581-2809 | | | |
| 23B | | Extraction Report of Cell Phone Dump of Apple iPhone 11 of Federico Machado – 754-581-2809 | | | |
| 23C | | Text Chats from Federico Machado iPhone dated 08/28/2015 and 02/20/2019 | | | |
| 24 | | Image of Apple Computer of Federico Machado | | | |
| 25A | | PowerPoint for N200Y | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 25B | | PowerPoint for Ledger (Ex. 1A) | | | |
| 25C | | PowerPoint for Ledger (Ex. 2) | | | |
| 25D | | PowerPoint for Ledger – Sewell Ex. 1 | | | |
| 25E | | PowerPoint for Ledger – Hodkinson Ex. 1 | | | |
| 25F | | PowerPoint Summary | | | |
| 25G | | Kayleigh Moffett Summary PowerPoint | | | |
| 26A | | Census – Existence - AGC | | | |
| 26B | | Census – Nonexistence – AGC | | | |
| 27A | | Casey Sullivan Diagram | | | |
| 27B | | Casey Sullivan Documents | | | |
| 28 | | Physical Evidence Pre-signed Bill of Sale | | | |
| 29 | | Spreadsheet of Duplicate planes in review by HR | | | |
| 30 | | Video Google Search | | | |
| 31 | | Video How to file an EEI | | | |
| 32 | | 2020 Escrow Fees from Debra Moffett Cell Phone | | | |
| 33A | | OFAC License determination | | | |
| 33B | | OFAC License determination | | | |
| 34 | | Aircraft Working Group (AWG) List of names | | | |
| 35A | | Debra Mercer-Erwin Interview | | | |
| 35B | | Transcript of Debra Mercer-Erwin Interview | | | |
| 36A | | Kayleigh Moffett Interview | | | |
| 36B | | Transcript of Kayleigh Moffett Interview | | | |
| 37A | | Call between Machado - Mercer | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 37B | | Transcript of Call between Machado - Mercer | | | |
| 38A | | Federico Machado Phone Interview | | | |
| 38B | | Transcript of Federico Machado Phone Interview | | | |
| 39 | | FAA Clarification Memo 2013 | | | |
| 40 | | Photo of El Chapo | | | |
| 41 | | Semi-submersible sub video | | | |
| 42 | | Photos of Defendants Debra Mercer-Erwin, Kayleigh Moffett and Carlos Villaurrutia | | | |
| 43 | | AGC Website | | | |
| 44 | | Email BIS Outreach to AGC – 21 March 2019 | | | |
| 45A | | Wires Spreadsheet of 9094 | | | |
| 45B | | Bank of America Credits 9094 | | | |
| 45C | | Bank of American Debits 9094 | | | |
| 46 | | FAA Aircraft Registration and Recordation Process | | | |
| 47 | | Debra Mercer EEI Filings | | | |
| 48 | | Residential Photos of Debra Mercer and Kayleigh Moffett | | | |
| 49 | | Photo of Guillermo Garcia Mendez | | | |
| **N8286M** | | | | | |
| 50A | | Blue Ribbon | | | |
| 50B | | Photo of Plane | | | |
| 50C | | Abandonment Form | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 50D | | Power Aircraft Invoice (Longbeach) | | | |
| **N456PF** | | | | | |
| 51A | | Blue Ribbon | | | |
| 51B | | Photo of Plane | | | |
| 51C | | Abandonment Form | | | |
| 51D | | Photos of seizure of Plane | | | |
| **N260RC** | | | | | |
| 52A | | Blue Ribbon Registration | | | |
| 52B | | Photo of plane | | | |
| 52C | | AMOC | | | |
| 52D | | Texas Aircraft Exemption Certificate | | | |
| **N18BA/N299GS** | | | | | |
| 53A | | Blue Ribbon for N18BA | | | |
| 53B | | Blue Ribbon for N299GS | | | |
| 53C | | Photos of Plane N18BA/N299GS | | | |
| 53D | | AMOC | | | |
| 53E | | Photos of crash site | | | |
| **N305AG** | | | | | |
| 54A | | Blue Ribbon | | | |
| 54B | | Photos of Plane | | | |
| 54C | | AMOC | | | |
| 54D | | Photos of plane at landing strip | | | |
| 54E | | Video of Plane taking off | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 54F | | Chain of Custody | | | |
| 54G | | Drugs | | | |
| 54H | | Lab Report | | | |
| 54I | | Fountainhead Report | | | |
| 54J | | Intentionally Left Blank | | | |
| 54K | | Text Exchange between Debra Mercer-Erwin and Federico Machado dated 02/06/2020 | | | |
| | | **N311BD** | | | |
| 55A | | Blue Ribbon | | | |
| 55B | | Photo of Plane | | | |
| 55C | | AMOC | | | |
| 55D | | Aerotitle Escrow N311BD Subpoena | | | |
| 55E | | Intentionally Left Blank | | | |
| 55F | | Lab Report – Belize 02-11-2021 – 10k | | | |
| 55G | | Photos of Physical Drugs seized | | | |
| 55H | | Immigration Information | | | |
| 55I | | Fountain Head Report | | | |
| 55J | | Photo of Heriberto Calderon Gastelum | | | |
| 55K | | Intentionally Left Blank | | | |
| 55L | | Intentionally Left Blank | | | |
| 55M | | Photo of Drugs in plane | | | |
| 55N | | Intentionally Left Blank | | | |
| | | **N569LM** | | | |
| 56A | | Blue Ribbon | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 56B | | Photo of plane – BIS seizure from Brownsville | | | |
| 56C | | Intentionally Left Blank | | | |
| 56D | | Photo of seizure of Plane | | | |
| | | **N515BA** | | | |
| 57A | | Blue Ribbon | | | |
| 57B | | Photo of Plane | | | |
| 57C | | AMOC | | | |
| 57D | | Photos of crash site | | | |
| | | **N770SW** | | | |
| 58A | | Blue Ribbon | | | |
| 58B | | Photo of Plane | | | |
| 58C | | AMOC | | | |
| 58D | | Photo of Federico Machado | | | |
| 58E | | Federico Machado Phone Interview | | | |
| 58F | | Transcript of Federico Machado Phone Interview | | | |
| | | **N224EA** | | | |
| 59A | | Blue Ribbon | | | |
| 59B | | Photo of Plane | | | |
| 59C | | AMOC | | | |
| 59D | | Video of crash site | | | |
| 59E | | Photo of crash site | | | |
| 59F | | Excerpt from Financial Records of Villaurrutia analyzed by IRS Sonia Hurtado | | | |
| | | **N241CW** | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 60A | | Blue Ribbon | | | |
| 60B | | Photo of Plane | | | |
| 60C | | AMOC | | | |
| 60D | | Photos of crash site | | | |
| | | **N322BC** | | | |
| 61A | | Blue Ribbon | | | |
| 61B | | Photo of Plane | | | |
| 61C | | AMOC | | | |
| 61D | | Photo of seizure of Plane | | | |
| | | **N35531/N454SC** | | | |
| 62A | | Blue Ribbon | | | |
| 62B | | Photo of Plane | | | |
| 62C | | AMOC | | | |
| 62D | | Photos of seizure of Plane | | | |
| 62E | | Email to Jessie Villareal from Storm Flying Services 6/10/2019 | | | |
| | | **N465BC** | | | |
| 63A | | Blue Ribbon | | | |
| 63B | | Photo of Plane | | | |
| 63C | | AMOC | | | |
| 63D | | Photos of seizure of Plane | | | |
| 63E | | Excerpts of Villaurrutia Financial Records analyzed from IRS Sonia Hurtado | | | |
| | | **N530GA** | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 64A | | Blue Ribbon | | | |
| 64B | | Photos of Plane | | | |
| 64C | | AMOC | | | |
| 64D | | Photos of crash site | | | |
| **N939RR** | | | | | |
| 65A | | Blue Ribbon | | | |
| 65B | | Photo of Plane | | | |
| 65C | | AMOC | | | |
| 65D | | Photos of Drugs | | | |
| 65E | | Mexico Registration 05/04/2020 | | | |
| 65F | | Chain of Custody from Guatemela | | | |
| 65G | | Lab Results Cocaine 11.45k | | | |
| 65H | | Physical Evidence – Cocaine 11.45k | | | |
| 65I | | Excerpts of Villaurrutia Financial Records analyzed from IRS Sonia Hurtado | | | |
| 65J | | Fountainhead Report | | | |
| **N990PA** | | | | | |
| 66A | | Blue Ribbon | | | |
| 66B | | Photos of Plane | | | |
| 66C | | Intentionally Left Blank | | | |
| 66D | | Photo of Plane crash site | | | |
| 66E | | Excerpts of Villaurrutia Financial Records analyzed by IRS Sonia Hurtado | | | |
| **N368AG** | | | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 67A | | Blue Ribbon | | | |
| 67B | | Photos of Plane | | | |
| 67C | | AMOC | | | |
| 67D | | Photos of Crash Site | | | |
| | | **N2000** | | | |
| 68A | | Blue Ribbon | | | |
| 68B | | Photos of Plane | | | |
| 68C | | AMOC | | | |
| | | **N466MM/NN886N** | | | |
| 69A | | Blue Ribbon | | | |
| 69B | | Photos of Plane | | | |
| 69C | | AMOC | | | |
| 69D | | Photo of plane and drugs | | | |
| | | | | | |
| 70 | | **Intentionally Left Blank** | | | |
| | | **N884AB** | | | |
| 71A | | Blue Ribbon | | | |
| 71B | | Photo of Plane | | | |
| 71C | | AMOC | | | |
| | | **N740HB** | | | |
| 72A | | Blue Ribbon | | | |
| 72B | | Photo of Plane | | | |
| 72C | | AMOC | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 72D | | Photo of unknown person loading Covid masks | | | |
| **N777EH** | | | | | |
| 73A | | Blue Ribbon | | | |
| 73B | | Photo of Plane | | | |
| 73C | | AMOC | | | |
| 73D | | Photos of Drug Seizure of Plane | | | |
| 73E | | Article of Death of Michael Milligan | | | |
| 73F | | Chain of Custody for Bulk Cocaine | | | |
| 73G | | Chain of Custody of Samples | | | |
| 73H | | Drugs | | | |
| 73I | | Lab Report | | | |
| 73J | | Fountainhead | | | |
| 73K | | Jessie Villareal PowerPoint | | | |
| 74 | | Villarrutia Wells Fargo | | | |
| 75 | | Villarrutia Bank of America | | | |
| 76 | | Business Documents – TWA | | | |
| 77 | | Business Documents – Ford Electric | | | |
| 78 | | Business Documents – Texton Enterprises | | | |
| 79 | | Business Documents – Airvica | | | |
| 80 | | Intentionally Left Blank | | | |
| 81 | | Business Documents Global Jets, LLC | | | |
| 82 | | Business Documents Aviation Escrow/Title | | | |
| 83 | | Business Documents BMI Associates | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 84 | | Business Documents Delta Title | | | |
| 85 | | Business Documents Lincoln Investment Holdings, Inc. | | | |
| 86 | | Business Documents Global Business Jets, LLC | | | |
| 87 | | Business Documents Global Television Network | | | |
| 88 | | Business Documents InnerCharged, Inc. | | | |
| 89 | | Business Documents Intercontinental Partners, Inc. | | | |
| 90 | | Business Documents Paradise Garden SA DE CV | | | |
| 91 | | Business Documents from Hildago County, Air Vica Enterprises | | | |
| 92 | | Video of Plane landing | | | |
| 93 | | Summary Chart of Terms | | | |
| 94 | | Summary Chart of Individuals | | | |
| 95 | | Summary Chart of FAA Regulations | | | |
| 96A | | Photo of Plane N190JH | | | |
| 96B | | N190JH Notice of Abandonment | | | |
| 96C | | Video of Plane taking off | | | |
| 96D | | Blue Ribbon of N190JH | | | |
| 97 | | Paul Macke PowerPoint | | | |
| 98A | | Photos from seizure at 6007 Lytham Drive, Dallas, Texas | | | |
| 98B | | Drugs seized from 6007 Lytham Drive, Dallas, Texas | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 98C | | Lab reports for seizure at 6007 Lytham Drive, Dallas, Texas | | | |
| 98D | | Miscellaneous documents seized from 6007 Lytham Drive, Dallas, Texas | | | |
| 99A | | Photos from seizure at port of entry | | | |
| 99B | | Drugs seized from port of entry | | | |
| 99C | | Lab report from port of entry seizure | | | |
| 99D | | Miscellaneous documents from port of entry seizure | | | |
| 100 | | Plea Agreement for Raul Francisco De ASIS Quevedo Martinez | | | |
| 101 | | Blue Ribbon N949CL | | | |
| 102 | | Blue Ribbon N15HE | | | |
| 103 | | Blue Ribbon N450BD | | | |
| 104 | | Intentionally Left Blank | | | |
| 105 | | Plea Agreement for Julio Cesar Olivas-Felix | | | |
| 106 | | N200Y Documents from CyrusOne Server | | | |
| 107 | | N448AS Documents from CyrusOne Server | | | |
| 108 | | N286RW Documents from CyrusOne Server | | | |
| 109 | | N350PE Documents from CyrusOne Server | | | |
| 110 | | N838KE Documents from CyrusOne Server | | | |
| 111 | | CrossFirst Bank Statements (5964) | | | |
| 112 | | CrossFirst Bank Statements (9783) | | | |
| 113 | | CrossFirst Bank Statements (1356) | | | |
| 114 | | Bank of America Bank Statements (9081) | | | |

| EXHIBIT NO. | SPONSOR | DESCRIPTION | OFF | OBJ | ENT |
|---|---|---|---|---|---|
| 115 | | County Appraisals | | | |
| 116 | | Sonia Hurtado Summary PowerPoint | | | |
| 117 | | FedEx Receipt for Mailing to Sergio Araujo Flores from Search Warrant of August 19, 2020 | | | |
| 118 | | Blowup of photos of planes | | | |
| 119 | | Intentionally Left Blank | | | |
| 120 | | Photos of N173KS | | | |
| 121 | | Bank of America letter regarding bank statements | | | |
| 122 | | Tax Records of Carlos Villaurrutia | | | |
| 123A | | N375TC Blue Ribbon | | | |
| 123B | | Photo of Plane | | | |
| 123C | | Photos of crash site and seizure of drugs | | | |
| 123D | | Fountainhead Report | | | |
| 123E | | Chain of Custody | | | |
| 123F | | DEA Lab Report | | | |
| 123G | | Physical Drugs | | | |
| 123H | | Video of aircraft delivering cocaine N173KS | | | |

Respectfully submitted,

BRIT FEATHERSON
United States Attorney

___/s/_____

ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on April 3, 2023.

\_\_\_/s/_____
ERNEST GONZALEZ