**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | Case No. 4:20-CR-00212 |
| | ) | |
| **DEBRA LYNN MERCER-ERWIN (1)** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Upon the filing of Defendant Debra Lynn Mercer-Erwin's Motion in Limine Regarding Joaquin Guzman (the "Motion") [Doc.344], the Court hereby orders as follows:

Any reference to Joaquin Guzman, a/k/a El Chapo.

GRANTED____X____        DENIED_____

IT IS SO ORDERED.

**SIGNED this 10th day of April, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE