# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:20-CR-00212 |
| DEBRA LYNN MERCER-ERWIN (1) | ) |
| Defendants. | ) |

## ORDER

Upon the filing of Defendant, Debra Lynn Mercer-Erwin's Motion in Limine Regarding Expert Testimony [Doc. 353], the Court hereby orders that Defendant's Motion in Limine Regarding Expert Testimony is **DENIED**.

IT IS SO ORDERED.

**SIGNED** this 10th day of April, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE