# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:20-CR-00212 |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1) ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon the filing of Defendant, Debra Lynn Mercer-Erwin's Motion in Limine Regarding Operational Code Names, Hearsay, and Prior Criminal History [Doc. 355], the Court hereby orders that Defendant's Motion in Limine Regarding Operational Code Names, Hearsay, and Prior Criminal History as follows.

MIL #1 – Any reference to code names given to different investigations by the government.

Decision: GRANTED_____ DENIED____X_____

MIL #2 – Hearsay - Any use of hearsay statements.

Decision: GRANTED_____ DENIED____X_____

MIL #3 – Prior Criminal History - Any reference to the prior criminal history of the Defendant in front of the jury.

Decision: GRANTED____X____ DENIED_____

IT IS SO ORDERED.
SIGNED this 10th day of April, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE