THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

**DATE** 4/10/2023

| **DISTRICT JUDGE** | **COURT REPORTER:** Chris Bickham |
|---|---|
| Amos L. Mazzant, III | **COURTROOM DEPUTY:** Keary Conrad |

| UNITED STATES OF AMERICA | |
|---|---|
| V. | CASE NUMBER 4:20CR212 |
| DEBORAH MERCER-ERWIN (1) | |

| ATTORNEY FOR GOVERNMENT | ATTORNEY FOR DEFENDANT |
|---|---|
| Ernest Gonzalez, Heather Rattan and Lesley Brooks, AUSA | Matthew Cyran, Joe White, Kate White |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Voir Dire and Jury Selection |
|---|---|
| 11:00 a.m. | Court in session. Court notes appearances of all the Parties. |
| 11:01 a.m. | Judge addresses the panel. |
| 11:17 a.m. | Government introduces Parties on Government's side. |
| 11:18 a.m. | Defendant's counsel introduces Parties on Defendant's side. |
| 11:19 a.m. | Government reads Government witness list. |
| 11:23 a.m. | Judge continues with panel. |
| 11:37 a.m. | Government AUSA Heather Rattan begins voir dire. |
| 12:09 p.m. | Defendant's counsel, Joe White requests bench conference. |
| 12:12 p.m. | Bench conference concluded. |
| 12:13 p.m. | Government AUSA Heather Rattan continues voir dire. |
| 12:38 p.m. | Court requested bench conference. |
| 12:38 p.m. | Jury panel released for lunch hour. Court will reconvene at 2pm. |
| 12:42 p.m. | Court recess for lunch. |
| 2:00 p.m. | Court re-convened. Government AUSA continues voir dire. |
| 2:38 p.m. | Government concludes voir dire. |
| 2:40 p.m. | Defendant's counsel, Joe White begins voir dire examination. |
| 4:10 p.m. | Defendant's counsel concludes voir dire. |
| 5:01 p.m. | Court re-convened. Jury seated. |
| 5:04 p.m. | Jury placed under oath. |

| | |
|---|---|
| 5:07 p.m. | Jury excused to report at 9:00 a.m. tomorrow. |
| 5:08 p.m. | Court hears from Government's AUSA regarding potential MIL violations. |
| 5:15 p.m. | Government AUSA requests reciprocal discovery (Dkt. #391, pg. 8) regarding counsel testimony. |
| 5:16 p.m. | Defendant's counsel, Joe White regarding witness line-up. |
| 5:22 p.m. | Court adjourned. |

**DAVID O'TOOLE, CLERK**

BY: _Keary Conrad_
Courtroom Deputy Clerk