IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. 4:20-CR-212 |
| DEBRA LYNN MERCER-ERWIN (1) | § | Judge Mazzant |

## AMENDED ORDER

On this day came on for consideration the United States' Motion in Limine, and after considering same, this Court hereby rules as follows:

**MIL #2**

Any reference to an advice of counsel defense.

   GRANTED_____  DENIED____X____

IT IS SO ORDERED.

**SIGNED this 11th day of April, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE