IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

## ORDER

On this day came on for consideration the United States' Motion to Compel Testimony (Dkt. #415) and after considering same, finds that said motion be **GRANTED**. It is therefore,

**ORDERED** that Angela Dashnaw or another Bank of America custodian of record appear at the Paul Brown Federal Courthouse, 101 East Pecan Street, Sherman, Texas at 3:00 p.m. on April 11, 2023 and each day following at 9:00 a.m. until testimony is complete and the custodian is released by the Court.

IT IS SO ORDERED.

SIGNED this 11th day of April, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE