IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:20-CR-00212 |
| DEBRA LYNN MERCER-ERWIN (1) | ) ) | |
| Defendants. | ) | |

## ORDER

Upon the filing of Defendant Debra Lynn Mercer-Erwin's Motion in Limine Regarding Hearsay and Federico Machado [Doc. 345], the Court hereby orders that Defendant's Motion in Limine Regarding Hearsay and Federico Machado as follows:

Decision:    GRANTED____X____    DENIED____X____

**MODIFIED:** Government will only be introducing statements made in furtherance of the conspiracy while he was acting in furtherance of the conspiracy; no testimonial statements will be offered.

If the government makes Machado an issue during trial, then defense is allowed to bring him up. However, defense cannot bring anything up during opening statements. (it is not about whether Machado's name is mentioned, but about the statements specifically made by Machado).

**DENIED** as to any statements made in furtherance of the conspiracy. **GRANTED** as to any testimonial statements.

IT IS SO ORDERED.

SIGNED this 11th day of April, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE