IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:20-CR-212 |
| | § | Judge Mazzant/Judge Johnson |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On March 31, 2023, the report of the Magistrate Judge (Dkt. #350) was entered containing proposed findings of fact and recommendations that Defendant Debra Lynn Mercer-Erwin's Motion to Suppress (Dkt. #321) be denied.

Having received the report of the Magistrate Judge, and the Court having considered the Defendant's timely filed objections (Dkt. # 386), this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report (Dkt. #350) as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Debra Lynn Mercer-Erwin's Motion to Suppress (Dkt. #321) is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 12th day of April, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE