**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:20-CR-00212 |
| ) | |
| DEBRA LYNN MERCER-ERWIN (1) ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon the filing of Defendant Debra Lynn Mercer-Erwin's Motion to Compel Rule 16 Disclosures Further Regarding Expert Testimony [Doc. _____], the Court hereby orders that Defendant's Motion is granted.

IT IS THEREFORE ORDERED that the government is required to comply with Fed. R. Crim. P. 16 before presenting any further expert testimony.

IT IS SO ORDERED.