IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20CR212 |
| | | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § § | |

## **ORDER**

The Court having considered the United States' Motion to Quash Subpoena, it is hereby

ORDERED that United States' Motion to Quash Subponea shall be granted and that the subpoena be quashed.