IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

## **ORDER**

The Court having considered the United States' Motion to Allow Testimony of Casey Sullivan at Jury Trial, it is hereby

ORDERED that United States' Motion shall be granted and that Casey Sullivan's testimony be allowed.