# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NUMBER 4:20CR212 |
| | § | |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

### ORDER DENYING MOTION TO COMPEL

Before the Court is Defendant's Motion to Compel Rule 16 Disclosures Regarding Further Expert Testimony (Dkt. #425), wherein the Defendant, through counsel, objects to further expert testimony without disclosure of materials required pursuant to Rule 16. Having considered the Motion, the Court is of the opinion that said motion should be **DENIED**.

It is therefore **ORDERED** that Defendant's Motion to Compel Rule 16 Disclosures Regarding Further Expert Testimony (Dkt. #425) is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 17th day of April, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE