# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CASE NUMBER 4:20CR212 |
| § | |
| DEBRA LYNN MERCER-ERWIN (1) § | |

### ORDER GRANTING IN PART MOTION TO QUASH

Before the Court is United States' Motions to Quash Mercer-Erwin's Subpoena (Dkts. #426, 427), wherein the United States is requesting to quash Debra Lynn Mercer-Erwin's subpoena issued to "Deloitte and Touch (sic) c/o" Grace Howe requesting items listed on an "Exhibit 1" to be produced by Monday, April 17, 2023 at 10:00 a.m. at the Paul Brown United States Courthouse in Sherman, Texas.  The subpoena calls for Deloitte and Touch to produce records related to witness Grace Howe's employment at Deloitte and Touch and the firm's contract with the Government. Having considered the Motion, the Court is of the opinion that said motion should be **GRANTED IN PART**.

It is therefore **ORDERED** that United States' Motions to Quash Mercer-Erwin's Subpoena (Dkts. #426, 427) are **GRANTED IN PART**.  The motion is **DENIED** as to the firm's contract with the Government and **GRANTED** as to records related to witness Grace Howe's employment or other requests. After the Court orally denied the Defendant's motion to compel during trial, the Government provided the documents to Defendant and to the Court (under seal).

IT IS SO ORDERED.
SIGNED this 17th day of April, 2023.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE