IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

# **ORDER**

The Court having considered the United States' Motion to Allow Testimony of Casey Sullivan (Dkt. #428)  at Jury Trial, it is hereby

ORDERED that United States' Motion shall be GRANTED nd that Casey Sullivan's testimony be allowed.

IT IS SO ORDERED.

**SIGNED this 18th day of April, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE