THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

**DATE** 4/19/2023

| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Chris Bickham<br>**COURTROOM DEPUTY:** Keary Conrad |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>DEBRA MERCER-ERWIN (1) | CASE NUMBER 4:20CR212 |

| ATTORNEY FOR GOVERNMENT | ATTORNEY FOR DEFENDANT |
|---|---|
| Ernest Gonzalez, Heather Rattan and Lesley Brooks, AUSA | Matthew Cyran, Joe White, Kate White |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Jury Trial – Day 6 |
|---|---|
| 8:27 a.m. | Court in session. Court notes appearance of counsel. |
| 8:27 a.m. | Court hears from Defendant's counsel, Joe White regarding the SAR report and ground rules for questioning Sullivan. Court hears response from Government. Parties agree on appropriate questioning regarding the SAR. |
| 8:28 a.m. | Jury seated. |
| 8:28 a.m. | Defendant's counsel, Joe White continues cross examination of witness, Casey Sullivan. |
| 9:23 a.m. | Pass the witness. Government AUSA Heather Rattan begins re-direct examination of witness, Casey Sullivan. |
| 9:27 a.m. | Pass the witness. Defendant's counsel, Joe White begins cross examination of witness, Casey Sullivan. |
| 9:29 a.m. | Pass the witness. Government AUSA Heather Rattan begins re-direct examination of witness, Casey Sullivan |
| 9:29 a.m. | Government AUSA Ernest Gonzalez calls Jesus Ramiro. Witness placed under oath. Government AUSA Ernest Gonzalez begins direct examination of Jesus Ramiro. |
| 10:15 a.m. | Jury excused for morning break. |
| 10:16 a.m. | Court recess for morning break. |
| 10:31 a.m. | Court re-convened. Jury seated. |
| 10:32 a.m. | Government AUSA Ernest Gonzalez continues direct examination of Jesus Ramiro. |
| 10:44 a.m. | Pass the witness. Defendant's counsel, Joe White begins cross examination of Jesus Ramiro. |
| 10:57 a.m. | Witness excused. |
| 10:58 a.m. | Government AUSA Ernest Gonzalez calls DEA Special Agent, Loretta Moore. Witness placed under oath. Government AUSA Ernest Gonzalez begins direct examination of DEA Special Agent Loretta Moore. |

| | |
|---|---|
| 11:14 a.m. | Government AUSA Ernest Gonzalez offers Government Exhibit 55M. Defendant objects to relevance. Government Exhibit 55M is admitted. |
| 11:18 a.m. | Government AUSA Ernest Gonzalez offers Government Exhibit 55G. Defendant objects to relevance. Government Exhibit 55G is admitted. |
| 11:23 a.m. | Government AUSA Ernest Gonzalez offers Government Exhibit 55F conditionally subject to the testimony of the chemist. Defendant objects to foundation. Government Exhibit 55F is conditionally admitted, subject to testimony of the chemist. |
| 11:27 a.m. | Pass the witness.  Defendant's counsel, Joe White begins cross examination of witness, Special Agent Loretta Moore. |
| 11:44 a.m. | Pass the witness. Jury excused for lunch. |
| 11:44 a.m. | Court recess for lunch. |
| 12:47 p.m. | Court re-convened. Jury seated. |
| 12:47 p.m. | Government AUSA Ernest Gonzalez continues re-direct examination of Special Agent Loretta Moore. |
| 12:52 p.m. | Pass the witness. Defendant's counsel, Joe White begins cross examination of witness, Special Agent Loretta Moore. |
| 12:59 p.m. | Pass the witness. Government AUSA Ernest Gonzalez re-direct examination of Special Agent Loretta Moore. |
| 1:00 p.m. | Pass the witness. Defendant's counsel, Joe White begins cross examination of witness, Special Agent Loretta Moore. |
| 1:01 p.m. | Government AUSA Ernest Gonzalez calls Raul Francisco De Asis Quevedo Martinez. Witness placed under oath. Government AUSA Ernest Gonzalez begins direct examination of Raul Francisco De Asis Quevedo Martinez. Witness was assisted by Spanish interpreter, Maria Steilen. |
| 1:47 p.m. | Government moves for the admission of Government Exhibit 123B. Defendant's counsel objects that it is not an exact exemplar of the plane when he flew it. Objection overruled. Government Exhibit 123B is admitted. |
| 1:59 p.m. | Government moves for the admission of Government Exhibit 100. No objection. Government Exhibit 100 is admitted. |
| 2:10 p.m. | Pass the witness. Defendant's counsel, Joe White begins cross examination of witness, Raul Francisco De Asis Quevedo Martinez. |
| 2:12 p.m. | Defendant's counsel, Joe White offers for admission Defendant's Exhibit 203 – Statement of Facts. No objection. Defendant's Exhibit 203 is admitted. |
| 2:29 p.m. | Pass the witness. Witness excused. |
| 2:29 p.m. | Government AUSA Ernest Gonzalez calls Lieutenant Miguel Angel Orozco-Orozco. Witness placed under oath. Government AUSA Ernest Gonzalez begins direct examination of Lieutenant Miguel Angel Orozco-Orozco. Witness was assisted by Spanish interpreter, Maria Steilen. |
| 2:58 p.m. | Government moves for the admission of Government Exhibit 123C. Defendant's counsel objects to relevance. Objection overruled.   Government Exhibit 123C is admitted. |
| 2:59 p.m. | Jury excused. |
| 2:59 p.m. | Court inquires as to whether there is an issue with forfeiture.   The parties will conference on the issue and will advise the Court. |
| 2:59 p.m. | Court recess for 15 minutes. |
| 3:15 p.m. | Court re-convened. Jury seated. |
| 3:16 p.m. | Government AUSA Ernest Gonzalez continues direct examination of Lieutenant Miguel Angel Orozco-Orozco. |

| | |
|---|---|
| 3:28 p.m. | Pass the witness. Defendant's counsel, Joe White begins cross examination of witness, Lieutenant Miguel Angel Orozco-Orozco. |
| 3:30 p.m. | Government AUSA Heather Rattan calls Guillermo Giovanni Cardoza-Santiago. Witness placed under oath. Government AUSA Heather Rattan begins direct examination of witness, Guillermo Giovanni Cardoza-Santiago. Witness was assisted by Spanish interpreter, Monica Munera. |
| 3:45 p.m. | Pass the witness. Defendant's counsel, Joe White begins cross examination of Guillermo Giovanni Cardoza-Santiago. |
| 3:51 p.m. | Pass the witness. Witness excused. |
| 3:52 p.m. | Government AUSA Ernest Gonzalez calls Special Agent Marcus West. Witness placed under oath. Government AUSA Ernest Gonzalez begins direct examination of Special Agent Marcus West. |
| 4:19 p.m. | Government AUSA Ernest Gonzalez offers Government Exhibit 98A.  Defendant's counsel voir dires the witness. Objection to relevance. Objection overruled. Government Exhibit 98A is admitted. |
| 4:24 p.m. | Bench conference. |
| 4:25 p.m. | Government continues direct examination. |
| 4:50 p.m. | Government AUSA Ernest Gonzalez offers Government Exhibit 98B. Defendant's counsel voir dires the witness. Defendant objects to relevance. Government Exhibit 98B is admitted. |
| 4:58 p.m. | Jury excused. |
| 4:59 p.m. | Court adjourned. |
| | |
| | |
| | **Govt Exhibits Admitted**: 55F*(C), 55G, 55M, 98A, 98B, 100, 123B, 123C<br>**Deft Exhibits Admitted:** 203<br>**Demonstrative Only Exhibits**: |

**DAVID O'TOOLE, CLERK**

BY:  *Keary Conrad*
Courtroom Deputy Clerk