# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DVISION

**DATE** 4/25/2023

| | |
|---|---|
| **DISTRICT JUDGE** Amos L. Mazzant, III | **COURT REPORTER:** Chris Bickham <br> **COURTROOM DEPUTY:** Keary Conrad |
| UNITED STATES OF AMERICA <br><br> V. <br><br> DEBRA MERCER-ERWIN (1) | CASE NUMBER 4:20CR212 |

| ATTORNEY FOR GOVERNMENT | ATTORNEY FOR DEFENDANT |
|---|---|
| Ernest Gonzalez, Heather Rattan and Lesley Brooks, AUSA | Matthew Cyran, Joe White, Kate White |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Jury Trial – Day 10 |
|---|---|
| 8:20 a.m. | Court in session. Court notes appearance of counsel. |
| 8:32 a.m. | Witness is reminded he is still under oath. Government AUSA Ernest Gonzalez continues direct examination of Special Agent Jesus Villareal. |
| | Government AUSA Ernest Gonzalez offers Government Exhibits 64B, 64C, 64D. Government Exhibits 64B, 64C, 64D are admitted. |
| | Government AUSA Ernest Gonzalez offers Government Exhibit 65C. Government Exhibit 65C admitted. |
| | Government AUSA Ernest Gonzalez offers Government Exhibit 66B. Government Exhibit 66B admitted. |
| | Government AUSA Ernest Gonzalez offers Government Exhibits 69B, 69C, 69D. Government Exhibits 69B, 69C, 69D are admitted. |
| 8:55 a.m. | Government AUSA Ernest Gonzalez offers Government Exhibit 73C. Government Exhibit 73C admitted. |
| 9:12 a.m. | Government AUSA Ernest Gonzalez offers Government Exhibit 123A. Government Exhibit 123A admitted. |
| 9:21 a.m. | Government AUSA Ernest Gonzalez offers Government Exhibit 120. Government Exhibit 120 admitted. |
| 9:47 a.m. | Defendant's counsel, Joe White begins cross examination of Special Agent Jesus Villareal. |
| 10:16 a.m. | Jury excused for break. Court recess. |
| 10:34 a.m. | Court re-convened. Jury seated. |
| 10:35 a.m. | Defendant's counsel, Joe White continues cross examination of Special Agent Jesus Villareal. |
| 11:29 a.m. | Bench conference. |

| | |
|---|---|
| 11:35 a.m. | Defendant's counsel, Joe White continues cross examination of Special Agent Jesus Villareal. |
| 11:46 a.m. | Jury excused for lunch. Court recess for lunch. |
| 12:45 p.m. | Court re-convened. Jury seated. |
| 12:47 p.m. | Defendant's counsel, Joe White continues cross examination of Special Agent Jesus Villareal. |
| 2:33 p.m. | Bench conference requested by Government. |
| 2:35 p.m. | Defendant's counsel, Joe White continues cross examination of Special Agent Jesus Villareal. |
| 3:02 p.m. | Jury excused. |
| 3:04 p.m. | Court recess. |
| 3:22 p.m. | Court re-convened. Jury seated. |
| 3:22 p.m. | Defendant's counsel, Joe White continues cross examination of Special Agent Jesus Villareal. |
| 4:01 p.m. | Pass the witness. |
| 4:02 p.m. | Government AUSA Ernest Gonzalez begins re-direct examination of Special Agent Jesus Villareal. |
| 4:21 p.m. | After objection of email inclusion in Government Exhibit 73K, Defendant's counsel, Joe White moves for the admission of Defendant's Exhibit 4C, pg. 2. No objection by the Government. Defendant's Exhibit 4C, pg. 2 is admitted. |
| 4:43 p.m. | Defendant's counsel, Joe White re-cross examination of Special Agent Jesus Villareal. |
| 4:56 p.m. | Defendant's counsel, Joe White moves for the full admission of Defendant's Exhibit 4C. |
| 5:00 p.m. | Jury excused. |
| 5:01 p.m. | Government objects to the entirety of Defendant's Exhibit 4C to hearsay. Defendant will provide the Court a copy of the entire email of Defendant's Exhibit 4C. |
| | If Government determines they will have another witness they will provide the name to Defendant this evening. |
| 5:05 p.m. | Court hears argument from Government AUSA Heather Rattan regarding violation of motion in limine regarding other companies. |
| 5:07 p.m. | Government objects to the Defendant's counsel calling any witnesses that will testify as to any good acts of the Defendant. |
| 5:08 p.m. | Government AUSA Heather Rattan objects to the Defendant using tax returns. Defendant should approach the bench before tax returns. Government requests Defendant's witness list and Government should provide to Defendant any additional witnesses by 6pm. |
| 5:09 p.m. | Court advises Parties that in-formal charge conference tomorrow at 5:00 pm. |
| 5:12 p.m. | Court adjourned. |
| | |
| | |
| | **Govt Exhibits Admitted**: 64B, 64C, 64D, 65C, 66B, 69B, 69C, 69D, 73C, 120, 123A<br>**Demo Only:**<br>**Deft Exhibits Admitted:** 4C pg. 2 |

**DAVID O'TOOLE, CLERK**

BY:  *Keary Conrad*
Courtroom Deputy Clerk