THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

DATE   05/01/2023

| DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Deborah Kriegshauser<br>COURTROOM DEPUTY:  Keary Conrad<br>LAW CLERK: Emily Norman |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>DEBRA MERCER-ERWIN (1) | CASE NUMBER 4:20CR212 |

| ATTORNEY FOR GOVERNMENT | ATTORNEY FOR DEFENDANT |
|---|---|
| Ernest Gonzalez and Lesley Brooks, AUSA | Matthew Cyran, Joe White, Kate White |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Jury Trial – Day 14 |
|---|---|
| 8:03 a.m. | Court in session. Court notes appearance of counsel. |
| 8:04 a.m. | Jury seated. |
| 8:05 a.m. | Government AUSA Ernest Gonzalez begins closing argument. |
| 8:50 a.m. | Defendant's counsel, Joe White begins closing argument. |
| 9:41 a.m. | Government AUSA Lesley Brooks completes closing argument. |
| 9:58 a.m. | Jury excused for break. |
| 9:58 a.m. | Court recess for break. |
| 10:17a .m. | Court re-convened. Jury seated. |
| 10:18 a.m. | Court reads preliminary instructions to the jurors. |
| 11:19 a.m. | Jury excused to begin deliberations. |
| 2:49 p.m. | Court re-convened for notes from jury. |
| 2:50 p.m. | Court advises Parties of note #1 regarding the foreperson; note #2 regarding jurors to return tomorrow; note #3 parties agree to response. |
| 2:53 p.m. | Court in recess pending further notes or verdict. |
| 3:05 p.m. | Court re-convened.   Juror note #4 addressed with the parties.   Parties agree to response. |
| 3:07 p.m. | Court in recess pending further notes or verdict. |
| 5:00 p.m. | Jury will return tomorrow at 8:30 a.m. |

**DAVID O'TOOLE, CLERK**

BY:  *Keary Conrad*

Courtroom Deputy Clerk