**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DVISION**

**DATE**   05/02/2023

| | |
|---|---|
| **DISTRICT JUDGE**<br>**Amos L. Mazzant, III** | **COURT REPORTER:** Chris Bickham<br>**COURTROOM DEPUTY:**   Keary Conrad<br>**LAW CLERK:** Emily Norman |

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>DEBRA MERCER-ERWIN (1) | CASE NUMBER 4:20CR212 |

| ATTORNEY FOR GOVERNMENT | ATTORNEY FOR DEFENDANT |
|---|---|
| Ernest Gonzalez and Lesley Brooks, AUSA | Matthew Cyran, Joe White, Kate White |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Jury Trial – Day 15 |
|---|---|
| 8:30 a.m. | Jury arrives and begins deliberations. |
| 3:58 p.m. | Court convenes with counsel and Defendant. Court suggests to send a note to the jury at 4:50 p.m.   Parties agree.   Court will send note to jury at 4:50 p.m. |
| 4:00 p.m. | Court in recess pending a note or verdict of jury. |
| 5:00 p.m. | Jury will return at 8:30 a.m. to continue deliberations. |
| | |

**DAVID O'TOOLE, CLERK**

BY:   _Keary Conrad_
Courtroom Deputy Clerk