THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

**DATE**   05/3/2023

| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:** Chris Bickham<br>**COURTROOM DEPUTY:**   Keary Conrad<br>**LAW CLERK:** Emily Norman |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>DEBRA MERCER-ERWIN (1) | CASE NUMBER 4:20CR212 |

| **ATTORNEY FOR GOVERNMENT** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| Ernest Gonzalez and Lesley Brooks, AUSA | Matthew Cyran, Joe White, Kate White |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Jury Trial – Day 16 |
|---|---|
| 8:30 a.m. | Jury arrives and begins deliberations. |
| 1:29 p.m. | Court notes receipt of note #5 regarding jury leaving; note #6 verdict. |
| 1:33 p.m. | Jury seated. |
| 1:33 p.m. | Court publishes verdict. |
| 1:36 p.m. | Bench conference. |
| 1:37 p.m. | Court continues publishes |
| 1:38 p.m. | Court polls the jury. |
| 1:39 p.m. | Court will make verdict part of the record.   Jury excused. |
| 1:41 p.m. | Court hears argument from counsel regarding custody. |
| 1:42 p.m. | Court remands the Defendant to the custody of the USM pending sentencing. |
| 1:41 p.m. | Government moves to substitute actual exhibits with pictures. No objection. Court will seal exhibits that contain personal information. Parties will notify Court staff of exhibits to be sealed. |
| 1:43 p.m. | Court adjourned. |

**DAVID O'TOOLE, CLERK**

BY:   *Keary Conrad*
Courtroom Deputy Clerk