# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                  ) | |
|                                            ) | |
| **Plaintiff,**                             ) | |
|                                            ) | |
| vs.                                        ) | **Case No. 4:20-CR-00212** |
|                                            ) | |
| **DEBRA LYNN MERCER-ERWIN (1)**            ) | |
|                                            ) | |
| **Defendant.**                             ) | |

### DEBRA LYNN MERCER-ERWIN'S  TRIAL EXHIBIT LIST

| No. | Description | Admit |
|---|---|---|
| 1.a | OFAC search for Rodolfo Javier Camarillo Montemaor, ITRC, LLC, and Camro Transportes SA de CV | 4/27/23 |
| 1.b | FAA approval letter dated October 30, 2017 | 4/27/23 |
| 1.d | Aircraft Guaranty file | 4/27/23 |
| 2.b | FAA approval letter dated May 22, 2020 | 4/28/23 |
| 2.e | Photographs showing N18BA's location and date | 4/24/23 |
| 2.g | Aircraft Guaranty file   **(minus pages 9-14)** | 4/28/23 |
| 3.a | OFAC search for Luis Fernando Amodio Giombini, Victor Elias Aboumrad Tamer, Jose Luis Francisco Garcia Servin, Rodrigo Amodio Glombini, Daniel Amodio Giombini, Juilo Mauricio Martin Amodio Herrera, and Anna Giannina Amodio Glombini | 4/27/23 |
| 3.c | Deregistration documents | 4/27/23 |
| 3.d | Emails regarding removal  (pgs. 1-11  **with redactions**) | 4/26/23 |
| 3.e | Aircraft Guaranty's file | 4/27/23 |
| 4.a | OFAC search for Heriberto Calderon Gastelum | 4/28/23 |
| 4.b | FAA approval letter dated December 11, 2019 | 4/28/23 |
| 4.c | Emails discussing giving 30-day Notice and Transfer of Title | 4/26/23 |
| 4.f | Aircraft Guaranty file | 4/28/23 |
| 4.g | FAA file | 4/12/23 |
| 5.a | OFAC search for Roberto Miguel Gonzalez Barragan and Ancheta, S.A. de C.V. | 4/27/23 |
| 5.b | FAA approval letter dated May 18, 2016 | 4/27/23 |
| 5.d | Aircraft Guaranty file | 4/27/23 |
| 6.b | FAA approval letter dated June 29, 2020 | 4/27/23 |
| 6.d | Aircraft Guaranty file   **(does not include pages 12-17)** | 4/27/23 |
| 7.a | OFAC search for Federico Andres Machado, | 4/27/23 |
| 7.c | Removal documents | 4/27/23 |
| 7.d | Aircraft Guaranty file | 4/27/23 |
| 8.b | Office of Export Enforcement's Subpoena | 4/27/23 |

| 8.d | Emails pertaining to the Office of Export Enforcement's subpoena and production  **(pgs. 43-86)** | 4/27/23 |
|---|---|---|
| 12.a | Certificate of Incorporation of Wright Brothers Aircraft Title, Inc. | 4/27/23 |
| 12.b | Bylaws of Wright Brothers Aircraft Title, Inc. | 4/27/23 |
| 12.c | Directors and Shareholders list for Wright Brothers Aircraft Title, Inc. | 4/27/23 |
| 12.d | Change or Designation of Registered Agent and/or Registered Office for Wright Brothers Aircraft Title, Inc. | 4/27/23 |
| 13.a | Articles of Incorporation of Aircraft Guaranty Corporation | 4/27/23 |
| 13.b | Filing Information from the Wyoming Secretary of State for Aircraft Guaranty Corporation | 4/27/23 |
| 16. | Debra Mercer-Erwin 2019 Tax Return | 4/27/23 |
| 16.a | Debra Mercer-Erwin 2020 Tax Return | 4/27/23 |
| 16.b | Debra Mercer-Erwin 2021 Tax Return | 4/27/23 |
| 202. | JP Morgan Chase records of Federico Machado | 4/18/23 |
| 203. | Defendant Raul Francisco De Asis Quevedo Martinez Statement of Facts | 4/19/23 |
| 204. | Email chain Mercer-Erwin and Mack | 4/26/23 |
| 300. | Engagement of counsel letter | 4/26/23 |
| 303. | 15 CFR 30.26 | 4/26/23 |
| 306. | Photographs sent to Defendant Mercer by Machado | 4/27/23 |
| 307. | Email from Mercer to Carlos Villarrutia | 4/27/23 |
| 308. | Video recording of Defendant's interview | 4/27/23 |