IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

## GOVERNMENT FINAL WITNESS LIST

1. Special Agent Justin Marshall, Department of Homeland Security
2. Michael Martinez, Bank of America Custodian of Records
3. Forensic Accountant Grace Ellen Howe, Contractor with the Department of Homeland Security
4. Jason Dudley, Custodian of Records of CrossFirst
5. Special Agent Sonia Hurtado, Internal Revenue Service
6. Casey Sullivan
7. Jesus Romero, retired from the Department of Defense
8. Special Agent Loretta Moore, Drug Enforcement Administration
9. Raul Francisco De Asis Quevedo Martinez
10. Lieutenant Miguel Angel Orozco-Orozco
11. Guillermo Giovanni Cardoza-Santiago
12. Group Supervisor Marcus West, Drug Enforcement Administration
13. Forensic Chemist Alexander Walker, Drug Enforcement Administration
14. Senior Forensic Chemist Paul Kusko, Drug Enforcement Administration
15. Julio Cesar Olivas-Felix
16. Rony Ariel Chacon-Lopez
17. Norman Alexis GARCIA-Flores
18. Special Agent Dustin Wall, Department of Homeland Security
19. Leslly Franzoli Cortez Avila
20. Senior Forensic Chemist Scott Wischnewsky, Drug Enforcement Administration
21. Detective Hernan Alexis Ochoa
22. Special Agent Eduardo Escobar, Department of Homeland Security
23. Lieutenant Colonel Alex Humberto Landino Tellez, Colombian Air Force
24. Special Agent Paul Mack, Department of Commerce
25. Special Agent Jesus Villarreal, Department of Homeland Security