IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:20-CR-00212 |
| | ) | |
| DEBRA LYNN MERCER-ERWIN (1) | ) | |
| | ) | |
| Defendant. | ) | |

### DEBRA LYNN MERCER-ERWIN TRIAL WITNESS LIST

1. Jonathan Epstein

2. Fe Lane

3. Scott McCreary

4. Debra Lynn Mercer-Erwin

5. Henry Hoss