IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

## ORDER GRANTING JOINT MOTION TO SEAL
## SELECTED TRIAL EXHIBITS

On this day came on to be considered the Joint Motion to Seal Selected Trial Exhibits. After careful consideration, the Court is of the opinion that there is a valid basis to seal the exhibits designated by the Government and defendant Debra Lynn Mercer-Erwin for the reasons set forth in the parties' joint motion. It is therefore

ORDERED that the Clerk of the Court seal the following trial exhibits in this case:

| EXHIBIT NO. | GOVERNMENT'S EXHIBIT DESCRIPTION |
|---|---|
| 1 | CyrusOne Server Physical Exhibit |
| 1F | Server Extraction of American Express Transactions from CyrusOne Server |
| 12 | Bank of America Records – 9094 American Guaranty Company - 2015 |
| 13 | Bank of America Records – 9094 American Guaranty Company - 2016 |
| 14 | Bank of America Records – 9094 American Guaranty Company - 2017 |
| 15 | Bank of America Records – 9094 American Guaranty Company – 2018 |

| EXHIBIT NO. | GOVERNMENT'S EXHIBIT DESCRIPTION |
|---|---|
| 16 | Bank of America Records – 9094 American Guaranty Company - 2019 |
| 17 | Bank of America Records – 9094 American Guaranty Company - 2020 |
| 18 | DLE Escrow – Bank of America - 1222 |
| 19 | CrossFirst (Wright Brother's Bank Account – 6592) |
| 20 | Navy Federal Credit Union – Kayleigh Moffett |
| 21 | Bank of America – Gustava Ramirez - 2425 |
| 22 | Hard drive containing Phone images of Kayleigh Moffett and Debra Mercer |
| 22A | Cell Phone Image from Hard Drive of Kayleigh Moffett – 405-314-5168 |
| 22C | Text files from 405-314-5168 dated 8/27/2015 |
| 23A | Cell Phone Dump of Apple iPhone 11 of Federico Machado – 754-581-2809 |
| 23B | Extraction Report of Cell Phone Dump of Apple iPhone 11 of Federico Machado – 754-581-2809 |
| 23C | Text Chats from Federico Machado iPhone dated 8/28/2015 and 2/20/2019 |
| 23E | Text Chats from Federico Machado iPhone pgs 822-861 |
| 24 | Image of Apple Computer of Federico Machado |
| 75 | Villarrutia Bank of America |
| 100 | Plea Agreement for Raul Francisco De Asis Quevedo Martinez |
| 105 | Plea Agreement for Julio Cesar Olivas-Felix |
| 111 | CrossFirst Bank Statements (5964) |
| 112 | CrossFirst Bank Statements (9783) |

| EXHIBIT NO. | GOVERNMENT'S EXHIBIT DESCRIPTION |
|---|---|
| 113 | CrossFirst Bank Statements (1356) |
| 114 | Bank of America Bank Statements (9081) |

| EXHIBIT NO. | MERCER-ERWIN'S EXHIBIT DESCRIPTION |
|---|---|
| 16 | Debra Mercer-Erwin 2019 Tax Return |
| 16.a | Debra Mercer-Erwin 2020 Tax Return |
| 16.b | Debra Mercer-Erwin 2021 Tax Return |
| 202 | JP Morgan Chase records of Federico Machado |
| 203 | Defendant Raul Francisco De Asis Quevedo Martinez Statement of Facts |
| 308 | Video recording of Defendant's interview |