IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

## AMENDED JOINT MOTION TO SEAL SELECTED TRIAL EXHIBITS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the undersigned Assistant United States Attorney for the Eastern District of Texas, and Defendant Debra Lynn Mercer-Erwin, appearing through undersigned defense counsel, and respectfully files this joint motion to place certain trial exhibits under seal. The requested sealed trial exhibits contain Personal Identifiable Information (PII) such as bank account numbers, social security numbers, credit/debit card numbers, sensitive personal information protected from disclosure under Fed. R. Crim. P. 49.1, and/or other "means of identification" as defined in 18 U.S.C. §1028(d)(7). Sealing is requested in order to safeguard from public scrutiny voluminous personal information contained therein, and the redaction of which would be exceptionally burdensome.

In addition, the parties request to seal exhibits related to indicted, but unapprehended, Defendants as well as potential unindicted co-conspirators. A release of plea agreements, bank statements, cell phone and computer data, and recordings related to

the identity and involvement of these Defendants and unindicted individuals may result in the destruction of evidence or cause these individuals to flee from justice.

I. Government's Sealed Trial Exhibits

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | CyrusOne Server Physical Exhibit |
| 1F | Server Extraction of American Express Transactions from CyrusOne Server |
| 12 | Bank of America Records – 9094 American Guaranty Company - 2015 |
| 13 | Bank of America Records – 9094 American Guaranty Company - 2016 |
| 14 | Bank of America Records – 9094 American Guaranty Company - 2017 |
| 15 | Bank of America Records – 9094 American Guaranty Company – 2018 |
| 16 | Bank of America Records – 9094 American Guaranty Company - 2019 |
| 17 | Bank of America Records – 9094 American Guaranty Company - 2020 |
| 18 | DLE Escrow – Bank of America - 1222 |
| 19 | CrossFirst (Wright Brother's Bank Account – 6592) |
| 20 | Navy Federal Credit Union – Kayleigh Moffett |
| 21 | Bank of America – Gustava Ramirez - 2425 |
| 22 | Hard drive containing Phone images of Kayleigh Moffett and Debra Mercer |
| 22A | Cell Phone Image from Hard Drive of Kayleigh Moffett – 405-314-5168 |
| 22C | Text files from 405-314-5168 dated 8/27/2015 |
| 23A | Cell Phone Dump of Apple iPhone 11 of Federico Machado – 754-581-2809 |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 23B | Extraction Report of Cell Phone Dump of Apple iPhone 11 of Federico Machado – 754-581-2809 |
| 23C | Text Chats from Federico Machado iPhone dated 8/28/2015 and 2/20/2019 |
| 23E | Text Chats from Federico Machado iPhone pgs 822-861 |
| 24 | Image of Apple Computer of Federico Machado |
| 75 | Villarrutia Bank of America |
| 100 | Plea Agreement for Raul Francisco De Asis Quevedo Martinez |
| 105 | Plea Agreement for Julio Cesar Olivas-Felix |
| 111 | CrossFirst Bank Statements (5964) |
| 112 | CrossFirst Bank Statements (9783) |
| 113 | CrossFirst Bank Statements (1356) |
| 114 | Bank of America Bank Statements (9081) |

II.   <u>Mercer-Erwin's Sealed Trial Exhibits</u>

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 16 | Debra Mercer-Erwin 2019 Tax Return |
| 16.a | Debra Mercer-Erwin 2020 Tax Return |
| 16.b | Debra Mercer-Erwin 2021 Tax Return |
| 202 | JP Morgan Chase records of Federico Machado |
| 203 | Defendant Raul Francisco De Asis Quevedo Martinez Statement of Facts |
| 308 | Video recording of Defendant's interview |

WHEREFORE, the Government and Defendant Debra Mercer-Erwin request the Court to issue an Order sealing the designated trial exhibits described herein.

Respectfully submitted,

DAMIEN M. DIGGS
United States Attorney

___/s/_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

AND

___/s/_____
KATE C. WHITE OBA # 30930
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, Oklahoma 73105
(405) 858-8899
(405) 858-8844 FAX
kate@whiteandweddle.com
*Attorney for Defendant,*
*Debra Mercer-Erwin*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to defense counsel of record.

___/s/_____
ERNEST GONZALEZ
Assistant United States Attorney