IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:20-CR-212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

# ORDER GRANTING IN PART JOINT MOTION TO SEAL SELECTED TRIAL EXHIBITS

On this day came on to be considered the Joint Motion to Seal Selected Trial Exhibits.(Dkt. #458) and Joint Amended Motion (Dkt. #459)  After careful consideration, the Court is of the opinion that there is a valid basis to seal certain exhibits designated by the Government and defendant Debra Lynn Mercer-Erwin for the reasons set forth in the parties' joint motion.  It is therefore

ORDERED that the Clerk of the Court seal the following trial exhibits in this case:

| EXHIBIT NO. | GOVERNMENT'S EXHIBIT DESCRIPTION |
| --- | --- |
| 1 | CyrusOne Server Physical Exhibit |
| 1F | Server Extraction of American Express Transactions from CyrusOne Server |
| 12 | Bank of America Records – 9094 American Guaranty Company - 2015 |
| 13 | Bank of America Records – 9094 American Guaranty Company - 2016 |
| 14 | Bank of America Records – 9094 American Guaranty Company - 2017 |
| 15 | Bank of America Records – 9094 American Guaranty Company – 2018 |

| EXHIBIT NO. | GOVERNMENT'S EXHIBIT DESCRIPTION |
|---|---|
| 16 | Bank of America Records – 9094 American Guaranty Company - 2019 |
| 17 | Bank of America Records – 9094 American Guaranty Company - 2020 |
| 18 | DLE Escrow – Bank of America - 1222 |
| 19 | CrossFirst (Wright Brother's Bank Account – 6592) |
| 20 | Navy Federal Credit Union – Kayleigh Moffett |
| 21 | Bank of America – Gustava Ramirez - 2425 |
| 22 | Hard drive containing Phone images of Kayleigh Moffett and Debra Mercer |
| 22A | Cell Phone Image from Hard Drive of Kayleigh Moffett – 405-314-5168 |
| 22C | Text files from 405-314-5168 dated 8/27/2015 |
| 23A | Cell Phone Dump of Apple iPhone 11 of Federico Machado – 754-581-2809 |
| 23B | Extraction Report of Cell Phone Dump of Apple iPhone 11 of Federico Machado – 754-581-2809 |
| 23C | Text Chats from Federico Machado iPhone dated 8/28/2015 and 2/20/2019 |
| 23E | Text Chats from Federico Machado iPhone pgs 822-861 |
| 24 | Image of Apple Computer of Federico Machado |
| 75 | Villarrutia Bank of America |
| 100 | Plea Agreement for Raul Francisco De Asis Quevedo Martinez |
| 105 | Plea Agreement for Julio Cesar Olivas-Felix |
| 111 | CrossFirst Bank Statements (5964) |
| 112 | CrossFirst Bank Statements (9783) |

| EXHIBIT NO. | GOVERNMENT'S EXHIBIT DESCRIPTION |
|---|---|
| 113 | CrossFirst Bank Statements (1356) |
| 114 | Bank of America Bank Statements (9081) |

| EXHIBIT NO. | MERCER-ERWIN'S EXHIBIT DESCRIPTION |
|---|---|
| 16 | Debra Mercer-Erwin 2019 Tax Return |
| 16.a | Debra Mercer-Erwin 2020 Tax Return |
| 16.b | Debra Mercer-Erwin 2021 Tax Return |
| 202 | JP Morgan Chase records of Federico Machado |
| 203 | Defendant Raul Francisco De Asis Quevedo Martinez Statement of Facts |
|  |  |

As to Defendant's Exhibit 308 - Video Recording of Defendant's interview, the Court orders the Parties to provide explanation as to why this Exhibit should be sealed and why it could not be provided in a redacted format, if necessary.  It is therefore,

**ORDERED** that on or before **Tuesday, May 30, 2023**, the Parties shall file explanations as to why Exhibit 308 should be sealed.  The Court, after reviewing the briefing will make a separate determination as to Exhibit 308.

IT IS SO ORDERED.

SIGNED this 17th day of May, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE