IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:20-CR-00212 |
| | ) | |
| DEBRA LYNN MERCER-ERWIN (1) | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW Matthew P. Cyran, counsel for Defendant Debra Lynn Mercer-Erwin herein, and submits his Motion to Withdraw as Counsel of Record and respectfully requests that he be allowed to withdraw from representation of the Defendant for the following reasons:

1. Matthew P. Cyran will be resigning his position with the law firm of White & Weddle, P.C. and relocating.

2. White & Weddle, P.C. will continue to represent Debra Lynn Mercer-Erwin.

3. Debra Lynn Mercer-Erwin has been made aware of counsel's intent to withdraw.

4. Joe E. White, Jr. and Kate C. White have previously entered their appearances on behalf of Debra Lynn Mercer-Erwin and will continue to represent her from this point forward.

5. A proposed Order granting the *Motion to Withdraw* is submitted contemporaneously with the filing of this Motion.

WHEREFORE, Matthew P. Cyran respectfully moves that he be allowed to withdraw as counsel of record for Debra Lynn Mercer-Erwin.

Respectfully submitted,

*s/ Matthew P. Cyran*
MATTHEW P. CYRAN    OBA #16918
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, Oklahoma 73105
(405) 858-8899
(405) 858-8844 FAX
matt@whiteandweddle.com

## CERTIFICATE OF DELIVERY

☒ I hereby certify that on this 12th day of July 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing, which will automatically send e-mail notification of such filing to all attorneys of record.

*s/Matthew P. Cyran*
MATTHEW P. CYRAN

## CERTIFICATE OF CONFERENCE

Pursuant to United States District Court for the Eastern District of Texas Local Rule CR-47(a)(3), on July 12th, 2023, Attorney Matthew P. Cyran has conferred with Assistant United States Attorney, Ernest Gonzalez, regarding this motion and can represent to the Court that the United States does not oppose it.

*s/Matthew P. Cyran*
MATTHEW P. CYRAN