# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NUMBER 4:20CR212 |
| | § | |
| DEBRA LYNN MERCER-ERWIN | § | |

### ORDER GRANTING EXTENSION OF TIME FOR OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Before the Court is the Defendant's Unopposed Motion for Extension of Time to file Objections to Presentence Report (Dkt. #512) wherein the Defendant requests that this Court grant an extension to file objections to the Presentence Investigation Report. Having considered the Motion, the Court is of the opinion that said motion should be **GRANTED**.

It is therefore **ORDERED** that Defendant's Unopposed Motion for Extension of Time to file Objections to Presentence Report (Dkt. #512) is **GRANTED**. It is further **ORDERED** that the deadline for objections is extended until June 3, 2024.

**IT IS SO ORDERED**.

**SIGNED this 21st day of May, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE