AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:20-CR-00212-1 |
| DEBRA LYNN MERCER-ERWIN | ) | |
| *Defendant* | ) | Judge Mazzant |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Debra Lynn Mercer-Erwin

Date: 11-12-2024

*Attorney's signature*

Henry A. Meyer, III, OK Bar #6163
*Printed name and bar number*

210 Park Ave., Suite 300
Oklahoma City, OK 73102
*Address*

hank@lawfirmokc.com
*E-mail address*

(405) 930-4300
*Telephone number*

(405) 835-6616
*FAX number*