IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 4:20-CR-212 |
| § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) § | |

## FINAL ORDER OF FORFEITURE

On May 3, 2023, the defendant, **Debra Lynn Mercer-Erwin**, was found guilty of Counts One, Two, Four and Seven of the Fifth Superseding Indictment. The United States has filed a motion for $50,000,000.00 in United States currency. Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Accordingly, the Court orders that the defendant forfeit to the United States the sum of $50,000,000.00 pursuant to 18 U.S.C. § 982(a)(1); 21 U.S.C. §§ 853 and 970; and 28 U.S.C. § 2461. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. The United States may, at any time, pursuant to Fed. R. Crim. P. 32.2(e), move to amend this order to substitute property to satisfy the cash proceeds in the amount of $50,000,000.00 in whole or in part.

**SIGNED this 21st day of November, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE