THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DEBRA LYNN MERCER-ERWIN, § <br> Defendant. § | Case No. 4:20-CR-212 (1) |

### ORDER

CAME ON this day for consideration, the government's Unopposed Motion to Authorize Clerk to Accept Payments.  The Court, having considered the same, is of the opinion that the motion has merit and should, in all things, be GRANTED.

Pursuant to the *Guide to Judiciary Policy*, Volume 13: Finance and Budget, Chapter 8: Criminal Debt § 825.15.15, and 28 U.S.C. § 2041, it is hereby ordered that the Clerk's office is authorized to receive criminal debt funds before the Court's restitution judgment is issued or docketed if Defendant makes a payment towards an anticipated special assessment, restitution, fine, or other monetary penalty.

IT IS FURTHER ORDERED that the Clerk is authorized to withdraw and apply such funds to the criminal monetary penalties imposed against Defendant upon entry of restitution judgment, pursuant to 28 U.S.C. § 2042.

**SIGNED this 13th day of February, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE