# Exhibit 25A

1.   **Registration: N200Y; Serial Number 680-0030**

# Escrow Fees 2020 (July 20, 2020 – July 31, 2020)

032024

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Jul-20 | | | | | | |
| 2 | **Invoices** | | | | | | |
| 3 | DATE | N-Number | Entity | Payment Method | Invoice Number | Amount | NOTES |
| 4 | 7/20/2020 | 801AR | Perpetual Air, LLC / Capitol News Company, LLC | Wire | | $ 3,375.00 | Escrow Fee |
| 5 | 7/20/2020 | 801AR | BRE Enterprises, LLC | Wire | | $ 6,175.00 | Escrow Fee / IR Setup |
| 6 | 7/21/2020 | N4360V | Malibu N4360V LLC | Wire | | $ 400.00 | Escrow Fee |
| 7 | 7/21/2020 | N4360V | MB Powers Inc. | Wire | | $ 400.00 | Escrow Fee |
| 8 | 7/22/2020 | N200Y | RMB Aviation, LLC | Wire | 6251 | $ 2,200.00 | Escrow Fee |
| 9 | 7/22/2020 | N200Y | Saratoga Inc. | Wire | 6252 | $ 2,200.00 | Escrow Fee |
| 10 | 7/27/2020 | N3996R | David J. Ridley | Wire | 6257 | $ 450.00 | Escrow Fee |
| 11 | 7/28/2020 | N814SG | | Wire | | $ 365.00 | Escrow Fee |
| 12 | 7/31/2020 | N113GL | Ballard Investment Co LLC | Wire | 6262 | $ 325.00 | Escrow Fee |
| 13 | 7/31/2020 | N113GL | Mountain Sand Investment, LLC | Wire | 6263 | $ 325.00 | Escrow Fee |
| 14 | 7/31/2020 | 525C0232 | Northwest Aviation, LLC | Wire | 6264 | $ 2,400.00 | Escrow Fee |
| 15 | 7/31/2020 | 525C0232 | CJ4 Leasing Corp | Wire | 6265 | $ 2,400.00 | Escrow Fee |
| 16 | | | | | | | |
| 17 | | | | | | $ 21,015.00 | |

# Sale Overview

**Buyer:**                    **Seller:**

    *RMB Aviation, LLC*          Saratoga Inc.

**Intermediary Seller:**

    Lone Sky Aero Advisors, LLC

**Escrow Agent:**

    **Wright Brothers Aircraft Title, Inc. – *President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett***



025A003

# Sale Overview

**Key Pieces of Information:**

1. Deposit was $100,000 on 06/30/2020
2. Entire transaction took place between 06/30/2020 and 07/22/2020
3. Bills of Sale & Letter of Intent provided
4. Final payment to seller is signed-off on by seller prior to closing
5. Payments to parties other than buyer and seller are clearly labeled on the closing statement given to buyer & seller

**Plane listed**:

1.    Cessna 680 - Registration: N200Y; Serial Number 680-0030

025A004

# The Letter of Intent:

June 30, 2020

Mr. James P Jordan
Lone Sky Aero Advisors
5007 Airport Road
Denton, TX  76207

106014

Reference: Letter of Intent (hereafter "LOI") to Purchase 2005 Cessna Citation Sovereign, N200Y, MSN 680-0030

Dear Mr Jordan,

With regard to the above referenced aircraft (hereafter the "Aircraft"), RMB Aviation or its assigns, offers to purchase the Aircraft subject to the following conditions:

1. Purchase Price shall be Four Million Six Hundred Sixty-Five Thousand Five Hundred United States Dollars (US$4,665,500.00) in immediately available funds.

8. Within two (2) business days of acceptance of this LOI, Buyer will place a refundable deposit in escrow (hereafter the "Deposit"), in the amount of One Hundred Thousand United States Dollars (US$100,000.00), with Wright Brothers Aircraft Title Service in Oklahoma City, Oklahoma (hereafter the "Escrow Agent"). The Deposit will remain classified as "Refundable" until further definition and application is provided within the terms and conditions of the APA. Buyer and Seller shall share the costs of Escrow and Title services equally.

106014

Sincerely Submitted,

By: _____

Name: _Loar Bouder_

Title: _Owner_

Agreed and Accepted:

By: _____

Name: James P. Jordan

Title: President

106015

# The Closing Statement:

106002

| Purchaser: | RMB Aviation, LLC |
|---|---|
| Seller: | Saratoga Inc. |
| | |
| | |
| Transcation Details: | |
| | |
| **Purchase Price:** | **$4,665,500.00** |
| | |
| Wire Received from Allegiance Behavioral Health Center 30-JUN -2020 | $100,000.00 |
| Wire Received from Allegiance Behavioral Health Center 20-JUL -2020 | $4,595,505.00 |
| Proceeds to Lone Sky Aero Advisors, LLC | -$265,500.00 |
| Brokerage Fee to Pro Jet Consulting | -$25,000.00 |
| Brokerage Fee to QS Partners | -$67,297.83 |
| Proceeds to Saratoga Inc. | -$4,333,307.17 |
| Less Purchase Price | -$4,665,500.00 |
| Less Escrow Fees | ($4,400.00) |
| | |
| **Balance of Funds Held in Escrow:** | **$0.00** |

# The Bank Statements: Deposits

106002

| | |
|---|---|
| Wire Received from Allegiance Behavioral Health Center 30-JUN -2020 | $100,000.00 |
| Wire Received from Allegiance Behavioral Health Center 20-JUL -2020 | $4,595,505.00 |

| Date | Description | Amount |
|---|---|---|
| 06/30/20 | WIRE TYPE:WIRE IN DATE: 200630 TIME:1453 ET TRN:2020063000780765 SEQ:20200630001045/001086 ORIG:ALLEGIANCE BEHAVIORAL HEA ID:80030081682 SND BK:TIB THE INDEPENDENT BANKERS B ID:111010170 PMT DET:N200Y, CESSNA CITATION SOVEREIGN, M ANUFAC | 100,000.00 |
| 07/20/20 | WIRE TYPE:WIRE IN DATE: 200720 TIME:1241 ET TRN:2020072000517615 SEQ:3175438/000811 ORIG:ALLEGIANCE HEALTH MANAGEM ID:500120978 SND BK:FIRST GUARANTY BANK ID:065404340 PMT DET:AI RCRAFT #CESSNA 680, MSN: 680-0030, N200Y RMB AVIAT | 4,595,505.00 |

017096

017114

025A007

# The Bank Statements: Deposits



Note: "ROCK BORDELON" signing as the Owner for RMB on the letter of intent shown previously and here on the Allegiance Health Management remittance approval.

As Rock Bordelon is the signing owner for both letters, payments from Allegiance Health Management on behalf of RMB are reasonable.

025A008

# The Bank Statements: Withdrawals

106002

| | |
|---|---|
| Proceeds to Lone Sky Aero Advisors, LLC | -$265,500.00 |
| Brokerage Fee to Pro Jet Consulting | -$25,000.00 |
| Brokerage Fee to QS Partners | -$67,297.83 |
| Proceeds to Saratoga Inc. | -$4,333,307.17 |
| Less Purchase Price | -$4,665,500.00 |

BOA 9094 Subpoena:

| Date | Description | Amount |
|---|---|---|
| 07/22/20  017125 | WIRE TYPE:WIRE OUT DATE:200722 TIME:0957 ET TRN:2020072200396032 SERVICE REF:005712 BNF:WELLS FARGO CLEARING SERVI ID:4122023377 BNF BK:WELLS FARGO BANK, N.A. ID:121000248 PMT DET:207LF3849NKD0K22Further Credit to: Acct 33 | -4,333,307.17 |
| 07/22/20  017125 | WIRE TYPE:WIRE OUT DATE:200722 TIME:0957 ET TRN:2020072200396035 SERVICE REF:005715 BNF:QS PARTNERS LLC ID:4412620064 BNF BK:WELLS FAR GO BANK, N.A. ID:121000248 PMT DET:207LF46141O1D0S4 3N200Y Brokerage Fee | -67,297.83 |
| 07/22/20  017125 | WIRE TYPE:WIRE OUT DATE:200722 TIME:0957 ET TRN:2020072200396031 SERVICE REF:005592 BNF:BOONE GROUP INC. ID:617329461 BNF BK:JPMORGAN CHASE BANK, NA ID:044000037 PMT DET:207LF4332D5B2U 37N200Y Commission | -25,000.00 |
| 07/22/20  017125 | WIRE TYPE:WIRE OUT DATE:200722 TIME:1041 ET TRN:2020072200418640 SERVICE REF:006294 BNF:LONE SKY AERO ADVISORS, LL ID:13182769 BNF BK: GUARANTY BANK & TRUST, ID:111915327 PMT DET:207MA3 745MFA1092N200Y | -265,500.00 |

# The Warranty Bill of Sale:

**WARRANTY BILL OF SALE**

**KNOW ALL PERSONS BY THESE PRESENTS:**

**THAT Saratoga Inc.,** an Oregon corporation, ("**Seller**"), is the lawful owner of the full legal and beneficial title to the following tangible personal property:

(i) that certain 2005 Cessna model 680 aircraft with U.S. registration number N200Y and manufacturer's serial number 680-0030 (the "**Airframe**"), together with two (2) Pratt & Whitney Canada model PW306C engines bearing manufacturer's serial numbers PCE-CG0063 and PCE-CG0062 (the "**Engines**"), one (1) Honeywell RE-100CS type auxiliary power unit bearing manufacturer's serial number P140 (the "**APU**") and all appurtenances, appliances, parts, avionics, instruments, components, accessions, furnishings, engine covers, and loose equipment in Seller's possession and all Aircraft Documents (the "**Aircraft**").

**THAT**, for $1.00 and other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, Seller does hereby grant, convey, transfer, deliver and set over all right, title and interest in and to the Aircraft and the Aircraft Documents unto **Lone Sky Aero Advisors, LLC,** a Texas limited liability company ("**Purchaser**"), and unto Purchaser's successors and assigns forever.

**IN WITNESS WHEREOF**, Seller has caused this Warranty Bill of Sale to be executed and delivered by its duly authorized signatory as of this 22nd day of ____ July _____, 2020.

**Seller:   Saratoga Inc.**

By: _____
    *larry keith*
    DocuSigned by:
    0FF300F5A7C740B...

Name:   Larry Keith
Title:    Vice President

025A010

# The Bills of Sale:





# The Confirmation of Funds Disbursed to Seller:



# The Closing Statement:

106002

| Purchaser: | RMB Aviation, LLC |
|---|---|
| Seller: | Saratoga Inc. |
| | |
| | |
| Transcation Details: | |
| | |
| **Purchase Price:** | **$4,665,500.00** |
| | |
| Wire Received from Allegiance Behavioral Health Center 30-JUN -2020 | $100,000.00 |
| Wire Received from Allegiance Behavioral Health Center 20-JUL -2020 | $4,595,505.00 |
| Proceeds to Lone Sky Aero Advisors, LLC | -$265,500.00 |
| Brokerage Fee to Pro Jet Consulting | -$25,000.00 |
| Brokerage Fee to QS Partners | -$67,297.83 |
| Proceeds to Saratoga Inc. | -$4,333,307.17 |
| Less Purchase Price | -$4,665,500.00 |
| Less Escrow Fees | ($4,400.00) |
| | |
| **Balance of Funds Held in Escrow:** | **$0.00** |



# Exhibit 25B

1.   **Registration: VH-LQD - S 4371**
         **Registration: VH-LQF; Serial Number 4375 &**
         **Registration: VH-LQG; Serial Number 4376**
2. **Registration: ET-ALO ; Serial Number 33768 &**
         **Registration: ET-ALP; Serial Number 33769**
3. **Registration: VQ-BNU ; Serial Number 29908 &**
         **Registration: B-2064; Serial Number 29157 &**
         **Registration: 9M-FSL; Serial Number 29062**
         **Registration: EI-UUW; Serial Number 30214**

# What are you going to see?

A review of transactions and agreements that were identified in an Escrow ledger shared between <span style="color:red">Wright Brothers Aircraft Title Inc (*President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett*)</span> and Federico Machado.

**Documents Referenced Include:**
- Agreement Documents
- WBAT & Machado Escrow Ledger
- Bank Statements
- Email & Phone Messages

**025B002**

# Level 1: March 2020 - Overview

**Lender for Deposit:**
Chemtov Mortgage Group DBA CMG Capital – *President: Shawn Chemtov (Also known as -  "Chemtov"; "CMG DHC8Escrow4 LLC")*
***Legal Representation – Weitz & Schwartz PA***

**Buyer:**                                                    **Seller:**
South Aviation Inc – *President:  Federico Machado*        Air Services Inc. – *VP of Sales: Bobby Watson*

**Escrow Agent:**
**Wright Brothers Aircraft Title, Inc. (WBAT) –** *President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett*

---

**Agreement Activity:**
CMG Capital will make 3 separate $2,000,000 deposits, into 3 separate aircraft and CMG Capital will receive a total of $300,000. The fully refundable deposit of $6,000,000 is to be held in escrow and repaid "On or before June 17, 2020", per the escrow agreement.



025B003

# Level 1: March 2020 - Overview

## Bank Account & WBAT/Machado Ledger Activity:

- CMG Capital makes 3 separate $2,000,000 deposits, into 3 separate aircraft; CMG Capital receives an initial payment of $300,000 and a $6,000,000 total refund on these deposits
- WBAT does not keep all of the deposited funds in escrow
- The net deposit of $5,700,000 is used to make payments to WBAT, Federico Machado entities, and various other companies

---

**Planes listed** on Escrow Agreements and Bank Wire Memos for the transaction with CMG Capital:

1. Registration: VH-LQD; Serial Number 4371
2. Registration: VH-LQF; Serial Number 4375
3. Registration: VH-LQG; Serial Number 4376

**025B004**

# The Escrow Agreements:

008k001
008J001
008I001

**ESCROW AGREEMENT**

Note: Identical on all agreements

THIS ESCROW AGREEMENT (the "Agreement") made effective as of the 17th day of March, 2020, by and between WRIGHT BROTHERS AIRCRAFT TITLE, INC., whose address is 928 SW 107th Street Oklahoma City, OK 73170 (the "Escrow Agent"), SOUTH AVIATION, INC., whose address is 1470 Lee Wagener Boulevard, Suite 100, Fort Lauderdale, Florida 33315 ("Buyer"), AIR SERVICES INC., whose address is 400 Regional Airport Rd, Carrollton, GA 30117 ("Seller"), and CMG DHC8ESCROW4, LLC, a Florida limited liability company, whose address is 4141 NE 2 Ave #204-A, Miami, FL 33137 (the "Depositor").

008k001 & 008k002
008J001 & 008J002
008I001 & 008I002

3.    IN NO EVENT AND UNDER NO CIRCUMSTANCES SHALL THE ESCROW AGENT DISBURSE THE DEPOSIT OR ANY PORTION THEREOF TO ANY PERSON OR ENTITY OTHER THAN TO THE DEPOSITOR NOR UNDER THE DIRECTION OF ANYONE OTHER THAN THE DEPOSITOR.

008k004
008J004
008I004

Note: Identical on all agreements

**ESCROW AGENT:**

WRIGHT BROTHERS AIRCRAFT TITLE, INC.

By: _Debbie Mercer_

Name: Debbie Mercer

Title: PRESIDENT

**DEPOSITOR:**

CMG DHC8ESCROW4 LLC

By CHEMTOV MORTGAGE GROUP CORP., a Florida corporation, its Manager

By: _____
    Shawn Chemtov, President

**SELLER:**

AIR SERVICES INC.

By: _____

Bobby Watson    Vice President Sales
Print Name Title

**BUYER:**

SOUTH AVIATION, INC. a
Florida corporation.

By _____
   Fred Machado, President

**025B005**

# The Escrow Agreements:

008I002

6.    The Escrow Funds cannot and will not be subject to interpleading and are not controlled in any way by any other document, instrument or agreement. Without limiting the foregoing, the parties hereto agree that the Escrow Agent's holding of the Escrow Funds are not in any way subject to the terms of that certain Aircraft Purchase and Sale Agreement, dated as of March 17, 2020, by and between Seller and Buyer for that certain 2011 Bombardier DHC-8-Q402 aircraft, Serial No. 4371, Registration number VH-LQD, and all its engines and related equipment

008k002

6.    The Escrow Funds cannot and will not be subject to interpleading and are not controlled in any way by any other document, instrument or agreement. Without limiting the foregoing, the parties hereto agree that the Escrow Agent's holding of the Escrow Funds are not in any way subject to the terms of that certain Aircraft Purchase and Sale Agreement, dated as of March 17, 2020, by and between Seller and Buyer for that certain 2011 Bombardier DHC-8-Q402 aircraft, Serial No. 4376, Registration number VH-LQG, and all its engines and related equipment

008J002

6.    The Escrow Funds cannot and will not be subject to interpleading and are not controlled in any way by any other document, instrument or agreement. Without limiting the foregoing, the parties hereto agree that the Escrow Agent's holding of the Escrow Funds are not in any way subject to the terms of that certain Aircraft Purchase and Sale Agreement, dated as of March 17, 2020, by and between Seller and Buyer for that certain 2011 Bombardier DHC-8-Q402 aircraft, Serial No. 4375, Registration number VH-LQF, and all its engines and related equipment

# The WBAT/Machado Ledger:

Folder: JA8397 - S 27311 – Mercer Email - Attachments
Documents:  email_preview_351485

**From:**        Debbie Mercer
**Sent on:**     Tuesday, September 1, 2020 7:44:18 PM
**To:**          Fred Machado  <Fred Machado >
**Subject:**     Re: Tuesday 1 st
**Attachments:** Copy of Escrow - Corrected.xls (116 KB)


Corrected Statement attached.

---

**From:** Fred Machado <fmachado@southaviation.com>
**Date:** Tuesday, September 1, 2020 at 1:11 PM
**To:** Debbie Mercer <DMercer@wbaircraft.com>
**Subject:** Tuesday 1 st


 Copy of Escrow - Corrected.xls

# The WBAT/Machado Ledger:



Exhibit Reference: 001A018 - 001A019

**WBAT/Machado Ledger Extract – 3/17/2020:**

| Date | Description | Wire In | | Wire Out | Description |
|------|-------------|---------|--|----------|-------------|
| 17-Mar | Chemtov | $5,700,000.00 | | $50,000.00 | Escrow fee |
| | | | | | |
| | | | | $375,000.00 | South Aviation |
| | | | | | |
| | | | | $1,000,000.00 | Harris Air |
| | | | | | |
| | | | | $1,250,000.00 | Horvitz_Rusty 115 |
| | | | | | |
| | | | | $12,500.00 | Horvitz_Rusty 115 |

# The WBAT/Machado Ledger v Closing Statement:

Exhibit Reference: 001A018 - 001A019

## WBAT/Machado Ledger Extract – 3/17/2020:

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 17-Mar | Chemtov | $5,700,000.00 | $50,000.00 | Escrow fee |
| | | | $375,000.00 | South Aviation |
| | | | $1,000,000.00 | Harris Air |
| | | | $1,250,000.00 | Horvitz_Rusty 115 |
| | | | $12,500.00 | Horvitz_Rusty 115 |

### WBAT N200Y Sample Closing Statement 7/22/2020: 106002

| Purchaser: | RMB Aviation, LLC |
|------------|-------------------|
| Seller: | Saratoga Inc. |
| | |
| Transcation Details: | |
| | |
| **Purchase Price:** | **$4,665,500.00** |
| | |
| Wire Received from Allegiance Behavioral Health Center 30-JUN -2020 | $100,000.00 |
| Wire Received from Allegiance Behavioral Health Center 20-JUL -2020 | $4,595,505.00 |
| Proceeds to Lone Sky Aero Advisors, LLC | -$265,500.00 |
| Brokerage Fee to Pro Jet Consulting | -$25,000.00 |
| Brokerage Fee to QS Partners | -$67,297.83 |
| Proceeds to Saratoga Inc. | -$4,333,307.17 |
| Less Purchase Price | -$4,665,500.00 |
| Less Escrow Fees | ($4,400.00) |
| | |
| **Balance of Funds Held in Escrow:** | **$0.00** |

025B009

# The Deposit (1 of 2):

008k001
008J001
008I001

**Note: Identical on all agreements**

2.      Depositor shall deposit Two Million United States Dollars (US$2,000,000.00) with the Escrow Agent by wire transfer of immediately available funds (the "Deposit") to the account

c.      On or before June 17, 2020, with no further action needed, unless otherwise extended by the Depositor in writing and if extended, upon written demand by Depositor at any time.

| Date | Description | Amount |
|------|-------------|--------|
| 03/17/20 | WIRE TYPE:WIRE IN DATE: 200317 TIME:1530 ET TRN:2020031700546372 SEQ:20200317RO235882/001911 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2020077001126 CMG DHC8ESCROW4 LLC 2011 BOMBARDIER DHC-8-Q402 SERIAL | 2,000,000.00 |
| 017040 | | |
| 03/17/20 | WIRE TYPE:WIRE IN DATE: 200317 TIME:1530 ET TRN:2020031700546377 SEQ:20200317RO235883/001912 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2020077001136 CMG DHC8ESCROW4 LLC 2011 BOMBARDIER DHC-8-Q402 SERIAL# | 2,000,000.00 |
| 017040 | | |
| 03/17/20 | WIRE TYPE:WIRE IN DATE: 200317 TIME:1530 ET TRN:2020031700546409 SEQ:20200317RO235885/001914 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2020077001142 CMG DHC8ESCROW4 LLC 2011 BOMBARDIER DHC-8-Q402 SERIAL# | 2,000,000.00 |
| 017040 | | |



**Weitz and Schwartz PA ("Chemtov")**

| | |
|---|---|
| Deposit - S/N 4371 | $2,000,000 |
| Deposit - S/N 4375 | 2,000,000 |
| Deposit - S/N 4376 | 2,000,000 |
| **Total** | **$6,000,000** |

**$6,000,000 03/17/2020**

**Mercer (P) /Moffett (AVP) - Wright Brothers Aircraft Title Inc**

# The Deposit (2 of 2):

008k001 & 008k002
008J001 & 008J002
008I001 & 008I002

**Note: Identical on all agreements**

3.    IN NO EVENT AND UNDER NO CIRCUMSTANCES SHALL THE ESCROW AGENT DISBURSE THE DEPOSIT OR ANY PORTION THEREOF TO ANY PERSON OR ENTITY OTHER THAN TO THE DEPOSITOR NOR UNDER THE DIRECTION OF ANYONE OTHER THAN THE DEPOSITOR.

| Date | Description | Amount |
|------|-------------|--------|
| 03/17/20  017040 | WIRE TYPE:WIRE IN DATE: 200317 TIME:1530 ET TRN:2020031700546372 SEQ:20200317RO235882/001911 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2020077001126 CMG DHC8ESCROW4 LLC 2011 BOMBARDIER DHC-8-Q402 SERIAL | 2,000,000.00 |
| 03/17/20  017040 | WIRE TYPE:WIRE IN DATE: 200317 TIME:1530 ET TRN:2020031700546377 SEQ:20200317RO235883/001912 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2020077001136 CMG DHC8ESCROW4 LLC 2011 BOMBARDIER DHC-8-Q402 SERIAL# | 2,000,000.00 |
| 03/17/20  017040 | WIRE TYPE:WIRE IN DATE: 200317 TIME:1530 ET TRN:2020031700546409 SEQ:20200317RO235885/001914 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2020077001142 CMG DHC8ESCROW4 LLC 2011 BOMBARDIER DHC-8-Q402 SERIAL# | 2,000,000.00 |

*Note: Shawn Chemtov notified Mercer that his Attorney would be sending the funds. (See following slide).*

Exhibit Reference: 001A018

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 3/17/2020 | Chemtov | $5,700,000.00 | $50,000.00 | Escrow fee |

*What does the bank account balance show?*

*On 3/17/2020 the $6,000,000 is received. In the following days, the balance drops below $6,000,000, indicating that at least a portion of those funds were disbursed.*



Exhibit Reference: 017052

| Date | Closing Balance |
|------|-----------------|
| 03/16 | 6,597,323.08 |
| 03/17 | 9,891,614.59 |
| 03/18 | 9,756,658.45 |
| 03/19 | 9,304,669.23 |
| 03/20 | 6,229,304.47 |
| 03/23 | 6,033,914.34 |
| 03/24 | 6,311,109.34 |
| 03/25 | 6,344,094.00 |
| 03/26 | 5,814,010.96 |
| 03/27 | 5,538,510.96 |
| 03/30 | 5,371,574.30 |
| 03/31 | 5,372,812.93 |

*Note: Balance below $6,000,000 by 3/26/2020*

**025B011**

# The Payments Back to Lender:

008L001

**From:** Debbie Mercer
**Sent:** Tuesday, March 17, 2020 3:24 PM
**To:** Shawn Chemtov <schemtov@cmgcapital.com>
**Subject:** Re: Completed: Please DocuSign: PA 4371 - v2.pdf, PA 4375v2.pdf, PA 4376v2.pdf, CMG DHC8Escrow4 LLC EscrowAgre...

Shawn,Thank you. I will send a confirmation as soon as the funds are received for each transaction.I will send you a notice when the wire for $300K is sent to CMG. Debbie Mercer-ErwinPresidentWright Brothers Aircraft Title, Inc.928 SW 107th StreetOklahoma City, OK 73170work 405-680-9289mobile 405-326-1446fax 405-732-7457www.wbaircraft.com Online bank fraud is on the rise and it is important that you verify before wiring funds. If you receive an email containing WIRE TRANSFER INSTRUCTIONS call your escrow agent to verify the accuracy of the wiring instructions. On 3/17/20, 2:20 PM, "Shawn Chemtov" wrote: Hi Debbie My attorney is fully funded and will he sending you three wires for $2,000,000 each. Upon receipt please send confirmation letters for each deposit to the attention of CMG DHC8Escrow4 LLC with respective serial number as you always do. Always upon receipt please wire the 300k you received. The additional 5k goes back to Fred as a reimbursement. Sent from my iPhone > On Mar 16, 2020, at 2:52 PM, Debbie Mercer wrote: > > I

| Date | Description | Amount |
|------|-------------|--------|
| 03/17/20 | WIRE TYPE:WIRE OUT DATE:200317 TIME:1557 ET | -300,000.00 |
| 017049 | TRN:2020031700562834 SERVICE REF:011969 BNF:CHEMTOV MORTGAGE GROUP DBA ID:9852938675 BNF BK:BANKUNITED, NA ID:267090594 PMT DET:203HE56 47B0A2145MSN 4371 MSN 4375 MSN 4376 | 008W041 & 008W042 |

Exhibit Reference: 001A018

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 3/17/2020 | Chemtov | $5,700,000.00 | $50,000.00 | Escrow fee |



Weitz and Schwartz PA ("*Chemtov*") ("CMG Capital")

| | |
|---|---|
| Deposit - S/N 4371 | 2,000,000 |
| Deposit - S/N 4375 | 2,000,000 |
| Deposit - S/N 4376 | 2,000,000 |
| Payment back | (300,000) |
| **Net** | **$5,700,000** |

$6,000,000
03/17/2020

$300,000
03/17/2020

Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc

# Level 1: March 2020 – EFAX

008W041

| File Name | To Address(es) | Created Date/Time - UTC |
|---|---|---|
| FAX_20200317_1584475121_961.pdf | Debbie Mercer <DMercer@wbaircraft.com>, EFAX <EFAX@wbaircraft.com>, Kayleigh <km@wbaircraft.com>, Nikki Baker <NBaker@wbaircraft.com>, Tonya Butler <tbutler@wbaircraft.com> | 3/17/2020 7:59:01 PM |



# The Withdrawals:

*What does the WBAT/Machado ledger say happened to the funds?*

Exhibit Reference: 001A018 - 001A019

### Ledger Extract – 3/17/2020:

| Wire In | Wire Out | Description |
|---|---|---|
| $5,700,000.00 | $50,000.00 | Escrow fee |
| | $375,000.00 | South Aviation |
| | $1,000,000.00 | Harris Air |
| | $1,250,000.00 | Horvitz_Rusty 115 |
| | $12,500.00 | Horvitz_Rusty 115 |



**Escrow Fee Per Ledger:**
**$50,000  03/17/2020**

Retained in WBAT BOA # 9094

**Mercer (P)/Moffett (AVP) - Wright Brothers Aircraft Title Inc**

**$2,262,500**
**03/10/2020-03/17/2020**

**$375,000**
**03/17/2020**

**Other Withdrawals**

| | | |
|---|---|---|
| Rusty 115 Corp | $1,262,500 | 03/10/2020 & 03/17/2020 |
| Harris Air Inc | 1,000,000 | 03/17/2020 |
| **Total** | **$2,262,500** | |

**Federico Machado Entities**

| | | |
|---|---|---|
| South Aviation | $375,000 | 03/17/2020 |

025B014

# Bank Activity Matches WBAT/Machado Ledger



**Exhibit Reference: 001A018 - 001A019**

## Ledger Extract – 3/17/2020:

| Wire Out | Description |
|---|---|
| $375,000.00 | South Aviation |
| $1,000,000.00 | Harris Air |
| $1,250,000.00 | Horvitz_Rusty 115 |
| $12,500.00 | Horvitz_Rusty 115 |

| Date | Description | Amount |
|---|---|---|
| 03/17/20<br>017048 | WIRE TYPE:WIRE OUT DATE:200317 TIME:1549 ET TRN:2020031700557381 SERVICE REF:424445 BNF:SOUTH AVIATION INC. ID:601520593 BNF BK:JPMORG AN CHASE BANK, N. ID:0002 PMT DET:203HE45417XA0C45 MSN 9478 | -375,000.00 |
| 03/17/20<br>017048 | WIRE TYPE:WIRE OUT DATE:200317 TIME:1549 ET TRN:2020031700557379 SERVICE REF:011599 BNF:HARRIS AIR INC. ID:64340073 BNF BK:CACHE VALLE Y BANK ID:124302325 PMT DET:203HE4335AQA0O036MSN 94 38 | -1,000,000.00 |
| 03/17/20<br>017048 | WIRE TYPE:WIRE OUT DATE:200317 TIME:1549 ET TRN:2020031700556798 SERVICE REF:011553 BNF:RUSTY 115 CORP. ID:30000141967 BNF BK:CITY NAT IONAL BANK OF F ID:066004367 PMT DET:203HE4118RMB0 Q93RETURN OF DEPOSIT 680 | -1,250,000.00 |
| 03/10/20<br>017046 | WIRE TYPE:WIRE OUT DATE:200310 TIME:1242 ET TRN:2020031000446550 SERVICE REF:008047 BNF:RUSTY115 CORP ID:30000141967 BNF BK:CITY NATIO NAL BANK OF F ID:066004367 PMT DET:203AA5832153145 6GLOBAL 6000 | -12,500.00 |

**Note:**
**CMG Agreements list SNs 4371, 4375 & 4376.**

# WBAT/Machado Ledger Summary - Counterparties

Exhibit Reference: 1A

| Description Listed on Ledger | Sum of Wires In | First Date | Last Date |
|---|---|---|---|
| Harris | 2,425,000.00 | 11/26/2019 | 11/26/2019 |
| Harris Air | 39,283,750.00 | 6/22/2017 | 7/9/2020 |
| Horvitz_Rusty 115 | 1,217,500.00 | 2/26/2020 | 2/26/2020 |
| Rusty 115 | 1,000,000.00 | 6/4/2020 | 6/4/2020 |
| Rusty 115 Corp | 4,700,000.00 | 7/2/2020 | 7/2/2020 |
| **Grand Total** | **48,626,250.00** | **6/22/2017** | **7/9/2020** |

# Level 1: Full Diagram

### March 10, 2020 – March 17, 2020



| Key | |
|---|---|
| → (green) | Deposits into BOA #9094 |
| → (red) | Withdrawals out of BOA #9094 |
| → (black) | Retained Escrow Fees, per ledger |
| (blue) | Level 1 - March 2020 Grouping, per ledger |
| (peach) | Level 2 - June 2020 Grouping, per ledger |
| (gray) | Level 3 - August 2020 Grouping, per ledger |
| (yellow) | Payments to Machado Owned Entities |



# The Repayment (1 of 2):

*What happens in June when the repayment of the $6,000,000 fully refundable deposit to CMG Capital comes due?*

Exhibit Reference: 001A021

### WBAT/Machado Ledger Extract – 6/17/2020:

| Date | Description | Wire In | | Wire Out | Description |
|------|-------------|---------|---|----------|-------------|
| 17-Jun | CCUR | $9,550,000.00 | | $50,000.00 | Escrow fee |
| | | | | | |
| | | | | $6,000,000.00 | Chemtov |
| | | | | | |
| | | | | $2,950,000.00 | MDP Trading |

025B018

# The Repayment (2 of 2):

*Level 2: June 17, 2020 (as outlined in the Escrow Agreement).*

**Note: Identical on all agreements**

008kOOl
008lOOl
008lOOl

c.  On or before June 17, 2020, with no further action needed, unless otherwise extended by the Depositor in writing and if extended, upon written demand by Depositor at any time.

| Date | Description | Amount |
|------|-------------|--------|
| 06/17/20 | WIRE TYPE:WIRE OUT DATE:200617 TIME:1542 ET TRN:2020061700514251 SERVICE REF:012678 BNF:CHEMTOV MORTGAGE GROUP DBA ID:9852938675 BNF BK:BANKUNITED, NA ID:267090594 PMT DET:206HF36 15ATX2H12MSN 4371, MSN 4375 AND MSN 4376 | -6,000,000.00 |

017101

008W037 & 008W038

Exhibit Reference: 001A021

### Ledger Extract – 6/17/2020:

| Wire Out | Description |
|----------|-------------|
| $6,000,000.00 | Chemtov |



# Level 2: June 2020 - Overview

**Lenders for Deposit:**
JDS1, LLC *("JDS1") – Managing Member: Julian Singer* &
CCUR Holdings, Inc. *("CCUR") – CFO: Warren Sutherland*

**Buyer:**     **Seller:**
South Aviation *– President: Federico Machado*    Innovative Aerospace Leasing LLC *– Manager: Sam Sewell*

**Escrow Agent:**
**Wright Brothers Aircraft Title, Inc. *– President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett***

**Exhibit Reference: 001A021**

**WBAT/Machado Ledger Extract – 6/17/2020:**

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 17-Jun | CCUR | $9,550,000.00 | $50,000.00 | Escrow fee |
| | | | $6,000,000.00 | Chemtov |
| | | | $2,950,000.00 | MDP Trading |

**Agreement Activity:**
CCUR & JDS1 will both make a $2,500,000 deposit on each of the 2 planes in question, for a total of $10,000,000 in deposits. The fully refundable deposits totaling $10,000,000 are to be held in escrow and repaid "not later than 4:59 pm, Eastern time, on August 17, 2020", per the escrow agreement.



**025B020**

# Level 2: June 2020 - Overview

**Bank Account & WBAT/Machado Ledger Activity:**

- CCUR & JDS1 each make a $2,387,500 deposit on each of the 2 planes, for a total of $9,550,000 in deposits; CCUR & JDS1 receive a $10,000,000 total refund on these deposits
- WBAT does not keep all of the funds in escrow
- The net deposit of $9,550,000 is used to make payments to WBAT, Federico Machado entities, and various other companies

**Planes listed** on Escrow Agreements, and Bank Wire Memos:
1. Registration: ET-ALO; Serial Number 33768
2. Registration: ET-ALP; Serial Number 33769

# The Escrow Agreements: 33768

**ESCROW AGREEMENT**

008D001 THIS ESCROW AGREEMENT (the "Agreement") made this 17th day of June, 2020 by and between WRIGHT BROTHERS AIRCRAFT TITLE, INC., whose address is 928 SW 107th St., Oklahoma City, OK 73170 (the "Escrow Agent") and JDS1, LLC (the "Depositor"), whose address is 2200 Fletcher Avenue, Fifth Floor, Ft. Lee, NJ 07024.

008D001 WHEREAS, South Aviation, Inc., as Buyer ("South Aviation"), and Innovative Aerospace Leasing LLC, as Seller ("IAL"), have entered into that certain Letter of Intent dated June 17, 2020, between Innovative Aerospace Leasing LLC, as Seller, and South Aviation Inc., as Buyer (the "LOI"; capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the LOI) contemplating the purchase by South Aviation of that certain 2004 Boeing 767-360 (ER) WIN bearing Manufacturer Serial Number 33769 and Registration Number ET-ALO (the "Aircraft"); and

008D001 WHEREAS, contemporaneously herewith, South Aviation has entered into letter agreements on substantially the same terms and conditions as the South Aviation Letter with each of CCUR Holdings, Inc. ("CCUR")( the "Remainder Letter Agreement"), pursuant to which CCUR will provide the remaining portion of the fully refundable Deposit contemplated by the LOI (the "Remainder Deposit"); and

008D002 4. In no event and under no circumstances shall the Escrow Agent disburse the Escrow Funds or any portion thereof to any party other than the Depositor.

008D002 c. not later than 4:59 pm, Eastern time, on August 17, 2020, if an Aircraft Purchase Agreement reflecting the transaction contemplated by the LOI has

---

**ESCROW AGREEMENT**

008C001 THIS ESCROW AGREEMENT (the "Agreement") made this 17th day of June, 2020 by and between WRIGHT BROTHERS AIRCRAFT TITLE, INC., whose address is 928 SW 107th St., Oklahoma City, OK 73170 (the "Escrow Agent") and CCUR HOLDINGS, INC. (the "Depositor"), whose address is 6470 East Johns Crossing, Suite 490, Duluth, GA 30097.

008C001 WHEREAS, South Aviation, Inc., as Buyer ("South Aviation"), and Innovative Aerospace Leasing LLC, as Seller ("IAL"), have entered into that certain Letter of Intent dated June 17, 2020, between Innovative Aerospace Leasing LLC, as Seller, and South Aviation Inc., as Buyer (the "LOI"; capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the LOI) contemplating the purchase by South Aviation of that certain 2004 Boeing 767-360 (ER) WIN bearing Manufacturer Serial Number 33768 and Registration Number ET-ALO (the "Aircraft"); and

008C001 WHEREAS, contemporaneously herewith, South Aviation has entered into letter agreements on substantially the same terms and conditions as the South Aviation Letter with each of JDS1, LLC ("JDS1")( the "Remainder Letter Agreement"), pursuant to which JDS1 will provide the remaining portion of the fully refundable Deposit contemplated by the LOI (the "Remainder Deposit"); and

008C002 4. In no event and under no circumstances shall the Escrow Agent disburse the Escrow Funds or any portion thereof to any party other than the Depositor.

008C002 c. not later than 4:59 pm, Eastern time, on August 17, 2020, if an Aircraft Purchase Agreement reflecting the transaction contemplated by the LOI has

# The Escrow Agreements: 33768

008D004

**ESCROW AGENT:**

WRIGHT BROTHERS AIRCRAFT TITLE, INC.

By: *Debbie Mercer-Erwin*
5F2C7686CE8E451...

Name:  Debbie Mercer-Erwin
Title:  President

**DEPOSITOR:**

JDS1, LLC

By:

Name:  Julian Singer
Title:  Managing Member

008C004

**ESCROW AGENT:**

WRIGHT BROTHERS AIRCRAFT TITLE, INC.

By: *Debbie Mercer-Erwin*
5F2C7686CE8E451...

Name:  Debbie Mercer-Erwin
Title:  President

**DEPOSITOR:**

CCUR HOLDINGS, INC.

By:

Name:  Warren Sutherland
Title:  CFO

**025B023**

# The Escrow Agreements: 33769

**ESCROW AGREEMENT**

008F001  THIS ESCROW AGREEMENT (the "Agreement") made this 17th day of June, 2020 by and between WRIGHT BROTHERS AIRCRAFT TITLE, INC., whose address is 928 SW 107th St., Oklahoma City, OK 73170 (the "Escrow Agent") and JDS1, LLC (the "Depositor"), whose address is 2200 Fletcher Avenue, Fifth Floor, Ft. Lee, NJ 07024.

008F001  **WHEREAS,** South Aviation, Inc., as Buyer ("South Aviation"), and Innovative Aerospace Leasing LLC, as Seller ("IAL"), have entered into that certain Letter of Intent dated June 17, 2020, between Innovative Aerospace Leasing LLC, as Seller, and South Aviation Inc., as Buyer (the "LOI"; capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the LOI) contemplating the purchase by South Aviation of that certain 2004 Boeing 767-360 (ER) WIN bearing Manufacturer Serial Number 33769 and Registration Number ET-ALP (the "Aircraft"); and

008F001  **WHEREAS,** contemporaneously herewith, South Aviation has entered into letter agreements on substantially the same terms and conditions as the South Aviation Letter with each of CCUR Holdings, Inc. ("CCUR")( the "Remainder Letter Agreement"), pursuant to which CCUR will provide the remaining portion of the fully refundable Deposit contemplated by the LOI (the "Remainder Deposit"); and

008F002  4.     In no event and under no circumstances shall the Escrow Agent disburse the Escrow Funds or any portion thereof to any party other than the Depositor.

c.     not later than 4:59 pm, Eastern time, on August 17, 2020, if an Aircraft
008F002  Purchase Agreement reflecting the transaction contemplated by the LOI has

---

**ESCROW AGREEMENT**

008E001  THIS ESCROW AGREEMENT (the "Agreement") made this 17th day of June, 2020 by and between WRIGHT BROTHERS AIRCRAFT TITLE, INC., whose address is 928 SW 107th St., Oklahoma City, OK 73170 (the "Escrow Agent") and CCUR HOLDINGS, INC. (the "Depositor"), whose address is 6470 East Johns Crossing, Suite 490, Duluth, GA 30097.

008E001  **WHEREAS,** South Aviation, Inc., as Buyer ("South Aviation"), and Innovative Aerospace Leasing LLC, as Seller ("IAL"), have entered into that certain Letter of Intent dated June 17, 2020, between Innovative Aerospace Leasing LLC, as Seller, and South Aviation Inc., as Buyer (the "LOI"; capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the LOI) contemplating the purchase by South Aviation of that certain 2004 Boeing 767-360 (ER) WIN bearing Manufacturer Serial Number 33769 and Registration Number ET-ALP (the "Aircraft"); and

008E001  **WHEREAS,** contemporaneously herewith, South Aviation has entered into letter agreements on substantially the same terms and conditions as the South Aviation Letter with each of JDS1, LLC ("JDS1")( the "Remainder Letter Agreement"), pursuant to which JDS1 will provide the remaining portion of the fully refundable Deposit contemplated by the LOI (the "Remainder Deposit"); and

008E002  4.     In no event and under no circumstances shall the Escrow Agent disburse the Escrow Funds or any portion thereof to any party other than the Depositor.

c.     not later than 4:59 pm, Eastern time, on August 17, 2020, if an Aircraft
008E002  Purchase Agreement reflecting the transaction contemplated by the LOI has

# The Escrow Agreements: 33769

008F004

**ESCROW AGENT:**

WRIGHT BROTHERS AIRCRAFT TITLE, INC.

DocuSigned by:

*Debbie Mercer-Erwin*

By: _____
5F2C7686CE8E451...

Name: Debbie Mercer-Erwin
Title: President

**DEPOSITOR:**

JDS1, LLC

By: _____

Name: Julian Singer
Title: Managing Member

008E004

**ESCROW AGENT:**

WRIGHT BROTHERS AIRCRAFT TITLE, INC.

DocuSigned by:

*Debbie Mercer-Erwin*

By: _____
5F2C7686CE8E451...

Name: Debbie Mercer-Erwin
Title: President

**DEPOSITOR:**

CCUR HOLDINGS, INC.

By: _____

Name: Warren Sutherland
Title: CFO

**025B025**

# The WBAT/Machado Ledger:



Exhibit Reference: 001A021

**Ledger Extract – 6/17/2020:**

| Date | Description | Wire In | | Wire Out | Description |
|------|-------------|---------|---|----------|-------------|
| 17-Jun | CCUR | $9,550,000.00 | | $50,000.00 | Escrow fee |
| | | | | | |
| | | | | $6,000,000.00 | Chemtov |
| | | | | | |
| | | | | $2,950,000.00 | MDP Trading |

# The Deposits (1 of 2):

008C001 & 008C002
008D001 & 008D002
008E001 & 008E002
008F001 & 008F002

**Note: Identical on all agreements**

2. The Escrow Funds constituting the Deposit shall consist of Two Million Five Hundred Thousand and No/100 Dollars ($2,500,000.00)(the "Escrow Funds"), representing a portion of the refundable Deposit contemplated by the LOI, which the Depositor shall deposit, or cause to be deposited for its benefit, with the Escrow Agent by wire transfer of

c. not later than 4:59 pm, Eastern time, on August 17, 2020, if an Aircraft Purchase Agreement reflecting the transaction contemplated by the LOI has not been fully signed by Buyer and Seller (or their permitted assigns) and Depositor has elected not to grant an extension to South;

| Date | Description | Amount |
|------|-------------|--------|
| 06/17/20 017092 | WIRE TYPE:WIRE IN DATE: 200617 TIME:1232 ET TRN:2020061700422852 SEQ:0643/001126 ORIG:JDS1, LLC ID:1502026883 SND BK:SIGNATURE BANK ID:026013576 PMT DET:REF: 33768 / 33769 | 4,775,000.00 008W019 & 008W020 |
| 06/17/20 017092 | WIRE TYPE:WIRE IN DATE: 200617 TIME:1319 ET TRN:2020061700445154 SEQ:2020169101150/002144 ORIG:CCUR HOLDINGS, INC. ID:3304446962 SND BK:SILI CON VALLEY BANK ID:121140399 PMT DET:2004 BOEING 7 67-360 SERIAL 33768 | 2,387,500.00 008W033 & 008W034 |
| 06/17/20 017093 | WIRE TYPE:WIRE IN DATE: 200617 TIME:1319 ET TRN:2020061700445223 SEQ:20201691011600/002145 ORIG:CCUR HOLDINGS, INC. ID:3304446962 SND BK:SILI CON VALLEY BANK ID:121140399 PMT DET:2004 BOEING 7 67-360 SERIAL 33769 | 2,387,500.00 008W021 & 008W022 |

Exhibit Reference: 001A021

| Date | Description | Wire In |
|------|-------------|---------|
| 6/17/2020 | CCUR | $9,550,000.00 |



| CCUR Holdings Inc | |
|-------------------|---|
| Deposit - S/N 33768 | $2,500,000 |
| Deposit - S/N 33769 | 2,500,000 |
| **Total** | **$5,000,000** |

| JDS1 LLC | |
|----------|---|
| Deposit - S/N 33768 | $2,500,000 |
| Deposit - S/N 33769 | 2,500,000 |
| **Total** | **$5,000,000** |

$4,775,000
06/17/2020

$4,775,000
06/17/2020

**Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc**

*Note: The difference between the amount deposited and the amount in the escrow agreement is $225,000 each, which was deposited net, per the bank statements and ledger.*

# The Deposits (2 of 2):



008C002
008D002
008E002
008F002

**Note: Identical on all agreements**

4.        In no event and under no circumstances shall the Escrow Agent disburse the Escrow Funds or any portion thereof to any party other than the Depositor.

*What does the bank account balance show?*

*On 06/17/2020 when the $9,550,000 is received, the end of day account balance is below this deposit amount. In the following days, the balance remains below $9,550,000, indicating that at least a portion of those funds were disbursed.*

| Date | Description | Amount |
|------|-------------|--------|
| 06/17/20 | WIRE TYPE:WIRE IN DATE: 200617 TIME:1232 ET TRN:2020061700422852 SEQ:0643/001126 ORIG:JDS1, LLC ID:1502026883 SND BK:SIGNATURE BANK ID:026013576 PMT DET:REF: 33768 / 33769 | 4,775,000.00 |
| 017092 | | 008W019 & 008W020 |
| 06/17/20 | WIRE TYPE:WIRE IN DATE: 200617 TIME:1319 ET TRN:2020061700445154 SEQ:20201691011500/002144 ORIG:CCUR HOLDINGS, INC. ID:3300446962 SND BK:SILI CON VALLEY BANK ID:121140399 PMT DET:2004 BOEING 7 67-360 SERIAL 33768 | 2,387,500.00 |
| 017092 | | 008W033 & 008W034 |
| 06/17/20 | WIRE TYPE:WIRE IN DATE: 200617 TIME:1319 ET TRN:2020061700445223 SEQ:20201691011600/002145 ORIG:CCUR HOLDINGS, INC. ID:3300446962 SND BK:SILI CON VALLEY BANK ID:121140399 PMT DET:2004 BOEING 7 67-360 SERIAL 33769 | 2,387,500.00 |
| 017093 | | 008W021 & 008W022 |



Exhibit Reference: 017106

| Date | Closing Balance |
|------|-----------------|
| 06/16 | 6,207,184.10 |
| 06/17 | 9,527,684.10 |
| 06/19 | 9,188,110.23 |
| 06/22 | 5,401,771.73 |
| 06/23 | 5,101,025.23 |

*Note: Balance below $9,550,000 on and after 6/17/2020*

Exhibit Reference: 001A021

| Date | Description | Wire In |
|------|-------------|---------|
| 6/17/2020 | CCUR | $9,550,000.00 |

# The Withdrawals:

*What does their ledger say happened to the funds?*

Exhibit Reference: 001A021

### Ledger Extract – 6/17/2020:

| Wire In | Wire Out | Description |
|---|---|---|
| $9,550,000.00 | $50,000.00 | Escrow fee |
| | $6,000,000.00 | Chemtov |
| | $2,950,000.00 | MDP Trading |



**Escrow Fee Per Ledger:**
$50,000  06/17/2020

Retained in WBAT BOA # 9094

**Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc**

$6,000,000
06/17/2020

$2,950,000
06/19/2020

| Chemtov Mortgage Group | |
|---|---|
| Refundable Deposit - S/N 4371 | $2,000,000 |
| Refundable Deposit - S/N 4375 | 2,000,000 |
| Refundable Deposit - S/N 4376 | 2,000,000 |
| **Total** | **$6,000,000** |

| Federico Machado Entities | |
|---|---|
| MDP Trading | $2,950,000  06/19/2020 |

025B029

# Bank Activity Matches their Ledger



Exhibit Reference: 001A021

### Ledger Extract – 6/17/2020:

| Wire Out | Description |
|---|---|
| $6,000,000.00 | Chemtov |
| | |
| $2,950,000.00 | MDP Trading |

| Date | Description | Amount | |
|---|---|---|---|
| 06/17/20<br>017101 | WIRE TYPE:WIRE OUT DATE:200617 TIME:1542 ET TRN:2020061700514251 SERVICE REF:012678 BNF:CHEMTOV MORTGAGE GROUP DBA ID:9852938675 BNF BK:BANKUNITED, NA ID:267090594 PMT DET:206HF36 15ATX2H12MSN 4371, MSN 4375 AND MSN 4376 | -6,000,000.00<br><br>008W037 & 008W038 | **Note:**<br>*CCUR/JDS1 Agreements list SNs 33768 & 33769* |
| 06/19/20<br>017101 | WIRE TYPE:WIRE OUT DATE:200619 TIME:0917 ET TRN:2020061900317786 SERVICE REF:289129 BNF:MDP TRADING LLC ID:605177820 BNF BK:JPMORGAN C HASE BANK, N. ID:0002 PMT DET:206J91617NSX1809 | -2,950,000.00 | |

**025B030**



**Weitz and Schwartz PA ("*Chemtov*") ("CMG Capital")**

$6,000,000
03/17/2020

# Level 2: Full Diagram

## June 17, 2020 – June 19, 2020



| Key | |
|---|---|
| → (green) | Deposits into BOA #9094 |
| → (red) | Withdrawals out of BOA #9094 |
| → (black) | Retained Escrow Fees, per ledger |
| (blue) | Level 1 -March 2020 Grouping, per ledger |
| (orange) | Level 2 - June 2020 Grouping, per ledger |
| (gray) | Level 3 - August 2020 Grouping, per ledger |
| (yellow) | Payments to Machado Owned Entities |

CCUR Holdings Inc

$4,775,000
06/17/2020

JDS1 LLC

$4,775,000
06/17/2020

Grouped Deposits  $9,550,000

$50,000  06/17/2020

Retained in WBAT
BOA # 9094

**Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc**

Grouped Withdrawals  $8,950,000

$6,000,000
06/17/2020

$2,950,000
06/19/2020

Chemtov Mortgage Group

Federico Machado Entities

025B031

# The Repayment (1 of 2):

*What happens in August when the repayment of the $10,000,000 fully refundable deposit to CCUR/JDS1 comes due?*



**008G001**

| | |
|---|---|
| From: | Fred Machado <fmachado@southaviation.com> |
| Sent: | Friday, August 14, 2020 10:16:35 AM |
| To: | Debbie Mercer <DMercer@wbaircraft.com> <DMercer@wbaircraft.com> |
| Subject: | Friday 14 th |
| Attachments: | Escrow.xls;ATT00001.htm |

**008G027**

You will get today 20 M from Metrocity

Please wire 10 M to CCUR ref s/n 33768 & 33769

Please wire 2,4 M to Slome Capital, ref serial 212

Please wire 10 M to Rusty pop ref serial 33377 & 34568

Keep $ 50,000 escrow fee

Please wire $ 585,000 to South ref s/n 212

thanks

F

Exhibit Reference: 001A022

## Ledger Extract – 8/14/2020:

| Date | Description | Wire In | Wire Out | Description |
|---|---|---|---|---|
| 14-Aug | Metrocity | $19,200,000.00 | $50,000.00 | Escrow fee |
| | | | $900,000.00 | CMG Capital s/n 35159 & 35160 |
| | | | $2,400,000.00 | Slome ref s/b 212 |
| | | | $10,000,000.00 | CCUR ref serial 33768 7 33769 |
| | | | $585,000.00 | South ref s/n 212 |
| | | | $10,000,000.00 | Bryn Associates ref s/n 35159 &. 35160 |
| | | | $390,000.00 | Rusty Pop s/n 33377 & 34568 |
| | | | $475,000.00 | MDP Trading ref s/n 33377 |
| | | | $395,000.00 | South ref s/n 4540 |
| | | | $4,500.00 | Trust |

# The Repayment (2 of 2):

*Level 3: August 14, 2020, as outlined on the escrow agreement.*

**Note: Identical on all agreements**

008C002
008D002
008E002
008F002

c.  not later than 4:59 pm, Eastern time, on August 17, 2020, if an Aircraft Purchase Agreement reflecting the transaction contemplated by the LOI has



| Date | Description | Amount |
|------|-------------|--------|
| 08/14/20 | WIRE TYPE:WIRE OUT DATE:200814 TIME:1615 ET TRN:2020081400618189 SERVICE REF:015239 BNF:CCUR HOLDINGS INC. ID:3300446962 BNF BK:SILICO N VALLEY BANK ID:121140399 PMT DET:208EE2253KK21C0 2MSN 33768 AND 33769 | -5,000,000.00 |
| 017144 | | |
| 08/14/20 | WIRE TYPE:WIRE OUT DATE:200814 TIME:1615 ET TRN:2020081400618190 SERVICE REF:015095 BNF:JDS1 LLC ID:1502026883 BNF BK:SIGNATURE BANK ID:026013576 PMT DET:208EE1652EF21L48MSN 33768 AND  33769 | -5,000,000.00 |
| 017144 | | 008W023 & 008W024 |

Exhibit Reference: 001A022

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 8/14/2020 | Metrocity | $19,200,000.00 | $50,000.00 | Escrow fee |
| | | | $900,000.00 | CMG Capital s/n 35159 & 35160 |
| | | | $2,400,000.00 | Slome ref s/b 212 |
| | | | $10,000,000.00 | CCUR ref serial 33768 7 33769 |



025B033

# Level 3: August 2020



**Lender for Deposit:**
Metrocity Holdings, LLC *("Metrocity")* – Manager: Nathan Saks
*Legal Representation – Frank Weinberg & Black PL*

**Buyer:**                                          **Seller:**
South Aviation – *President: Federico Machado*    Innovative Aerospace Leasing LLC – *Manager: Sam Sewell*

**Escrow Agent:**
**Wright Brothers Aircraft Title, Inc. *President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett***

**Agreement Activity:**
Metrocity will make 4 deposits of $5,000,000 deposits into 4 separate aircraft for a total of $20,000,000. The fully refundable deposits are to be held in escrow until repaid "On or before December 14, 2020, per the escrow agreement.

Exhibit Reference: 001A022

**Ledger Extract – 8/14/2020:**

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 14Aug | Metrocity | $19,200,000.00 | $50,000.00 | Escrow fee |
| | | | $100,000.00 | CMG Capital s/n 35159 & 35160 |
| | | | $2,400,000.00 | Slome ref s/b 212 |
| | | | $90,000,000.00 | CCUR ref serial 33768 7 33769 |

**Key**

| | |
|---|---|
| → (green) | Deposits into BOA #9094 |
| → (red) | Withdrawals out of BOA #9094 |
| - - - (grey) | Dotted lines represent what should happen, per the agreements |

**Seller: Innovative Aerospace Leasing LLC**

1. SN 29908
2. SN 29157
3. SN 29062
4. SN 30214

**Buyer: South Aviation**

**Lender: Metrocity Holdings LLC**

**Replacement Deposit ($20,000,000) & Remainder of Purchase Price**

**Mercer (P)/ Moffett (AVP) - Wright Brothers Aircraft Title Inc**

**Replacement Deposit ($20,000,000) & Remainder of Purchase Price**

**Deposits ($20,000,000)**

**Refundable Deposit ($20,000,000)**

**025B034**

# Level 3: August 2020

## Bank Account & WBAT/Machado Ledger Activity:

- Metrocity makes 4 deposits of $5,000,000 deposits on behalf of 4 separate aircraft for a total of $20,000,000; Metrocity receives an initial payment of $800,000
- WBAT does not keep all of the deposited funds in escrow
- The net of $19,200,000 is used to make payments to WBAT, Federico Machado entities, and various other companies

---

**Planes listed** on Escrow Agreements, Purchase Agreements, and Bank Wire Memos:

1. Registration: VQ-BNU; Serial Number 29908
2. Registration: B-2064; Serial Number 29157
3. Registration: 9M-FSL; Serial Number 29062
4. Registration: EI-UUW; Serial Number 30214

025B035

# The Escrow Agreements:

**Note: Identical on all agreements except for SN and Registration**

CREDIT:    Wright Brothers Aircraft Title, Inc. Trust Account

ACCOUNT #:    002868719094 (the "Escrow Account")

RE: Aircraft Purchase and Sale Agreement, dated August 14, 2020, ("PSA") between South Aviation Inc., a Florida corporation with offices at 1470 Lee Wagener Boulevard, Suite 100, Fort Lauderdale, Florida 33315 ("Buyer"), Innovative Aerospace Leasing LLC, a Nevada limited liability company with offices at 8304 Broad Peak Drive, Las Vegas, Nevada 89131 ("Seller"), in relation to a 1999 Boeing 777-2Q8 aircraft bearing manufacturer's serial number 29908 and U.S. registration number VQ-BNU (the "Aircraft"). Capitalized terms and expressions unless defined herein, shall have the same meaning as in the PSA.

008N001
008P001
008R001
008T001

This Escrow Agreement (the "Agreement") is entered into as of this August 14, 2020, among Seller, Buyer, Metrocity Holdings, LLC, whose address is c/o Steven A. Weinberg, Esq., Frank, Weinberg & Black, P.L., 7805 SW 6th Court, Plantation FL 33324, and Escrow Agent  with respect to the sale of the Aircraft.  Buyer and Seller are collectively referred to herein as the "Parties".

008N001
008P001
008R001
008T001

WHEREAS, Metrocity Holdings, LLC ("Metrocity"), on behalf of the Buyer, will deposit with the Escrow Agent, the deposit in the amount of FIVE MILLION US DOLLARS (US $5,000,000.00) (the "Deposit") in accordance with the provisions of the PSA;

008N001
008P001
008R001
008T001

**PRIOR TO THE INSPECTION PERIOD DEADLINE, IN NO EVENT AND UNDER NO CIRCUMSTANCES SHALL THE ESCROW AGENT DISBURSE THE DEPOSIT OR ANY PORTION THEREOF TO ANY PARTY OTHER THAN METROCITY.**

008N003
008P003
008R003
008T003

---

**Note: Identical on all agreements**

BUYER:
SOUTH AVIATION INC.

By:
Name: Fred Machado
Title: President

008N006
008P006
008R006
008T006

SELLER:
INNOVATIVE AEROSPACE LEASING LLC

By: Sam Sewell IV
Name: Sam Sewell
Title: Manager

008N006
008P006
008R006
008T006

METROCITY:
METROCITY HOLDINGS, LLC:

By:
Name: Nathan M. Saks
Title: Manager
Address: c/o Steven Weinberg , Esq.
Frank, Weinberg & Black, P.L.
7805 SW 6th Court
Plantation, FL 33324

008N007
008P007
008R007
008T007

ESCROW AGENT:
WRIGHT BROTHERS AIRCRAFT TITLE, INC.

By: Debbie Mercer-Erwin
Name: Debbie Mercer-Erwin
Title: President

008N006
008P006
008R006
008T006

# The WBAT/Machado Ledger:

Exhibit Reference: 001A022

### Ledger Extract – 8/14/2020:

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 14-Aug | Metrocity | $19,200,000.00 | $50,000.00 | Escrow fee |
| | | | $900,000.00 | CMG Capital s/n 35159 & 35160 |
| | | | $2,400,000.00 | Slome ref s/b 212 |
| | | | $10,000,000.00 | CCUR ref serial 33768 7 33769 |
| | | | $585,000.00 | South ref s/n 212 |
| | | | $10,000,000.00 | Bryn Associates ref s/n 35159 &. 35160 |
| | | | $390,000.00 | Rusty Pop s/n 33377 & 34568 |
| | | | $475,000.00 | MDP Trading ref s/n 33377 |
| | | | $395,000.00 | South ref s/n 4540 |
| | | | $4,500.00 | Trust |

# The Deposit (1 of 2):

**Note: Identical on all agreements**

008N001
008P001
008R001
008T001

WHEREAS, Metrocity Holdings, LLC ("Metrocity"), on behalf of the Buyer, will deposit with the Escrow Agent, the deposit in the amount of FIVE MILLION US DOLLARS (US $5,000,000.00) (the "Deposit") in accordance with the provisions of the PSA;

to such notice, and a written letter of confirmation from Metrocity's counsel, Steven A. Weinberg, Esq., that Metrocity has in fact executed the Notice of Technical Acceptance of Aircraft, on or before December 14, 2020 at 6:00 pm Central Time (the "Inspection Period

008N002
008P002
008R002
008T002



| Date | Description | Amount |
|---|---|---|
| 08/14/20 | WIRE TYPE:WIRE IN DATE: 200814 TIME:1548 ET TRN:2020081400600956 SEQ:200814153900DD01/000860 ORIG:FRANK WEINBERG & BLACK PL. ID:3033454206 SND BK:VALLEY NATIONAL BANK ID:021201383 PMT DET:P ER SCE 13204.32 SERIAL NOS 29062 29157 29908 AND 3 | 20,000,000.00 |
| 017134 | | |
| 08/13/20 | WIRE TYPE:WIRE OUT DATE:200813 TIME:1536 ET TRN:2020081300560691 SERVICE REF:013277 BNF:FRANK WEINBERG BLACK P.L. ID:3033454206 BNF BK:VALLEY NATIONAL BANK ID:021201383 PMT DET:2 08DE21011821945MSN 29908, 29062, 30214 and 29157 | -800,000.00 |
| 017144 | | 008W049 & 008W050 |

*Note: There was a disbursement of $800,000 on the WBAT BOA #9094 statements the day before the deposit was made, with the same serial numbers listed in the memo as the deposit.*

Exhibit Reference: 001A022

| Date | Description | Wire In |
|---|---|---|
| 8/14/2020 | Metrocity | $19,200,000.00 |



# The Deposit (2 of 2):

008N003
008P003
008R003
008T003

**Note: Identical on all agreements**

**PRIOR TO THE INSPECTION PERIOD DEADLINE, IN NO EVENT AND UNDER NO CIRCUMSTANCES SHALL THE ESCROW AGENT DISBURSE THE DEPOSIT OR ANY PORTION THEREOF TO ANY PARTY OTHER THAN METROCITY.**

| Date | Description | Amount |
|---|---|---|
| 08/14/20 017134 | WIRE TYPE:WIRE IN DATE: 200814 TIME:1548 ET TRN:2020081400600956 SEQ:200814153900DD01/000860 ORIG:FRANK WEINBERG & BLACK PL ID:3033454206 SND BK:VALLEY NATIONAL BANK ID:021201383 PMT DET:P ER SCE 13204.32 SERIAL NOS 29062 29157 29908 AND 3 | 20,000,000.00 |
| 08/13/20 017144 | WIRE TYPE:WIRE OUT DATE:200813 TIME:1536 ET TRN:2020081300560691 SERVICE REF:013277 BNF:FRANK WEINBERG BLACK P.L. ID:3033454206 BNF BK:VALLEY NATIONAL BANK ID:021201383 PMT DET:2 08DE21011821945MSN 29908, 29062, 30214 and 29157  *008W049 & 008W050* | -800,000.00 |

*Note: There was a disbursement of $800,000 on the WBAT BOA #9094 statements the day before the deposit was made, with the same serial numbers listed in the memo as the deposit.*

Exhibit Reference: 001A022

| Date | Description | Wire In |
|---|---|---|
| 8/14/2020 | Metrocity | $19,200,000.00 |

**What does the bank account balance show?**

*On 08/14/2020 the $20,000,000 is received. In the following days, the balance drops below $20,000,000, indicating that at least a portion of those funds were disbursed.*



Exhibit Reference: 017150

| Date | Closing Balance | |
|---|---|---|
| 08/13 | 12,624,653.42 | *Note: Balance below $20,000,000 on and after 8/14/2020* |
| 08/14 | 19,895,253.42 | |
| 08/17 | 19,376,303.42 | |
| 08/18 | 9,432,101.14 | |

025B039

# The Escrow Fees:

008N005
008P005
008R005
008T005

**Note: Identical on all agreements**

**9.)    Escrow Agent's Fees.** The Buyer agrees to pay the Escrow fee, which for this transaction will be **$4,250.00.** Other direct costs, such as bank wire, overnight delivery and FAA Fees, may be charged as used and will be payable as the Escrow Fee above.

*Note: $4,250 Fees x 4 Aircraft = $17,000 in fees per escrow agreements.*

---

008G027

You will get today **20 M** from Metrocity

Please wire **10 M** to CCUR ref s/n 33768 & 33769

Please wire **2,4 M** to Slome Capital, ref serial 212

Please wire **10 M** to Rusty pop ref serial 33377 & 34568

Keep **$ 50,000** escrow fee

Please wire **$ 585,000** to South ref s/n 212

thanks

F

---

Exhibit Reference: 001A022

## Ledger Extract – 8/14/2020:

| Wire Out | Description |
| --- | --- |
| $50,000.00 | Escrow fee |



**Escrow Fee Per Ledger:**
$50,000  08/14/2020

**Retained in WBAT BOA # 9094**



**Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc**

**025B040**

# The Withdrawals:

*What does their ledger say happened to the funds?*

Exhibit Reference: 001A022

## Ledger Extract – 8/14/2020:

| Wire Out | Description |
|---|---|
| $50,000.00 | Escrow fee |
| $900,000.00 | CMG Capital s/n 35159 & 35160 |
| $2,400,000.00 | Slome ref s/b 212 |
| $10,000,000.00 | CCUR ref serial 33768 7 33769 |
| $585,000.00 | South ref s/n 212 |
| $10,000,000.00 | Bryn Associates ref s/n 35159 &. 35160 |
| $390,000.00 | Rusty Pop s/n 33377 & 34568 |
| $475,000.00 | MDP Trading ref s/n 33377 |
| $395,000.00 | South ref s/n 4540 |
| $4,500.00 | Trust |

**Escrow Fee Per Ledger:**
$50,000  08/14/2020

Retained in WBAT BOA # 9094

**Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc**

$5,000,000
08/14/2020

$5,000,000
08/14/2020

$13,690,000
08/13/2020-08/18/2020

$4,500
08/20/2020

$1,455,000
08/14/2020-08/25/2020

| CCUR Holdings Inc | |
|---|---|
| S/N 33768 | $2,500,000 |
| S/N 33769 | 2,500,000 |
| **Total** | **$5,000,000** |

| JDS1 LLC | |
|---|---|
| S/N 33768 | $2,500,000 |
| S/N 33769 | 2,500,000 |
| **Total** | **$5,000,000** |

| Other Withdrawals | | |
|---|---|---|
| Chemtov Mortgage Group | 900,000 | 08/13/2020 |
| Silnom Holdings | 2,400,000 | 08/14/2020 |
| Bryn & Assoc. | 10,000,000 | 08/18/2020 |
| Rustypop Corp | 195,000 | 08/18/2020 |
| Darusty Corp | 195,000 | 08/18/2020 |
| **Total** | **$13,690,000** | |

**Mercer Entities**
Aircraft Guaranty Holdings
$4,500  08/20/2020

| Federico Machado Entities | | |
|---|---|---|
| MDP Trading | $475,000 | 08/18/2020 |
| South Aviation | 585,000 | 08/14/2020 |
| South Aviation | 395,000 | 08/25/2020 |
| **Total** | **$1,455,000** | |

025B041

# Bank Activity Matches their Ledger (1 of 2)

Exhibit Reference: 001A022

## Ledger Extract – 8/14/2020:

| Wire Out | Description |
|---|---|
| $900,000.00 | CMG Capital s/n 35159 & 35160 |
| $2,400,000.00 | Slome ref s/b 212 |
| $10,000,000.00 | CCUR ref serial 33768 7 33769 |
| $585,000.00 | South ref s/n 212 |

*Note:*
*Metrocity Agreements list SNs 29908, 29157, 29062, 30214*

| Date | Description | Amount |
|---|---|---|
| 08/13/20 017144 | WIRE TYPE:WIRE OUT DATE:200813 TIME:1535 ET TRN:2020081300560061 SERVICE REF:013251 BNF:CHEMTOV MORTGAGE GROUP DBA ID:9852938675 BNF BK:BANKUNITED, NA ID:267090594 PMT DET:208DE24 071C50S28MSN 35159 35160 | -900,000.00 |
| 08/14/20 017144 | WIRE TYPE:WIRE OUT DATE:200814 TIME:1615 ET TRN:2020081400618191 SERVICE REF:473572 BNF:SILNOM HOLDINGS LTD. ID:26-62857-000 BNF BK:JP MORGAN CHASE BANK, N. ID:0002 PMT DET:208EE1021HU2 1H50MSN 212 | -2,400,000.00 |
| 08/14/20 017144 | WIRE TYPE:WIRE OUT DATE:200814 TIME:1615 ET TRN:2020081400618192 SERVICE REF:473571 BNF:SOUTH AVIATION INC. ID:601520593 BNF BK:JPMORG AN CHASE BANK, N. ID:0002 PMT DET:208EE0832LI02924 msn 212 | -585,000.00 |
| 08/14/20 017144 | WIRE TYPE:WIRE OUT DATE:200814 TIME:1615 ET TRN:2020081400618189 SERVICE REF:015239 BNF:CCUR HOLDINGS INC. ID:3300446962 BNF BK:SILICO N VALLEY BANK ID:121140399 PMT DET:208EE2253KK21C0 2MSN 33768 AND 33769 | -5,000,000.00 |
| 08/14/20 017144 | WIRE TYPE:WIRE OUT DATE:200814 TIME:1615 ET TRN:2020081400618190 SERVICE REF:015095 BNF:JDS1 LLC ID:1502026883 BNF BK:SIGNATURE BANK ID:026013576 PMT DET:208EE1652EF21L48MSN 33768 AND  33769 | -5,000,000.00   008W023 & 008W024 |

**025B042**

# Bank Activity Matches their Ledger (2 of 2)

Exhibit Reference: 001A022

## Ledger Extract – 8/14/2020:

| Wire Out | Description |
|---|---|
| $10,000,000.00 | Bryn Associates ref s/n 35159 &. 35160 |
| $390,000.00 | Rusty Pop s/n 33377 & 34568 |
| $475,000.00 | MDP Trading ref s/n 33377 |
| $395,000.00 | South ref s/n 4540 |
| $4,500.00 | Trust |

**Note:**
**Metrocity Agreements list SNs 29908, 29157, 29062, 30214**

| Date | Description | Amount |
|---|---|---|
| 08/18/20<br>017145 | WIRE TYPE:WIRE OUT DATE:200818 TIME:1516 ET TRN:2020081800519938 SERVICE REF:010638 BNF:BRYN AND ASSOCIATES PA TRU ID:400 163 2192 BNF BK:CITY NATIONAL BANK OF F ID:066004367 PMT DET:208IE07265V21037MSN 35160 AND 35159 | -10,000,000.00 |
| 08/18/20<br>017145 | WIRE TYPE:WIRE OUT DATE:200818 TIME:1558 ET TRN:2020081800547988 SERVICE REF:383127 BNF:MDP TRADING LLC ID:605177820 BNF BK:JPMORGAN C HASE BANK, N. ID:0002 PMT DET:208IE56205C10R35MSN 33337 | -475,000.00 |
| 08/18/20<br>017145 | WIRE TYPE:WIRE OUT DATE:200818 TIME:1559 ET TRN:2020081800547972 SERVICE REF:011740 BNF:RUSTYPOP CORP ID:1955161240 BNF BK:CITY NATION AL BANK OF F ID:066004367 PMT DET:208EE07480O50K88 MSN 34568 | -195,000.00 |
| 08/18/20<br>017145 | WIRE TYPE:WIRE OUT DATE:200818 TIME:1559 ET TRN:2020081800547973 SERVICE REF:011262 BNF:DARUSTY CORP. ID:1955161237 BNF BK:CITY NATION AL BANK OF F ID:066004367 PMT DET:208EE1400K111I67 MSN 3337 | -195,000.00 |
| 08/25/20<br>017148 | WIRE TYPE:WIRE OUT DATE:200825 TIME:0933 ET TRN:2020082500404661 SERVICE REF:321309 BNF:SOUTH AVIATION INC. ID:601520593 BNF BK:JPMORG AN CHASE BANK, N. ID:0002 PMT DET:MSN 4950 MSN 947 8 | -395,000.00 |
| 08/20/20<br>017147 | WIRE TYPE:WIRE OUT DATE:200820 TIME:1322 ET TRN:2020082000519698 SERVICE REF:010666 BNF:AIRCRAFT GUARANTY HOLDINGS ID:201269783 BNF BK:CROSSFIRST BANK ID:101015282 PMT DET:208KC2 0320X21K35AGC TRUSTS 3020 3028 3252 | -4,500.00 |

**025B043**

# WBAT/Machado Ledger Summary - Counterparties

Exhibit Reference: 1A

| Description Listed on Ledger | Sum of Wires In | First Date | Last Date |
|---|---|---|---|
| Bryn Associates | 14,400,000.00 | 7/6/2020 | 7/6/2020 |
| Rust Pop & Da Rusty | 10,000,000.00 | 11/27/2019 | 11/27/2019 |
| Rusty Pop | 19,010,000.00 | 5/11/2018 | 5/10/2019 |
| Silnom  Holdings | 2,500,000.00 | 10/31/2019 | 10/31/2019 |
| Silnom Holdings | 7,000,000.00 | 2/6/2020 | 4/24/2020 |
| Silnom Holdings 2 | 2,500,000.00 | 4/27/2020 | 4/27/2020 |
| Slome | 6,600,000.00 | 4/20/2018 | 7/28/2020 |
| **Grand Total** | **62,010,000.00** | **4/20/2018** | **7/28/2020** |

# Level 3: Full Diagram –

## August 13, 2020 – August 20, 2020



# Entire Example- Full Diagram

| Key | |
|---|---|
| → | Deposits into BOA #9094 |
| → | Withdrawals out of BOA #9094 |
| → | Retained Escrow Fees, per ledger |
| | Level 1 -March 2020 Grouping, per ledger |
| | Level 2 - June 2020 Grouping, per ledger |
| | Level 3 - August 2020 Grouping, per ledger |
| | Payments to Machado Owned Entities |

| Time Frame: | Shown Below |
|---|---|
| Total Escrow Fees retained in BOA # 9094 : | $150,000 |
| Total Withdrawals to Federico Machado Entities: | $4,780,000 |



025B046

# Entire Example- Full Diagram - Benefit

| Time Frame: | 3/10/2020 - 8/20/2020 (per ledger) |
|---|---|
| Total Escrow Fees retained in BOA # 9094 : | $865,000 |
| Total Withdrawals to Federico Machado Entities: | $13,506,000 |

# <u>Exhibit 25C</u>

**1. Registration: P4-GIS; Serial Number 139**
**2. Registration: N571UA ; Serial Number 27311 &**
     **Registration: N572UA; Serial Number 27312 &**
     **Registration: N784-CK; Serial Number 24783**
**3. Registration: N571UA ; Serial Number 2731 &**
     **Registration: N572UA; Serial Number 27312 &**
     **Registration: N784-CK; Serial Number 24783**

# What are you going to see?

A review of transactions and agreements that were identified in an Escrow ledger shared between Wright Brothers Aircraft Title Inc (*President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett*) and Federico Machado.

**Documents Referenced Include:**
- Agreement Documents
- WBAT & Machado Escrow Ledger
- Bank Statements
- Email & Phone Messages

# Level 1: September 2017- Overview

**Lender for Deposit:**
    WBIP LLC & WBIP Aviation 139 LLC – *Manager: Howard Wietschner*
**Buyer:**                                    **Seller:**
    South Aviation – *President:  Federico Machado*        Clay Lacy Aviation Inc. – *VP Aircraft Sales: Richard Hodkinson*
**Escrow Agent:**
    Wright Brothers Aircraft Title, Inc. (WBAT) – *President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett*

**Agreement Activity:**
WBIP LLC will make a $2,000,000 deposit, on behalf of an aircraft and WBIP LLC will receive a total of $100,000. The fully refundable deposit of $2,000,000 is to be held in escrow and repaid on or before "5:00pm (EST) October 8, 2017" which "may be extended until 5:00pm (EST) October 20, 2017", per the Option Agreement.



# Level 1: September 2017- Overview

**Bank Account & WBAT/Machado Ledger Activity:**
- WBIP LLC makes a $2,000,000 deposit; WBIP LLC receives an initial payment of $100,000 and a $2,000,000 refund on the deposit
- WBAT does not keep all of the deposited funds in escrow
- The net deposit of $1,900,000 is used to make payments to various other companies

---

**Planes listed** on Supporting Documents and Bank Wire Memos for the transaction with WBIP LLC:
1. Registration: P4-GIS; Serial Number 139

**025C004**

# The Option Agreement:

**OPTION AGREEMENT**
**[MSN 139]**

003J007

THIS OPTION AGREEMENT [MSN 139] (this "**Agreement**") dated as of the 8th day of September 2017 by and among **WBIP LLC**, a Delaware limited liability company (the "**Seller**"), **WBIP Aviation 139 LLC**, a Delaware limited liability company (the "**Company**"), **South Aviation Inc.**, a Florida corporation ("**Purchaser**") and Fred Machado, an individual ("**Machado**").

003J007

WHEREAS, Purchaser and Company have entered into a Letter of Intent with **Clay Lacy Aviation, Inc.** ("**Aircraft Seller**") dated September 5, 2017 (the "**Letter of Intent**") for the purchase of the Falcon Model 7X aircraft identified in the Letter of Intent, a fully executed copy of which is attached hereto as Exhibit A; and

003J007

(a)    the term "**Exercise Period**" means the period commencing on the date hereof and ending on the earlier to occur of (a) an Option Cancellation Event (as hereafter defined) and (b) **5:00 p.m. (EST) on October 8, 2017** (the date set forth in this clause "(b)," the "**Termination Date**"), which such Termination Date may be extended until **5:00 p.m. (EST) October 20, 2017**, upon execution of an APA (as defined in the Letter of Intent) among Aircraft

003J008

4.    Exercise Price. The exercise price for the Option shall be Two Million Dollars ($2,000,000) (the "**Exercise Price**").

003J008

2.    Consideration for the Option.  In consideration of Seller's agreements herein, including without limitation, Seller's agreement to grant the Option to Purchaser, Purchaser shall, on the date hereof, pay Seller (or its written designee) an amount equal to **One Hundred Thousand Dollars ($100,000.00)** (the "**Option Grant Price**"). The Option Grant Price shall (a)

---

**WBIP LLC**                                    003J15

By: _____
Name:  Hans Wretzsch
Title:  Member

Address:    1335 Trafalgar Street
            Teaneck, New Jersey  07666

**WBIP AVIATION 139 LLC**

By: _____
Name:  Hans Wretzsch
Title:  Member

Address:    1335 Trafalgar Street
            Teaneck, New Jersey  07666

---

**SOUTH AVIATION INC.**                    003J16

By: _____
Name:  Fred Machado
Title:  President

Address:    1470 Lee Wagener Blvd, Suite 100
            Fort Lauderdale, FL 33315

_____
Fred Machado, individually

Address:    800 Azaclast
            Boca Raton FL 33496

# The Option Agreement:

003J009

9.    Escrow.  Following satisfaction of the Conditions of Effectiveness (as defined in Section 15), the Company will deposit with Escrow Agent a refundable escrow deposit in an amount equal to Two Million Dollars ($2,000,000) (the "Escrow Deposit") pursuant to the terms of an escrow agreement, in form and substance acceptable in all respects to the Company (the "Escrow Agreement"), between the Company and Wright Brothers Aircraft Title, Inc. ("Wright Brothers"), as escrow agent (the "Escrow Agent").  The Escrow Deposit shall at all times constitute an asset of the Company and unless and until the Change of Control Conditions shall have been satisfied, if at all (i) Purchaser shall have no right or claim of any nature whatsoever in and to the Escrow Deposit, (ii) only the Company (and not Purchaser) shall have the right and authority to provide Escrow Agent instructions with respect to the release from escrow of the Escrow Deposit and to provide disposition instructions with respect to the proceeds thereof and (iii) without the prior written consent of Seller, neither Purchaser nor Machado shall communicate in any manner whatsoever with the Escrow Agent with respect to the Escrow Deposit, the Escrow Agreement, the transactions contemplated by this Agreement and/or the transactions contemplated by the Letter of Intent.  Purchaser and Machado shall, at their expense, cause the Escrow Deposit to be insured and bonded on terms and in an amount acceptable to Seller.  The Company shall not issue instructions to the Escrow Agent with respect to the withdrawal or other disposition of the Escrow Deposit unless an Escrow Deposit Withdrawal Event shall occur.  Upon the occurrence of an Escrow Deposit Withdrawal Event, the Company

# The WBAT/Machado Ledger:

Exhibit Reference: 001A004

**WBAT/Machado Ledger Extract – 9/8/2017:**

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 9/8/2017 | WBIP | $2,000,000.00 | $1,450,000.00 | Harris Air |
| | | | $292,500.00 | Ghotic |
| | | | $100,000.00 | WBIP |
| | | | $75,000.00 | Hutton |

**Note: Also found on fifth superseding indictment page 28**

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| Sept. 2017 | W.P. | $2,000,000.00 | $1,450,000.00 | H.A. |
| | | | $292,500.00 | G |
| | | | $100,000.00 | W.P |
| | | | $75,000.00 | H |

025C007

# The Deposit and payment back to lender:

003J007 & 003J008

4.  **Exercise Price**. The exercise price for the Option shall be Two Million Dollars ($2,000,000) (the "**Exercise Price**").

2.  **Consideration for the Option**.  In consideration of Seller's agreements herein, including without limitation, Seller's agreement to grant the Option to Purchaser, Purchaser shall, on the date hereof, pay Seller (or its written designee) an amount equal to One Hundred Thousand Dollars ($100,000.00) (the "**Option Grant Price**"). The Option Grant Price shall (a)

| Date | Description | Amount |
|---|---|---|
| 09/08/17 | WIRE TYPE:WIRE IN DATE: 170908 TIME:1729 ET TRN:2017090800388593 | 2,000,000.00 |
| 014138 | SEQ:1315800251ES/005391 ORIG:WBIP LLC ID:926899522 SND BK:JPMORGAN CHASE B ANK, NA ID:021000021 PMT DET:OS1 OF 17/09/08 FALCO N MODEL 7X MSN 139 ARUBA REGISTRATION MARK P4 GIS | |
| 09/11/17 | WIRE TYPE:WIRE OUT DATE:170911 TIME:0859 ET TRN:2017091100231391 SERVICE REF:310697 | -100,000.00 |
| 014144 | BNF:WBIP LLC ID:926899522 BNF BK:JPMORGAN CHASE BA NK, N. ID:0002 PMT DET:MSN 139 MSN139 | |

Exhibit Reference: 001A004

| Date | Description | Wire In | Wire Out | Description |
|---|---|---|---|---|
| 9/8/2017 | WBIP | $2,000,000.00 | $1,450,000.00 | Harris Air |
| | | | $292,500.00 | Ghotic |
| | | | $100,000.00 | WBIP |
| | | | $75,000.00 | Hutton |



**WBIP LLC**

**Bank Transactions Linked to Ledger:**

| | |
|---|---|
| Deposit: | $2,000,000  09/08/2017 |
| -Withdrawal: | 100,000  09/11/2017 |
| **Net:** | **$1,900,000** |

$2,000,000
09/08/2017

$100,000
09/11/2017

**Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc**

025C008

# The Withdrawals:

*What does the WBAT/Machado ledger say happened to the funds?*



Exhibit Reference: 001A004

## Ledger Extract – 9/08/2017:

| Wire In | Wire Out | Description |
|---|---|---|
| $2,000,000.00 | $1,450,000.00 | Harris Air |
| | $292,500.00 | Ghotic |
| | $100,000.00 | WBIP |
| | $75,000.00 | Hutton |



Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc

$1,817,500
09/11/2017 - 09/12/2017

| Other Withdrawals | | |
|---|---|---|
| **Bank Transactions Linked to Ledger:** | | |
| Hutton Ventures Capital | $75,000 | 09/12/2017 |
| Gothic Wings LLC ("*Ghotic*") | 292,500 | 09/12/2017 |
| Harris Air | 1,450,000 | 09/11/2017 |
| **TOTAL** | **$1,817,500** | |

# Bank Activity Matches their Ledger



Exhibit Reference: 001A004

## Ledger Extract – 9/8/2017:

| Wire Out | Description |
|---|---|
| $1,450,000.00 | Harris Air |
| $292,500.00 | Ghotic |
| $100,000.00 | WBIP |
| $75,000.00 | Hutton |



| Date | Description | Amount |
|---|---|---|
| 09/11/17 | WIRE TYPE:WIRE OUT DATE:170911 TIME:0908 ET TRN:2017091100235215 SERVICE REF:004141 BNF:HARRIS AIR ID:060128444 BNF BK:ZB NA DBA ZIONS  BANK ID:124000054 PMT DET:CL 300 CL 300 | -1,450,000.00 |
| 014144 | | |
| 09/12/17 | WIRE TYPE:WIRE OUT DATE:170912 TIME:0503 ET TRN:2017091100403154 SERVICE REF:001615 BNF:GOTHIC WINGS LLC ID:0005207559662 BNF BK:BRANC H BANKING AND TRUS ID:053101121 PMT DET:MD HELICOP TERS MD HELICOPTERS | -292,500.00 |
| 014144 | | |
| 09/12/17 | WIRE TYPE:WIRE OUT DATE:170912 TIME:0503 ET TRN:2017091100403155 SERVICE REF:001617 BNF:HUTTON VENTURES CAPITAL LL ID:2000508464 BNF BK:CROSS RIVER BANK ID:021214273 PMT DET:HV CL 300 HV CL300 | -75,000.00 |
| 014144 | | |

*Note:*
*WBIP Agreements list SN 139.*

025C010

# WBAT/Machado Ledger Summary - Counterparties

Exhibit Reference: 1A

| Description Listed on Ledger | Sum of Wires In | First Date | Last Date |
|---|---|---|---|
| Ghotic | 8,550,000.00 | 12/12/2016 | 12/12/2016 |
| Ghotic Venture Fund | 9,150,000.00 | 11/15/2019 | 11/15/2019 |
| Ghotic Ventures Fund | 4,575,000.00 | 2/7/2020 | 2/7/2020 |
| Harris | 2,425,000.00 | 11/26/2019 | 11/26/2019 |
| Harris Air | 39,283,750.00 | 6/22/2017 | 7/9/2020 |
| Hutton | 9,000,000.00 | 12/22/2016 | 4/14/2017 |
| **Grand Total** | **72,983,750.00** | **12/12/2016** | **7/9/2020** |

# Level 1: Full Diagram –

## September 8, 2017 – September 12, 2017

| Key: | |
|---|---|
| → | Deposits into BOA #9094 |
| → | Withdrawals out of BOA #9094 |
| → | Mercer Owned Entity retained Escrow Fees, per ledger |
| | Level 1 - September 2017 Grouping, per ledger |
| | Level 2 - October 2017 Grouping, per ledger |
| | Level 3- April 2018 Grouping, per ledger |
| | Payments to Machado Owned Entities |



025C012

# The Repayment (1 of 2):

*What happens in October when the repayment of the $2,000,000 fully refundable deposit to WBIP LLC comes due?*

Exhibit Reference: 001A004 & 001A005

## WBAT/Machado Ledger Extract – 10/16/2017:

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 10/16/2017 | Evestrong | $9,000,000.00 | $540,000.00 | Everstrong |
| | | | $2,000,000.00 | WBIP |
| | | | $3,000,000.00 | Hutton |
| | | | $1,500,000.00 | America Core |
| | | | $230,000.00 | Gustavo Ramirez |
| | | | $300,000.00 | Graham |
| | | | $100,000.00 | Steve Climie |
| | | | $50,000.00 | Escrow Fee |
| | | | $180,000.00 | Chemtov |
| | | | $300,000.00 | South Aviation |
| | | | $100,000.00 | Kal |
| | | | $184,667.72 | South |

**Note: found on fifth superseding indictment, page 29**

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| Oct. 2017 | E | $9,000,000.00 | $540,000.00 | ES |
| | | | $2,000,000.00 | WP |
| | | | $3,000,000.00 | H |
| | | | $1,500,000.00 | A.C. |
| | | | $230,000.00 | G.R. |
| | | | $300,000.00 | Ghm |
| | | | $100,000.00 | S.C. |
| | | | $50,000.00 | Escrow Fee |
| | | | $180,000.00 | C |
| | | | $300,000.00 | South Aviation |
| | | | $100,000.00 | K |
| | | | $184,667.72 | South |

# The Repayment (2 of 2):

*Level 2: October 16, 2017 (as outlined in the Option Agreement).*

003J008

(a)    the term "**Exercise Period**" means the period commencing on the date hereof and ending on the earlier to occur of (a) an Option Cancellation Event (as hereafter defined) and (b) 5:00 p.m. (EST) on October 8, 2017 (the date set forth in this clause "(b)," the "**Termination Date**"), which such Termination Date may be extended until 5:00 p.m. (EST) October 20, 2017, upon execution of an APA (as defined in the Letter of Intent) among Aircraft

| Date | Description | Amount |
|------|-------------|--------|
| 10/16/17 | WIRE TYPE:WIRE OUT DATE:171016 TIME:1548 ET | -2,000,000.00 |
| 014162 | TRN:2017101600394241 SERVICE REF:463993 BNF:WBIP LLC ID:926899522 BNF BK:JPMORGAN CHASE BA NK, N. ID:0002 PMT DET:FALCON 7X 139 FALCON 7X 139 | |

Exhibit Reference: 001A004 & 001A005

## Ledger Extract – 10/16/2017:

| Wire Out | Description |
|----------|-------------|
| $2,000,000.00 | WBIP |



WBIP LLC

Net Deposit    $1,900,000

$2,000,000
09/08/2017

Mercer (P) / Moffett (AVP)
Wright Brothers Aircraft Title Inc

$2,000,000
10/16/2017

WBIP LLC

**Bank Transactions Linked to Ledger:**
Refundable Deposit: $2,000,000 10/16/2017

025C014

# Level 2: October 2017- Overview

**Exhibit Reference: 001A004 & 001A005**

**WBAT/Machado Ledger Extract – 6/17/2020:**

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 10/16/2017 | Everstrong | $9,000,000.00 | $540,000.00 | Everstrong |
|  |  |  | $2,000,000.00 | WBIP |

**Lender for Deposit:**
  Everstrong Holdings, LLC ("Evestrong")
  **Legal representation: Frank Weinberg & Black PL**

**Buyer:**
  South Aviation – *Owned by Federico Machado*

**Seller:**
  Air Services, Inc. – Bobby Watson, VP

**Escrow Agent:**
  **Wright Brothers Aircraft Title, Inc. – President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett**

**Agreement Activity:**
  Everstrong will make 3 $3,000,000 deposits on each of the 3 planes in question, for a total of $9,000,000 in deposits and will receive $540,000 back. The net deposit amount is therefore $8,460,000. The fully refundable deposits totaling $9,000,000 are to be held in escrow and repaid by "April 21, 2018", per the escrow agreement.



025C015

# Level 2: June 2020 - Overview

## Bank Account & WBAT/Machado Ledger Activity:

- Everstrong will make 3 $3,000,000 deposits on each of the 3 planes in question, for a total of $9,000,000 in deposits and will receive $540,000 back.
- WBAT does not keep all of the deposited funds in escrow
- The net deposit of $ 8,460,000 is used to make payments to WBAT, South Aviation (the BUYER), and various other companies

**Planes listed** on Escrow Agreements, and Bank Wire Memos:

1. Registration: N571UA ; Serial Number 27311
2. Registration: N572UA; Serial Number 27312
3. Registration: N784-CK; Serial Number 24783

**025C016**

# The Escrow Agreements:

**Note: Identical on all agreements except for SN and Registration, highlighted in pink below.**

003A001
003D001
003G001

RE: Aircraft Purchase and Sale Agreement, dated October 9, 2017, ("PSA") between South Aviation Inc., a Florida corporation with offices at 1470 Lee Wagener Boulevard, Suite 100, Fort Lauderdale, Florida 33315 ("Buyer"), and Air Services, Inc, a Georgia corporation with offices at 400 Regional Airport Rd, Carrollton, Georgia 30117 ("Seller"), in relation to a 1990 Boeing 767-346 aircraft bearing manufacturer's serial number 24783 and U.S. registration number N784CK (the "Aircraft"). Capitalized terms and expressions unless defined herein, shall have the same meaning as in the PSA.

This Escrow Agreement (the "Agreement") is entered into as of this October 13, 2017, among Seller, Buyer, Everstrong Holdings, LLC, whose address is c/o Steven A. Weinberg, Esq., Frank, Weinberg & Black, P.L., 7805 SW 6th Court, Plantation FL 33324, and Escrow Agent with respect to the sale of the Aircraft. Buyer and Seller are collectively referred to herein as the "Parties".

003A001
003D001
003G001

## TO: ESCROW AGENT:

**Wright Brothers Aircraft Title, Inc.**

003A001
003D001
003G001

**PRIOR TO THE INSPECTION PERIOD DEADLINE, IN NO EVENT AND UNDER NO CIRCUMSTANCES SHALL THE ESCROW AGENT DISBURSE THE INITIAL DEPOSIT OR ANY PORTION THEREOF TO ANY PARTY OTHER THAN EVERSTRONG OR ITS ASSIGNEE.**

003A003
003D003
003G003

b.) April 21, 2018, if the transaction contemplated in this Agreement and the Purchase Agreement has not closed.

003A004
003D004
003G004

003A006 & 003A007
003D006 & 003D007
003G006 & 003G007

**Note: Identical on all agreements**

EVERSTRONG:
EVERSTRONG HOLDINGS, LLC:

By:
Name: Nathan M. Saks
Title: Manager
Address: c/o Steven Weinberg, ESQ.
Frank, Weinberg & Black, P.L.
7805 SW 6th Court
Plantation, FL 33324

ESCROW AGENT:
WRIGHT BROTHERS AIRCRAFT TIT
By:
Name: Debbie Mercer-Erwin    rwin
Title: President

BUYER:
BUYER:
SOUTH AVIATION INC.

By:
Name:    FRED MACHADO
Title:    President

SELLER:
AIR SERVICES, INC.

By:
Name:
Title:

# The WBAT/Machado Ledger:

Exhibit Reference: 001A004 & 001A005

**Note: Also found on fifth superseding indictment, page 29**

### Ledger Extract – 10/16/2017:

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 10/16/2017 | Evestrong | $9,000,000.00 | $540,000.00 | Everstrong |
| | | | $2,000,000.00 | WBIP |
| | | | $3,000,000.00 | Hutton |
| | | | $1,500,000.00 | America Core |
| | | | $230,000.00 | Gustavo Ramirez |
| | | | $300,000.00 | Graham |
| | | | $100,000.00 | Steve Climie |
| | | | $50,000.00 | Escrow Fee |
| | | | $180,000.00 | Chemtov |
| | | | $300,000.00 | South Aviation |
| | | | $100,000.00 | Kal |
| | | | $184,667.72 | South |

# The Deposit (1 of 2):

003A001
003D001
003G001

**Note: Identical on all agreements**

**WHEREAS**, Everstrong Holdings, LLC ("Everstrong"), on behalf of the Buyer, will deposit with the Escrow Agent, the initial deposit in the amount of THREE MILLION US DOLLARS (US $3,000,000.00) (the "Initial Deposit") in accordance with the provisions of the PSA;

| Date | Description | Amount |
|------|-------------|--------|
| 10/16/17 | WIRE TYPE:WIRE IN DATE: 171016 TIME:1516 ET | 9,000,000.00 |
| 014153 | TRN:2017101600381891 SEQ:171016150951GS00/000430 ORIG:FRANK WEINBERG & BLACK PL ID:3033454206 SND BK:VALLEY NATIONAL BANK ID:021201383 PMT DET:F ILE 13204 014 1990 BOEING 767 346 | |
| 10/16/17 | WIRE TYPE:WIRE OUT DATE:171016 TIME:1302 ET | -540,000.00 |
| 014161 | TRN:2017101600332717 SERVICE REF:008645 BNF:FRANK WEINBERG AND BLACK P ID:3033454206 BNF BK:VALLEY NATIONAL BANK ID:021201383 PMT DET:N 784CK BOEINGS INTEREST PAYMENT | |

*Note: There was a disbursement of $540,000 on the WBAT BOA #9094 statements the same day the deposit was made, with the same attorney and plane type listed on the memo*

Exhibit Reference: 001A004 & 001A005

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 10/16/2017 | Everstrong | $9,000,000.00 | $540,000.00 | Everstrong |



**Frank Weinberg & Black (*"Everstrong"*)**

Bank Transactions Linked to Ledger:
Deposits: SN 27311: $3,000,000  10/16/2017
SN 27312:  3,000,000  10/16/2017
SN 24783:  3,000,000  10/16/2017
Withdrawal:  (540,000)  10/16/2017
Net:  $8,460,000

$9,000,000
10/16/2017

$540,000
10/16/2017

**Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc**

025C019

# The Deposit (2 of 2):

003A003
003D003
003G003

**Note: Identical on all agreements**

**PRIOR TO THE INSPECTION PERIOD DEADLINE, IN NO EVENT AND UNDER NO CIRCUMSTANCES SHALL THE ESCROW AGENT DISBURSE THE INITIAL DEPOSIT OR ANY PORTION THEREOF TO ANY PARTY OTHER THAN EVERSTRONG OR ITS ASSIGNEE.**

| Date | Description | Amount |
|------|-------------|--------|
| 10/16/17 014153 | WIRE TYPE:WIRE IN DATE: 171016 TIME:1516 ET TRN:2017101600381891 SEQ:171016150951GS00/000430 ORIG:FRANK WEINBERG & BLACK PL ID:3033454206 SND BK:VALLEY NATIONAL BANK ID:021201383 PMT DET:F ILE 13204 014 1990 BOEING 767 346 | 9,000,000.00 |
| 10/16/17 014161 | WIRE TYPE:WIRE OUT DATE:171016 TIME:1302 ET TRN:2017101600332717 SERVICE REF:008645 BNF:FRANK WEINBERG AND BLACK P ID:3033454206 BNF BK:VALLEY NATIONAL BANK ID:021201383 PMT DET:N 784CK BOEINGS INTEREST PAYMENT | -540,000.00 |

Exhibit Reference: 001A004 & 001A005

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 10/16/2017 | Everstrong | $9,000,000.00 | $540,000.00 | Everstrong |

*What does the bank account balance show?*

*On 10/16/2017 the $9,000,000 is received. In the following days, the balance drops below $9,000,000 again, indicating that at least a portion of those funds were disbursed.*



Exhibit Reference: 014167

| Date | Closing Balance |
|------|-----------------|
| 10/16 | 5,882,010.10 |
| 10/17 | 6,487,001.46 |
| 10/18 | 5,941,921.46 |
| 10/19 | 5,911,921.46 |
| 10/20 | 4,551,363.87 |

*Note: Balance below $9,000,000 each day.*

025C020

# The Escrow Fees:

003A005
003D005
003G005

**Note: Identical on all agreements**

9.) **Escrow Agent's Fees**. The Buyer agrees to pay the Escrow fee, which for this transaction will be **$4,250.00.** Other direct costs, such as Bank Wire, Overnight Delivery and FAA Fees, may be charged as used and will be payable as the Escrow Fee above.

*Note: $4,250 Fees x 3 Aircraft = $12,750 in fees per escrow agreements.*



Exhibit Reference: 001A004 & 001A005

### Ledger Extract – 10/16/2017:

| Wire Out | Description |
|---|---|
| $50,000.00 | Escrow Fee |



**Escrow Fee Per Ledger:**
$50,000  10/16/2017

Retained in WBAT BOA # 9094

**Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc**

025C021

# The Withdrawals:

*What does their ledger say happened to the funds?*



**Exhibit Reference: 001A004 & 001A005**

### Ledger Extract – 10/16/2017:

| Wire Out | Description |
|---|---|
| $540,000.00 | Everstrong |
| $2,000,000.00 | WBIP |
| $3,000,000.00 | Hutton |
| $1,500,000.00 | America Core |
| $230,000.00 | Gustavo Ramirez |
| $300,000.00 | Graham |
| $100,000.00 | Steve Climie |
| $50,000.00 | Escrow Fee |
| $180,000.00 | Chemtov |
| $300,000.00 | South Aviation |
| $100,000.00 | Kal |
| $184,667.72 | South |

**Mercer Escrow Fee Per Ledger:**
$50,000    10/16/2017

Retained in WBAT BOA # 9094

**Mercer (P) / Moffett (AVP)
Wright Brothers Aircraft Title Inc**

**$2,000,000
10/16/2017**

**$5,080,000
10/16/2017 – 10/17/2017**

**$714,667.62
10/16/2017 - 10/26/2017**

**WBIP LLC**

**Bank Transactions Linked to Ledger:**
Refundable Deposit: $2,000,000 10/16/2017

**Other Withdrawals**

**Bank Transactions Linked to Ledger:**

| | | |
|---|---|---|
| Hutton Ventures LLC *("Hutton")* | $3,000,000 | 10/16/2017 |
| America Core Aviation LLC | 1,500,000 | 10/16/2017 |
| My 4 Lads *("Graham Cox")* | 300,000 | 10/16/2017 |
| *"Steve Climie"* (Ledger only ) | *100,000* | *10/16/2017* |
| Chemtov Mortgage Group DBA *("Chemtov")* | 180,000 | 10/16/2017 |
| Keb Group *("Kal")* | 100,000 | 10/17/2017 |
| **TOTAL** | **$5,080,000** | |

**Federico Machado Entities**

**Bank Transactions Linked to Ledger:**

| | | |
|---|---|---|
| South Aviation | $184,667.62 | 10/26/2017 |
| South Aviation | 300,000 | 10/16/2017 |
| Gustavo Ramirez (associate) | 230,000 | 10/16/2017 |
| **Total** | **$714,667.62** | |

025C022

# Bank Activity Matches their Ledger (1 of 2)

Exhibit Reference: 001A004 & 001A005

## Ledger Extract – 10/16/2017:

| Wire Out | Description |
|---|---|
| $3,000,000.00 | Hutton |
| $1,500,000.00 | America Core |
| $230,000.00 | Gustavo Ramirez |
| $300,000.00 | Graham |
| $100,000.00 | Steve Climie |
| $50,000.00 | Escrow Fee |

**Note:**
*We were unable to locate the $100,000 payment to Steve Climie that is listed on the ledger on the bank statements for the WBAT BOA account ending in #9094.*

**Note:**
*Everstrong Agreements list SNs 24783, 27311 & 27312*

| Date | Description | Amount |
|---|---|---|
| 10/16/17<br>014162 | WIRE TYPE:WIRE OUT DATE:171016 TIME:1548 ET TRN:2017101600394237 SERVICE REF:011817 BNF:HUTTON VENTURES LLC ID:2000508464 BNF BK:CROSS  RIVER BANK ID:021214273 PMT DET:CL300 CL 300 ESCR OW | -3,000,000.00 |
| 10/16/17<br>014162 | WIRE TYPE:WIRE OUT DATE:171016 TIME:1548 ET TRN:2017101600394242 SERVICE REF:463988 BNF:AMERICAS CORE AVIATION LLC ID:626880780 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:FAL CON 7X 139 RETURN OF DEPOSIT FALCON 7X 139 | -1,500,000.00 |
| 10/16/17<br>014162 | WIRE TYPE:WIRE OUT DATE:171016 TIME:1715 ET TRN:2017101600429520 SERVICE REF:013819 BNF:MY4LADS ID:8219424283 BNF BK:WELLS FARGO BANK,  N.A. ID:121000248 PMT DET:DORNIER 328 DORNIER 328 | -300,000.00 |
| 10/16/17<br>014162 | WIRE TYPE:BOOK OUT DATE:171016 TIME:1721 ET TRN:2017101600431276 RELATED REF:17AGG1936D1D0629 BNF:GUSTAVO RAMIREZ ID:003766612425 PMT DET:SOUTH AVIATION | -230,000.00 |

# Bank Activity Matches their Ledger (2 of 2)

Exhibit Reference: 001A004 & 001A005

## Ledger Extract – 10/16/2017:

| Wire Out | Description |
|---|---|
| $180,000.00 | Chemtov |
| $300,000.00 | South Aviation |
| $100,000.00 | Kal |
| $184,667.72 | South |

**Note:**
**Everstrong Agreements list SNs 24783, 27311 & 27312**

| Date | Description | Amount |
|---|---|---|
| 10/16/17 014162 | WIRE TYPE:WIRE OUT DATE:171016 TIME:1548 ET TRN:2017101600394239 SERVICE REF:012113 BNF:CHEMTOV MORTGAGE GROUP DBA ID:9852938675 BNF BK:BANKUNITED, NA ID:267090594 PMT DET:N546MG N546MG SOUTH AVIATION | -180,000.00 |
| 10/16/17 014162 | WIRE TYPE:BOOK OUT DATE:171016 TIME:1548 ET TRN:2017101600394238 RELATED REF:N546MG BNF:SOUTH AVIATION, INC ID:005486250408 PMT DET:N5 46MG SOUTH AVIATION | -300,000.00 |
| 10/17/17 014163 | WIRE TYPE:WIRE OUT DATE:171017 TIME:1455 ET TRN:2017101700317684 SERVICE REF:009012 BNF:KEB GROUP, INC. ID:1710004571 BNF BK:THE NORTH ERN TRUST COMP ID:066009650 PMT DET:17AHD54074RDOM 09SOUTH AVIATION BOEING TRANSACTION | -100,000.00 |
| 10/26/17 014165 | WIRE TYPE:BOOK OUT DATE:171026 TIME:1514 ET TRN:2017102600358864 RELATED REF:17AQD34135RF1390 BNF:SOUTH AVIATION, INC ID:005486250408 PMT DET:LE AR 60 | -184,667.62 |

# WBAT/Machado Ledger Summary - Counterparties

Exhibit Reference: 1A

| Description Listed on Ledger | Sum of Wires In | First Date | Last Date |
|---|---|---|---|
| America Core | 26,382,500.00 | 7/18/2017 | 6/11/2020 |
| Graham 4 Lads | 95,000.00 | 4/15/2018 | 4/15/2018 |
| Graham Cox | 200,000.00 | 7/18/2017 | 7/18/2017 |
| Hutton | 9,000,000.00 | 12/22/2016 | 4/14/2017 |
| **Grand Total** | **35,677,500.00** | **12/22/2016** | **6/11/2020** |

# Level 2: Full Diagram –
## October 16, 2017 – October 26, 2017





# The Repayment (1 of 2):

*What happens in August when the repayment of the $9,000,000 fully refundable deposit to Everstrong comes due?*

Exhibit Reference: 001A007

### Ledger Extract – 4/24/2018:

| Date | Description | Wire In | | Wire Out | Description |
|------|-------------|---------|---|----------|-------------|
| 4/24/2018 | Chemtov | $9,000,000.00 | | $720,000.00 | *Chemtov* |
| | | | | $9,000,000.00 | Steve Elkin |
| | | | | $50,000.00 | Escrow Fee |
| | | | | $50,000.00 | South Aviation |

025C027

# The Repayment (2 of 2):

*Level 3: April 2018, as outlined on the escrow agreement.*

**Note: Identical on all agreements**

003A004
003D004
003G004

b.) **April 21, 2018,** if the transaction contemplated in this Agreement and the Purchase Agreement has not closed.

| Date | Description | Amount |
|------|-------------|--------|
| 04/25/18 | WIRE TYPE:WIRE OUT DATE:180425 TIME:1241 ET | -9,000,000.00 |
| 015073 | TRN:2018042500298260 SERVICE REF:008072 BNF:FRANK WEINBERG AND BLACK P ID:3033454206 BNF BK:VALLEY NATIONAL BANK ID:021201383 PMT DET:1 84PB36304KS0L65767's Serial Numbers 24783,27311, 2 | |

**Exhibit Reference: 001A007**

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 4/24/2018 | Chemtov | $9,000,000.00 | $720,000.00 | Chemtov |
| | | | $9,000,000.00 | Steve Elkin |
| | | | $50,000.00 | Escrow Fee |
| | | | $50,000.00 | South Aviation |



**Frank Weinberg & Black** *("Everstrong")*

Net:    $8,460,000

$9,000,000
10/16/2017

**Mercer - Wright Brothers Aircraft Title Inc**

$9,000,000
04/25/2018

**Frank Weinberg & Black** *("Steve Elkin")*

**Bank Transactions Linked to Ledger:**
Refundable Deposit:  $9,000,000
4/25/2018

**025C028**

# Level 3: April 2018

Exhibit Reference: 001A007

Ledger Extract – 4/24/2018:

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 4/24/2018 | Chemtov | $9,000,000.00 | $720,000.00 | Chemtov |
| | | | $9,000,000.00 | Steve Blum |
| | | | $60,000.00 | Escrow Fee |
| | | | $60,000.00 | South Aviation |

**Lender for Deposit:**
CMG767Escrow LLC – *President : Shawn Chemtov ("CMG") ("Chemtov Mortgage Group")*
*Legal Representation – Weitz & Schwartz PA*

**Buyer:**                                              **Seller:**
South Aviation – *President: Federico Machado*         *Not identified in escrow agreement*

**Escrow Agent:**
**Wright Brothers Aircraft Title, Inc.** *President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett*

**Agreement Activity:**
CMG will make 3 deposits of $3,000,000 into 3 separate aircraft for a total of $9,000,000 and will receive $720,000. The fully refundable deposits are to be held in escrow until repaid "On or before October 23, 2018", per the escrow agreement.



1. SN 24783
2. SN 27311
3. SN 27312

| Key | |
|-----|-----|
| → | Deposits into BOA #9094 |
| → | Withdrawals out of BOA #9094 |
| ⟶ | Dotted lines represent what should happen, per the agreements |

Seller

Buyer: South Aviation

Replacement Deposit ($9,000,000) & The rest of purchase price

Lender: CMG

Replacement Deposit ($9,000,000) & The rest of purchase price

Mercer (P)/ Moffett (AVP) - Wright Brothers Aircraft Title Inc

Refundable Deposit ($9,000,000)

Deposits ($9,000,000) & payments back ($720,000)

025C029

# Level 3: April 2018

## Bank Account & WBAT/Machado Ledger Activity:

- CMG will make 3 deposits of $3,000,000 deposits into 3 separate aircraft for a total of $9,000,000 and will receive $720,000.
- WBAT does not keep all of the deposited funds in escrow
- The net deposit of $8,280,000 is used to make payments to WBAT, South Aviation (the BUYER), and various other companies

**Planes listed** on Escrow Agreements, Purchase Agreements, and Bank Wire Memos:

1. Registration: N571UA ; Serial Number 27311
2. Registration: N572UA; Serial Number 27312
3. Registration: N784-CK; Serial Number 24783

*Note: These are the same serial numbers used in Level 2, but they are being used with a different lender.*

025C030

# The Escrow Agreements:

**Note: Identical on all agreements**

## ESCROW AGREEMENT

003C001
003F001
003I001

THIS ESCROW AGREEMENT (the "Agreement") made effective this 23rd day of April, 2018, by and between WRIGHT BROTHERS AIRCRAFT TITLE, INC., whose address is 13704 Portofino Strada, Oklahoma City, Oklahoma 73170 (the "Escrow Agent") and CMG 767ESCROW LLC, a Florida limited liability company, whose address is 4141 NE 2 Ave #204-A, Miami, FL 33137 (the "Depositor").

003C001
003F001
003I001

(b)   On or before October 23, 2018, with no further action needed, unless otherwise extended by the Depositor and if extended, upon written demand by Depositor at any time.

3.   IN NO EVENT AND UNDER NO CIRCUMSTANCES SHALL THE ESCROW AGENT DISBURSE THE ESCROW FUNDS OR ANY PORTION THEREOF TO ANY PARTY OTHER THAN TO THE DEPOSITOR NOR UNDER THE DIRECTION OF ANYONE OTHER THAN THE DEPOSITOR.

003C001
003F001
003I001

003C003
003F003
003I003

**Note: Identical on all agreements**

**ESCROW AGENT:**

WRIGHT BROTHERS AIRCRAFT TITLE, INC.

By: _____

Name: Debbie Mercier-Smith

Title: President

**DEPOSITOR:**

CMG 767ESCROW LLC

By CHEMTOV MORTGAGE GROUP CORP., a Florida Corporation, its Manager

By _____

Shawn Chemtov, President

# The Escrow Agreements:

003F002

6.    The Escrow Funds cannot and will not be subject to interpleading and are not controlled in any way by any other document, instrument or agreement. Without limiting the foregoing, the parties hereto agree that the Escrow Agent's holding of the Escrow Funds are not in any way subject to the terms of that certain Aircraft Purchase and Sale Agreement by and between Global Select Capital Inc. as Seller and South Aviation, Inc., as Purchaser, for that certain Boeing 767-347, Serial No. 27311, and all its engines and related equipment or any other instrument, whether involving any aircraft or not. No person or entity has any rights to the Escrow Funds other than the Depositor.

003I002

6.    The Escrow Funds cannot and will not be subject to interpleading and are not controlled in any way by any other document, instrument or agreement. Without limiting the foregoing, the parties hereto agree that the Escrow Agent's holding of the Escrow Funds are not in any way subject to the terms of that certain Aircraft Purchase and Sale Agreement by and between Global Select Capital Inc. as Seller and South Aviation, Inc., as Purchaser, for that certain Boeing 767-347, Serial No. 27312, and all its engines and related equipment or any other instrument, whether involving any aircraft or not. No person or entity has any rights to the Escrow Funds other than the Depositor.

003C002

6.    The Escrow Funds cannot and will not be subject to interpleading and are not controlled in any way by any other document, instrument or agreement. Without limiting the foregoing, the parties hereto agree that the Escrow Agent's holding of the Escrow Funds are not in any way subject to the terms of that certain Aircraft Purchase and Sale Agreement by and between Global Select Capital Inc. as Seller and South Aviation, Inc., as Purchaser, for that certain Boeing 767-347, Serial No. 24783, and all its engines and related equipment or any other instrument, whether involving any aircraft or not. No person or entity has any rights to the Escrow Funds other than the Depositor.

# The WBAT/Machado Ledger:



Exhibit Reference: 001A007

### Ledger Extract – 4/24/2018:

| Date | Description | Wire In | | Wire Out | Description |
|---|---|---|---|---|---|
| 4/24/2018 | Chemtov | $9,000,000.00 | | $720,000.00 | Chemtov |
| | | | | $9,000,000.00 | Steve Elkin |
| | | | | $50,000.00 | Escrow Fee |
| | | | | $50,000.00 | South Aviation |

# The Deposit (1 of 2):

003C001
003F001
003I001

**Note: Identical on all agreements**

    2.    The Escrow Funds shall consist of Three Million United States Dollars (US$3,000,000.00) which the Depositor shall deposit with the Escrow Agent by wire transfer of

| Date | Description | Amount |
|---|---|---|
| 04/25/18<br>015060 | WIRE TYPE:WIRE IN DATE: 180425 TIME:1100 ET TRN:2018042500259959 SEQ:20180425RO723444/000208 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2018115000231 CMG 767ESCROW LLC SERIAL #24783 | 3,000,000.00 |
| 04/25/18<br>015061 | WIRE TYPE:WIRE IN DATE: 180425 TIME:1108 ET TRN:2018042500262820 SEQ:20180425RO723445/000215 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2018115000234 CMG 767ESCROW LLC SERIAL #27311 | 3,000,000.00 |
| 04/25/18<br>015061 | WIRE TYPE:WIRE IN DATE: 180425 TIME:1108 ET TRN:2018042500262973 SEQ:20180425RO723446/000217 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2018115000242 CMG 767ESCROW LLC SERIAL #27312 | 3,000,000.00 |
| 04/25/18<br>015072 | WIRE TYPE:WIRE OUT DATE:180425 TIME:1226 ET TRN:2018042500292530 SERVICE REF:007596 BNF:CHEMTOV MORTGAGE GROUP DBA ID:9852933675 BNF BK:BANKUNITED, NA ID:267090594 PMT DET:184PB24 134PQ2627INTEREST AND FEES FOR 767's Serial Number | -720,000.00 |

*Note: There was a disbursement of $720,000 on the WBAT BOA #9094 statements the same day as the deposit was made, with the same counterparty and plane type listed in the memo line*

Exhibit Reference: 001A007

| Date | Description | Wire In | Wire Out | Description |
|---|---|---|---|---|
| 4/24/2018 | Chemtov | $9,000,000.00 | $720,000.00 | Chemtov |



Weitz & Schwartz ("*Chemtov*")

**Bank Transactions Linked to Ledger:**
Deposit:
| | | |
|---|---|---|
| SN 27311 | $3,000,000 | 04/25/2018 |
| SN 27312 | 3,000,000 | 04/25/2018 |
| SN 24783 | 3,000,000 | 04/25/2018 |
| Withdrawal: | (720,000) | 04/25/2018 |
| **Net:** | **$8,280,000** | |

$9,000,000
04/25/2018

$720,000
04/25/2018

**Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc**

025C034

# The Deposit (2 of 2):

003C001
003F001
003I001

**Note: Identical on all agreements**

3.    IN NO EVENT AND UNDER NO CIRCUMSTANCES SHALL THE ESCROW AGENT DISBURSE THE ESCROW FUNDS OR ANY PORTION THEREOF TO ANY PARTY OTHER THAN TO THE DEPOSITOR NOR UNDER THE DIRECTION OF ANYONE OTHER THAN THE DEPOSITOR.

| Date | Description | Amount |
|------|-------------|--------|
| 04/25/18 | WIRE TYPE:WIRE IN DATE: 180425 TIME:1100 ET TRN:2018042500259959 SEQ:2018042SRO723444/000208 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2018115000231 CMG 767ESCROW LLC SERIAL #24783 | 3,000,000.00 |
| 015060 | | |
| 04/25/18 | WIRE TYPE:WIRE IN DATE: 180425 TIME:1108 ET TRN:2018042500262820 SEQ:2018042SRO723446/000215 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2018115000234 CMG 767ESCROW LLC SERIAL #27311 | 3,000,000.00 |
| 015061 | | |
| 04/25/18 | WIRE TYPE:WIRE IN DATE: 180425 TIME:1108 ET TRN:2018042500262973 SEQ:2018042SRO723446/000217 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2018115000242 CMG 767ESCROW LLC SERIAL #27312 | 3,000,000.00 |
| 015061 | | |
| 04/25/18 | WIRE TYPE:WIRE OUT DATE:180425 TIME:1226 ET TRN:2018042500259746 SERVICE REF:007596 BNF:CHEMTOV MORTGAGE GROUP DBA ID:985293867S BNF BK:BANKUNITED, NA ID:267090594 PMT DET:184PB24 134PQ2627INTEREST AND FEES FOR 767's Serial Number | -720,000.00 |
| 015072 | | |

*Note: There was a disbursement of $720,000 on the WBAT BOA #9094 statements the same day as the deposit was made, with the same counterparty and plane type listed in the memo line*

Exhibit Reference: 001A007

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 4/24/2018 | Chemtov | $9,000,000.00 | $720,000.00 | Chemtov |

*What does the bank account balance show?*

*On 4/24/2018 the $9,000,000 is received. In the following days, the balance drops below $9,000,000 again, indicating that at least a portion of those funds were disbursed.*



015074

| Date | Closing Balance |
|------|-----------------|
| 04/25 | 14,824,869.74 |
| 04/26 | 14,704,369.90 |
| 04/27 | 6,104,369.90 |
| 04/30 | 8,462,814.69 |

*Note: Balance below $9,000,000 by 4/27/2018*

025C035

# The Withdrawals:

*What does their ledger say happened to the funds?*



Exhibit Reference: 001A007

### Ledger Extract – 4/24/2018:

| Wire Out | Description |
|---|---|
| $720,000.00 | Chemtov |
| $9,000,000.00 | Steve Elkin |
| $50,000.00 | Escrow Fee |
| $50,000.00 | South Aviation |

**Mercer Escrow Fee Per Ledger:**
$50,000    04/24/2018

Retained in WBAT BOA #9094

**Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc**

$9,000,000
04/25/2018

$50,000
04/24/2018

**Frank Weinberg & Black (*"Steve Elkin"*)**

Bank Transactions Linked to Ledger:
Refundable Deposit:  $9,000,000
4/25/2018

**Federico Machado Entities**

Bank Transactions Linked to Ledger:
Aircraft Finance Aircorp    $ 50,000    04/24/2018

025C036

# Bank Activity Matches their Ledger (1 of 2)

Exhibit Reference: 001A007

## Ledger Extract – 8/14/2020:

| Wire Out | Description |
|---|---|
| $720,000.00 | Chemtov |
| $9,000,000.00 | Steve Elkin |
| $50,000.00 | Escrow Fee |
| $50,000.00 | South Aviation |

**Note:**
*Aircraft Finance Aircorp and South Aviation are both companies owned by Fred Machado.*

| Date | Description | Amount |
|---|---|---|
| 04/25/18 015073 | WIRE TYPE:WIRE OUT DATE:180425 TIME:1241 ET TRN:2018042500298260 SERVICE REF:008072 BNF:FRANK WEINBERG AND BLACK P ID:3033454206 BNF BK:VALLEY NATIONAL BANK ID:021201383 PMT DET:1 84PB36304KS0L65767's Serial Numbers 24783,27311, 2 | -9,000,000.00 |
| 04/25/18 015072 | WIRE TYPE:BOOK OUT DATE:180425 TIME:1241 ET TRN:2018042500298261 RELATED REF:184PB3408KQS0O64 BNF:AIRCRAFT FINANCE AIRCORP I ID:229053703643 PMT DET:767's Serial Numbers 24783,27311 27312 | -50,000.00 |

025C037

# WBAT/Machado Ledger Summary - Counterparties

Exhibit Reference: 1A

| Description Listed on Ledger | Sum of Wires In | First Date | Last Date |
|---|---|---|---|
| Steve Elkin | 15,000,000.00 | 5/1/2018 | 5/24/2018 |
| **Grand Total** | **15,000,000.00** | **5/1/2018** | **5/24/2018** |

# Level 3: Full Diagram –

## April 24, 2018 – April 25, 2018





# Entire Example- Full Diagram





Entire Example- Full Diagram - Benefit

**Time Frame:**                                      **September 8, 2017 - April 25, 2018:**

**Total Escrow Fees Retained in WBAT BOA #9094:**    $741,000

**Total Withdrawals to Federico Machado Entities:**    $6,075,209.47

# Exhibit 25D

1.  **Registration:  PK-GIK;  Serial Number 40073 &**
    **Registration:  HL8284; Serial Number 40199 &**
    **Registration:  PK-GIA;  Serial Number 40074**

# What are you going to see?

A review of transactions and agreements that were identified in an Escrow ledger shared between Wright Brothers Aircraft Title Inc (*President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett*) and Federico Machado.

**Documents Referenced Include:**
- Agreement Documents
- WBAT & Machado Escrow Ledger
- Bank Statements
- Email & Phone Messages

# August 2020 - Overview

**Lender for Deposit:**
   CMG 777 Escrow 5 LLC – President: Shawn Chemtov ("CMG"; "Chemtov Mortgage Capital")
   *Legal Representation: Weitz & Schwartz PA*

**Buyer:**
   South Aviation – President:  Federico Machado

**Seller:**
   Innovative Aerospace Leasing, LLC – Manager: Sam Sewell

**Escrow Agent:**
   Wright Brothers Aircraft Title, Inc. (WBAT) – President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett

**Agreement Activity:**
   CMG will make 3 separate $10,000,000 deposits, into 3 separate aircraft. The fully refundable deposit of $30,000,000 is to be held in escrow and repaid on or before "February 27, 2021", per the Escrow Agreement.



025D003

# August 2020 - Overview

**Bank Account & WBAT/Machado Ledger Activity:**

- CMG will make 3 $10,000,000 deposits on behalf of 3 separate aircraft for a total of $30,000,000. CMG receives an initial payment of $2,400,000
- WBAT does not keep all of the deposited funds in escrow
- The net deposit of $26,600,000 is used to make payments to WBAT, South Aviation (the BUYER), and various other companies

**Planes listed** on Supporting Documents and Bank Wire Memos for the transaction with CMG:

1. Registration:  PK-GIK;  Serial Number 40073
2. Registration:  HL8284; Serial Number 40199
3. Registration:  PK-GIA;  Serial Number 40074

025D004

# The Escrow Agreement:

**ESCROW AGREEMENT**

THIS ESCROW AGREEMENT (the "Agreement") made effective as of the 7th day of August, 2020, by and between WRIGHT BROTHERS AIRCRAFT TITLE, INC., whose address is 928 SW 107th Street Oklahoma City, OK 73170 (the "Escrow Agent"), SOUTH AVIATION, INC., whose address is 1470 Lee Wagener Boulevard, Suite 100, Fort Lauderdale, Florida 33315 ("Buyer"), INNOVATIVE AEROSPACE LEASING LLC with offices at 8304 Broad Peak Dr, Las Vegas, NV 89131  ("Seller"), and CMG 777ESCROW5 LLC, a Florida limited liability company, whose address is 4141 NE 2 Ave #204-A, Miami, FL 33137 (the "Depositor").

2.    Depositor shall deposit Ten Million United States Dollars (US$10,000,000.00) with the Escrow Agent by wire transfer of immediately available funds (the "Deposit") to the account designated on Exhibit A. The Deposit in the amount of Ten Million United States Dollars (US$10,000,000.00) shall be referred to as the "Escrow Funds". Escrow Agent shall deposit the

c.    On or before February 7, 2021, with no further action needed, unless otherwise extended by the Depositor in writing and if extended, upon written demand by Depositor at any time.

010C001

**ESCROW AGREEMENT**

THIS ESCROW AGREEMENT (the "Agreement") made effective as of the 6th day of August, 2020, by and between WRIGHT BROTHERS AIRCRAFT TITLE, INC., whose address is 928 SW 107th Street Oklahoma City, OK 73170 (the "Escrow Agent"), SOUTH AVIATION, INC., whose address is 1470 Lee Wagener Boulevard, Suite 100, Fort Lauderdale, Florida 33315 ("Buyer"), INNOVATIVE AEROSPACE LEASING LLC with offices at 8304 Broad Peak Dr, Las Vegas, NV 89131  ("Seller"), and CMG 777ESCROW5 LLC, a Florida limited liability company, whose address is 4141 NE 2 Ave #204-A, Miami, FL 33137 (the "Depositor").

2.    Depositor shall deposit Ten Million United States Dollars (US$10,000,000.00) with the Escrow Agent by wire transfer of immediately available funds (the "Deposit") to the account designated on Exhibit A. The Deposit in the amount of Ten Million United States Dollars (US$10,000,000.00) shall be referred to as the "Escrow Funds". Escrow Agent shall deposit the

c.    On or before February 6, 2021, with no further action needed, unless otherwise extended by the Depositor in writing and if extended, upon written demand by Depositor at any time.

010B001

**ESCROW AGREEMENT**

THIS ESCROW AGREEMENT (the "Agreement") made effective as of the 5th day of August, 2020, by and between WRIGHT BROTHERS AIRCRAFT TITLE, INC., whose address is 928 SW 107th Street Oklahoma City, OK 73170 (the "Escrow Agent"), SOUTH AVIATION, INC., whose address is 1470 Lee Wagener Boulevard, Suite 100, Fort Lauderdale, Florida 33315 ("Buyer"), INNOVATIVE AEROSPACE LEASING LLC with offices at 8304 Broad Peak Dr, Las Vegas, NV 89131  ("Seller"), and CMG 777ESCROW5 LLC, a Florida limited liability company, whose address is 4141 NE 2 Ave #204-A, Miami, FL 33137 (the "Depositor").

2.    Depositor shall deposit Ten Million United States Dollars (US$10,000,000.00) with the Escrow Agent by wire transfer of immediately available funds (the "Deposit") to the account designated on Exhibit A. The Deposit in the amount of Ten Million United States Dollars (US$10,000,000.00) shall be referred to as the "Escrow Funds". Escrow Agent shall deposit the

c.    On or before February 5, 2021, with no further action needed, unless otherwise extended by the Depositor in writing and if extended, upon written demand by Depositor at any time.

010A001

# The Escrow Agreement:

3.     IN NO EVENT AND UNDER NO CIRCUMSTANCES SHALL THE ESCROW AGENT DISBURSE THE DEPOSIT OR ANY PORTION THEREOF TO ANY PERSON OR ENTITY OTHER THAN TO THE DEPOSITOR NOR UNDER THE DIRECTION OF ANYONE OTHER THAN THE DEPOSITOR.

**Note: Identical on all agreements**

010A001 & 010A002
010B001 & 010B002
010C001 & 010C002



025D006

# The Escrow Agreement:

010C002

6.    The Escrow Funds cannot and will not be subject to interpleading and are not controlled in any way by any other document, instrument, or agreement. Without limiting the foregoing, the parties hereto agree that the Escrow Agent's holding of the Escrow Funds are not in any way subject to the terms of that certain Aircraft Purchase and Sale Agreement, dated as of August 7, 2020, by and between Seller and Buyer for that certain 2015 Boeing 777-3U3 (ER) aircraft, Serial No. 40073, Registration number PK-GIK, and all its engines and related equipment

010A002

1.    The Escrow Funds cannot and will not be subject to interpleading and are not controlled in any way by any other document, instrument, or agreement. Without limiting the foregoing, the parties hereto agree that the Escrow Agent's holding of the Escrow Funds are not in any way subject to the terms of that certain Aircraft Purchase and Sale Agreement, dated as of August 5, 2020, by and between Seller and Buyer for that certain 2013 Boeing 777-28E (ER) aircraft, Serial No. 40199, Registration number HL8284, and all its engines and related equipment

010B002

1.    The Escrow Funds cannot and will not be subject to interpleading and are not controlled in any way by any other document, instrument, or agreement. Without limiting the foregoing, the parties hereto agree that the Escrow Agent's holding of the Escrow Funds are not in any way subject to the terms of that certain Aircraft Purchase and Sale Agreement, dated as of August 6, 2020, by and between Seller and Buyer for that certain 2013 Boeing 777-3U3 (ER) aircraft, Serial No. 40074, Registration number PK-GIA, and all its engines and related equipment

# The WBAT/Machado Ledger:

Exhibit Reference: 001A021 & 001A022

### WBAT/Machado Ledger Extract – 8/5/2020:

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 8/5/2020 | Chemtov | $27,600,000.00 | $100,000.00 | Escrow fee |
| | | | $95,480.00 | Gothic ref s/n 30875 |
| | | | $15,000,000.00 | Metrocity ref s/n 29062, 29157 and 29908 |
| | | | $275,000.00 | Souht Aviation ref s/n 40073 |
| | | | $275,000.00 | MDP Trading ref s/n 40073 |
| | | | $404,324.32 | Monclear  ref s/n 30875 |
| | | | $425,000.00 | South Aviation ref s/n 29062 |
| | | | $475,000.00 | MDP Trading ref s/n 29908 |
| | | | $5,000,000.00 | Metrocity ref s/n 30214 |
| | | | $100,000.00 | Bryn Ass. ref s/n 42266 |

# Chats:
## Debbie Mercer & Shawn Chemtov
## Shawn Chemtov & Fred Machado
## Debbie Mercer & Fred Machado
08/05/2020 – 08/07/2020

# Debbie Mercer & Machado / Machado & Chemtov
# 08/05/2020 - 08/07/2020

## Machado Chat With Mercer

## Machado Chat With Chemtov





# Debbie Mercer & Shawn Chemtov
# 08/05/2020 - 08/07/2020



**Shawn Chemtov (+13057908078)**    ✓ Received  8/5/2020 4:04:30 PM    010E001
Did you receive 2.4m ?

010E001    **Local User <00008030-001271222282802E_files_full.zip>**  ↗ Sent  8/5/2020 4:05:53 PM
Nothing yet

**Shawn Chemtov (+13057908078)**    ✓ Received  8/5/2020 4:12:14 PM    010E001
We plan on funding the first of three planes today

**Shawn Chemtov (+13057908078)**    ✓ Received  8/5/2020 4:49:17 PM    010E002
10m went out

**Shawn Chemtov (+13057908078)**    ✓ Received  8/5/2020 4:58:06 PM    010E003
Apparently you should have the 2.4 today

010E005    **Local User <00008030-001271222282802E_files_full.zip>**  ↗ Sent  8/5/2020 10:28:57 PM
$2.4 is here now

**Shawn Chemtov (+13057908078)**    ✓ Received  8/6/2020 11:36:43 PM    010E006
Tomorrow morning you will get the last 10m

**Shawn Chemtov (+13057908078)**    ✓ Received  8/6/2020 11:43:32 PM    010E007
Then you can release the 2.4

010E007    **Local User <00008030-001271222282802E_files_full.zip>**  ↗ Sent  8/7/2020 3:47:52 PM
Sending 2.4 now

**025D011**

# The Deposit and payment back to lender (1 of 2):



010A001
010B001
010C001

designated on Exhibit A. The Deposit in the amount of Ten Million United States Dollars (US$10,000,000.00) shall be referred to as the "Escrow Funds". Escrow Agent shall deposit the

| Date | Description | Amount |
|------|-------------|--------|
| 08/05/20 | WIRE TYPE:WIRE IN DATE: 200805 TIME:1244 ET TRN:2020080500459997 SEQ:20200805RO441745/001110 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:202021800927 CMG 777ESCROWS LLC 2013 BOEING 777-28E (ER) SERIAL #40 | 10,000,000.00 |
| 017132 | | 010G001 & 010G002 |
| 08/06/20 | WIRE TYPE:WIRE IN DATE: 200806 TIME:1418 ET TRN:2020080600518660 SEQ:20200806RO443746/001226 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:202021900760 CMG 777ESCROWS LLC 2013 BOEING 777-3U3 (ER) AIRCRAFT S | 10,000,000.00 |
| 017133 | | 010G003 & 010G004 |
| 08/07/20 | WIRE TYPE:WIRE IN DATE: 200807 TIME:1121 ET TRN:2020080700436981 SEQ:20200807RO445376/000803 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:202022000690 CMG 777ESCROWS LLC 2015 BOEING 777-3U3 (ER) AIRCRAFT S | 10,000,000.00 |
| 017133 | | 010G005 & 010G006 |
| 08/07/20 | WIRE TYPE:WIRE OUT DATE:200807 TIME:1151 ET TRN:2020080700454473 SERVICE REF:007938 BNF:CHEMTOV MORTGAGE GROUP DBA ID:9852938675 BNF BK:BANKUNITED, NA ID:267090594 PMT DET:2087A49 497U51M58 | -2,400,000.00 |
| 017143 | | |

Exhibit Reference: 001A021 & 001A022



| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 8/5/2020 | Chemtov | $27,600,000.00 | $100,000.00 | Escrow fee |



**Weitz & Schwartz PA *("Chemtov")***

**Per 8/5/2020 - 8/7/2020 Escrow Agreement:**
Refundable Deposit   $30,000,000
-Fee                       2,400,000
Net                        $27,600,000

$30,000,000
08/05/2020 - 08/07/2020

$2,400,000
08/07/2020

**Mercer (P) / Moffett (AVP) - Wright Brothers Aircraft Title Inc**

# The Deposit and payment back to lender: (2 of 2)_

010A001 & 010A002
010B001 & 010B002
010C001 & 010C002

3.  **IN NO EVENT AND UNDER NO CIRCUMSTANCES SHALL THE ESCROW AGENT DISBURSE THE DEPOSIT OR ANY PORTION THEREOF TO ANY PERSON OR ENTITY OTHER THAN TO THE DEPOSITOR NOR UNDER THE DIRECTION OF ANYONE OTHER THAN THE DEPOSITOR.**

| Date | Description | Amount |
|---|---|---|
| 08/05/20 017132 | WIRE TYPE:WIRE IN DATE: 200805 TIME:1244 ET TRN:2020080500459997 SEQ:2020080SRO441745/001110 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:202021800927 CMG 777ESCROW5 LLC 2013 BOEING 777-28E (ER) SERIAL #4D | 10,000,000.00  010G001 & 010G002 |
| 08/06/20 017133 | WIRE TYPE:WIRE IN DATE: 200806 TIME:1418 ET TRN:2020080600518660 SEQ:2020080RO443746/001226 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:20202190000760 CMG 777ESCROW5 LLC 2013 BOEING 777-3U3 (ER) AIRCRAFT S | 10,000,000.00  010G003 & 010G004 |
| 08/07/20 017133 | WIRE TYPE:WIRE IN DATE: 200807 TIME:1121 ET TRN:2020080700436981 SEQ:2020080TRO445376/000803 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:202022000690 CMG 777ESCROW5 LLC 2015 BOEING 777-3U3 (ER) AIRCRAFT S | 10,000,000.00  010G005 & 010G006 |
| 08/07/20 017143 | WIRE TYPE:WIRE OUT DATE:200807 TIME:1151 ET TRN:2020080700454473 SERVICE REF:007938 BNF:CHEMTOV MORTGAGE GROUP DBA ID:9852938675 BNF BK:BANKUNITED, NA ID:267090594 PMT DET:2087A49 497U51M58 | -2,400,000.00 |

Exhibit Reference: 001A021 & 001A022

| Date | Description | Wire In | Wire Out | Description |
|---|---|---|---|---|
| 8/5/2020 | Chemtov | $27,600,000.00 | $100,000.00 | Escrow fee |

*What does the bank account balance show?*

*Between 8/5/2020 & 8/7/2020 the $30,000,000 is received. In the following days, the balance drops below $30,000,000 again, indicating that at least a portion of those funds were disbursed.*

017150

| Date | Closing Balance |
|---|---|
| 08/05 | 19,603,336.37 |
| 08/06 | 10,161,640.45 |
| 08/07 | 14,057,305.45 |
| 08/10 | 14,076,652.57 |
| 08/11 | 14,176,647.57 |
| 08/12 | 14,159,647.57 |
| 08/13 | 12,624,653.42 |

*Note: Balance below $30,000,000 each day.*



025D013

# The Withdrawals:

*What does the WBAT/Machado ledger say happened to the funds?*



Exhibit Reference: 001A021 & 001A022

## Ledger Extract – 8/5/2020:

| Wire In | Wire Out | Description |
|---|---|---|
| $27,600,000.00 | $100,000.00 | Escrow fee |
| | $95,480.00 | Gothic ref s/n 30875 |
| | $15,000,000.00 | Metrocity ref s/n 29062, 29157 and 29908 |
| | $275,000.00 | South Aviation ref s/n 40073 |
| | $275,000.00 | MDP Trading ref s/n 40073 |
| | $404,324.32 | Monclear  ref s/n 30875 |
| | $425,000.00 | South Aviation ref s/n 29062 |
| | $475,000.00 | MDP Trading ref s/n 29908 |
| | $5,000,000.00 | Metrocity ref s/n 30214 |
| | $100,000.00 | Bryn Ass. ref s/n 42266 |



**Mercer Escrow Fee Per Ledger:**
$100,000        08/05/2020
Retained in 9094

**Mercer (P) / Moffett (AVP) -
Wright Brothers Aircraft Title Inc**

**$20,599,804.32
08/05/2020 - 08/10/2020**

**$1,450,000
08/05/2020 - 08/06/2020**

**Other Withdrawals**

**Bank Transactions Linked to Ledger & Email:**

| | | |
|---|---|---|
| Gothic Ventures Fund, LLC | $95,480 | 08/05/2020 |
| Frank Weinberg & Black PL ("Metrocity") | 15,000,000 | 08/06/2020 |
| Moncler Motors | 404,324.32 | 08/06/2020 |
| Frank Weinberg & Black PL *("Metrocity")* | 5,000,000 | 08/07/2020 |
| Bryn & Associates | 100,000 | 08/10/2020 |
| **Total** | **$20,599,804.32** | |

**Federico Machado Entities**

**Bank Transactions Linked to Ledger:**

| | | |
|---|---|---|
| South Aviation | $275,000 | 08/05/2020 |
| MDP Trading | 275,000 | 08/05/2020 |
| South Aviation | 425,000 | 08/06/2020 |
| MDP Trading | 475,000 | 08/06/2020 |
| **Total** | **$1,450,000** | |

025D014

# Bank Activity Matches their Ledger

| Date | Description | Amount |
|---|---|---|
| 08/05/20 017141 | WIRE TYPE:WIRE OUT DATE:200805 TIME:1103 ET TRN:2020080500406971 SERVICE REF:330369 BNF:SOUTH AVIATION INC. ID:601520593 BNF BK:JPMORG AN CHASE BANK, N. ID:0002 PMT DET:2085A0228MH10501 MSN 9478 | -275,000.00 |
| 08/05/20 017141 | WIRE TYPE:WIRE OUT DATE:200805 TIME:1103 ET TRN:2020080500406975 SERVICE REF:330402 BNF:MDP TRADING LLC ID:605177820 BNF BK:JPMORGAN C HASE BANK, N. ID:0002 PMT DET:2085A0140DZ5109 | -275,000.00 |
| 08/05/20 017141 | WIRE TYPE:WIRE OUT DATE:200805 TIME:1156 ET TRN:2020080500435818 SERVICE REF:007834 BNF:GOTHIC VENTURES FUND, LLC ID:0005208619316 BNF BK:BRANCH BANKING AND TRUS ID:053101121 PMT DET:2085A47394Y20N47MSN: 30875 | -95,480.00 |
| 08/06/20 017142 | WIRE TYPE:WIRE OUT DATE:200806 TIME:1357 ET TRN:2020080600451242 SERVICE REF:011024 BNF:MONCLER MOTORS ID:1754324855 BNF BK:CITY NATIO NAL BANK OF F ID:066004367 PMT DET:2086B15000I51K0 2BOEING777 SN 30875 | -404,324.32 |
| 08/06/20 017142 | WIRE TYPE:WIRE OUT DATE:200806 TIME:1554 ET TRN:2020080600575844 SERVICE REF:013612 BNF:FRANK WEINBERG BLACK P.L. ID:3033454206 BNF BK:VALLEY NATIONAL BANK ID:021201383 PMT DET:2 086E5054A450P88MSN 29062, 29157 and 29908 | -15,000,000.00 |
| 08/06/20 017142 | WIRE TYPE:WIRE OUT DATE:200806 TIME:1559 ET TRN:2020080600575844 SERVICE REF:424817 BNF:SOUTH AVIATION INC. ID:601520593 BNF BK:JPMORG AN CHASE BANK, N. ID:0002 PMT DET:2086E5606NU00028 MSN 29062 | -425,000.00 |
| 08/06/20 017143 | WIRE TYPE:WIRE OUT DATE:200806 TIME:1559 ET TRN:2020080600575846 SERVICE REF:424844 BNF:MDP TRADING LLC ID:605177820 BNF BK:JPMORGAN C HASE BANK, N. ID:0002 PMT DET:2086E5721EY00Q96MSN 29908 | -475,000.00 |
| 08/07/20 017143 | WIRE TYPE:WIRE OUT DATE:200807 TIME:1151 ET TRN:2020080700454460 SERVICE REF:008123 BNF:FRANK WEINBERG BLACK P.L. ID:3033454206 BNF BK:VALLEY NATIONAL BANK ID:021201383 PMT DET:2 087A49165T00Y25MSN 30214 | -5,000,000.00 |
| 08/10/20 017143 | WIRE TYPE:WIRE OUT DATE:200810 TIME:1211 ET TRN:2020081000482854 SERVICE REF:008450 BNF:BRYN AND ASSOCIATES PA TRU ID:4001632192 BNF BK:CITY NATIONAL BANK OF F ID:066004367 PMT DET:208AB0824D221Q34MSN 42266 | -100,000.00 |

Exhibit Reference: 001A021 & 001A022

## Ledger Extract – 8/5/2020:

| Wire Out | Description |
|---|---|
| $95,480.00 | Gothic ref s/n 30875 |
| $15,000,000.00 | Metrocity ref s/n 29062, 29157 and 29908 |
| $275,000.00 | South Aviation ref s/n 40073 |
| $275,000.00 | MDP Trading ref s/n 40073 |
| $404,324.32 | Monclear ref s/n 30875 |
| $425,000.00 | South Aviation ref s/n 29062 |
| $475,000.00 | MDP Trading ref s/n 29908 |
| $5,000,000.00 | Metrocity ref s/n 30214 |
| $100,000.00 | Bryn Ass. ref s/n 42266 |

**Note:**
**CMG Agreements list:**
**40072, 40074, 40199**

025D015

# WBAT/Machado Ledger Summary - Counterparties

Exhibit Reference: 1A

| Description Listed on Ledger | Sum of Wires In | First Date | Last Date |
|---|---|---|---|
| Metrocity | 48,200,000.00 | 8/8/2019 | 8/14/2020 |
| Metrocity Boeing | 9,000,000.00 | 10/12/2018 | 10/12/2018 |
| Metrocity Boeings | 9,000,000.00 | 10/1/2018 | 10/1/2018 |
| Metrocity Holding | 5,000,000.00 | 5/8/2019 | 5/8/2019 |
| Moncler | 6,355,642.00 | 1/4/2018 | 5/7/2019 |
| **Grand Total** | **77,555,642.00** | **1/4/2018** | **8/14/2020** |

# Full Diagram –

**August 8, 2020 – August 10, 2020**



Benefit

**Total Escrow Fees for Mercer Entities:**    $100,000

**Total Withdrawals to Federico Machado Entities:**  $1,450,000

# Exhibit 25E

**1. Registration: HL-8254; Serial Number 40198**

# What are you going to see?

A review of transactions and agreements that were identified in an Escrow ledger shared between Wright Brothers Aircraft Title Inc (*President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett*) and Federico Machado.

**Documents Referenced Include:**
- Agreement Documents
- WBAT & Machado Escrow Ledger
- Bank Statements
- Email & Phone Messages

**025E002**

# July 2020 - Overview

**Lender for Deposit:**
   CMG 777 Escrow4 LLC – President,  *Shawn Chemtov ("CMG", "Chemtov Mortgage Group")*
   ***Legal Representation: Wietz & Schwartz***

**Buyer:**                                          **Seller:**
   South Aviation – President:  Federico Machado          Aero Advisors Inc. – President: Richard Hodkinson

**Escrow Agent:**
   *Wright Brothers Aircraft Title, Inc. (WBAT) – President: Debbie Mercer; Assistant Vice President: Kayleigh Moffett*

**Agreement Activity:**
   CMG will make a $10,000,000 deposit, into an aircraft and will receive a total of $600,000. The fully refundable deposit of $10,000,000 is to be held in escrow and repaid on or before "November 8, 2020", per the Escrow Agreement.



# July 2020 - Overview

**Bank Account & WBAT/Machado Ledger Activity:**

- CMG will make a $10,000,000 deposit, and will receive a payment of $600,000
- WBAT does not keep all of the deposited funds in escrow
- The net deposit of $9,600,000 is used to make payments to WBAT, South Aviation (the BUYER), and various other companies

---

**Planes listed** on Supporting Documents and Bank Wire Memos for the transaction with CMG:

1. Registration: HL-8254; Serial Number 40198

025E004

# The Escrow Agreement:

009A001

## ESCROW AGREEMENT

THIS ESCROW AGREEMENT (the "Agreement") made effective as of the 8th day of July 2020, by and between WRIGHT BROTHERS AIRCRAFT TITLE, INC., whose address is 928 SW 107th Street Oklahoma City, OK 73170 (the "Escrow Agent"), SOUTH AVIATION INC., whose mailing address is 1470 Lee Wagener Blvd, Suite 100, Fort Lauderdale, FL 33315 ("Buyer"), AERO ADVISORS INC., whose mailing address is 10202 Vista del Sol, Agua Dulce, CA 91390 ("Seller"), and CMG 777ESCROW4 LLC, a Florida limited liability company, whose address is 4141 NE 2 Ave #204-A, Miami, FL 33137 (the "Depositor").

009A001    2.    Depositor shall deposit Ten Million United States Dollars (US$10,000,000.00) with the Escrow Agent by wire transfer of immediately available funds (the "Deposit") to the

c.    On or before November 8, 2020, with no further action needed, unless otherwise
009A001    extended by the Depositor in writing and if extended, upon written demand by Depositor at any time

3.    IN NO EVENT AND UNDER NO CIRCUMSTANCES SHALL THE ESCROW AGENT DISBURSE THE DEPOSIT OR ANY PORTION THEREOF TO ANY PERSON OR ENTITY OTHER THAN TO THE DEPOSITOR NOR UNDER THE DIRECTION OF ANYONE OTHER THAN THE DEPOSITOR.    009A001

009A002    6.    The Escrow Funds cannot and will not be subject to interpleading and are not controlled in any way by any other document, instrument or agreement. Without limiting the foregoing, the parties hereto agree that the Escrow Agent's holding of the Escrow Funds are not in any way subject to the terms of that certain Aircraft Purchase and Sale Agreement, dated as of July 8, 2020, by and between Seller and Buyer for that certain 2012 Boeing 777-28E(ER) aircraft bearing manufacturer's serial number 40198 and registration number HL-8254 and all its engines



025E005

# The Letter Agreement:

000B001

In consideration for Chemtov Mortgage Group Corp., a Florida corporation ("CMGC") arranging the financing of the deposit by CMG 777ESCROW4 LLC, a Florida limited liability company ("CMG") for South Aviation, Inc.'s ("South") wholly refundable deposit of Ten Million United States Dollars (US$10,000,000.00) (the "Refundable Deposit") in connection with South's purchase from Aero Advisors, Inc. of that certain 2012 Boeing 777-28E(ER), Serial No. 40198, Registration mark HL-8254 and all its engines and related equipment (the "Aircraft") pursuant to

000B001

A.    South shall pay to CMG the sum of Six Hundred Thousand and No/100 Dollars (US$600,000.00) which represents a guaranteed and earned fee for the use of the Refundable Deposit for the period commencing on November 8, 2020; provided, however, that that this fee shall be paid in three (3) installments of $200,000.00 each due on November 8, 2020, January 8, 2021, and on March 8, 2021.  No payments received prior to the Outside Refund Date shall be refundable and no installments not paid prior to the Outside Refund Date shall remain due and owing.

CMG 777ESCROW4 LLC, a Florida
limited liability company

By Chemtov Mortgage Group Corp., its
manager

000B002

By: _____
Shawn Chemtov, President

Agreed to and accepted:

South Aviation, Inc.

000B001

By: _____
Name: Federico A. Machado
Title:  President

Date:  November 8, 2020

# The WBAT/Machado Ledger:

Exhibit Reference: 001A021

### WBAT/Machado Ledger Extract – 7/9/2020:

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 7/9/2020 | CMG Capital | $9,400,000.00 | $50,000.00 | Escrow fee |
| | | | $2,500,000.00 | Slome ref s/n 9686 |
| | | | $6,510,000.00 | Harris Air ref serials 9473 & 9478 |
| | | | $348,000.00 | Emerald Aviation ref N14103 |
| | | | $345,000.00 | Harris Air ref serials 9473 & 9478 |
| | | | $14,658.72 | Life Insurance |
| 7/9/2020 | Harris Air | $6,720,000.00 | $50,000.00 | Escrow fee |
| | | | $150,000.00 | 4 Lads ref s/n 9473 |
| | | | $5,076,667.00 | Chemtov s/n 35156 |
| | | | $575,000.00 | MDP Trading ref s/n  35156 |
| | | | $425,000.00 | MDP Trading re s/n 9473 |
| | | | $450,000.00 | South Aviation ref s/n 9488 |

# The Deposit and payment back to lender (1 of 2):

009A001

2.     Depositor shall deposit Ten Million United States Dollars (US$10,000,000.00) with the Escrow Agent by wire transfer of immediately available funds (the "Deposit") to the

009B001

A.     South shall pay to CMG the sum of Six Hundred Thousand and No/100 Dollars (US$600,000.00) which represents a guaranteed and earned fee for the use of the Refundable

| Date | Description | Amount |
|---|---|---|
| 07/09/20 | WIRE TYPE:WIRE IN DATE: 200709 TIME:1445 ET TRN:2020070900514315 SEQ:20200709RO395831/001334 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:2020191000718 CMG 777ESCROW4 2012 BOEING 777-28E(ER) SERIAL # 40198 | 10,000,000.00 |
| 07/09/20 | WIRE TYPE:WIRE OUT DATE:200709 TIME:1534 ET TRN:2020070900543195 SERVICE REF:011976 BNF:CHEMTOV MORTGAGE GROUP DBA ID:9852938675 BNF BK:BANKUNITED, NA ID:267090594 PMT DET:2079F33 03F251477msn 40198 | -600,000.00 |

017113

017120

Exhibit Reference: 001A021



| Date | Description | Wire In | Wire Out | Description |
|---|---|---|---|---|
| 7/9/2020 | CMG Capital | $9,400,000.00 | $50,000.00 | Escrow fee |



**Weitz & Schwartz PA** *("CMG Capital")*

Per Escrow Agreement:
Refundable Deposit    $10,000,000
-Fee        600,000
**Net       $9,400,000**

**$10,000,000
07/09/2020**

**$600,000
07/09/2020**

**Mercer (P)/ Moffett (AVP) - Wright Brothers Aircraft Title Inc**

# The Deposit and payment back to lender (1 of 2):

009A001

**3.** IN NO EVENT AND UNDER NO CIRCUMSTANCES SHALL THE ESCROW AGENT DISBURSE THE DEPOSIT OR ANY PORTION THEREOF TO ANY PERSON OR ENTITY OTHER THAN TO THE DEPOSITOR NOR UNDER THE DIRECTION OF ANYONE OTHER THAN THE DEPOSITOR.

| Date | Description | Amount |
|------|-------------|--------|
| 07/09/20 | WIRE TYPE:WIRE IN DATE: 200709 TIME:1445 ET TRN:202007090514315 SEQ:20200709RO395831/001334 ORIG:WEITZ & SCHWARTZ PA ID:9853240884 SND BK:BANK UNITED, NA ID:267090594 PMT DET:202019100718 CMG 777ESCROW4 2012 BOEING 777-28E(ER) SERIAL # 40198 | 10,000,000.00 |
| 07/09/20 | WIRE TYPE:WIRE OUT DATE:200709 TIME:1534 ET TRN:2020070900543195 SERVICE REF:011976 BNF:CHEMTOV MORTGAGE GROUP DBA ID:9852938675 BNF BK:BANKUNITED, NA ID:267090594 PMT DET:2079F33 03F251477msn 40198 | -600,000.00 |

017113
017120

Exhibit Reference: 001A021

| Date | Description | Wire In | Wire Out | Description |
|------|-------------|---------|----------|-------------|
| 7/9/2020 | CMG Capital | $9,400,000.00 | $50,000.00 | Escrow fee |

*What does the bank account balance show?*

*On 7/9/2020 the $10,000,000 is received. In the following days, the balance drops below $10,000,000, indicating that at least a portion of those funds were disbursed.*



017127

| Date | Closing Balance |
|------|-----------------|
| 07/09 | 10,969,106.46 |
| 07/10 | 9,849,047.74 |
| 07/13 | 9,678,192.74 |
| 07/14 | 9,978,192.74 |
| 07/16 | 9,971,838.80 |

*Note: Balance below $10,000,000 each day subsequent to receipt.*

025E009

# The Other Deposits listed on their ledger on this date:



Exhibit Reference: 001A021



# The Withdrawals:

*What does the WBAT/Machado ledger say happened to the funds?*



**Exhibit Reference: 001A021**

## Ledger Extract – 7/9/2020:

| Wire In | Wire Out | Description |
|---|---|---|
| $9,400,000.00 | $50,000.00 | Escrow fee |
| | $2,500,000.00 | Slome ref s/n 9686 |
| | $6,510,000.00 | Harris Air ref serials 9473 & 9478 |
| | $348,000.00 | Emerald Aviation ref N14103 |
| | $345,000.00 | Harris Air ref serials 9473 & 9478 |
| | $14,658.72 | Life Insurance |
| $6,720,000.00 | $50,000.00 | Escrow fee |
| | $150,000.00 | 4 Lads ref s/n 9473 |
| | $5,076,667.00 | Chemtov s/n 35156 |
| | $575,000.00 | MDP Trading ref s/n  35156 |
| | $425,000.00 | MDP Trading re s/n 9473 |
| | $450,000.00 | South Aviation ref s/n 9488 |

**Mercer Escrow Fee Per Ledger:**
$50,000     07/09/2020
$50,000     07/09/2020
Total  $100,000     Retained in 9094

**Mercer (P)/ Moffett (AVP) - Wright Brothers Aircraft Title Inc**

**$14,599,325.72**
**07/09/2020 - 07/20/2020**

**$1,450,000**
**07/17/2020 - 07/20/2020**

**Other Withdrawals**

**Bank Transactions Linked to Ledger:**

| | | |
|---|---|---|
| Silnom Holdings  *("Slome")* | $2,500,000 | 07/09/2020 |
| Harris Air | 6,510,000 | 07/09/2020 |
| Emerald Aviation | 348,000 | 07/09/2020 |
| Insurance Placement Alternatives *("Life insurance")* | 14,658.72 | 07/10/2020 |
| My 4 lads  *("4 lads")* | 150,000 | 07/20/2020 |
| Chemtov Mortgage Group *("Chemtov")* | 5,076,667 | 07/17/2020 |
| **TOTAL:** | **$14,599,325.72** | |

*Harris Air on ledger, not on bank transactions: $345,000   07/09/2020*

**Federico Machado Entities**

**Bank Transactions Linked to Ledger:**

| | | |
|---|---|---|
| MDP Trading | $575,000 | 07/17/2020 |
| MDP Trading | 450,000 | 07/20/2020 |
| South Aviation | 425,000 | 07/20/2020 |
| **Total** | **$1,450,000** | |

# Bank Activity Matches their Ledger

Exhibit Reference: 001A021

## Ledger Extract – 7/9/2020:

| Wire Out | Description |
|---|---|
| $2,500,000.00 | Slome ref s/n 9686 |
| $6,510,000.00 | Harris Air ref serials 9473 & 9478 |
| $348,000.00 | Emerald Aviation ref N14103 |
| $345,000.00 | Harris Air ref serials 9473 & 9478 |
| $14,658.72 | Life Insurance |
| $150,000.00 | 4 Lads ref s/n 9473 |
| $5,076,667.00 | Chemtov s/n 35156 |
| $575,000.00 | MDP Trading ref s/n  35156 |
| $425,000.00 | MDP Trading re s/n 9473 |
| $450,000.00 | South Aviation ref s/n 9488 |

**Note:**
1. **Harris Air on ledger, not on bank transactions: $345,000   07/09/2020**
2. **MDP and South Aviation both owned by Fred Machado**

| Date | Description | Amount |
|---|---|---|
| 07/09/20 017120 | WIRE TYPE:WIRE OUT DATE:200709 TIME:1528 ET TRN:2020070900537441 SERVICE REF:011782 BNF:HARRIS AIR, INC. ID:64340073 BNF BK:CACHE VALL EY BANK ID:124302325 PMT DET:2079F18371J41E80MSN 9 473 9478 | -6,510,000.00 |
| 07/09/20 017120 | WIRE TYPE:WIRE OUT DATE:200709 TIME:1529 ET TRN:2020070900537445 SERVICE REF:012127 BNF:SILNOM HOLDINGS LTD. ID:26-62857-000 BNF BK:JP MORGAN CHASE BANK, NA ID:0000021 PMT DET:2079F14 488N50T81MSN 9686 | -2,500,000.00 |
| 07/10/20 017121 | WIRE TYPE:WIRE OUT DATE:200710 TIME:1436 ET TRN:2020071000505555 SERVICE REF:398168 BNF:INSURANCE PLACEMENT ALTERN ID:309635727 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:207 AE3543LW20899Acct. No. WRIGBRO-01 Invoice 244659 | -14,658.72 |
| 07/17/20 017122 | WIRE TYPE:WIRE OUT DATE:200717 TIME:1521 ET TRN:2020071700541152 SERVICE REF:012010 BNF:CHEMTOV MORTGAGE GROUP DBA ID:9852938675 BNF BK:BANKUNITED, NA ID:267090594 PMT DET:207HA51 097ED2581MSN 35156 | -5,076,667.00 |
| 07/17/20 017122 | WIRE TYPE:WIRE OUT DATE:200717 TIME:1521 ET TRN:2020071700541155 SERVICE REF:412504 BNF:MDP TRADING LLC ID:605177820 BNF BK:JPMORGAN C HASE BANK, N. ID:0002 PMT DET:207HA5149HVC0A61MSN 35156 | -575,000.00 |
| 07/20/20 017123 | WIRE TYPE:WIRE OUT DATE:200720 TIME:1259 ET TRN:2020072000526282 SERVICE REF:420490 BNF:SOUTH AVIATION INC. ID:601520593 BNF BK:JPMORG AN CHASE BANK, N. ID:0002 PMT DET:207KC5550KNB0180 MSN 9473 | -425,000.00 |
| 07/20/20 017123 | WIRE TYPE:WIRE OUT DATE:200720 TIME:1259 ET TRN:2020072000526281 SERVICE REF:420486 BNF:MDP TRADING LLC ID:605177820 BNF BK:JPMORGAN C HASE BANK, N. ID:0002 PMT DET:207KC5521DJC1133MSN 9488 | -450,000.00 |
| 07/20/20 017123 | WIRE TYPE:WIRE OUT DATE:200720 TIME:1259 ET TRN:2020072000526283 SERVICE REF:009195 BNF:MY4LADS ID:8219424283 BNF BK:WELLS FARGO BANK, N.A. ID:121000248 PMT DET:207KC573634D2V25MSN 947 3 | -150,000.00 |

**Note:**
**CMG Agreements list SN 40198**

# WBAT/Machado Ledger Summary - Counterparties

Exhibit Reference: 1A

| Description Listed on Ledger | Sum of Wires In | First Date | Last Date |
|---|---|---|---|
| 4 Lads | 250,000.00 | 4/3/2020 | 4/3/2020 |
| Graham 4 Lads | 95,000.00 | 4/15/2018 | 4/15/2018 |
| Harris | 2,425,000.00 | 11/26/2019 | 11/26/2019 |
| Harris Air | 39,283,750.00 | 6/22/2017 | 7/9/2020 |
| My 4 Lads | 250,000.00 | 2/1/2018 | 2/1/2018 |
| Silnom  Holdings | 2,500,000.00 | 10/31/2019 | 10/31/2019 |
| Silnom Holdings | 7,000,000.00 | 2/6/2020 | 4/24/2020 |
| Silnom Holdings 2 | 2,500,000.00 | 4/27/2020 | 4/27/2020 |
| Slome | 6,600,000.00 | 4/20/2018 | 7/28/2020 |
| **Grand Total** | **60,903,750.00** | **6/22/2017** | **7/28/2020** |

# Full Diagram –

## July 9 2020 – July 20, 2020



**Total Escrow Fees for Mercer Entities:**          $100,000

**Total Withdrawals to Federico Machado Entities:** $1,450,000

**025E015**

# Exhibit 25F
# Summary

# Re-Use of SN

Exhibit Reference: 1A,
12,13,14,15,16,17,18,19

**Serial Numbers Repeated in Escrow Ledger Transactions in BOA # 9094**

Total SN's repeated:
22

Total Transactions from repeated SN's:
47

Total date range:
12/23/2016 – 8/14/2020

| # | Plane | # of Investors | First Date | Last Date |
|---|---|---|---|---|
| 1 | REGISTRATION: 9V-SQJ SERIAL: 30875 | 2 | 02/06/2020 | 02/11/2020 |
| 2 | REGISTRATION: VT-JEU  SERIAL: 35160 | 2 | 11/18/2019 | 12/13/2019 |
| 3 | REGISTRATION: 9M-FSL SERIAL: 29062 | 2 | 10/24/2019 | 08/14/2020 |
| 4 | REGISTRATION: BQ-VNU SERIAL: 29908 | 2 | 10/03/2019 | 08/14/2020 |
| 5 | REGISTRATION: B-8197 SERIAL: 9473 | 2 | 09/27/2019 | 10/01/2019 |
| 6 | REGISTRATION: EI-UNW SERIAL: 30214 | 3 | 09/24/2019 | 08/14/2020 |
| 7 | REGISTRATION: HZ-HMS1 SERIAL: 40065 | 2 | 05/07/2019 | 06/18/2019 |
| 8 | REGISTRATION: ET-ALJ SERIAL: 33767 | 3 | 08/31/2018 | 03/07/2019 |
| 9 | REGISTRATION: UK-67007 SERIAL: 33469 | 2 | 08/31/2018 | 12/03/2018 |
| 10 | REGISTRATION: N351AA SERIAL: 24032 | 2 | 05/24/2018 | 06/27/2018 |
| 11 | REGISTRATION: N253MY SERIAL: 23974 | 2 | 05/24/2018 | 06/27/2018 |
| 12 | SERIAL: 0229 | 2 | 04/10/2018 | 04/10/2018 |
| 13 | SERIAL: 4423 | 2 | 04/02/2018 | 04/09/2018 |
| 14 | REGISTRATION: LV-CEZ SERIAL: 56072 | 2 | 01/23/2018 | 02/06/2018 |
| 15 | REGISTRATION: LV-CJY SERIAL: 2096 | 2 | 01/23/2018 | 02/06/2018 |
| 16 | REGISTRATION: LV-CVQ SERIAL: 433 | 2 | 01/23/2018 | 02/06/2018 |
| 17 | REGISTRATION: 9H-LZM SERIAL: 6073 | 3 | 11/09/2017 | 12/01/2017 |
| 18 | SERIAL: 27311 | 2 | 10/16/2017 | 04/25/2018 |
| 19 | SERIAL: 27312 | 2 | 10/16/2017 | 04/25/2018 |
| 20 | REGISTRATION: N784CK SERIAL: 24783 | 2 | 10/16/2017 | 04/25/2018 |
| 21 | REGISTRATION: P4-GIS SERIAL: 139 | 2 | 09/08/2017 | 09/29/2017 |
| 22 | REGISTRATION: N1904W SERIAL: 1237 | 2 | 12/23/2016 | 09/29/2017 |
| | **Grand Total** | 47 | 12/23/2016 | 08/14/2020 |

# Re-Use of SNs

Exhibit Reference: 1A,
12,13,14,15,16,17,18,19

## Serial Numbers Repeated in BOA #9094 during time frame outlined on Ledger:

| # | Plane | Depositors | # of Investors |
|---|---|---|---|
| 1 | REGISTRATION: 9V-SQJ SERIAL: 30875 | | 2 |
| | | Gothic Ventures Fund, Llc | 1 |
| | | Moncler Motors, Llc | 1 |
| 2 | REGISTRATION: VT-JEU  SERIAL: 35160 | | 2 |
| | | Frank Weinberg And Black Pl Trust | 1 |
| | | Weitz And Schwartz Pa Trust Acct 5 | 1 |
| 3 | REGISTRATION: 9M-FSL SERIAL: 29062 | | 2 |
| | | Bryn & Associates PA | 1 |
| | | Frank Weinberg And Black Pl Trust | 1 |
| 4 | REGISTRATION: BQ-VNU SERIAL: 29908 | | 2 |
| | | Frank Weinberg And Black Pl Trust | 1 |
| | | Moncler Motors, Llc & Vsd Investment Llc | 1 |
| 5 | REGISTRATION: B-8197 SERIAL: 9473 | | 2 |
| | | Ccur Holdings, Inc. | 1 |
| | | Hopop Corp. | 1 |
| 6 | REGISTRATION: EI-UNW SERIAL: 30214 | | 3 |
| | | Bryn & Associates PA | 1 |
| | | Ccur Holdings, Inc. | 1 |
| | | Frank Weinberg And Black Pl Trust | 1 |
| 7 | REGISTRATION: HZ-HMS1 SERIAL: 40065 | | 2 |
| | | Avire Llc | 1 |
| | | Moncler Motors, Llc | 1 |
| 8 | REGISTRATION: ET-ALJ SERIAL: 33767 | | 3 |
| | | America Core Aviation, Llc | 1 |
| | | Frank Weinberg And Black Pl Trust | 1 |
| | | Weitz And Schwartz Pa Trust Acct 5 | 1 |
| 9 | REGISTRATION: UK-67007 SERIAL: 33469 | | 2 |
| | | Frank Weinberg And Black Pl Trust | 1 |
| | | Weitz And Schwartz Pa Trust Acct 5 | 1 |
| 10 | REGISTRATION: N351AA SERIAL: 24032 | | 2 |
| | | Frank Weinberg And Black Pl Trust | 1 |
| | | Wbip, Llc | 1 |
| 11 | REGISTRATION: N253MY SERIAL: 23974 | | 2 |
| | | Frank Weinberg And Black Pl Trust | 1 |
| | | Wbip, Llc | 1 |
| 12 | SERIAL: 0229 | | 2 |
| | | My 4 Lads, Inc. | 1 |
| | | Steven Cairncross | 1 |

| # | Plane | Depositors | # of Investors |
|---|---|---|---|
| 13 | SERIAL: 4423 | | 2 |
| | | America Core Aviation, Llc | 1 |
| | | Davidpop Corp | 1 |
| 14 | REGISTRATION: LV-CEZ SERIAL: 56072 | | 2 |
| | | My 4 Lads, Inc. | 1 |
| | | Steven Cairncross | 1 |
| 15 | REGISTRATION: LV-CJY SERIAL: 2096 | | 2 |
| | | My 4 Lads, Inc. | 1 |
| | | Steven Cairncross | 1 |
| 16 | REGISTRATION: LV-CVQ SERIAL: 433 | | 2 |
| | | My 4 Lads, Inc. | 1 |
| | | Steven Cairncross | 1 |
| 17 | REGISTRATION: 9H-LZM SERIAL: 6073 | | 3 |
| | | America Core Aviation, Llc | 1 |
| | | Frank Weinberg And Black Pl Trust | 1 |
| | | Wbip, Llc | 1 |
| 18 | SERIAL: 27311 | | 2 |
| | | Frank Weinberg And Black Pl Trust | 1 |
| | | Weitz And Schwartz Pa Trust Acct 5 | 1 |
| 19 | SERIAL: 27312 | | 2 |
| | | Frank Weinberg And Black Pl Trust | 1 |
| | | Weitz And Schwartz Pa Trust Acct 5 | 1 |
| 20 | REGISTRATION: N784CK SERIAL: 24783 | | 2 |
| | | Frank Weinberg And Black Pl Trust | 1 |
| | | Weitz And Schwartz Pa Trust Acct 5 | 1 |
| 21 | REGISTRATION: P4-GIS SERIAL: 139 | | 2 |
| | | Specialized Investment Group, Llc | 1 |
| | | Wbip, Llc | 1 |
| 22 | REGISTRATION: N1904W SERIAL: 1237 | | 2 |
| | | Aberdeen Associates Llc & Sn 1088 Llc & Sn1360 Llc & Sn 1237 Llc | 1 |
| | | Weitz And Schwartz Pa Trust Acct 5 | 1 |

**025F003**

# Gustavo Ramirez, WBAT & South Aviation:

Exhibit Reference: 1A, 12,13,14,15,16,17,21

Time Frame: 01/07/2015 – 12/15/2020

**Key:**

| | |
|---|---|
| → (green) | Deposits into Gustavo Ramirez BOA #12425 |
| → (red) | Withdrawals out of Gustavo Ramirez BOA #12425 |
| (black) | Wright Brothers Aircraft Title Inc BOA # 9094 - Mercer (President)/Moffett (Assistant Vice President) |
| (blue) | Other withdrawals and deposits into Gustavo Ramirez BOA # 12425 |
| (yellow) | Entities owned by Federico Machado |

**Total Deposits from Mercer/Moffett Entities:   $15,667,000**

**Total Withdrawals to Federico Machado Entities:   $12,545,775.90**



025F004

# Summary of Bank Accounts & Summary of Ledger

<span style="color:red">Exhibit Reference: 1A, 12,13,14,15,16,17,18,19</span>

**WBAT BOA # 9094**

**WBAT Crossfirst # 6592**

**DLE Escrow LLC BOA  # 1222**

## Bank Account Inflows and Outflows By Year

Time frame 10/1/2016 – 9/1/2020

| Date for Yearly Chart | Total Inflows | Total Outflows |
|---|---|---|
| 2016 | $97,366,702.04 | $100,315,015.61 |
| 2017 | $445,227,338.39 | $446,868,628.30 |
| 2018 | $852,206,721.45 | $844,590,009.65 |
| 2019 | $668,906,509.73 | $660,769,880.10 |
| 2020 | $427,109,695.89 | $433,247,845.67 |
| **Grand Total** | **$2,490,816,967.50** | **$2,485,791,379.33** |

## Ledger Inflows and Outflows by Year

Time frame 10/1/2016 – 9/1/2020

| Date for Yearly  Chart | Ledger Wires In | Ledger Wires Out |
|---|---|---|
| 2016 | $30,543,075.42 | $30,542,817.29 |
| 2017 | $102,196,808.83 | $101,850,588.00 |
| 2018 | $171,984,790.70 | $170,378,269.66 |
| 2019 | $254,182,644.03 | $252,219,475.10 |
| 2020 | $197,497,500.00 | $201,017,814.47 |
| **Grand Total** | **$756,404,818.98** | **$756,008,964.52** |

# Ledger Transactions substantiated on the Bank Statements:

Time frame 10/1/2016 – 9/1/2020

Exhibit Reference: 1A, 12,13,14,15,16,17,18,19

**Ledger Inflows and Outflows by Year**

| Date for Yearly  Chart | Ledger Wires In | Ledger Wires Out |
|---|---|---|
| 2016 | $30,543,075.42 | $30,542,817.29 |
| 2017 | $102,196,808.83 | $101,850,588.00 |
| 2018 | $171,984,790.70 | $170,378,269.66 |
| 2019 | $254,182,644.03 | $252,219,475.10 |
| 2020 | $197,497,500.00 | $201,017,814.47 |
| **Grand Total** | **$756,404,818.98** | **$756,008,964.52** |

**Bank Account Transactions Linked to Ledger**

| Date for Yearly Chart | Total Inflows | Total Outflows |
|---|---|---|
| 2016 | $31,222,685.41 | $29,420,964.64 |
| 2017 | $99,568,390.51 | $99,865,583.57 |
| 2018 | $172,874,820.70 | $165,736,573.40 |
| 2019 | $249,233,644.29 | $251,240,875.13 |
| 2020 | $193,300,000.00 | $196,384,902.38 |
| **Grand Total** | **$746,199,540.91** | **$742,648,899.12** |

| % of Ledger Transactions Identified in Bank Statements | | |
|---|---|---|
| **Year** | **Inflows** | **Outflows** |
| **2016** | **102%** | **96%** |
| **2017** | **97%** | **98%** |
| **2018** | **101%** | **97%** |
| **2019** | **98%** | **100%** |
| **2020** | **98%** | **98%** |
| **Average** | **99%** | **98%** |

**025F006**

# Bank Transactions substantiated by Ledger:

Time frame 10/1/2016 – 9/1/2020

Exhibit Reference: 1A, 12,13,14,15,16,17,18,19

## Bank Account Inflows and Outflows By Year

| Date for Yearly Chart | Total Inflows | Total Outflows |
|---|---|---|
| 2016 | $97,366,702.04 | $100,315,015.61 |
| 2017 | $445,227,338.39 | $446,868,628.30 |
| 2018 | $852,206,721.45 | $844,590,009.65 |
| 2019 | $668,906,509.73 | $660,769,880.10 |
| 2020 | $427,109,695.89 | $433,247,845.67 |
| **Grand Total** | **$2,490,816,967.50** | **$2,485,791,379.33** |

## Bank Account Transactions Linked to Ledger

| Date for Yearly Chart | Total Inflows | Total Outflows |
|---|---|---|
| 2016 | $31,222,685.41 | $29,420,964.64 |
| 2017 | $99,568,390.51 | $99,865,583.57 |
| 2018 | $172,874,820.70 | $165,736,573.40 |
| 2019 | $249,233,644.29 | $251,240,875.13 |
| 2020 | $193,300,000.00 | $196,384,902.38 |
| **Grand Total** | **$746,199,540.91** | **$742,648,899.12** |

## % of Bank Account Transactions Linked to Ledger

| Year | Inflows | Outflows |
|---|---|---|
| 2016 | 32% | 29% |
| 2017 | 22% | 22% |
| 2018 | 20% | 20% |
| 2019 | 37% | 38% |
| 2020 | 45% | 45% |
| **Average** | **30%** | **30%** |

**025F007**

# Bank Transactions Ledger Overlap:

**Exhibit Reference: 1A, 12, 13, 14, 15, 16, 17**

**WBAT BOA # 9094**



| Key | |
|-----|--|
| | Deposits into BOA #9094 or #1222 or Crossfirst #6592 |
| | Withdrawals out of BOA #9094 or #1222 or Crossfirst # 6592 |
| | Retained Escrow Fees, per ledger - BOA # 9094 - Mercer (President)/Moffett (Assistant Vice President) |
| | Other Deposits & Withdrawals, per leder |
| | Payments to Machado Owned Entities, per ledger |

**Other Deposits**

**Bank Transactions Linked to Ledger:**

| Per Ledger | Per Bank | Date Range |
|------------|----------|------------|
| $739,323,351.27 | $741,271,003.28 | 10/01/2016 - 08/28/2020 |

**$741,271,003.28**
**10/01/2016 - 08/28/2020**

**Mercer(P)/Moffett (AVP) - Wright Brothers Aircraft Title Inc BOA # 9094**

# Bank Transactions Ledger Overlap:



# Bank Transactions Ledger Overlap:





# Bank Transactions Ledger Overlap:

Exhibit Reference: 1A, 12,13,14,15,16,17,18,19

Time frame 10/1/2016 – 9/1/2020

**Total Escrow Fees for BOA #9094:**          $4,966,724.04
**Total Withdrawals to Federico Machado Entities:**   $75,660,400.62