IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20CR212 |
| | § | Judge Mazzant |
| DEBRA LYNN MERCER-ERWIN (1) | § | |

**FINAL ORDER OF FORFEITURE RELATING TO SUBSTITUTE ASSETS OF THE DEFENDANT**

On June 1, 2026, this Court entered a Preliminary Order of Forfeiture of Forfeiture Relating to Substitute Property of Defendant, pursuant to 18 U.S.C. § 982(a)(1); 21 U.S.C. §§ 853 and 970; and 28 U.S.C. § 2461.

The United States posted notice of the forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, June 3, 2026 through July 2, 2026, as required by 21 U.S.C. § 853(n)(1), Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case.

According to the record, no claims, contested or otherwise, have been filed for the property described in this Court's preliminary order of forfeiture.

It is therefore ordered as follows:

1. That the right, title and interest to the described property of the defendant named is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

2020 Land Rover HSE, VIN #SALGS2RUOLA583123 with license plate KFC954

2. That the forfeited property shall be disposed of by the federal agency in such manner as the United States Attorney General may direct.

3. That the sale proceeds will be applied to the defendant's restitution as ordered in the Judgment.

IT IS SO ORDERED.

**SIGNED this 13th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE